AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

      Plaintiff,

      v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER
SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, BODOG.COM, and FUTUREBET
SYSTEMS LTD.,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-

TO: (Name and Address of Defendant)

RATIONAL POKER SCHOOL LIMITED
10 Hill Street
Douglas, Isle of Man  IM1 1EF

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's
attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons
upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.

_____          _____
CLERK                                                                      DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        *Date*                                      *Signature of Server*

                                                _____
                                                            *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.