Mailed to Patent/Trademark Office on 9/8/06 HW

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____NEVADA_____ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>2:06-cv-1110-RLH-GWF | DATE FILED<br>9/8/2006 | U.S. DISTRICT COURT<br>NEVADA |
|---|---|---|
| PLAINTIFF<br>1st TECHNOLOGY, LLC | | DEFENDANT<br>RATIONAL ENTERPRISES LTDA, et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | (see attached copy of complaint) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Permanent Injunction and Default Judgment in favor of the Plaintiff and against the Defendant (see attached copies) |

| CLERK<br>LANCE S. WILSON | (BY) DEPUTY CLERK<br>Grace Walters | DATE<br>9/8/2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Dockets.Justia.com