Mark A. Hutchison (4639)
L. Kristopher Rath (4639)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP<br>S.A., BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF<br><br>**CERTIFICATE OF INTERESTED<br>PARTIES PURSUANT TO LOCAL<br>RULE 7.1-1** |

The undersigned, counsel of record for Plaintiff 1st Technology LLC, certifies that the following individual has an interest in the outcome of this case:

1. Scott Lewis: Mr. Lewis is the controlling manager of Plaintiff 1st Technology, LLC.

These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 15th day of September, 2006.

Respectfully submitted,

_____
Mark A. Hutchison (4639)
L. Kristopher Rath (4639)
Hutchison & Steffen, LLC
*For the Firm*
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC