ANDREW P. GORDON, ESQ.
Nevada Bar No. 3421
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
(702) 873-4100
*Attorneys for Defendant Rational Poker School Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RATIONAL ENTERPRISES LTDA, RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | Case No.: 06-cv-1110<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**<br><br>(First Request) |

Plaintiff 1st Technology LLC and Defendant Rational Poker School Limited ("Rational Poker") hereby stipulate and agree that Defendant Rational Poker shall have until December 14, 2006 by which to file an Answer or other responsive pleading or motion to the Complaint filed in this action. This extension is necessary so that Rational Poker and its counsel can investigate the allegations set forth in the Complaint and determine what defenses are available to it. Defendant Rational Poker expressly reserves its right to assert any defenses it may have, including ineffective service of process and lack

///
///
///
///
///
///
///

of jurisdiction (both subject matter and personal), and does not waive any such defenses by entering into this Stipulation.

RESPECTFULLY SUBMITTED this 13th day of November, 2005.

McDONALD CARANO WILSON LLP

_____
Andrew P. Gordon, Esq. (#3421)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Defendant Rational Poker School Limited*

HUTCHISON & STEFFEN, LLC

_____
Mark A. Hutchison, Esq. (#4639)
L. Kristopher Rath, Esq. (#5749)
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff 1st Technology LLC*

## ORDER

IT IS SO ORDERED this 16th day of November, 2006.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

124338.1

2