# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
—the (date)  25 October 2006
—*le (date)*
—at (place, street, number)  10 Hill Street, Douglas, Isle of Man
—*à (localité, rue numéro)*

—in one of the following methods authorised by article 5—
—*dans une des formes suivantes prévues à l'article 5:*
  ☑ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a)*
  ☐ (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante:* _____

  ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
—(identity and description of person)  Adult Male
—*(identité et qualité de la personne)*

—relationship to the addressee (family, business or other):
—*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

*Conformément à l'article 12. alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at  DOUGLAS                , the  25/10/06
*Fait à*                            *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

2

*Delete if inappropriate.
*Rayer les mentions inutiles.*

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls **<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br><br>Facsimile No. 1-503-222-3950 | The First Deemster and Clerk of the Rolls<br>Roll's Office<br>Douglas, Isle of Man |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
    *(identité et adresse)*

**Rational Poker School Limited**
**10 Hill Street**
**Douglas, Isle of Man IM1 1EF**

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
     ~~*b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
     ~~*c)   le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided ~~on the reverse side~~ (attached).
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Done at Portland, Oregon, USA, the 10th day of Oct, 2006
*Fait à Portland, Oregon, USA, le...*

<u>Executed "Request"</u>
<u>Executed "Summary"</u>
<u>Unexecuted "Certificate", ON REVERSE</u>
<u>Summons</u>
<u>Complaint for Patent Infringement</u>

**Signature and/or stamp.**
*Signature et/ou cachet*

*[Signature]*
L. Celeste Ingalls

OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 400907
MY COMMISSION EXPIRES FEB. 5, 2010

* Delete if inappropriate
*Rayer les mentions inutiles*

**     Authorized applicant pursuant to Rule 4(c)(2) of the
     Federal Rules of Civil Procedure, Public Law 97-462

**Isle of Man Government**
*Reiltys Ellan Vannin*

General Registry
Oik-Recortyssee

Finance & Central Services Division
General Registry
Isle of Man Courts of Justice
Deemsters Walk, Bucks Road
Douglas, Isle of Man
IM1 3AR
Telephone (01624) 687505
Fax (01624) 685236
E-mail: john.Robinson@gov.im

Head of Division
Mr Stephen Hind ACCA

L. CELESTE INGALLS
CROWE FOREIGN SERVICES
1020 SW TAYLOR STREET
SUITE 240
PORTLAND,
OREGON 97205
USA

Contact: Karen Mansell

Our ref: L7/1
Date: 09 November 2006

Dear Sir

**Subject:** Service of Judicial Documents under the Hague Convention

I enclose documents together with the completed certificate of service which have been served on:-

**RATIONAL POKER SCHOOL LIMITED
10 HILL STREET
DOUGLAS
ISLE OF MAN
IM1 1EF**

Served on 30TH October 2006

Yours faithfully

*[signature]*

Deputy Assistant
Chief Registrar
Enc.

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**            L. Celeste Ingalls
*Nom et adresse de l'autorité requérante:*                   Crowe Foreign Services
                                                             1020 SW Taylor Street, Suite 240
                                                             Portland, Oregon 97205

**Particulars of the parties\*:**   1st Technology LLC. .................................................................... PLAINTIFF
*Indentité des parties:*            Rational Enterprises LTDA, et al ............................................... DEFENDANTS

## JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*           **To give notice to the defendant, Rational Poker School Limited, of the institution against it of a claim for civil damages and to summon it to answer the claim.**

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

**Civil claim alleging patent infringement. Plaintiff's allegations include, but are not limited to, claims that defendants have infringed upon plaintiff's registered US patent No. 5,564,001 by making, using, selling, offering for sale and/or importing into the US products which infringe upon plaintiff's patent causing plaintiff to suffer damages. Plaintiff seeks damages in an amount to be determined including, but not limited to, attorney's fees and costs, injunction prohibiting further infringement, and such other and further relief as the court deems just and proper.**

**Date and place for entering appearance\*\*:**           N/A
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**                   N/A
*Juridiction qui a rendu la décision:*

**Date of judgment\*\*:**                                 N/A
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*   **Defendant is required to file an ANSWER to the complaint with the Court, and serve a copy of same ANSWER upon Plaintiff's attorney, within twenty (20) days after receipt of the documents herein.**

## EXTRAJUDICIAL DOCUMENT\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**              N/A
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**           N/A
*Indication des délias figurant dans l'acte:*

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF       NEVADA

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

RATIONAL POKER SCHOOL LIMITED
10 Hill Street
Douglas, Isle of Man  IM1 1EF

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson

September 8, 2006

Clerk

Date



AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.