UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS, LTD. | ) ) ) ) ) ) |
| Defendants. | ) ) |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

The United States District Court, for the District of Nevada, through the Honorable Roger L. Hunt, presents its compliments to the appropriate Judicial Authority in Costa Rica and requests international judicial assistance to effect Service of Process upon a named defendant in the captioned Civil proceeding currently pending before this Court.

Plaintiffs have filed a claim in this court which includes, but is not limited to, allegations that the defendants have infringed upon plaintiff's registered United States Patent No. 5,564,001 in violation of 35 U.S.C. § 271, causing plaintiffs to suffer injury and damages.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that defendant **BODOG.COM** can presently be served at the following address:

**BODOG.COM**
**Oficentro Ejecutive Sabana Sur**
**Edificio 7, 5 Piso**
**San Jose, Costa Rica 01017**

1

The Court respectfully requests that you cause one copy of the attached documents – Summons and Complaint for Patent Infringement, to be served upon **BODOG.COM** at the above location by leaving with a director, officer, or other entity authorized to accept the service of civil process on behalf of defendant, **BODOG.COM**, in the manner prescribed for service of similar documents under the laws of Costa Rica.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **BODOG.COM** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

The Plaintiff's counsel, Hutchison & Steffen, LLC, Peccole Professional Park, 10080 West Alta Drive, Suite 200, Las Vegas, Nevada 89145 USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Costa Rica the assurance of its highest consideration.

_____     _____
DATE                                Honorable Roger L. Hunt
                                    United States District Court
                                    District of Nevada
                                    333 South Las Vegas Boulevard
                                    Las Vegas, NV 89101
                                    Phone number: (702) 464-5400

[seal]