Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1ST TECHNOLOGY LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | ) |
| Plaintiff, | ) Case No.: 2:06-cv-1110-RLH-GWF |
| v. | ) |
| RATIONAL ENTERPRISES LTDA,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP S.A.,<br>BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD., | ) **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) |

### 1ST TECHNOLOGY LLC'S OPPOSITION TO RATIONAL POKER SCHOOL LIMITED'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)

Plaintiff 1st Technology LLC, by and through its counsel of record HUTCHINSON & STEFFEN, LLC, hereby files this Opposition to Defendant Rational Poker School Limited's motion for a more definite statement pursuant to Fed.R.Civ.P. 12(e). This Opposition is based on the attached Memorandum of Points and Authorities, the exhibits attached hereto, and the papers and pleadings on file herein in this case.

1

Dockets.Justia.com

1
2
3 DATED this **29** day of December, 2006

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

_____
Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile:  (702) 385-2086

Attorneys for Plaintiff
1st Technology LLC

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Rational Poker School Limited ("Rational Poker School") has moved this Court for an order pursuant to FED.R.CIV.P. 12(e) requiring 1st Technology LLC's ("1st Technology") to provide a more definite statement in its complaint. 1st Technology's complaint provides specificity beyond that required by notice pleading and satisfies all other applicable federal rules. This Court should deny Rational Poker School's motion.

**I.    1ST TECHNOLOGY'S COMPLAINT SATISFIES THE REQUIREMENTS OF FEDERAL NOTICE PLEADING**

1st Technology's complaint has adequate specificity for notice pleading. Under Rule 8(a)(2) of the Federal Rules of Civil Procedure, a complaint must contain nothing more than "a short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). The appendix to the Federal Rules of Civil Procedure sets out the following form as a guideline for pleading patent infringement:

1.    Allegation of jurisdiction.

2.    On May 16, 1934, United States Letters Patent No. XX were duly and legally issued to plaintiff for an invention in an electric motor; and since that date plaintiff has been and still is the owner of those Letters Patent.

3.    Defendant has for a long time past been and still is infringing those Letters Patent by making, selling, and using electric motors embodying the patented invention, and will continue to do so unless enjoined by this court.

4.    Plaintiff has placed the required statutory notice on all electric motors manufactured and sold by him under said Letters Patent, and has given written notice to defendant of his said infringement. Wherefore plaintiff demands a preliminary and final injunction against continued infringement, an accounting for damages, and an assessment of interest and costs against defendant.

FED. R. CIV. P. Form 16. 1st Technology's complaint is at least as specific as Form 16, and comports entirely with the Federal Rules. In its complaint, 1st Technology alleges that Rational Poker School has previously made, used offered for sale and/or imported into the United States and is presently making, using, selling, offering for sale and/or importing into the United States software products that infringe 1st Technology's United States Patent No.

1

1   5,564,001 ("the '001 patent").  (Exhibit A, Complaint at ¶6).  1st Technology even alleges a

2   specific claim of the '001 patent that Rational Poker School is infringing.  (Exhibit A,

3   Complaint at ¶16).

4          Rational Poker School apparently takes exception to the fact that 1st Technology's

5   complaint does not identify Rational's infringing software by name.  (Rational Poker School's

6   Motion at p.2).  As stated in 1st Technology's complaint, the inventions of the '001 patent are

7   used in many online wagering systems.  (Exhibit A, Complaint at ¶13).  Rational Poker School

8   owns and operates the online gaming website found at www.PokerStars.net.   (Exhibit B,

9   PokerStars.net End User License Agreement).  The infringing software which Rational Poker

10  School provides through the PokerStars.net website does not have a specific name – Rational

11  Poker School merely identifies it as "the Software":

12          END USER LICENSE AGREEMENT

13          This agreement (the "Agreement") should be read by you (the "User" or "you") in
            its entirety. Please note that the Agreement constitutes a legally binding
14          agreement between you and Rational Poker School Limited (referred to herein as
            "PokerStars") which owns and operates the Internet site found at
15          www.pokerstars.net (the "Site")

16
            Introduction
17
            The software (the "Software") is being licensed to you by PokerStars for your
18          private personal use solely on "AS IS" basis. Please note that the Software is not
19          for use by (i) individuals under 18 years of age, (ii) individuals under the legal age
            of majority in their jurisdiction and (iii) individuals connecting to the Site from
20          jurisdictions from which it is illegal to do so.

21
            You shall use the Software together with your unique Player ID ("Player ID") and
22          unique and secret password ("Password") known only to you, to access the
            PokerStar's servers (the "Servers") in order to play the PokerStars "play for
23          free"/"play money" games (the "Games").
24
25  (Exhibit B, PokerStars.net End User License Agreement).  It follows that the specific name of

26  the infringing software which Rational Poker School provides through the PokerStars.net

27  website (to the extent such a name even exists) is presently unknown to 1st Technology.

28  Aside from Rational Poker School's operations in connection with its PokerStars.net website,

                                        2

1    1st Technology is aware of no other software products (infringing or otherwise) which are

2    presently offered by Rational Poker School.

3         Another defendant in the present case, Rational Enterprises LDTA, owns and operates

4    the online gaming website found at www.PokerStars.com.  (Exhibit C, PokerStars.com End

5    User License Agreement).  Prior to filing suit in this case, 1st Technology informed Rational

6    Enterprises LDTA of its belief that the '001 patent covered the software being provided by

7    Rational Enterprises LDTA through the PokerStars.com website.   The infringing software

8    which Rational Enterprises LDTA provides through the PokerStars.com website is the "play

9    for real money" counterpart to the "play for free" software provided by Rational Poker School

10   through the PokerStars.net website.   Rational Enterprises LDTA likewise identifies its

11   software with no greater specificity than "the Software":

12       END USER LICENSE AGREEMENT

13
14       This agreement (the "Agreement") should be read by you (the "User" or "you") in
     its entirety. Please note that the Agreement constitutes a legally binding
15   agreement between you and Rational Enterprises LTDA. (referred to herein as
     "PokerStars") which owns and operates the Internet site found at
16   www.pokerstars.com (the "Site"). In addition to the terms and conditions of this
     Agreement, please review our Privacy Policy, which is incorporated herein by
17   reference.

18       Introduction

19
20       The software that you are about to download (the "Software") is being licensed to
     you by PokerStars for your private personal use solely on "AS IS" basis. Please
21   note that the Software is not for use by (i) individuals under 18 years of age, (ii)
     individuals under the legal age of majority in their jurisdiction and (iii)
22   individuals connecting to the Site from jurisdictions from which it is illegal to do
     so.
23
24       You shall use the Software together with your unique Player ID ("Player ID") and
     unique and secret password ("Password") chosen by and known only to you, to
25   access the PokerStars' servers (the "Servers") in order to play the PokerStars "play
     for real money" or "play for demo money" games (the "Games").
26

27   (Exhibit C, PokerStars.com End User License Agreement).  As such, the specific name of the

28   infringing software which Rational Enterprises LDTA provides through the PokerStars.com

          3

1   website is unknown to 1st Technology.  Aside from Rational Enterprises LDTA's operations in

2   connection with its PokerStars.com website, 1st Technology is aware of no other software

3   products (infringing or otherwise) which are presently offered by Rational Enterprises LDTA.

4        Notably, Rational Poker School and Rational Enterprises LDTA both simply refer to

5   themselves as "PokerStars" with respect to their business operations.    The software

6   screenshots depicting the interactive display of the online gaming system offered through the

7   Pokerstars.net and PokerStars.com websites are identical.  (Exhibit D, website screenshots

8   from PokerStars.net and PokerStars.com).  Upon information and belief, the core structure,

9   function and operation of the software provided through the PokerStars.net website and the

10  counterpart PokerStars.com website is for all practical purposes the same.  The extent of any

11  formal corporate relationship which may exist between Rational Poker School and Rational

12  Enterprises LDTA is unknown to 1st Technology at the present time, but will certainly be

13  explored during discovery in this case.  Regardless of the existence of any such corporate

14  relationship, the nature and scope of Rational Poker School's business in combination with the

15  allegations of 1st Technology's complaint make clear that the software being offered through

16  Rational Poker School's PokerStars.net website is that which 1st Technology is accusing of

17  infringing the '001 patent.

18       The cases which Rational Poker School relies upon in support of its motion are

19  distinguishable.  In the present case, there is not a laundry list of 503 patent claims from 20

20  asserted patents to be applied to several hundred possibly infringing products, as in one of the

21  cases cited by Rational Poker School.  See, *In re Pabst Licensing GmbH Patent Litigation*,

22  2001 U.S. Dist. LEXIS 2255, *3-4 (E.D. La., Feb. 22, 2001).  Nor is the present case one in

23  which Rational Poker School would be required to "compare its approximately 40 products to

24  at least 20 claims." See, *Bay Indus., Inc. v. Tru-Arx Mfg, LLC*, 2006 U.S. Dist. LEXIS 86757,

25  * (E.D. Wis., Nov. 29, 2006).  In another case cited by Rational Poker School, the court held

26  that "dismissal for failure to comply with the requirements of Rule 8 is usually reserved for

27  those cases in which the complaint is so confused, ambiguous, vague, or otherwise

28  unintelligible that its true substance, if any, is well disguised." *Agilent Technologies, Inc. v.*

4

1   *Micromuse, Inc.*, 2004 U.S. Dist. LEXIS 20723, *3 (S.D.N.Y., Oct. 19, 2004) (internal

2   citations omitted).  While the court in *Agilent* ultimately required a more detailed pleading

3   from the plaintiff, the court distinguished itself from a decision where (as is the case presently

4   before the Court) there "was a finite set of potentially infringing products under identified

5   patents." *Id.* at *15 (distinguishing *Symbol Techs., Inc. v. Hand Held Prods.*, 2003 U.S. Dist.

6   LEXIS 21002 (D. Del., Nov. 14, 2003).

7           1st Technology has alleged infringement of a single patent, and has further identified a

8   specific claim of said patent which Rational Poker School is infringing.   (Exhibit A,

9   Complaint at ¶¶ 6, 16).   The software which Rational Poker School provides through its

10  PokerStars.net website (for which Rational provides no specific name) infringes 1st

11  Technology's '001 patent, and 1st Technology is aware of no other software products

12  (infringing or otherwise) which are offered by Rational Poker School.  1st Technology will, as

13  part of ordinary discovery, provide Rational Poker School with claim charts showing the

14  application of specific claims of the '001 patent to Rational Poker School's infringing software.

15  There is no necessity for additional pleading.  See 2 James Wm. Moore, et al., Moore's Federal

16  Practice § 8.04[1] (3d ed. 1999) ("[A] more extensive pleading of fact is not required because

17  the Federal Rules of Procedure provide other devices besides pleadings that will serve to

18  define the facts and issues and to dispose of unmeritous claims.").

19          Moreover, to qualify for a Rule 12(e) motion, the complaint "must be so vague or

20  ambiguous that the opposing party cannot respond to it, even with a simple denial as permitted

21  by Rule 8(b), with a pleading that can be interposed in good faith or without prejudice to

22  himself."  Wright & Miller, Federal Practice & Procedure § 1376 at 311 (3d ed. 2004).  1st

23  Technology's complaint fulfills the requirements of Rule 8 and is not so vague that it cannot be

24  responded to by Rational Poker School in good faith.  The Court should deny Rational Poker

25  School's Rule 12(e) motion and allow any confusion on the part of Rational Poker School to

26  be resolved with prompt discovery.

27

28

1  **II.    CONCLUSION**

2        For the foregoing reasons, 1st Technology respectfully requests that the Court deny

3  Rational Poker School's motion for a more definite statement.

4  DATED this **29** day of December, 2006          Respectfully Submitted,

5

6                                                              _L. Kristopher Rath (signature)_

7                                                              L. Kristopher Rath (5749)
                                                              HUTCHINSON & STEFFEN, LLC

8                                                              Peccole Professional Park
                                                              10080 W. Alta Drive, Suite 200

9                                                              Las Vegas, Nevada 89145
                                                              Telephone: (702) 385-2500

10                                                            Facsimile:  (702) 385-2086

11                                                            Attorneys for Plaintiff

12                                                            1st Technology LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that, on the  29th  day of December, 2006, I deposited for mailing in

3    the U.S. Mail a true and correct copy of the foregoing **1ST TECHNOLOGY LLC'S**

4    **OPPOSITION TO RATIONAL POKER SCHOOL LIMITED'S MOTION FOR A**

5    **MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)** to the

6    following counsel of record:

7                  Andrew P. Gordon
                        McDONALD CARANO WILSON LLP

8                  2300 West Sahara Avenue, Suite 1000
                        Las Vegas, Nevada 89102

9                  Phone: (702) 873-4100

10               Fax: (702) 873-9966
                        Email: agordon@mcdonaldcarano.com

11

12

13

14

15

16                  An Employee of Hutchinson & Steffen, LLC

17

18

19

20

21

22

23

24

25

26

27

28

7