Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP<br>S.A., BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF |

**PLAINTIFF'S RULE 41(a)(1) NOTICE OF VOLUNTARY
DISMISSAL OF COMPLAINT FOR PATENT INFRINGEMENT
AGAINST DEFENDANT FUTUREBET SYSTEMS LTD. ONLY**

Plaintiff 1st Technology LLC, by and through its counsel of record HUTCHISON & STEFFEN, LLC, hereby serves notice of its voluntary dismissal, with prejudice, of all claims in its complaint of patent infringement against Defendant Futurebet Systems Ltd. ("FutureBet"). 1st Technology and FutureBet have settled this action. 1st Technology's Notice of Dismissal is proper under Rule 41(a)(1) as FutureBet has not yet filed an answer or motion for summary judgment. This Notice of Dismissal is with respect to FutureBet only. All other claims and parties remain in

///

///

///

this case.

DATED this 19th day of January, 2007.

Respectfully submitted,

/s/ L. Kristopher Rath

Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC

- 2 -