# AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

**COSTA RICA** )
City of San José ) ss.
                 )

I declare that I, _Allan Hernandez Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 14_, 2006, and performed the following service:

Service upon **BODOG Entertainment Group S.A.**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG Entertainment Group S.A.**:

By Leaving with (Name and Title): _Victoria Mora (in charge)_

At the address of: _Ofientro Ejecutivo La Sabana Sur Edificio 7 piso 5, San Jose Costa Rica_

On the _23_ day of _November_, 2006 at _12:30_ a.m./p.m.

**Description of person served:**

Race _W_   Hair color _Brown_   Height: _5.2_   Weight _80_   Sex _F_   Age _38_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2006/7

Juan C. Surinach-Consular Associate
~~Notary~~

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

1ST TECHNOLOGY LLC,

        Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG ENTERTAINMENT GROUP S.A.
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                                                         September 8, 2006

Clerk                                                               Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                                                   Signature of Server

                                                              _____
                                                                   Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.