# AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

**COSTA RICA** )
City of _San José_ ) ss.
                   )

I declare that I, _Allen Hernandez Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 6/14_, 2006, and performed the following service:

Service upon **BODOG.COM**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG.COM**:

By Leaving with (Name and Title): _Victoria Mora (in charge)_

At the address of: _Oficentro Ejecutivo La Sabana Sur, Edificio 7, San Jose, Costa Rica, 5 piso_

On the _23_ day of _November_, 2006 at _12:20_ a.m./p.m.

**Description of person served:**

Race _W_  Hair color _Brown_  Height: _5.2_  Weight _80_  Sex _F_  Age _38_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2007

Juan C. Surinach-Consular Associate
~~Notary~~

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEVADA

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG.COM
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                               September 8, 2006

Clerk                                                                   Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 1/90) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.