# DILIGENCE AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

COSTA RICA          )
                    ) ss.
City of San Jose    )

I declare that I, _Allen Hernandez Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 14_, 2006, and performed the following service:

On _November 23_, 2006, I visited the provided address of Plaza Roble Corporate Center, San Jose, Costa Rica and attempted to serve the Summons and Complaint for Patent Infringement upon **Rational Enterprises Ltda**. However, the company is not located at that address. _(Plaza Roble Corporate Center, San Jose)_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9_ day of _February_, 2007.

_____
Notary

BERNAL NAVARRO S.
ABOGADO Y NOTARIO

Case 2:06-cv-01110-RLH-GWF    Document 2    Filed 09/08/2006    Page 1 of 2

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

RATIONAL ENTERPRISES LTDA
Plaza Roble Corporate Center
San Jose, Costa Rica

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                                September 8, 2006

_James S. Wilson_ (signature)

Clerk                                                    Date

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                                Signature of Server

                                                                                                                                     Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.