# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 1ST TECHNOLOGY LLC,           ) | Case No.: 2:06-cv-1110-RLH-GWF |
|                        ) | |
|         Plaintiff,     ) | **O R D E R** |
|                        ) | |
|    vs.                 ) | (Requests for International Judicial Assistance–#10, 11, 12) |
|                        ) | |
| RATIONAL ENTERPRISES LTDA,  ) | |
| RATIONAL POKER SCHOOL LIMITED, ) | |
| BODOG ENTERTAINMENT GROUP S.A., ) | |
| BODOG.NET, AND BODOG.COM,    ) | |
|                        ) | |
|        Defendants.    ) | |

Before the Court are Plaintiff 1st Technology LLC's ("Plaintiff") three proposed **Requests for International Judicial Assistance** (#10, 11, 12), filed December 22, 2006. Plaintiff has not presented this Court with any supporting motion or memorandum of points and authorities that justifies the issuance of such requests. In order to properly effect service of process upon foreign Defendants, the Court directs Plaintiff to Federal Rule of Civil Procedure 4(f). Thus, at this time, the Court declines to issue Plaintiff's proposed Requests for International Judicial Assistance.

Dated:   February 20, 2007.

_____
ROGER L. HUNT
Chief United States District Judge