1   Mark A. Hutchison (4639)
    L. Kristopher Rath (5749)
2   Hutchison & Steffen, LLC
    Peccole Professional Park
3   10080 Alta Drive, Suite 200
    Las Vegas, Nevada 89145
4   Telephone:  (702) 385-2500
    Facsimile:   (702) 385-2086
5
    Attorneys for Plaintiff
6   1ST TECHNOLOGY LLC

7                        UNITED STATES DISTRICT COURT

8                             DISTRICT OF NEVADA

9   1ST TECHNOLOGY LLC,                    )     2:06-cv-01110-RLH-GWF
                                           )
10              Plaintiff,                  )
                                           )
11        v.                                )     **DEFAULT OF DEFENDANT
                                           )     BODOG.COM**
12                                          )
    RATIONAL ENTERPRISES LTDA.,            )
13  RATIONAL POKER SCHOOL LIMITED,         )
    BODOG ENTERTAINMENT GROUP              )
14  S.A., BODOG.NET, BODOG.COM, and        )
    FUTUREBET SYSTEMS LTD.,                )
15                                          )
                Defendants.                 )
16  _____)

17        It appearing from the records in the above-entitled action that Defendant, BODOG.COM,

18  was served with a copy of the Summons and Complaint on November 23, 2006; and it appearing

19  from the affidavit of counsel, attached hereto as Exhibit A, and the records herein that Defendant

20  has failed to plead or otherwise defend said action as required by said Summons and provided by

21  the Federal Rules of Civil Procedure,

22        Now, therefore, on request of counsel for Plaintiff, 1ST TECHNOLOGY LLC, the Default

23  of Defendant, BODOG.COM, in the above-entitled action is hereby entered.

24  DATED: _____        LANCE S. WILSON, CLERK

25

26

27                                    By:_____
                                         Deputy Clerk

28

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145