1  Mark A. Hutchison (4639)
   L. Kristopher Rath (5749)
2  Hutchison & Steffen, LLC
   Peccole Professional Park
3  10080 Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone:  (702) 385-2500
   Facsimile:  (702) 385-2086
5
   Attorneys for Plaintiff
6  1ST TECHNOLOGY LLC

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  1ST TECHNOLOGY LLC,               )    2:06-cv-01110-RLH-GWF
                                     )
10            Plaintiff,             )
                                     )
11        v.                         )    **DEFAULT OF DEFENDANT**
                                     )    **BODOG.NET**
12                                   )
   RATIONAL ENTERPRISES LTDA.,       )
13 RATIONAL POKER SCHOOL LIMITED,    )
   BODOG ENTERTAINMENT GROUP         )
14 S.A., BODOG.NET, BODOG.COM, and   )
   FUTUREBET SYSTEMS LTD.,           )
15                                   )
              Defendants.            )
16 _____)

17        It appearing from the records in the above-entitled action that Defendant, BODOG.NET,

18 was served with a copy of the Summons and Complaint on November 23, 2006; and it appearing

19 from the affidavit of counsel, attached hereto as Exhibit A, and the records herein that Defendant

20 has failed to plead or otherwise defend said action as required by said Summons and provided by

21 the Federal Rules of Civil Procedure,

22        Now, therefore, on request of counsel for Plaintiff, 1ST TECHNOLOGY LLC, the Default

23 of Defendant, BODOG.NET, in the above-entitled action is hereby entered.

24
   DATED: _____        LANCE S. WILSON, CLERK
25

26
                                          By:_____
27                                            Deputy Clerk

28

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145