

# EXHIBIT A

Dockets.Justia.com

Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  (702) 385-2500
Facsimile:   (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 1ST TECHNOLOGY LLC, | ) | 2:06-cv-01110-RLH-GWF |
| Plaintiff, | ) ) | |
| v. | ) ) | **AFFIDAVIT OF L. KRISTOPHER RATH IN SUPPORT OF DEFAULT OF DEFENDANT BODOG.NET** |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF L. KRISTOPHER RATH IN SUPPORT OF
DEFAULT OF DEFENDANT BODOG.NET**

I, L. KRISTOPHER RATH, being first duly sworn, depose and state as follows:

1.  I am an attorney duly licensed to practice law in the State of Nevada.  I am a partner with the law firm of Hutchison & Steffen, LLC, counsel of record for Plaintiff, 1ST TECHNOLOGY LLC.

2.  On November 23, 2006, service of process of the Summons and Complaint were effectuated on Defendant, BODOG.NET, as set forth in the Affidavit of Service filed on February 21, 2007, attached hereto as Exhibit B.  Defendant's answer was due on December 13, 2006.

3.  As of this date, no answer or responsive pleading to the Complaint has been filed by Defendant.  Furthermore, I have not been contacted by Defendant or any purported representative of Defendant to request an extension of time to respond to the Complaint.

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

1        4.  Plaintiff therefore requests for an entry of default of Defendant for failing to answer,

2    or otherwise respond, to Plaintiff's Complaint.

3

4    STATE OF NEVADA      )

                               ) ss.

5    COUNTY OF CLARK    )

6                                                       L. KRISTOPHER RATH, ESQ.

7

8    Sworn to and subscribed before me
    this 24th day of February, 2007.

9

10   NOTARY PUBLIC in and for said
    County of Clark, State of Nevada.

**DANETTE YOUNG**
Notary Public, State of Nevada
Appointment No. 06-102395-1
My Appt. Expires Jan. 9, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

- 2 -

# EXHIBIT B

# AFFIDAVIT

**COURT:**      UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA

**CASE:**        1ST TECHNOLOGY LLC, Plaintiff
                  v.
                  RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:**      2:06 cv 1110-RLH-GWF

**COSTA RICA**           )
                      ) ss.
City of _San Jose_    )

I declare that I, _Allen Hernandez Vargas_ , am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 19_ , 2006, and performed the following service:

Service upon **BODOG.NET**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG.NET**:

By Leaving with (Name and Title): _Victoria Vargas_ (in charge)

At the address of: _Officentro Ejecutivo La Sabana 214,_
_Edificio 7, 5 piso, San Jose, Costa Rica_

On the _23_ day of _November_ , 2006 at _12:20_ a.m./p.m.

**Description of person served:**

Race _W_ Hair color _Brown_ Height: _5.2_ Weight _80_ Sex _F_ Age _28_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_ , 200**7**

Embassy of Costa Rica
Province & City of San Jose
Embassy of the United States of America

Juan C. Surinach-Consular Associate
~~Notary~~

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

                Plaintiff,

           v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER
SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, BODOG.COM, and FUTUREBET
SYSTEMS LTD.,

                Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

**TO:** (Name and Address of Defendant)

BODOG.NET
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

    L. Kristopher Rath, Esq.
    HUTCHISON & STEFFEN, LLC
    Peccole Professional Park
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada  89145

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                                                    September 8, 2006

Clerk                                                                   Date

_Lance S. Wilson_

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            *Date*

                                        _____
                                        *Signature of Server*

                                        _____
                                        *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.