Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF<br><br>**DEFAULT OF DEFENDANT BODOG ENTERTAINMENT GROUP S.A.** |

It appearing from the records in the above-entitled action that Defendant, BODOG ENTERTAINMENT GROUP S.A., was served with a copy of the Summons and Complaint on November 23, 2006; and it appearing from the affidavit of counsel, attached hereto as Exhibit A, and the records herein that Defendant has failed to plead or otherwise defend said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, 1ST TECHNOLOGY LLC, the Default of Defendant, BODOG ENTERTAINMENT GROUP S.A., in the above-entitled action is hereby entered.

DATED: _____   LANCE S. WILSON, CLERK

By: _____
     Deputy Clerk