

# EXHIBIT A

Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP<br>S.A., BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>        Defendants. | 2:06-cv-01110-RLH-GWF<br><br>**AFFIDAVIT OF L. KRISTOPHER RATH IN SUPPORT OF DEFAULT OF DEFENDANT BODOG ENTERTAINMENT GROUP S.A.** |

**AFFIDAVIT OF L. KRISTOPHER RATH IN SUPPORT OF DEFAULT
OF DEFENDANT BODOG ENTERTAINMENT GROUP S.A.**

I, L. KRISTOPHER RATH, being first duly sworn, depose and state as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada. I am a partner with the law firm of Hutchison & Steffen, LLC, counsel of record for Plaintiff, 1ST TECHNOLOGY LLC.

2. On November 23, 2006, service of process of the Summons and Complaint were effectuated on Defendant, BODOG ENTERTAINMENT GROUP S.A., as set forth in the Affidavit of Service filed on February 21, 2007, attached hereto as Exhibit B. Defendant's answer was due on December 13, 2006.

3. As of this date, no answer or responsive pleading to the Complaint has been filed by Defendant. Furthermore, I have not been contacted by Defendant or any purported representative of Defendant to request an extension of time to respond to the Complaint.

1        4. Plaintiff therefore requests for an entry of default of Defendant for failing to answer,
2  or otherwise respond, to Plaintiff's Complaint.

4  STATE OF NEVADA    )
                                    ) ss.
5  COUNTY OF CLARK    )

                                                           L. KRISTOPHER RATH, ESQ.

8  Sworn to and subscribed before me this 24th day of February, 2007.

10 NOTARY PUBLIC in and for said County of Clark, State of Nevada.

**DANETTE YOUNG**
Notary Public, State of Nevada
Appointment No. 06-102395-1
My Appt. Expires Jan. 9, 2010

- 2 -

# EXHIBIT B

# AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

COSTA RICA )
City of San José ) ss.
 )

I declare that I, _Allan Hernández Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 14_, 2006, and performed the following service:

Service upon **BODOG Entertainment Group S.A.**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG Entertainment Group S.A.**:

By Leaving with (Name and Title): _Victoria Mora (in charge)_

At the address of: _Ofiventro Ejecutivo La Sabana Sur Edificio 7, piso 5, San José Costa Rica_

On the _23_ day of _November_, 2006 at _12:30_ a.m./p.m.

**Description of person served:**

Race _W_  Hair color _Brown_  Height: _5.2_  Weight _80_  Sex _F_  Age _38_

Signature of Server _[signature]_

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2007.

_[seal: Republic of Costa Rica, Province & City of San José, Embassy of the United States of America]_

Juan C. Surinach - Consular Associate
Notary

Case 2:06-cv-01110-RLH-GWF   Document 24-2   Filed 02/23/2007   Page 6 of 7
Case 2:06-cv-01110-RLH-GWF   Document 16-1   Filed 02/21/2007   Page 2 of 3
Case 2:06-cv-01110-RLH-GWF   Document 2   Filed 09/08/2006   Page 1 of 2

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
DISTRICT OF     NEVADA

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG ENTERTAINMENT GROUP S.A.
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson

Clerk

*/s/ Lance S. Wilson*

September 8, 2006

Date

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

Signature of Server

Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.