# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

1st Technology, LLC, )
)
       Plaintiff(s), )
)
vs. )    Case # 2:06-CV-01110-RLH-GWF
)
)
)    **DEFAULT**
Rational Enterprises, Ltda., et al., )
)
)
       Defendant(s). )
_____ )

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __09-07-2006__
(Original, Amended, etc)                    (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Bodog.com, Bodog.net, and Bodog Entertainment Group S.A.__

_____

_____

in the above-entitled action is hereby entered.

DATED:  __02-26-2007__                                      LANCE S. WILSON, CLERK

By: /s/ Aaron Blazevich
_____
Deputy Clerk