Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

1ST TECHNOLOGY LLC,

Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

Defendants.

2:06-cv-01110-RLH-GWF

**NOTICE OF ENTRY OF DEFAULT OF DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET AND BODOG.COM**

PLEASE TAKE NOTICE that a Default against each of the following Defendants, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET and BODOG.COM, was entered on February 26, 2007 in the above- matter. A copy of said Default is attached hereto.

DATED this 28th day of February, 2006.

HUTCHISON & STEFFEN, LLC

[signature]

Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC

Dockets.Justia.com

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

# CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 28th day of February, 2007, I caused the above and foregoing document entitled: **NOTICE OF ENTRY OF DEFAULT OF DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET AND BODOG.COM** to be served via electronically through ECF/PACER to the attorneys listed below:

**Andrew P Gordon**
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, NV 89102
agordon@mcdonaldcarano.com

Denette Young
An employee of Hutchison & Steffen, LLC

2645-001
G:\L\Lewis, Scott\Rational Enterprises\Pleadings\NOE.Defaults.wpd

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

1st Technology, LLC,

Plaintiff(s),

vs.

Rational Enterprises, Ltda., et al.,

Defendant(s).

Case # 2:06-CV-01110-RLH-GWF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the Original (Original, Amended, etc) Complaint 09-07-2006 (Date Complaint was filed) has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Bodog.com, Bodog.net, and Bodog Entertainment Group S.A.

in the above-entitled action is hereby entered.

DATED: 02-26-2007

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

LANCE S. WILSON, CLERK

By: /s/ Aaron Blazevich

Deputy Clerk