Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
E-Mail: mhutchison@hutchlegal.com
E-Mail: krath@hutchlegal.com

*Attorneys for Plaintiff*
1ST TECHNOLOGY LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>RATIONAL ENTERPRISES LTDA,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP S.A.,<br>BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>        Defendants. | Case No.: 2:06-CV-1110-RLH-GWF<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

    Robert A. Conley, Petitioner, respectfully represents to the Court:

    1.     That Petitioner resides at 575 W. Madison, Chicago, in the State of Illinois.

    2.     That Petitioner is an attorney at law and a member of the law firm of Niro, Scavone, Haller & Niro, with offices at 181 W. Madison Street, Chicago, Illinois 60602, rconley@nshn.com.

3. That Petitioner has been retained personally or as a member of the law firm by 1st Technology LLC, to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 2004, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| *Court* | *Dated Admitted* | *Bar Number* |
|---|---|---|
| Illinois ARDC | | 6282683 |
| Supreme Court of Illinois | 11/04/04 | |
| U.S.D.C Northern District of Illinois | 01/13/05 | |
| U.S.C.A. Federal Circuit | 03/01/05 | |
| U.S.D.C. Eastern District of Wisconsin | 05/23/06 | |
| U.S.D.C. Western District of Wisconsin | 10/25/06 | |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

      <u>Illinois State Bar Association</u>

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

1st Media LLC v. TouchTunes Music Corp., et al
05-cv-1212-LDG-RJJ
William W. Flachsbart – application filed 2/9/06, and subsequently granted
Matthew G. McAndrews – application filed concurrently herewith, and pending
Robert A. Conley – application filed concurrently herewith, and pending

1st Technology LLC v. LasVegasFromHome.com, et al
04-cv-1003-RLF-PAL
William W. Flachsbart – application filed 12/6/04, and subsequently granted

1st Technology LLC v. IQ-Ludorum PLC, et al
06-cv-323-LDG-RJJ
William W. Flachsbart – application filed 8/15/06, and subsequently granted
Matthew G. McAndrews – application filed concurrently herewith, and pending
Robert A. Conley – application filed concurrently herewith, and pending

1st Technology LLC v. Rational Enterprises Ltda, et al
06-cv-1110-RLH-GWF
Matthew G. McAndrews – application filed concurrently herewith, and pending

1st Technology LLC v. Riptown.com Media
06-cv-1650-JCM-GWF
Matthew G. McAndrews – application filed concurrently herewith, and pending
Robert A. Conley – application filed concurrently herewith, and pending

1st Technology LLC v. FB Licensing Ltd.
07-cv-457-RCJ-LRL
Matthew G. McAndrews – application filed concurrently herewith, and pending

                        (PLEASE SEE ATTACHED LIST)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 08-22-2006 | 2:06-cv-1528 | USDC D.Nevada | Granted |
| 10-11-2006 | 2:06-cv-00912-RLH-LRL | USDC D.Nevada | Granted |
| 05-09-2007 | 2:07-cv-00041-RLH-RJJ | USDC D.Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ILLINOIS        )

COUNTY OF COOK          )

Robert A. Conley, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 2nd day of May, 2007.

_____
Notary Public or Clerk of Court

[Notary Stamp: OFFICIAL SUE BURKE NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES:07/24/10]

## DESIGNATION OF RESIDENCE ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interest of the client(s) to designate L. Kristopher Rath, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

> HUTCHISON & STEFFEN, LLC
> Peccole Professional Park
> 10080 West Alta Drive, Suite 200
> Las Vegas, Nevada 89145

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints L. Kristopher Rath as his Designated Resident Nevada Counsel in this case.

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  5749
Designated Resident Nevada Counsel    Bar Number

Approved:

Dated this ___ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned, an employee of Hutchison & Steffen, LLC, hereby certifies that on this 25th day of May, 2007, she served a copy of the Verified Petition by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope addressed to:

>State Bar of Nevada
>600 East Charleston Blvd.
>Las Vegas, Nevada 89104

By: _/s/ Danette Young_
Danette Young, employee of
HUTCHISON & STEFFEN, LLC