Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone: (702) 385-2500
Fax: (702) 385-2086
E-Mail: mhutchison@hutchlegal.com
E-Mail: krath@hutchlegal.com

*Attorneys for Plaintiff*
1ST TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 1ST TECHNOLOGY LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RATIONAL ENTERPRISES LTDA,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP S.A.,<br>BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:06-CV-1110-RLH-GWF<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

Matthew G. McAndrews, Petitioner, respectfully represents to the Court:

1.     That Petitioner resides at 888 Hampstead Court, Barrington, in the State of Illinois.

2.     That Petitioner is an attorney at law and a member of the law firm of Niro, Scavone, Haller & Niro, with offices at 181 W. Madison Street, Chicago, Illinois 60602, mmcandrews@nshn.com.

VERIFIED PETITION
Page 1

3.    That Petitioner has been retained personally or as a member of the law firm by 1st Media LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4.    That since 1995, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Dated Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | 11/09/95 | 6229799 |
| U.S. District Court, Central District of Illinois | 01/19/97 | |
| U.S. District Court, Northern District of Illinois | 09/09/97 | |
| U.S. District Court, Trial Bar for Northern District | 04/09/01 | |
| U.S. District Court, Western District of Wisconsin | 02/03/03 | |
| U.S. Court of Appeals, Federal Circuit | 02/23/99 | |
| U.S. District Court, District of Colorado | 07/14/1999 | |
| U.S. Court of Appeals, Ninth Circuit | 03/19/02 | |
| U.S. Court of Appeals, Fourth Circuit | 04/19/02 | |

6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____None._____

7.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

VERIFIED PETITION
Page 2

1    N/A

2      8.      That Petitioner is a member of good standing in the following Bar Associations:

3    Trial Bar of the U.S. District Court for the Northern District of Illinois

4      9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more

5    than one city) with which Petitioner is associated has/have filed application(s) to appear as

6    counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

7    | Date of Application | Cause | Title of Court | Was Application |
     | | | Administrative Body | Granted or Denied |
8    | | | or Arbitrator | |

9    *1st Media LLC v. TouchTunes Music Corp., et al.*

10   05-cv-1212-LDG-RJJ

11   William W. Flachsbart – application filed 2/9/06, and subsequently granted

12   Matthew G. McAndrews – application filed concurrently herewith, and pending

13   Robert A. Conley – application filed concurrently herewith, and pending

14

15   *1st Technology LLC v. LasVegasFromHome.com, et al.*

     04-cv-1003-RLF-PAL

16   William W. Flachsbart – application filed 12/6/04, and subsequently granted

17

18   *1st Technology LLC v. IQ-Ludorum PLC, et al.*

     06-cv-323-LDG-RJJ

19   William W. Flachsbart – application filed 8/15/06, and subsequently granted

20   Matthew G. McAndrews – application filed concurrently herewith, and pending

21   Robert A. Conley – application filed concurrently herewith, and pending

22

23   *1st Technology LLC v. Rational Enterprises Ltda, et al.*

     06-cv-1110-RLH-GWF

24   Robert A. Conley – application filed concurrently herewith, and pending

25

26

VERIFIED PETITION
Page 3

*1st Technology LLC v. Riptown.com Media*

06-cv-1650-JCM-GWF

Matthew G. McAndrews – application filed concurrently herewith, and pending

Robert A. Conley – application filed concurrently herewith, and pending

*Server Technology, Inc. v. American Power Conversion Corporation*

06-CV-00698-LRH-VPC

Raymond P. Niro, Sr. – application filed on 2/20/07, and subsequently granted

Raymond P. Niro, Jr. – application filed on 2/20/07, and subsequently granted

Matthew G. McAndrews – application filed on 2/20/07, and subsequently granted

Frederick C. Laney – application filed on 2/20/07, and subsequently granted

Nicholas M. Dudziak – application filed on 2/20/07, and subsequently granted

Karen L. Blouin – application filed on 2/20/07, and subsequently granted

*1st Technology LLC v. FB Licensing Ltd.*

07-CV-00475

Matthew G. McAndrews, application filed concurrently herewith, and pending

     10.    Petitioner consents to the jurisdiction (SEE ATTACHED LIST) of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

     11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

     12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

VERIFIED PETITION
Page 4

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 08-22-2006 | 2:06-cv-1528 | USDC D.Nevada | Granted |
| 10-11-2006 | 2:06-cv-00912-RLH-LRL | USDC D.Nevada | Granted |
| 05-09-2007 | 2:07-cv-00041-RLH-RJJ | USDC D.Nevada | Granted |

STATE OF ILLINOIS            )

COUNTY OF COOK            )

     Matthew G. McAndrews, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 7th day of May, 2007.

```
OFFICIAL SEAL
SUE BURKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/24/10
```

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENCE ATTORNEY
## ADMITTED TO THE BAR OF THIS COURT
## AND CONSENT THERETO

     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interest of the client(s) to designate L. Kristopher Rath, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

               HUTCHISON & STEFFEN, LLC
               Peccole Professional Park
               10080 West Alta Drive, Suite 200
               Las Vegas, Nevada  89145

     By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

VERIFIED PETITION
Page 5

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints L. Kristopher Rath as his Designated Resident Nevada Counsel in this case.

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____        5749
Designated Resident Nevada Counsel        Bar Number

Approved:

Dated this ___ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

VERIFIED PETITION
Page 6

1

## CERTIFICATE OF SERVICE

2

3    The undersigned, an employee of Hutchison & Steffen, LLC, hereby certifies that on this

4    25th day of May _____, 2007, she served a copy of the Verified Petition by placing said

5    copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope

6    addressed to:

7                    State Bar of Nevada
                    600 East Charleston Blvd.
8                    Las Vegas, Nevada 89104

9

10                    By:    _Danette Young_____

11                           Danette Young, employee of
                           HUTCHISON & STEFFEN, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26