# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| 1ST TECHNOLOGY LLC, | ) | |
| Plaintiff(s), | ) | 2:06-cv-1110-RLH-GWF |
| vs. | ) | **O R D E R** |
| RATIONAL ENTERPRISES LTDA, *et al.,* | ) | (Petition for Permission to Practice–#29) |
| Defendant(s). | ) | |

The court has received a Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to Bar of this Court, by Matthew G. McAndrews. The Petition will be refused.

First Amended Special order No. 107, issued July 6, 2004, and now codified in the Local Rules as LR IA 10-1 and 10-2, provides in subparagraph (i) that the granting or denial of a petition to practice under this rule is discretionary, and, absent special circumstances, repeated appearances by any attorney or firm of attorneys under this rule is cause for denial. Subsection (i)(1) provides that five (5) appearances within three (3) years shall be presumed excessive. Petitioner or his firm has appeared, or has pending petitions to appear, in ten (10) cases within the last three years.

Subsection (i)(2) provides that the petitioner shall have the burden of establishing special circumstances and that the procedure to do so is by attaching an affidavit to the petition setting forth the special circumstances. Petitioner has failed to do so here.

1

1         The Court notes that Plaintiff is a Nevada limited liability company. There are sufficient capable attorneys and firms in Nevada to provide excellent representation. In fact, one of them filed the complaint herein.

        IT IS THEREFORE ORDERED that the Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to Bar of this Court, by Matthew G. McAndrews (#29) is DENIED.

        Dated: June 5, 2007.

_____
Roger L. Hunt
Chief United States District Judge