L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP<br>S.A., BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF<br><br>**ORDER GRANTING PLAINTIFF 1ST TECHNOLOGY LLC'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP S.A.; BODOG.NET; AND BODOG.COM AND ENTRY OF DEFAULT JUDGMENT** |

The Court has considered Plaintiff 1st Technology LLC's (hereinafter "1st Technology") Application for Default Judgment Against Defendants Bodog Entertainment Group, S.A.; Bodog.Net; and Bodog.Com (hereinafter the "Bodog Entities"), including the affidavit and all exhibits attached thereto. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court has determined that an evidentiary hearing is not necessary and that the information and affidavit provided by Plaintiff is sufficient to enter default in this matter. *Time Warner Cable of New York City v. Foote*, 2002 WL 1267993 (E.D.N.Y. 2002) (citing *Auction S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2nd Cir. 1991), cert. denied, 503 U.S. 1006 (1992); *Fustok v. Conticommodity Services Inc.*, 873 F.2d 38, 40 (2nd Cir. 1989)).

The Court further finds that the amount of the default judgments is reasonably calculable as set forth in detail in Mr. Lewis' Affidavit and the attached documentary evidence.

///

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in this matter in favor of Plaintiff 1st Technology LLC and against the Bodog Entities, jointly and severely, in the amount of FORTY SIX MILLION FIVE HUNDRED NINETY SEVEN THOUSAND EIGHT HUNDRED AND FORTY-NINE DOLLARS ($46,597,849.00). Pre and post judgment interest shall accrue on said judgment at the statutory rate.

DATED: June 13, 2007.

*Roger L. Hunt*
Chief United States District Judge

Respectfully Submitted by:

HUTCHISON & STEFFEN, LLC

L. Kristopher Rath (5749)
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC