L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL LIMITED,<br>BODOG ENTERTAINMENT GROUP<br>S.A., BODOG.NET, BODOG.COM, and<br>FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF<br><br>NOTICE OF ENTRY OF<br>JUDGMENT IN FAVOR OF<br>PLAINTIFF 1ST TECHNOLOGY LLC<br>AND AGAINST DEFENDANTS<br>BODOG ENTERTAINMENT GROUP,<br>S.A., BODOG.NET, AND<br>BODOG.COM |

**NOTICE OF ENTRY OF JUDGMENT IN FAVOR PLAINTIFF
1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG
ENTERTAINMENT GROUP, S.A., BODOG.NET, AND BODOG.COM**

TO: ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Judgment in Favor of Plaintiff, 1ST TECHNOLOGY LLC, and Against Defendants, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, AND BODOG.COM, was signed by Chief United States District Judge Roger L. Hunt on June 13, 2007, and entered by the Court on that same date. A copy of the Judgment is attached hereto.

DATED this 15th day of June, 2007.

HUTCHISON & STEFFEN, LLC

*/s/ L. Kristopher Rath*
L. Kristopher Rath (5749)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 15th day of June, 2007, I caused the above and foregoing document entitled: **NOTICE OF ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF 1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET AND BODOG.COM** to be served via electronically through ECF/PACER to the attorneys listed below:

**Andrew P. Gordon**
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, NV 89102
agordon@mcdonaldcarano.com

_Denette Young_
An employee of Hutchison & Steffen, LLC

2645-001
G:\L\Lewis, Scott\Rational Enterprises\Pleadings\NOE.Judgment.wpd

1  L. Kristopher Rath (5749)
   Hutchison & Steffen, LLC
2  Peccole Professional Park
   10080 Alta Drive, Suite 200
3  Las Vegas, Nevada 89145
   Telephone: (702) 385-2500
4  Facsimile: (702) 385-2086

5  Attorneys for Plaintiff
   1st TECHNOLOGY LLC

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | 2:06-cv-01110-RLH-GWF |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF 1ST TECHNOLOGY LLC'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP S.A.; BODOG.NET; AND BODOG.COM AND ENTRY OF DEFAULT JUDGMENT |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | |
| Defendants. | |

The Court has considered Plaintiff 1st Technology LLC's (hereinafter "1st Technology") Application for Default Judgment Against Defendants Bodog Entertainment Group, S.A.; Bodog.Net; and Bodog.Com (hereinafter the "Bodog Entities"), including the affidavit and all exhibits attached thereto. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court has determined that an evidentiary hearing is not necessary and that the information and affidavit provided by Plaintiff is sufficient to enter default in this matter. *Time Warner Cable of New York City v. Foote*, 2002 WL 1267993 (E.D.N.Y. 2002) (citing *Auction S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2nd Cir. 1991), cert. denied, 503 U.S. 1006 (1992); *Fustok v. Conticommodity Services Inc.*, 873 F.2d 38, 40 (2nd Cir. 1989)).

The Court further finds that the amount of the default judgments is reasonably calculable as set forth in detail in Mr. Lewis' Affidavit and the attached documentary evidence.

///

1  Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is
2  entered in this matter in favor of Plaintiff 1st Technology LLC and against the Bodog Entities,
3  jointly and severely, in the amount of FORTY SIX MILLION FIVE HUNDRED NINETY SEVEN
4  THOUSAND EIGHT HUNDRED AND FORTY-NINE DOLLARS ($46,597,849.00). Pre and
5  post judgment interest shall accrue on said judgment at the statutory rate.

6  DATED: June 13, 2007.

7
8  _____
   Chief United States District Judge
9

10  Respectfully Submitted by:

11  HUTCHISON & STEFFEN, LLC

12  _____
13  L. Kristopher Rath (5749)
    Peccole Professional Park
14  10080 Alta Drive, Suite 200
    Las Vegas, Nevada 89145
15
    Attorneys for Plaintiff
16  1st TECHNOLOGY LLC