# EXHIBIT C





**Reach for Bodog.com:**
Percent of global Internet users who visit this site

| Yesterday | 1 wk. Avg | 3 mos. Avg | 3 mos. Change |
|---|---|---|---|
| 0.0255% | 0.0205% | 0.02695% | ▼ 19% |

**Traffic Rank for Bodog.com:**
Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg | 3 mos. Avg | 3 mos. Change |
|---|---|---|---|
| 5,633 | 6,561 | 4,674 | ▼ 590 |

**Page Views per user for Bodog.com:**
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg | 3 mos. Avg | 3 mos. Change |
|---|---|---|---|
| 2.3 | 2.7 | 3.0 | ▲ 7% |

**Bodog.com users come from these countries:**
United States 66.9%
Canada 8.4%
United Kingdom 3.5%
Sweden 2.1%
Costa Rica 1.9%