# EXHIBIT E

Google First Page Results of Search June 2007 for "bodog"

**Web**                                              Results **1 - 10** of about **3,290,000** for **bodog**. (**0.03** seconds)

### Online Poker, Sports Betting, Online Casino at Bodog Sportsbook
**Bodog** is an online gambling site with online sports betting, online poker and online casino.
Bet on sport at our online sportsbook, play poker or blackjack.
www.**bodog**.com/ - 21k - 20 Jun 2007 - Cached - Similar pages
Online Sports Betting - www.bodog.com/sportsbook/
Play Online Poker at Bodog ... - www.bodog.com/poker/
NBA Playoff Betting, NBA ... - www.bodog.com/.../nba-basketball.jsp
College Basketball Betting, ... - www.bodog.com/sports-betting/ncaa-colle...
More results from www.bodog.com »

### Play Online Poker at Bodog Poker Room
Play online poker for free or for real money at **Bodog** Poker Room, with Texas Holdem,
other poker games, online poker tournaments, WSOP and WPT qualifiers.
www.**bodog**.com/poker/ - 22k - 20 Jun 2007 - Cached - Similar pages

### Bodog Fight - Mixed Martial Arts
**Bodog** Fight is a mixed martial arts tournament airing on the Ion TV and through **Bodog**
TV. Watch or download MMA videos and complete episodes online.
www.**bodog**fight.com/ - 19k - 19 Jun 2007 - Cached - Similar pages

### Bodog Fight MMA Fighting PPV Event - Emelianenko vs Lindland
**Bodog** Fight mixed martial arts fighting PPV event - Fedor Emelianenko vs Matt Lindland on April
14th.
www.**bodog**fight.com/ppv - 13k - Cached - Similar pages
[ More results from www.bodogfight.com ]

### Play Free Online Poker with Bodog
Learn Poker Online at **Bodog** Poker Room Learn Poker Online at **Bodog** Poker Room ...
**Bodog**.net has all the tools you need to learn to play poker the free and ...
www.**bodog**.net/ - 11k - 20 Jun 2007 - Cached - Similar pages

### Bodog Music
**Bodog** Music features the newest in Rock, Pop and Hip Hop! Bif Naked, Britt Black and The
Heck are some of the talent coming out of **Bodog** Music!
www.**bodog**music.com/ - 23k - Cached - Similar pages

### Bodog Poker Get $100 offer Tourney Credits! - PokerJunkie.com
**Bodog** Poker and Poker Junkie offer an exclusive upfront $100 tournament credit sign-up
offer at 100% match. The offer is automatic via the Poker Junkie ...
www.pokerjunkie.com/poker/**bodog**-poker/ - 29k - Cached - Similar pages

### Bodog Girls Profiles and Photo Gallery at Bodog Nation
**Bodog** Girls photo gallery and information at **Bodog** Nation! A new **Bodog** Girl is featured
every month, starting with the beautiful Michelle Leonard.
www.**bodog**nation.com/**bodog**girls/ - 16k - Cached - Similar pages

### Bodog TV - Television and PPV Shows by Bodog
**Bodog** TV offers you the best in mixed martial arts fighting videos, reality poker television,
and many other awesome shows.
www.**bodog**.tv/ - 16k - 19 Jun 2007 - Cached - Similar pages

### Bodog Beat - Sports, Casino, Poker and Entertainment News
A daily mix of sports, poker, casino, pop culture, music, hot celebrities, babes and gambling
news - all presented in hilarious **Bodog** style!
www.**bodog**beat.com/ - 16k - 20 Jun 2007 - Cached - Similar pages