1st Technology LLC v. Rational Enterprises Ltda. et al
Case 2:06-cv-01110-RLH-GWF   Document 35-8   Filed 06/22/2007   Page 1 of 5
Doc. 35 Att. 7

# EXHIBIT G

Dockets.Justia.com

Whois Record for PokerListing.com
http://www.networksolutions.com/whois/results.jsp?domain=pokerlisting.com

Registrant:
  Domains by Proxy, Inc.
  DomainsByProxy.com
  15111 N. Hayden Rd., Ste 160, PMB 353
  Scottsdale, Arizona 85260
  United States

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: POKERLISTING.COM
    Created on: 12-Aug-03
    Expires on: 12-Aug-09
    Last Updated on: 21-May-07

  Administrative Contact:
    Private, Registration  POKERLISTING.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599

  Technical Contact:
    Private, Registration  POKERLISTING.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599

  Domain servers in listed order:
    NS0.DNSMADEEASY.COM
    NS1.DNSMADEEASY.COM
    NS2.DNSMADEEASY.COM
    NS3.DNSMADEEASY.COM
    NS4.DNSMADEEASY.COM

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GO DADDY SOFTWARE, INC. |
| **IP Address:** | 64.40.107.150 (ARIN & RIPE IP search) |
| **IP Location:** | CA(CANADA)-BRITISH COLUMBIA-VANCOUVER |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | clientDeleteProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Online Poker Guide - PokerListings.com - Best Poker Online - Poker Directory |
| **Meta Description:** | PokerListings.com is the leading online poker guide, featuring the world's largest poker site directory, objective reviews on 71 online poker rooms, top lists of best poker games and poker rules. |
| **Meta Keywords:** | play online poker best poker rooms games poker chips playing cards |

|  |  |
|---|---|
|  | compare poker rooms |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

[Pokerlisting.com Home Page Links to Bodog Download and Bodog WSOP Sponsor Promotion]

# http://www.pokerlistings.com/

## Top 10 Online Poker Rooms - June, 2007

| Rank | Poker Room | Download | Read Review |
|---|---|---|---|
| 1. | Titan Poker | Download | Read Review |
| 2. | Party Poker | Download | Read Review |
| 3. | Inter Poker | Download | Read Review |
| 4. | Sportsbook Poker | local Download | Read Review |
| 5. | Bodog Poker | local Download | Read Review |
| 6. | Pacific Poker | Download | Read Review |
| 7. | Mansion Poker | Download | Read Review |
| 8. | Poker Stars | local Download | Read Review |
| 9. | Full Tilt Poker | local Download | Read Review |
| 10. | Everest Poker | Download | Read Review |

1. **Bodog.com - $40,000 WSOP freeroll!**
   Open for ALL PokerListings.com players, the freeroll will run June 10 at 1 p.m. (EDT). Three $12,000 WSOP Main Event packages will be available plus $4,000 in cash prizes. Earn at least 600 player points between March 1 and May 31 to qualify.

   Winners will receive one of three WSOP packages worth $12,000 or part of the $4,000 runners-up cash prizes. This event is exclusive to PL players. On top of this, PokerListings.com players are eligible for exclusive cash freerolls and the world's best sign-up bonus (automatic when signing up through

   

   PokerListings.com).

===========================================================================

[Pokerlisting.com Review Page Links to Bodog Review and Download]

http://www.pokerlistings.com/bodog-poker

# FULL REVIEW - Bodog Poker (7.56)

Bodog Poker is a sportsbook and casino operating since 1995, with the Bodog Poker poker room opening in 2004. The poker site is one of the hottest rooms today and is growing very rapidly, thanks to great promotions and massive advertising. The player base is recruited through the sportsbook and casino, making a large portion of the players beginners and relatively easy to beat.

The software offers nice graphics and functionality, is fast and has great playability. The functionality is good and offers some innovative functions, such as a three-in-one mode where three tables can be viewed and played in the same window.

The games offered are all variations of Texas Hold'em, Omaha, Omaha Hi-Lo, Seven-Card Stud, Seven-Card Stud Hi-Lo, and Five-Card Stud. The games vary between No-Limit, Pot-Limit, and Fixed-Limit. Full-table games, short-handed, and heads-up tables are all available. The games are concentrated on No-Limit Hold'em, especially at the small and middle limits.

Bodog Poker also offers plenty of tournaments and freerolls with great value. The traffic volume overall is in the higher segment of the industry. Real-money player statistics as of June 2007 show 3,900 ring-game players at peak hours, and 18,000 tournament players at peak hours.

Overall Bodog Poker offers relatively loose games and great software that plays well and is fast. The software is updated frequently to ensure safety and stability, with little downtime as a result.

- Visit Bodog Poker
- Direct Download