# EXHIBIT H

Dockets.Justia.com

1    L. Kristopher Rath (5749)
    Hutchison & Steffen, LLC
2    Peccole Professional Park
    10080 Alta Drive, Suite 200
3    Las Vegas, Nevada 89145
    Telephone: (702) 385-2500
4    Facsimile: (702) 385-2086

5    Attorneys for Plaintiff
    1ST TECHNOLOGY LLC

6

                UNITED STATES DISTRICT COURT
7                    DISTRICT OF NEVADA

8    1ST TECHNOLOGY LLC,         )     2:06-cv-01110-RLH-GWF
                              )
9            Plaintiff,         )
                              )     **NOTICE OF ENTRY OF**
10         v.                 )     **JUDGMENT IN FAVOR OF**
                              )     **PLAINTIFF 1ST TECHNOLOGY LLC**
11                               )     **AND AGAINST DEFENDANTS**
   RATIONAL ENTERPRISES LTDA.,    )     **BODOG ENTERTAINMENT GROUP,**
12    RATIONAL POKER SCHOOL LIMITED, )   **S.A., BODOG.NET, AND**
   BODOG ENTERTAINMENT GROUP    )     **BODOG.COM**
13    S.A., BODOG.NET, BODOG.COM, and   )
   FUTUREBET SYSTEMS LTD.,       )
14                               )
           Defendants.      )
15                               )

16       <u>NOTICE OF ENTRY OF JUDGMENT IN FAVOR PLAINTIFF</u>
       <u>1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG</u>
17    <u>ENTERTAINMENT GROUP, S.A., BODOG.NET, AND BODOG.COM</u>

18    TO:    ALL INTERESTED PARTIES:

19       NOTICE IS HEREBY GIVEN that a Judgment in Favor of Plaintiff, 1ST TECHNOLOGY

20    LLC, and Against Defendants, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, AND

21    BODOG.COM, was signed by Chief United States District Judge Roger L. Hunt on June 13, 2007,

22    and entered by the Court on that same date. A copy of the Judgment is attached hereto.

23       DATED this 15th day of June, 2007.

24                         HUTCHISON & STEFFEN, LLC

25

26                         L. Kristopher Rath (5749)
                        Peccole Professional Park
27                         10080 W. Alta Drive, Suite 200
                        Las Vegas, Nevada 89145
28

                        Attorneys for Plaintiff
                        1ST TECHNOLOGY LLC

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 15th day of June, 2007, I caused the above and foregoing document entitled: **NOTICE OF ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF 1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET AND BODOG.COM** to be served via electronically through ECF/PACER to the attorneys listed below:

Andrew P. Gordon
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, NV 89102
agordon@mcdonaldcarano.com

_Denette Young_

An employee of Hutchison & Steffen, LLC

2645-001
G:\LM\Lewis, Scott\Rational Enterprises\Pleadings\NOE.Judgment.wpd

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  (702) 385-2500
Facsimile:  (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | 2:06-cv-01110-RLH-GWF |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF 1ST TECHNOLOGY LLC'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP S.A.; BODOG.NET; AND BODOG.COM AND ENTRY OF DEFAULT JUDGMENT |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | |
| Defendants. | |

The Court has considered Plaintiff 1st Technology LLC's (hereinafter "1st Technology")
Application for Default Judgment Against Defendants Bodog Entertainment Group, S.A.;
Bodog.Net; and Bodog.Com (hereinafter the "Bodog Entities"), including the affidavit and all
exhibits attached thereto.  Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court has
determined that an evidentiary hearing is not necessary and that the information and affidavit
provided by Plaintiff is sufficient to enter default in this matter.  *Time Warner Cable of New York
City v. Foote*, 2002 WL 1267993 (E.D.N.Y. 2002) (citing *Auction S.A. v. Marc Rich & Co.*, 951
F.2d 504, 508 (2nd Cir. 1991), cert. denied, 503 U.S. 1006 (1992); *Fustok v. Conticommodity
Services Inc.*, 873 F.2d 38, 40 (2nd Cir. 1989)).

The Court further finds that the amount of the default judgments is reasonably calculable
as set forth in detail in Mr. Lewis' Affidavit and the attached documentary evidence.

///

1       Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is

2  entered in this matter in favor of Plaintiff 1ˢᵗ Technology LLC and against the Bodog Entities,

3  jointly and severely, in the amount of FORTY SIX MILLION FIVE HUNDRED NINETY SEVEN

4  THOUSAND EIGHT HUNDRED AND FORTY-NINE DOLLARS ($46,597,849.00). Pre and

5  post judgment interest shall accrue on said judgment at the statutory rate.

6

7  DATED: June 13, 2007.

8                               Roger L. Hunt

9                          Chief United States District Judge

10  Respectfully Submitted by:

11  HUTCHISON & STEFFEN, LLC

12

13  L. Kristopher Rath (5749)

14  Peccole Professional Park
     10080 Alta Drive, Suite 200

15  Las Vegas, Nevada 89145

16  Attorneys for Plaintiff
     1ˢᵗ TECHNOLOGY LLC

17

18

19

20

21

22

23

24

25

26

27

28

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

1    L. Kristopher Rath (5749)
     Hutchison & Steffen, LLC
2    Peccole Professional Park
     10080 Alta Drive, Suite 200
3    Las Vegas, Nevada 89145
     Telephone: (702) 385-2500
4    Facsimile: (702) 385-2086

5    Attorneys for Plaintiff
     1ST TECHNOLOGY LLC

6

                UNITED STATES DISTRICT COURT
7                   DISTRICT OF NEVADA

8    1ST TECHNOLOGY LLC,              )      2:06-cv-01110-RLH-GWF
                                   )
9              Plaintiff,             )
                                   )
10             v.                )     **NOTICE OF ENTRY OF**
                                   )     **JUDGMENT IN FAVOR OF**
11                                    )     **PLAINTIFF 1ST TECHNOLOGY LLC**
   RATIONAL ENTERPRISES LTDA.,     )     **AND AGAINST DEFENDANTS**
12    RATIONAL POKER SCHOOL LIMITED,    )     **BODOG ENTERTAINMENT GROUP,**
   BODOG ENTERTAINMENT GROUP     )     **S.A., BODOG.NET, AND**
13    S.A., BODOG.NET, BODOG.COM, and    )     **BODOG.COM**
   FUTUREBET SYSTEMS LTD.,        )
14                                      )
            Defendants.         )
15                                      )

16         **NOTICE OF ENTRY OF JUDGMENT IN FAVOR PLAINTIFF**
        **1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG**
17    **ENTERTAINMENT GROUP, S.A., BODOG.NET, AND BODOG.COM**

18      TO:     ALL INTERESTED PARTIES:

19           NOTICE IS HEREBY GIVEN that a Judgment in Favor of Plaintiff, 1ST TECHNOLOGY

20    LLC, and Against Defendants, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, AND

21    BODOG.COM, was signed by Chief United States District Judge Roger L. Hunt on June 13, 2007,

22    and entered by the Court on that same date. A copy of the Judgment is attached hereto.

23           DATED this 15th day of June, 2007.

24                                  HUTCHISON & STEFFEN, LLC

25

26                                  L. Kristopher Rath (5749)
                                 Peccole Professional Park
27                                  10080 W. Alta Drive, Suite 200
                                 Las Vegas, Nevada 89145
28

                                 Attorneys for Plaintiff
                                 1st TECHNOLOGY LLC

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 15th day of June, 2007, I caused the above and foregoing document entitled: **NOTICE OF ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF 1ST TECHNOLOGY LLC AND AGAINST DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET AND BODOG.COM** to be served via electronically through ECF/PACER to the attorneys listed below:

**Andrew P. Gordon**
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, NV 89102
agordon@mcdonaldcarano.com

_Denette Young_
An employee of Hutchison & Steffen, LLC

2645-001
G:\L\Lewis, Scott\Rational Enterprises\Pleadings\NOE.Judgment.wpd

1  L. Kristopher Rath (5749)
   Hutchison & Steffen, LLC
2  Peccole Professional Park
   10080 Alta Drive, Suite 200
3  Las Vegas, Nevada 89145
   Telephone:  (702) 385-2500
4  Facsimile:  (702) 385-2086

5  Attorneys for Plaintiff
   1st TECHNOLOGY LLC
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8
9  1ST TECHNOLOGY LLC,            )    2:06-cv-01110-RLH-GWF
                                  )
10          Plaintiff,            )
                                  )
11      v.                        )    **ORDER GRANTING PLAINTIFF
                                  )    1ST TECHNOLOGY LLC'S
12 RATIONAL ENTERPRISES LTDA.,    )    APPLICATION FOR DEFAULT
   RATIONAL POKER SCHOOL LIMITED, )    JUDGMENT AGAINST
13 BODOG ENTERTAINMENT GROUP      )    DEFENDANTS BODOG
   S.A., BODOG.NET, BODOG.COM, and)    ENTERTAINMENT GROUP S.A.;
14 FUTUREBET SYSTEMS LTD.,        )    BODOG.NET; AND BODOG.COM
                                  )    AND ENTRY OF DEFAULT
15          Defendants.           )    JUDGMENT**
                                  )
16

    The Court has considered Plaintiff 1st Technology LLC's (hereinafter "1st Technology") Application for Default Judgment Against Defendants Bodog Entertainment Group, S.A.; Bodog.Net; and Bodog.Com (hereinafter the "Bodog Entities"), including the affidavit and all exhibits attached thereto.  Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court has determined that an evidentiary hearing is not necessary and that the information and affidavit provided by Plaintiff is sufficient to enter default in this matter. *Time Warner Cable of New York City v. Foote*, 2002 WL 1267993 (E.D.N.Y. 2002) (citing *Auction S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2nd Cir. 1991), cert. denied, 503 U.S. 1006 (1992); *Fustok v. Conticommodity Services Inc.*, 873 F.2d 38, 40 (2nd Cir. 1989)).

    The Court further finds that the amount of the default judgments is reasonably calculable as set forth in detail in Mr. Lewis' Affidavit and the attached documentary evidence.

///

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in this matter in favor of Plaintiff 1st Technology LLC and against the Bodog Entities, jointly and severely, in the amount of FORTY SIX MILLION FIVE HUNDRED NINETY SEVEN THOUSAND EIGHT HUNDRED AND FORTY-NINE DOLLARS ($46,597,849.00). Pre and post judgment interest shall accrue on said judgment at the statutory rate.

DATED: June 13, 2007.

_Roger L. Hunt_
Chief United States District Judge

Respectfully Submitted by:

HUTCHISON & STEFFEN, LLC

L. Kristopher Rath (5749)
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiff
1st TECHNOLOGY LLC

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145