Charles McCrea (NV State Bar No. 104)
**LIONEL SAWYER & COLLINS**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
*Pro Hac Vice Applications To Be Submitted*
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing Defendants
**BODOG ENTERTAINMENT GROUP S.A.**, and
erroneously named Specially Appearing Defendants
**BODOG.NET** and **BODOG.COM**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., <br><br> Defendants. | Case No: 2:06-cv-1110-RLH-GWF <br><br> **DECLARATION OF GERARDO UMANA** |

UMANA DECLARATION
2:06-cv-11105-RLH-GWF

LACA_867404.1

I, Gerardo Umana, declare as follows:

1. I am the Legal Representative for Bodog Entertainment Group S.A. I make this declaration in support of Specially Appearing Defendant Bodog Entertainment Group S.A. and erroneously named Specially Appearing Defendants Bodog.net and Bodog.com's Motion to Set Aside Default Judgment. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. Victoria Mora is an administrative assistant at Bodog Entertainment Group S.A., and is neither an officer, managing or general agent, or any other agent authorized to accept service of process on behalf of Bodog Entertainment Group S.A., "Bodog.com" or "Bodog.net".

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2007, at San Jose, Costa Rica.

/s/ Gerardo Umana
Gerardo Umana

# CERTIFICATE OF SERVICE

I hereby certify that on **August 31, 2007**, I caused the following document: **DECLARATION OF GERARDO UMANA** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

L. Kristopher Rah
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Dated:       August 31, 2007            /s/ Charles McCrea
                                        Charles McCrea