```
Charles McCrea (NV State Bar No. 104)
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
Pro Hac Vice Applications To Be Submitted
FOLEY & LARDNER LLP
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing Defendants
BODOG ENTERTAINMENT GROUP S.A., and
erroneously named Specially Appearing Defendants
BODOG.NET and BODOG.COM
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD.,<br><br>Defendants. | Case No: 2:06-cv-1110-RLH-GWF<br><br>**DECLARATION OF DIANE E. TUCKER** |

TUCKER DECLARATION
2:06-cv-11105-RLH-GWF

LACA_867279.1

Dockets.Justia.com

I, Diane E. Tucker, declare as follows:

1. I am the General Counsel for various "Bodog" businesses. I make this declaration in support of Specially Appearing Defendant Bodog Entertainment Group S.A. and erroneously named Specially Appearing Defendants Bodog.net and Bodog.com's Motion to Set Aside Default Judgment. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

2. In late April 2007, I sent to L. Kristopher Rah a letter regarding *First Technology, LLC v. Riptown.com Media*, District of Nevada Case No. 2:06-CV-1650-JCM-GWF. Attached hereto as Exhibit B is a true and correct copy of the letter.

3. I never received any communication from Mr. Rah in response to my letter regarding *First Technology, LLC v. Riptown.com Media*. Nor did Mr. Rah ever contact me regarding *First Technology, LLC v. Bodog Entertainment Group S.A,. et al.*, District of Nevada Case No. 2:06-CV-1110-RLH-GWF, until our office received court papers, on or about August 21, 2007, showing a Judgment Summary filed in the Superior Court for the State of Washington, King County, Case No. 07-2-25305-0 SEA, which appeared to be an effort to enforce a default judgment in the *First Technology, LLC v. Bodog Entertainment Group S.A.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2007, at Ketchikan, Alaska.

/s/ Diana E. Tucker
Diane E. Tucker

1
TUCKER DECLARATION
2:06-cv-11105-RLH-GWF

# EXHIBIT B

# EXHIBIT B

L. Kristopher Rah
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Re:   *1st Technology, LLC v. Riptown.com Media*, D.Nv. Case No. 2:06-CV-1650-JCM-GWF

Dear Mr. Rath:

I am general counsel for Riptown.com Media. On or about April 24, 2007, our office received your attempted service of the complaint in the action entitled, *1st Technology LLC v. Riptown.com Media*, Case No. 2:06-CV-1650-JCM-GWF, filed in the United States District Court for the District of Nevada.

Please be advised that Riptown.com Media is a fictitious business name of another entity, and there is no entity named "Riptown.com Media." Thus, your complaint against "Riptown.com Media" and your attempted service are defective.

We reserve all rights, including but not limited to, all rights, claims and defenses to challenge the allegations in 1st Technology, LLC's complaint (which are meritless).

Sincerely,

Diane E. Tucker

**RIPTOWN.COM**

Riptown.com Media
LACA_803385 8th Floor, 333 Seymour Street
Vancouver, BC, Canada V6B 5A6

## CERTIFICATE OF SERVICE

I hereby certify that on **August 31, 2007**, I caused the following document: **DECLARATION OF DIANE E. TUCKER** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

L. Kristopher Rah
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Dated:       August 31, 2007            /s/ Charles McCrea
                                        Charles McCrea
                                        **LIONEL SAWYER & COLLINS**