1st Technology LLC v. Rational Enterprises Ltda. et al
Case 2:06-cv-01110-RLH-GWF   Document 42-2   Filed 09/07/2007   Page 1 of 3
Doc. 42 Att. 1

# EXHIBIT 1

L. Kristopher Rath (5749)
Kevin M. Sutehall (9437)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff*
*1st Technology LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RATIONAL ENTERPRISES LTDA.,<br>RATIONAL POKER SCHOOL<br>LIMITED, BODOG ENTERTAINMENT<br>GROUP S.A., BODOG NET,<br>BODOG.COM, and FUTUREBET<br>SYSTEMS LTD.,<br><br>Defendants. | 2:06-cv-01110-RLH-GWF<br><br>**ORDER FOR EXAMINATION<br>OF JUDGMENT DEBTOR** |

**DATE: October 4, 2007**
**TIME: 10:00 a.m. (PST)**

It appearing to the Court from the Ex Parte Application of Hutchison & Steffen, LLC., attorneys for plaintiff herein, that on June 13, 2007, a judgment was entered against defendants BODOG ENTERTAINMENT GROUP S.A., BODOG NET, BODOG.COM (judgment debtors), and good cause otherwise appearing,

IT IS HEREBY ORDERED that the judgment debtors, BODOG ENTERTAINMENT GROUP S.A., BODOG NET, BODOG.COM, through their owner and CEO Calvin Ayre, be and hereby is ordered to appear at the law offices of HUTCHISON & STEFFEN, LLC, Peccole Professional Park,10080 West Alta Drive, Suite 200, Las Vegas, NV 89145, on October 4, 2007 at 10:00 a.m., (PST) to testify under oath concerning Judgment Debtor's property. In the meantime, the judgment debtors are hereby forbidden from disposing of any property not

1 | exempt from execution.

2 | Failure to appear at the time and place stated above will result in a bench warrant being

3 | issued for the arrest of Calvin Ayre, owner and CEO of the judgment debtors.

4 | DATED this __4th__ day of September, 2007.

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

HUTCHISON & STEFFEN, LLC.

*(signature)*

L. Kristopher Rath (5749)
Kevin M. Sutehall (9437)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff*
*1st Technology LLC*

- 2 -