# EXHIBIT A

Dockets.Justia.com

1
2
3
4
5
6
7
8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

9  1st Technology LLC,

10          Plaintiff,

11     v.

12  BODOG ENTERTAINMENT GROUP S.A.,
    BODOG.NET, AND BODOG.COM,

13

14          Defendants.

Case No.   No. 07-2-25305-0 SEA

NOTICE TO BODOG OF ORDER
GRANTING WRIT OF EXECUTION
AND SALE

15     TO:   **BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND
              BODOG.COM**
16

17   Plaintiff 1st Technology LLC hereby provides you notice (pursuant to RCW

18   RCW 6.17.130) that the Court entered the Order granting its Motion for a Writ

19   of Execution, a copy of which is attached.  Plaintiff further provides notice

20
     that it may commence auction/sales procedures with respect to any or all of
21
     the domain names listed in Exhibit A to the Order – such auction may
22

23   commence on or after August 31, 2007.   Copies of RCW 6.15.010 and

24   6.15.060 are attached hereto.

25

26                                    _____
                                      Venkat Balasubramani, WSBA No. 28269
27                                    Attorney for 1st Technology LLC

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify and declare that on August 24, 2007, I caused (i) the attached

Notice of Order and Sale; (ii) copies of the Order; (iii) copies of RCW  6.15.010

and 6.15.060; and (iv) copies of appraisals for the following domain names:

BODOG.COM, BODOG.NET, BODOGMUSIC.COM,

BODOGBATTLEOFTHEBANDS.COM, BODOG.CO.UK, BODOGPOKER.COM,

BODOGCASINO.COM, BODOGFIGHT.COM, BODOGNATION.COM,

BODOGSPORTSBOOK.COM, BODOGAFFILIATE.COM, BODOGAFFILIATES.COM, to

be mailed via (1) first class US Mail and (2) registered mail to Defendants at the

following address:

> **Oficentro Ejecutive Sabana Sur, Edificio 7**
> **5 Piso San Jose**
> **San Jose, Costa Rica 01017**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24th, 2007, at Seattle, Washington.

_____

Venkat Balasubramani, WSBA No. 28269
Attorney for 1st Technology LLC

NOTICE TO BODOG
OF ORDER GRANTING
WRIT OF EXECUTION AND SALE - 2

**BALASUBRAMANI LAW**
8426 40ᵀᴴ AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

*chief civil*

FILED

07 AUG 21 PM 2:55

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 1st Technology LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BODOG ENTERTAINMENT GROUP S.A.,<br>BODOG.NET, AND BODOG.COM,<br><br>        Defendants. | CASE NO: 07-2-25305-0 SEA<br><br>[PROPOSED] ORDER GRANTING<br>MOTION FOR WRIT OF<br>EXECUTION RE DOMAIN NAMES<br><br>BODOG.COM;<br>BODOG.NET;<br>BODOG.CO.UK;<br>BODOGPOKER.COM;<br>BODOGCASINO.COM;<br>BODOGSPORTSBOOK.COM;<br>BODOGAFFILIATE.COM;<br>BODOGAFFILIATES.COM;<br>BODOGNATION.COM;<br>BODOGFIGHT.COM; AND<br><br>ANY OTHER DOMAIN NAMES<br>LISTED IN EXHIBIT A |

TO:    the eNom Inc., and any other registrar(s) of the domain names listed on **Exhibit A**, attached hereto (the "**Registrar**"):

(1)    The Registrar is DIRECTED to confirm registration of the foregoing domain names and to produce a list of any other domain names registered to Defendants or any of Defendants' affiliated entities ("**Defendants**"), including those registered through an entity affiliated with Registrar;

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 1

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1    (2)    With respect to the domain names that are registered to

2  Defendants (the "***Domain Names***"), the Registrar is hereby ORDERED to transfer

3  control over all of the Domain Names to Plaintiff;

4    (3)    The Registrar is hereby ORDERED to cooperate with Plaintiff with

5  respect to the selling, liquidation (via the Registrar's auction mechanism or

6  another mechanism of Plaintiff's choosing), or other use of all of the Domain

7  Names.

8    (4)    In the event Plaintiff desires to auction any of the Domain Names,

9  Plaintiff shall set reserve pricing at 10% of the amount determined via  an

10  appraisal for the Domain Names either through the Registrar or through any

11  other reputable third party (the "***Appraisal***"). Plaintiff shall then transmit the

12  Appraisal to the Court as part of the official record of the auction procedure

13  (i.e., at the conclusion of the auction; prior notice is not required) (with a copy

14  to Defendants at their last known address, as listed on the Application of Transfer

15  for Foreign Judgment). Provided Plaintiff complies with the procedure set forth

16  herein, Plaintiff shall not be held liable for breach or violation of any duties with

17  respect to the auction of the Domain Names. Nothing herein shall preclude

18  Plaintiff, or any third parties affiliated with it from bidding on and registering (and

19  subsequently exploiting or using) any of the Domain Names.

20    (5)    The Court makes clear that the intent of this Order is to allow Plaintiff

21  to liquidate or otherwise monetize the Domain Names without incurring any

22  expense.   Plaintiff may decide not to auction the Domain Names, and instead

23  may operate the Domain Names in any manner it sees fit, including exploiting

24  any traffic to the sites accessible via the Domain Names.  In the event Plaintiff

25  wishes to transfer the Domain Names to itself, it may obtain an appraisal either

26  through the Registrar or through any other reputable third party (the

27  "***Appraisal***").  Plaintiff shall transmit the Appraisal to the Court as part of the

BALASUBRAMANI LAW
8426 40ᵀᴴ AVE SW
SEATTLE, WASHINGTON  98136
telephone (206) 529-4827
fax (206) 260-3966

official record of the transfer (with a copy to Defendants at their last known address, as listed on the Application of Transfer for Foreign Judgment).

(6)    Plaintiff shall have the right to use Defendant's trademarks (and shall be granted a license to such trademarks, as necessary) if required to effect this Order and Plaintiff shall not otherwise be interfered with by Defendants, Defendants' agents, the Registrar or ICCAN (Internet Corporation for Assigned Names and Numbers), in effecting this Order. The Registrar and ICCAN are to comply with this Order.

(7)    Defendants and any third parties are forever ENJOINED from using in any way the Domain Names and are prohibited from attempting to re-register the Domain Names (either directly or through an agent) with any entity whatsoever.

(8)    The Registrar is hereby ORDERED to reject any request to change registrars or otherwise move, transfer, or cancel the Domain names unless directed otherwise in writing by the Plaintiff.

Herein fail not, and have you then and there this Writ.

_____
Hon. Superior Court Judge
this 21st day of _____, 2007.

(9) Plaintiff shall provide statutory notice to defendants of entry of this order granting motion for writ of execution.

(10) In the event of sale or transfer of the above-mentioned assets upon which plaintiff has executed any surplus funds shall be deposited into the Registry of the Court.

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 3

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**EXHIBIT A**

DOMAIN NAMES

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

bodog.com
bodog.net
bodog.co.uk
bodogpoker.com
bodogcasino.com
bodogsportsbook.com
bodogaffiliate.com
bodogaffiliates.com
bodognation.com
bodogfight.com


bodog.org
bodog.info
bodog.mobi
bodog.biz
bodog.us
bodog.co.uk
bodog.tv
bodog.cc
bodog.eu
bodog.nu
bodog.ca
bodog.name
bodog.ac
bodog.me.uk
bodog.am
bodog.ms
bodog.at
bodog.net.cn
bodog.be
bodog.nl
bodog.bz
bodog.cn
bodog.org.cn
bodog.org.nz
bodog.co.nz
bodog.com.cn
bodog.org.uk
bodog.com.mx
bodog.com.tw
bodog.de
bodog.fm

bodog.tc
bodog.in
bodog.io
bodog.it
bodog.jp
bodog.vg
bodog.ws
bodog.la
bodogpoker.com
bodogpoker.net
bodogpoker.org
bodogpoker.info
bodogpoker.mobi
bodogpoker.biz
bodogpoker.us
bodogpoker.co.uk
bodogpoker.tv
bodogpoker.eu
bodogpoker.ca
bodogpoker.nl
bodogpoker.cn
bodogpoker.de
bodogpoker.ws
bodogpoker.za.com
bodogcasino.com
bodogcasino.net
bodogcasino.org
bodogcasino.mobi
bodogcasino.biz
bodogcasino.us
bodogcasino.co.uk
bodogcasino.tv
bodogcasino.cc
bodogcasino.eu
bodogcasino.cn
bodogcasino.de
bodogcasino.za.com
bodogsportsbook.com
bodogsportsbook.net
bodogsportsbook.org
bodogsportsbook.info
bodogsportsbook.mobi
bodogsportsbook.biz
bodogsportsbook.us

bodogsportsbook.eu
bodogsportsbook.cn
bodogsportsbook.co.nz
bodogfight.com
bodogfight.net
bodogfight.org
bodogfight.info
bodogfight.mobi
bodogfight.biz
bodogfight.us
bodogfight.co.uk
bodogfight.tv
bodogfight.cc
bodogfight.eu
bodogfight.ca
bodogfight.at
bodogfight.be
bodogfight.nl
bodogfight.bz
bodogfight.cn
bodogfight.com.mx
bodogfight.de
bodogfight.in
bodogfight.it
bodogfight.ws
bodogmusic.com
bodogmusic.net
bodogmusic.org
bodogmusic.info
bodogmusic.mobi
bodogmusic.biz
bodogmusic.us
bodogmusic.co.uk
bodogmusic.tv
bodogmusic.cc
bodogmusic.eu
bodogmusic.ca
bodogmusic.name
bodogmusic.at
bodogmusic.be
bodogmusic.nl
bodogmusic.cn
bodogmusic.de
bodogmusic.it

bodogmusic.jp
bodogmusic.ws
bodogmusic.la
bodognation.com
bodognation.net
bodognation.org
bodognation.info
bodognation.mobi
bodognation.biz
bodognation.us
bodognation.co.uk
bodognation.tv
bodognation.eu
bodognation.ca
bodognation.at
bodognation.be
bodognation.nl
bodognation.cn
bodognation.co.nz
bodognation.com.mx
bodognation.com.tw
bodognation.de
bodognation.in
bodognation.it
bodognation.jp
bodognation.ws
bodognation.za.com
bodogbattleofthebands.com
bodogbattleofthebands.net
bodogbattleofthebands.org
bodogbattleofthebands.info
bodogbattleofthebands.mobi
bodogbattleofthebands.biz
bodogbattleofthebands.us
bodogbattleofthebands.co.uk
bodogbattleofthebands.tv
bodogbattleofthebands.cc
bodogbattleofthebands.eu
bodogbattleofthebands.ca
bodogbattleofthebands.at
bodogbattleofthebands.net.cn
bodogbattleofthebands.be
bodogbattleofthebands.nl
bodogbattleofthebands.de

bodogbattleofthebands.it
bodogbattleofthebands.jp
bodogbattleofthebands.ws
bodogbattleofthebands.la
bodogaffiliates.com
bodogaffiliates.net
bodogaffiliates.org
bodogaffiliates.info
bodogaffiliates.mobi
bodogaffiliates.biz
bodogaffiliates.us
bodogaffiliates.co.uk
bodogaffiliates.eu
bodogaffiliates.ca
bodogaffiliates.at
bodogaffiliates.be
bodogaffiliates.co.nz
bodogaffiliates.in
bodogaffiliates.jp
bodogaffiliates.ws
bodogaffiliate.com
bodogaffiliate.net
bodogaffiliate.org
bodogaffiliate.info
bodogaffiliate.mobi
bodogaffiliate.biz
bodogaffiliate.us
bodogaffiliate.co.uk
bodogaffiliate.eu
bodogaffiliate.ca
bodogaffiliate.at
bodogaffiliate.net.cn
bodogaffiliate.be
bodogaffiliate.nl
bodogaffiliate.cn
bodogaffiliate.co.nz
bodogaffiliate.com.mx
bodogaffiliate.de
bodogaffiliate.sa.com
bodogaffiliate.de.com
bodogaffiliate.in
bodogaffiliate.it
bodogaffiliate.jp
bodogaffiliate.ws

bodogtv.com
bodogtv.net
bodogtv.org
bodogtv.info
bodogtv.mobi
bodogtv.biz
bodogtv.us
bodogtv.tv
bodogtv.cc
bodogtv.cn
bodogtv.la
bodogbeat.com
bodogbeat.net
bodogbeat.org
bodogbeat.info
bodogbeat.mobi
bodogbeat.biz
bodogbeat.us
bodogbeat.co.uk
bodogbeat.tv
bodogbeat.eu
bodogbeat.ca
bodogbeat.at
bodogbeat.be
bodogbeat.cn
bodogbeat.co.nz
bodogbeat.com.mx
bodogbeat.com.tw
bodogbeat.de
bodogbeat.in
bodogbeat.it
bodogbeat.jp
bodogbeat.ws
bodogbeat.za.com
bodoglotto.net
bodoglotto.org
calvinayre.com
calvinayre.net
calvinayre.org
calvinayre.info
calvinayre.mobi
calvinayre.biz
calvinayre.us
calvinayre.tv

calvinayre.ca
calvinfoundation.com
calvinfoundation.net
calvinfoundation.org
calvinfoundation.biz
calvinfoundation.us
calvinfoundation.tv
calvinfoundation.cc
calvinfoundation.la
calvinayrefoundation.com
calvinayrefoundation.net
calvinayrefoundation.org
calvinayrefoundation.info
calvinayrefoundation.mobi
calvinayrefoundation.biz
calvinayrefoundation.us
calvinayrefoundation.co.uk
calvinayrefoundation.tv
calvinayrefoundation.cc
calvinayrefoundation.eu
calvinayrefoundation.nu
calvinayrefoundation.ca
calvinayrefoundation.name
calvinayrefoundation.at
calvinayrefoundation.net.cn
calvinayrefoundation.be
calvinayrefoundation.nl
calvinayrefoundation.bz
calvinayrefoundation.cn
calvinayrefoundation.com.mx
calvinayrefoundation.de
calvinayrefoundation.in
calvinayrefoundation.io
calvinayrefoundation.it
calvinayrefoundation.jp
calvinayrefoundation.vg
calvinayrefoundation.ws
calvinayrefoundation.la
bodogsports.com
bodogsports.net
bodogsports.org
bodogsports.info
bodogsports.mobi
bodogsports.biz

bodogsports.tv
bodogsports.eu
bodogsports.ca
bodogsports.net.nz
bodogsports.cn
bodog-tv.com
bodog-tv.net
bodogbackgammon.com
bodogbackgammon.net
bodogbingo.com
bodogbingo.net
bodogbingo.org
bodogbingo.info
bodogbingo.mobi
bodogbingo.biz
bodogbattle.com
bodogbattle.net
bodogbattle.org
bodogbattle.info
bodogbattle.mobi
bodogbattle.biz
bodogbattle.us
bodogbattle.co.uk
bodogbattle.tv
bodogbattle.cc
bodogbattle.eu
bodogbattle.ca
bodogbattle.at
bodogbattle.be
bodogbattle.net.nz
bodogbattle.nl
bodogbattle.co.nz
bodogbattle.de
bodogbattle.in
bodogbattle.it
bodogbattle.jp
bodogbattle.la
bodoggames.com
bodoggames.net
bodoggames.info
bodoggames.mobi
bodoggames.co.uk
bodoggame.com
bodoggame.net

bodoggame.info
bodoggame.mobi
bodoggame.co.uk
betbodog.com
betbodog.net

1    Presented by:

2

3    _____

4    Balasubramani Law (Venkat Balasubramani)
     Attorneys for Plaintiff
5    Bar No. 28269

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

How To Use This Site ¦ About Us ¦ Contact Us ¦ Search

Legislature Home | Senate | House of Representatives

Print Version | No disponible en español

### Inside the Legislature

* Find Your Legislator
* Visiting the Legislature
* Agendas, Schedules and Calendars
* Bill Information
* Laws and Agency Rules
* Legislative Committees
* Legislative Agencies
* Legislative Information Center
* E-mail Notifications (Listserv)
* Students' Page
* History of the State Legislature

### Outside the Legislature

* Congress - the Other Washington
* TV Washington
* Washington Courts
* ■OFM Fiscal Note Website



RCWs > Title 6 > Chapter 6.15 > Section 6.15.010

Beginning of Chapter << 6.15.010 >> 6.15.020

RCW 6.15.010
## Exempt property.

Except as provided in RCW 6.15.050, the following personal property shall be exempt from execution, attachment, and garnishment:

(1) All wearing apparel of every individual and family, but not to exceed one thousand dollars in value in furs, jewelry, and personal ornaments for any individual.

(2) All private libraries of every individual, but not to exceed fifteen hundred dollars in value, and all family pictures and keepsakes.

(3) To each individual or, as to community property of spouses maintaining a single household as against a creditor of the community, to the community:

(a) The individual's or community's household goods, appliances, furniture, and home and yard equipment, not to exceed two thousand seven hundred dollars in value for the individual or five thousand four hundred dollars for the community, said amount to include provisions and fuel for the comfortable maintenance of the individual or community;

(b) Other personal property, except personal earnings as provided under RCW 6.15.050(1), not to exceed two thousand dollars in value, of which not more than two hundred dollars in value may consist of cash, and of which not more than two hundred dollars in value may consist of bank accounts, savings and loan accounts, stocks, bonds, or other securities;

(c) For an individual, a motor vehicle used for personal transportation, not to exceed two thousand five hundred dollars or for a community two motor vehicles used for personal transportation, not to exceed five thousand dollars in aggregate value;

(d) Any past due, current, or future child support paid or owed to the debtor, which can be traced;

(e) All professionally prescribed health aids for the debtor or a dependent of the debtor; and

(f) To any individual, the right to or proceeds of a payment not to exceed sixteen thousand one hundred fifty dollars on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent; or the right to or proceeds of a payment in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor. The exemption under this subsection (3)(f) does not apply to the right of the state of Washington, or any agent or assignee of the state, as a lienholder or subrogee under RCW 43.20B.060.

(4) To each qualified individual, one of the following exemptions:

(a) To a farmer, farm trucks, farm stock, farm tools, farm equipment, supplies and seed, not to exceed five thousand dollars in value;

(b) To a physician, surgeon, attorney, clergyman, or other professional person, the individual's library, office furniture, office equipment and supplies, not to exceed five thousand dollars in value;

(c) To any other individual, the tools and instruments and materials used to carry on his or her trade for the support of himself or herself or family, not to exceed five thousand dollars in value.

For purposes of this section, "value" means the reasonable market value of the debtor's interest in an article or item at the time it is selected for exemption, exclusive of all liens and encumbrances

Case 2:06-cv-01110-RLH-GWF     Document 44-2     Filed 09/10/2007     Page 19 of 38

thereon.

(5) Tuition units, under chapter 28B.95 RCW, purchased more than two years prior to the date of a bankruptcy filing or court judgment.

[2005 c 272 § 6; 2002 c 265 § 1; 1991 c 112 § 1; 1988 c 231 § 5; 1987 c 442 § 301; 1983 1st ex.s. c 45 § 8; 1979 ex.s. c 65 § 1; 1973 1st ex.s. c 154 § 13; 1965 c 89 § 1; 1886 p 96 § 1; Code 1881 § 347; 1879 p 157 § 1; 1877 p 73 § 351; 1869 p 87 § 343; 1854 p 178 § 253; RRS § 563. Formerly RCW 6.16.020.]

Notes:

     **Severability -- 1988 c 231:** See note following RCW 6.01.050.

     **Severability -- 1973 1st ex.s. c 154:** See note following RCW 2.12.030.

How To Use This Site | About Us | Contact Us | Search

Legislature Home | Senate | House of Representatives

Print Version | No disponible en español

**Inside the Legislature**

* Find Your Legislator
* Visiting the Legislature
* Agendas, Schedules and Calendars
* Bill Information
* Laws and Agency Rules
* Legislative Committees
* Legislative Agencies
* Legislative Information Center
* E-mail Notifications (Listserv)
* Students' Page
* History of the State Legislature

**Outside the Legislature**

* Congress - the Other Washington
* TV Washington
* Washington Courts
* OFM Fiscal Note Website



RCWs > Title 6 > Chapter 6.15 > Section 6.15.010

Beginning of Chapter << 6.15.010 >>   6.15.020

# RCW 6.15.010
# Exempt property.

Except as provided in RCW 6.15.050, the following personal property shall be exempt from execution, attachment, and garnishment:

(1) All wearing apparel of every individual and family, but not to exceed one thousand dollars in value in furs, jewelry, and personal ornaments for any individual.

(2) All private libraries of every individual, but not to exceed fifteen hundred dollars in value, and all family pictures and keepsakes.

(3) To each individual or, as to community property of spouses maintaining a single household as against a creditor of the community, to the community:

(a) The individual's or community's household goods, appliances, furniture, and home and yard equipment, not to exceed two thousand seven hundred dollars in value for the individual or five thousand four hundred dollars for the community, said amount to include provisions and fuel for the comfortable maintenance of the individual or community;

(b) Other personal property, except personal earnings as provided under RCW 6.15.050(1), not to exceed two thousand dollars in value, of which not more than two hundred dollars in value may consist of cash, and of which not more than two hundred dollars in value may consist of bank accounts, savings and loan accounts, stocks, bonds, or other securities;

(c) For an individual, a motor vehicle used for personal transportation, not to exceed two thousand five hundred dollars or for a community two motor vehicles used for personal transportation, not to exceed five thousand dollars in aggregate value;

(d) Any past due, current, or future child support paid or owed to the debtor, which can be traced;

(e) All professionally prescribed health aids for the debtor or a dependent of the debtor; and

(f) To any individual, the right to or proceeds of a payment not to exceed sixteen thousand one hundred fifty dollars on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent; or the right to or proceeds of a payment in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor. The exemption under this subsection (3)(f) does not apply to the right of the state of Washington, or any agent or assignee of the state, as a lienholder or subrogee under RCW 43.20B.060.

(4) To each qualified individual, one of the following exemptions:

(a) To a farmer, farm trucks, farm stock, farm tools, farm equipment, supplies and seed, not to exceed five thousand dollars in value;

(b) To a physician, surgeon, attorney, clergyman, or other professional person, the individual's library, office furniture, office equipment and supplies, not to exceed five thousand dollars in value;

(c) To any other individual, the tools and instruments and materials used to carry on his or her trade for the support of himself or herself or family, not to exceed five thousand dollars in value.

For purposes of this section, "value" means the reasonable market value of the debtor's interest in an article or item at the time it is selected for exemption, exclusive of all liens and encumbrances

thereon.

(5) Tuition units, under chapter 28B.95 RCW, purchased more than two years prior to the date of a bankruptcy filing or court judgment.

[2005 c 272 § 6; 2002 c 265 § 1; 1991 c 112 § 1; 1988 c 231 § 5; 1987 c 442 § 301; 1983 1st ex.s. c 45 § 8; 1979 ex.s. c 65 § 1; 1973 1st ex.s. c 154 § 13; 1965 c 89 § 1; 1886 p 96 § 1; Code 1881 § 347; 1879 p 157 § 1; 1877 p 73 § 351; 1869 p 87 § 343; 1854 p 178 § 253; RRS § 563. Formerly RCW 6.16.020.]

Notes:

Severability -- 1988 c 231: See note following RCW 6.01.050.

Severability -- 1973 1st ex.s. c 154: See note following RCW 2.12.030.

Glossary of Terms | Comments about this site | Privacy Notice | Accessibility Information | Disclaimer

**EXPRESS DOMAIN NAME APPRAISAL**  - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115959 |
| Domain Name Appraisal for: | BODOG.COM |
| Estimated Value: | $630.00 - $1,638.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL**  - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115966 |
| Domain Name Appraisal for: | BODOG.NET |
| Estimated Value: | $536.00 - $1,394.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115967 |
| Domain Name Appraisal for: | BODOGMUSIC.COM |
| Estimated Value: | $35,740.00 - $92,924.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115975 |
| Domain Name Appraisal for: | BODOGBATTLEOFTHEBANDS.COM |
| Estimated Value: | $48.00 - $139.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/22/2007

Appraisal Number:            116030

Domain Name Appraisal for:   BODOG.CO.UK

Estimated Value:             $254.00  - $660.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

Appraisal Number:            115971

Domain Name Appraisal for:   BODOGPOKER.COM

Estimated Value:             $3,050.00  - $7,930.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

EXPRESS DOMAIN NAME APPRAISAL - 08/21/2007

Appraisal Number:              115970

Domain Name Appraisal for:     BODOGCASINO.COM

Estimated Value:               $56.00 - $162.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com.*

EXPRESS DOMAIN NAME APPRAISAL - 08/21/2007

Appraisal Number:              115968

Domain Name Appraisal for:     BODOGFIGHT.COM

Estimated Value:               $3,722.00 - $9,677.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com.*

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115969 |
| Domain Name Appraisal for: | BODOGNATION.COM |
| Estimated Value: | $48.00 - $134.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

| | |
|---|---|
| Appraisal Number: | 115972 |
| Domain Name Appraisal for: | BODOGSPORTSBOOK.COM |
| Estimated Value: | $48.00 - $134.00 |

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

Appraisal Number:           115973

Domain Name Appraisal for:  BODOGAFFILIATE.COM

Estimated Value:            $54.00 - $140.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

**EXPRESS DOMAIN NAME APPRAISAL** - 08/21/2007

Appraisal Number:           115974

Domain Name Appraisal for:  BODOGAFFILIATES.COM

Estimated Value:            $48.00 - $134.00

*Provided by GoDaddy.com The #1 Domain Name Registrar*

Your appraisal is based on a variety of factors related to the name itself. We have compared the name to recent sales of similar domains, evaluated recent market trends, and applied a desirability factor based on these trends. Your appraisal is backed by the #1 Domain Registrar in the World, *GoDaddy.Com*.

RECEIVED

King County Superior Court North Division

AUG 1 2007

Charles Gordon
Superior Court Clerk

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

07-2-25305-0 SEA

1st Technology LLC,

  Plaintiff,

 v.

BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, AND
BODOG.COM,

  Defendants.

CASE NO.

JUDGMENT SUMMARY

### JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | 1st Technology LLC |
| Judgment Debtor: | BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM |
| Total Judgment Including pre and post-judgment Interest: | $48,937,456 |
| Judgment Amount: | $46,597,849 |
| Interest (319 pre , 49 days post-judgment): | $2,339,607 (4.98% /2,028,078 (pre) + $311,529 (post)) |
| Attorney's Fees/Costs: | $0.00 (Plaintiff reserves the right to petition for collection costs and fees) |
| Attorney for Judgment Creditor: | Venkat Balasubramani |
| Original Filing Date of Judgment in Court | June 13, 2007 |

JUDGMENT SUMMARY - 1

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

1

Expiration Date of Judgment         June 13, 2017
Under the Law in the State of its
Entry

2

3

Attached as **Exhibit A** hereto is an exemplified copy of the

4

Judgment

5

DATED this 1st day of August, 2007.

6

7                                BALASUBRMANI LAW

8            By:

9                        Venkat Balasubramani, WSBA No. 28269

10                       8426 40th Ave SW
                         Seattle, Washington  98136
                         (206) 529-4827 phone
11                       (206) 206-3966 fax

12

13                       **ATTORNEYS FOR 1ST TECHNOLOGY LLC**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT SUMMARY - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**CERTIFIED COPY OF JUDGMENT**

JUDGMENT SUMMARY - 3

BALASUBRAMANI LAW

8426 40ᵗʰ Ave SW
Seattle, Washington 98136
(206) 529-4827

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____

### EXEMPLIFICATION CERTIFICATE

I, _____ Lance S. Wilson _____ , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

2:06-cv-01110-RLH-GWF 1st Technology LLC v. Rational Enterprises Ltda. et al
Document # 33, DEFAULT JUDGMENT

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Las Vegas _____ on _____ 7/25/2007

_____        _____
| City |                                                                     | Date |

**LANCE S. WILSON**

_____        _____
Clerk                                                                 (By) Deputy Clerk

I, _____ Judge Roger L. Hunt _____ , a Judicial Officer of this Court, certify that _____ Lance S. Wilson _____ , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

7/30/07 _____        _____
Date                                                            Signature of Judge

_____
Honorable Judge Roger L. Hunt
Title

I, _____ Lance S. Wilson _____ , Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Judge Roger L. Hunt _____ ,
Judge
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Las Vegas _____ in this State, on _____ 07-30

_____
| City |

**LANCE S. WILSON**

_____        _____
Clerk                                                                 (By) Deputy Clerk

L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile:  (702) 385-2086

Attorneys for Plaintiff
1st TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

1ST TECHNOLOGY LLC,                 )        2:06-cv-01110-RLH-GWF
                                    )
            Plaintiff,              )
                                    )
      v.                            )        **ORDER GRANTING PLAINTIFF**
                                    )        **1ST TECHNOLOGY LLC'S**
                                    )        **APPLICATION FOR DEFAULT**
RATIONAL ENTERPRISES LTDA.,         )        **JUDGMENT AGAINST**
RATIONAL POKER SCHOOL LIMITED,      )        **DEFENDANTS BODOG**
BODOG ENTERTAINMENT GROUP           )        **ENTERTAINMENT GROUP S.A.;**
S.A., BODOG.NET, BODOG.COM, and     )        **BODOG.NET; AND BODOG.COM**
FUTUREBET SYSTEMS LTD.,             )        **AND ENTRY OF DEFAULT**
                                    )        **JUDGMENT**
            Defendants.             )
                                    )

        The Court has considered Plaintiff 1st Technology LLC's (hereinafter "1st Technology")

Application for Default Judgment Against Defendants Bodog Entertainment Group, S.A.;

Bodog.Net; and Bodog.Com (hereinafter the "Bodog Entities"), including the affidavit and all

exhibits attached thereto.  Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court has

determined that an evidentiary hearing is not necessary and that the information and affidavit

provided by Plaintiff is sufficient to enter default in this matter. *Time Warner Cable of New York*

*City v. Foote*, 2002 WL 1267993 (E.D.N.Y. 2002) (citing *Auction S.A. v. Marc Rich & Co.*, 951

F.2d 504, 508 (2nd Cir. 1991), cert. denied, 503 U.S. 1006 (1992); *Fustok v. Conticommodity*

*Services Inc.*, 873 F.2d 38, 40 (2nd Cir. 1989)).

        The Court further finds that the amount of the default judgments is reasonably calculable

as set forth in detail in Mr. Lewis' Affidavit and the attached documentary evidence.

///

1    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is

2    entered in this matter in favor of Plaintiff 1st Technology LLC and against the Bodog Entities,

3    jointly and severely, in the amount of FORTY SIX MILLION FIVE HUNDRED NINETY SEVEN

4    THOUSAND EIGHT HUNDRED AND FORTY-NINE DOLLARS ($46,597,849.00).  Pre and

5    post judgment interest shall accrue on said judgment at the statutory rate.

6
7    DATED:  June 13, 2007.

8
9                                                    _____
                                                    Chief United States District Judge

10   Respectfully Submitted by:

11   HUTCHISON & STEFFEN, LLC

12
13   L. Kristopher Rath (5749)
     Peccole Professional Park
14   10080 Alta Drive, Suite 200
     Las Vegas, Nevada 89145
15
16   Attorneys for Plaintiff
     1st TECHNOLOGY LLC

17
18
19
20       I hereby attest and certify on 7-25-07
         that the foregoing document is a full, true
21       and correct copy of the original on file in my
         legal custody.
22
         CLERK, U.S. DISTRICT COURT
23       DISTRICT OF NEVADA

24   By_____ Deputy Clerk

25
26
27
28



HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

- 2 -



RECEIVED
In King County Superior Court Clerk's Office

AUG 0 1 2007

Cashier Section
Superior Court Clerk

**SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

1st Technology LLC,

        Plaintiff,

    v.

BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, AND
BODOG.COM,

        Defendants.

CASE NO.

**NOTICE OF FILING OF FOREIGN
JUDGMENT AND CERTIFICATION OF
MAILING**

TO:   BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND
       BODOG.COM.

     PLEASE TAKE NOTICE that an application for transfer of a foreign

judgment, a copy of which is attached hereto, will be filed in Court on or

before August 1, 2007.

     DATED this 1st day of August, 2007.

               **BALASUBRMANI LAW**

    By:

               Venkat Balasubramani, WSBA No. 28269
               8426 40th Ave SW
               Seattle, Washington 98136
               (206) 206-3966 fax

               ATTORNEYS FOR 1st TECHNOLOGY LLC

NOTICE OF FILING OF
FOREIGN JUDGMENT- 1

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

RECEIVED

AUG 0 1 2007

Cashier Section
Superior Court Clerk

**SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

1st Technology LLC,

        Plaintiff,

    v.

BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, and
BODOG.COM,

        Defendants.

CASE NO.  07-2-25305-0 SEA

APPLICATION CERTIFICATE FOR
TRANSFER OF FOREIGN JUDGMENT

1.    I, Venkat Balasubramani, certify under RCW 6.36.025 and 6.36.035 as follows.

2.    I am one of the attorneys for Plaintiff and make this certificate on its behalf.

3.    Plaintiff has a foreign judgment dated June 13, 2007, from the United States District Court, District of Nevada in the amount of $48,937,456.00 (including pre- and post-judgment interest to date), entered against Defendants (jointly and severally). The Judgment is wholly unpaid and unsatisfied.

4.    Plaintiff is a Nevada Limited Liability Company.

5.    Defendants are foreign entities headquartered in Costa Rica.

**APPLICATION CERTIFICATE OF
TRANSFER OF
FOREIGN JUDGMENT- 1**

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

1    Defendants were not represented by counsel in the foreign action.

2    Defendants' last known address is:

3        Oficentro Ejecutive Sabana Sur, Edificio 7
         5 Piso San Jose
4        San Jose, Costa Rica 01017

5    6.    Defendants have registered to them several domain names which

6    are registered through a Washington registrar.  It is presently

7    unknown whether Defendants have offices or other assets in the

8    State of Washington.

9    DATED this 1st day of August, 2007.

10

11                    BALASUBRMANI LAW

12

13    By:    _____
              Venkat Balasubramani, WSBA No. 28269

14            8426 40th Ave SW
15            Seattle, Washington  98136
              (206) 529-4827 phone
16            (206) 206-3966 fax

17

18

19

20

21

22

23

24

25

26

27

28
APPLICATION CERTIFICATE OF
TRANSFER OF
FOREIGN JUDGMENT- 2

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

RECEIVED

AUG 01 2007

Center Stat
Superior Cr

**SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

1st Technology LLC,

        Plaintiff,

      v.

BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, and
BODOG.COM,

        Defendants.

CASE NO. 07-12-25305-0 SEA

CERTIFICATE OF MAILING

The undersigned hereby certifies that I caused the following (1) Notice of Filing of Foreign Judgment; (2) Application Certificate for Transfer of Foreign Judgment; (3) Copy of Foreign Judgment; and (4) Judgment Summary, to be mailed to DEFENDANTS at their last known address below:

      Oficentro Ejecutive Sabana Sur, Edificio 7
      5 Piso San Jose
      San Jose, Costa Rica 01017

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and that this declaration was executed on August 1, 2007, at Seattle, Washington.

                            Venkat Balasubramani

CERTIFICATE OF MAILING- 1

BALASUBRAMANI LAW

8426 40th Ave SW
Seattle, Washington 98136
(206) 529-4827

## CERTIFICATE OF SERVICE

I hereby certify that on **August 31, 2007**, I caused the following document: **MOTION OF SPECIALLY APPEARING DEFENDANTS BODOG ENTERTAINMENT GROUP S.A. AND ERRONEOUSLY NAMED SPECIALLY APPEARING DEFENDANTS BODOG.NET AND BODOG.COM TO SET ASIDE DEFAULT JUDGMENT** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

L. Kristopher Rah
HUTCHINSON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Dated:        August 31, 2007              _____/s/ Charles McCrea_____
                                           Charles McCrea
                                           **LIONEL SAWYER & COLLINS**

LACA_867338.1