# EXHIBIT F

EXPO1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 1st Technology LLC, | Case No. 07-2-25305-0 SEA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING 1ST TECHNOLOGY LLC'S OPPOSITION TO BODOG'S MOTION TO SHORTEN TIME |
| BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM, | |
| Defendants. | |

WHEREAS, Bodog seeks an Order shortening time on its Motion for Relief from Execution and for an order transferring certain domain names back to it pending resolution of its challenge to the underlying judgment. Based on the arguments of counsel the Court rules as follows:

1. 1st Technology LLC shall not transfer or dispose of the domain names (transferred to it pursuant to Judge Erlick's Order) pending resolution of the Motion for Relief from Enforcement of Judgment (filed in King County Superior Court).

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION TO SHORTEN TIME
AND FOR AN EX PARTE HEARING / PAGE - 4

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

2. Bodog shall not transfer or dispose of or cause any third party to transfer or dispose of the domain names which it registered with dot registrar and which relate to Bodog's business (e.g., newbodog.com, net newbodogentertainment.com, newbodogmusic.com, newbodogtv.com, newbodogbattle.com, newbodogfight.com, bodogfantasysports.net, and newcalvinayrefoundation.com) pending resolution of the Motion for Relief from Enforcement of Judgment (filed in King County Superior Court).

3. Notwithstanding the above, either party may transfer the domain names by written consent of the other party or pursuant to a law enforcement directive/order.

4. 1st Technology LLC shall have an opportunity to respond to the Motion for Relief from Enforcement of Judgment; similarly, Bodog shall have an opportunity to respond to 1st Technology's Motion for an Additional Writ of Execution.

4. The parties shall note both Motions on Judge Erlick's calendar (on ~~order~~) September 12, 2007 @ 10:00 AM

5. NO BOND IS REQUIRED

DATED THIS 5TH DAY OF SEPTEMBER, 2007,

_____
KING COUNTY COMMISSIONER

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION TO SHORTEN TIME
AND FOR AN EX PARTE HEARING / PAGE - 5

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1  _____
2  Venkat Balasubramani, counsel for Plaintiff
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION TO SHORTEN TIME
AND FOR AN EX PARTE HEARING / PAGE - 6

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966