# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | Case No.: 2:06-cv-01110-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Permanent Injunction–#35) |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff 1st Technology LLC's unopposed **Motion for Permanent Injunction** (#35) against Defendants Bodog Entertainment Group, S.A., Bodog.net, and Bodog.com, filed June 22, 2007 is STAYED until the Court considers Defendants' Motion to Set Aside Default Judgment (#36), filed August 31, 2007.

Dated: September 10, 2007.

*[signature]*

**ROGER L. HUNT**
**Chief United States District Judge**

AO 72
(Rev. 8/82)

1