# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| 1ST TECHNOLOGY LLC, | ) | Case No.: 2:06-cv-01110-RLH-GWF |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | (Emergency Motion to Vacate the Order of |
| | ) | Examination of Judgment Debtor, or |
| RATIONAL ENTERPRISES LTDA., | ) | alternatively, for Stay Pending Resolution |
| RATIONAL POKER SCHOOL LIMITED, | ) | of Motion to Set Aside Default Judgment |
| BODOG ENTERTAINMENT GROUP S.A., | ) | –#43) |
| BODOG.NET, BODOG.COM, and | ) | |
| FUTUREBET SYSTEMS LTD., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Defendants Bodog Entertainment Group S.A., Bodog.com, and

Bodog.net's **Emergency Motion to Vacate the Order of Examination of Judgment Debtor, or**

**alternatively, for Stay Pending Resolution of Motion to Set Aside Default Judgment** (#43),

filed September 7, 2007.   IT IS HEREBY ORDERED that the debtor examination of Calvin Ayre

in Las Vegas, Nevada is STAYED until the Court considers Defendants' Motion to Set Aside

Default Judgment (#36), filed August 31, 2007.

Dated: September 10, 2007.

_____
**ROGER L. HUNT**
**Chief United States District Judge**

AO 72
(Rev. 8/82)