1st Technology LLC v. Rational Enterprises Ltda. et al
Case 2:06-cv-01110-RLH-GWF   Document 50-4   Filed 09/18/2007   Page 1 of 12
Doc. 50 Att. 3

# EXHIBIT 5

Dockets.Justia.com

Case 2:06-cv-01110-RLH-GWF    Document 16    Filed 02/21/2007    Page 1 of 3

# AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

COSTA RICA )
City of San José ) ss.
)

I declare that I, _Allen Hernandez Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _December 14_, 2006, and performed the following service:

Service upon **BODOG Entertainment Group S.A.**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG Entertainment Group S.A.**:

By Leaving with (Name and Title): _Victoria Mora (in charge)_

At the address of: _Ocentro Ejecutivo La Sabana Su Edificio 7, piso 5, San José Costa Rica_

On the _23_ day of _November_, 2006 at _12:30_ a.m./p.m.

**Description of person served:**

Race _W_ Hair color _Brown_ Height: _5.2_ Weight _80_ Sex _F_ Age _38_

Signature of Server _[signature]_

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2007

Juan C. Surinach - Consular Associate
Notary

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG ENTERTAINMENT GROUP S.A.
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson

Clerk

*Lance S. Wilson* (signature)

September 8, 2006

Date

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                Signature of Server

                                                _____
                                                Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

COSTA RICA           )
                     ) ss.
City of San José     )

I declare that I, _Allan Hernández Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November (6th) 14_, 2006, and performed the following service:

Service upon BODOG.COM, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to BODOG.COM:

By Leaving with (Name and Title): _Victoria Mora (in charge)_

At the address of: _Oficentro Ejecutivo La Sabana Sur, Edificio 7, San José, Costa Rica, 5 piso_

On the _23_ day of _November_, 2006 at _12:20_ a.m./p.m.

**Description of person served:**

Race _W_  Hair color _Brown_  Height: _5.2_  Weight _80_  Sex _F_  Age _38_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9th_ day of February, 2007

_Juan G. Surimach_ — Consular Associate

Case 2:06-cv-01110-RLH-GWF   Document 2   Filed 09/08/2006   Page 1 of 2

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

**TO:** (Name and Address of Defendant)

BODOG.COM
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson                          September 8, 2006

Clerk                                         Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                           Date                                  Signature of Server

                                                   _____
                                                   Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**CASE:** 1ST TECHNOLOGY LLC, Plaintiff
v.
RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:** 2:06 cv 1110-RLH-GWF

COSTA RICA        )
                  ) ss.
City of San Jose  )

I declare that I, _Allan Hernández Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 19_, 2006, and performed the following service:

Service upon **BODOG.NET**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG.NET**:

By Leaving with (Name and Title): _Victoria Herra (in charge)_

At the address of: _Oficentro Ejecutivo La Sabana Sur, Edificio 7, 5 piso, San Jose, Costa Rica_

On the _23_ day of _November_, 2006 at _12:20_ a.m./p.m.

**Description of person served:**

Race _W_  Hair color _Brown_  Height: _5.2_  Weight _80_  Sex _F_  Age _28_

Signature of Server _____

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2007

Juan C. Suriñach-Consular Associate

Case 2:06-cv-01110-RLH-GWF   Document 2   Filed 09/08/2006   Page 1 of 2

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF ____NEVADA____

1ST TECHNOLOGY LLC,

    Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD.,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG.NET
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Lance S. Wilson

Clerk

/s/ Lance S. Wilson

September 8, 2006

Date

AO 440 (Rev. 1/90) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　　Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 6

### DECLARATION OF ALLAN HERNANDEZ VARGAS

I, ALLAN HERNANDEZ VARGAS, holder of the Costa Rican Identification number 1-1023-0678, do hereby declare:

1. I am citizen of Costa Rica, am over the age of 21, and not a party or an attorney for any party in this action.

2. On November 23, 2006, I visited the offices of Bodog Entertainment Group, S.A. in San Jose, Costa Rica and delivered a copy of the Summons and Complaint for Case No. 2:06-cv-01110-RLH-GWF, filed in the United States District Court for the District of Nevada.

3. I personally handed a copy of the Summons and Complaint to a woman who identified herself as Victoria Mora. Ms. Mora informed me that she was in charge of the office.

4. Ms. Mora was a Hispanic female who appeared to be about 38 years old, with a height of 5'2" and a weight of 80 kilograms.

5. Ms. Mora did not say or do anything to lead me to believe that she was not in a position of authority within Bodog Entertainment Group, S.A. or that she was unauthorized to accept service of process. To the contrary, Ms. Mora gave me every indication that was authorized under Costa Rican law to accept service of process for Bodog Entertainment Group, S.A.

6. I declare under penalty of perjury under the laws of the State of Nevada, and the laws of the country of Costa Rica, that the foregoing is true and correct.

DATED: September 17, 2007

ALLAN HERNANDEZ VARGAS

Auténtica

1

