# EXHIBIT 12

Dockets.Justia.com

### AFFIDAVIT OF TROY A. WALLIN

STATE OF ARIZONA     )
                           ) ss.
COUNTY OF MARICOPA  )

     I, TROY A. WALLIN, being first duly sworn, depose and state as follows:

     1.     I am an attorney licensed to practice law in the States of Nevada and Arizona. I am Partner with the firm of Hutchison Steffen Wallin, and am over the age of legal majority.

     2.     On September 11, 2007, I spoke with Mr. James Nguyen, an attorney representing the Bodog Entities. At that time, Mr. Nguyen informed me that Bodog Entities had recently entered into a strategic alliance and/or joint venture with the Mohawk Indians in Canada, that an announcement had already been made publicly to that effect and that Bodog Entities intended to use their sovereign immunity as a shield to prevent Plaintiff 1st Technology LLC from pursuing their claims in the instant litigation.

     3.     Mr. Nguyen also informed me that Bodog had already shifted its business to the new Bodog domain names, was happy with the results, and had already been working with the top search engines to "optimize" their listings with the new domain names to again be at the top of all related search results.

     4.     In the same discussion, I informed Mr. Nguyen of 1st Technology LLC's intention to fully pursue Bodog's assets to satisfy its claims in the event that the Nevada Judgment was upheld. To this, Mr. Nguyen replied that this would be impossible since in such an event Bodog believed it had already left U.S. jurisdiction by strategically aligning itself and/or joint venturing with the Mohawk Indians in Canada, thereby avoiding any possibility of collection.

     5     As such, it appears the Bodog Entities are again attempting to hide assets and put them beyond the reach of United States Courts so that they can equate impunity and evade United States laws and litigation.

/ / /

/ / /

/ / /

1

1    Further your affiant sayeth naught.

2    DATED this 12th day of September, 2007.

3

4

5                                  TROY A. WALLIN

6

7    Sworn to and subscribed before

8    me this 12th day of September, 2007.

9

10    Notary Public

11

12

13 

14          OFFICIAL SEAL
         STEPHANIE SAWYER
     NOTARY PUBLIC - State of Arizona
         MARICOPA COUNTY
    My Comm. Expires May 12, 2011

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 13

1
2
3
4
5
6
7
8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

9  | 1st Technology LLC,
10 |              Plaintiff,
11 |        v.
12 | BODOG ENTERTAINMENT GROUP S.A.,
   | BODOG.NET, AND BODOG.COM,
13 |
14 |              Defendants.

Case No.  07-2-25305-0 SEA

[PROPOSED] ORDER
REGARDING CROSS MOTIONS
REGARDING WRIT OF
EXECUTION

15
16    WHEREAS, the Court has considered the cross-motions of the parties

17 regarding Writs of Execution (and declarations and supporting documents

18 thereto).   Based on the arguments of counsel and the submissions the
19

20 Court rules as follows:

21 1.    1st Technology LLC shall not transfer or dispose of the domain names

22 (transferred to it pursuant to the Court's August 21, 2007 Order) pending
23

24 resolution of Bodog's Motion to Set Aside Default (currently pending in the

25 United States District Court for the District in Nevada).  These names shall

26 remain in 1st Technology's name, but shall be locked at the registrar
27

[PROPOSED] ORDER RE CROSS-MOTIONS
REGARDING WRITS OF EXECUTION / PAGE - 1

ENOM, INCORPORATED until further order of this Court or an order from the United States District Court for the District of Nevada.

2.      Any domain name registered to the defendant via a domain name registrar subject to the personal jurisdiction of this Court, including DSTR Acquisition PA I, LLC, DOTREGISTRAR, LLC, and ENOM, INCORORATED, shall not be transferred or disposed of pending resolution of Bodog's Motion to Set Aside Default (currently pending in the United States District Court for the District in Nevada). These domain names (including newbodog.com, newbodog.net, newbodogentertainment.com, newbodogmusic.com, newbodogtv.com, newbodogbattle.com, newbodogfight.com, bodogfantasysports.net, and newcalvinayrefoundation.com) shall remain in the current registrant's name, but shall be locked at the applicable registrar until further order of this Court or an order from the United States District Court for the District of Nevada.

3.      Both parties shall submit briefs (on September 19, 2007, with responses on September 21, 2007) about whether it this Court has jurisdiction, and whether it is in violation of the First Amendment to the United States Constitution, to order that:

    Bodog shall not (and shall not cause any third party to) redirect traffic from web sites propagated via the domain names referenced

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1  in this order to new or other domain names pending resolution of the
2  Nevada Motion.

3  4.    ENOM, INCORPORATED, DSTR Acquisition PA I, LLC, AND

4  DOTREGISTRAR, LLC are Ordered to comply with any applicable terms

5  *5. Plaintiff does not have the right to use*

6  herein. *any of the defendants' trademarks without*

*further Order of this Court.*

7  DATED THIS 12th DAY OF SEPTEMBER, 2007.

9                                        _____
10                                        HON J. ERLICK

13  _____
     Venkat Balasubramani, counsel for Plaintiff

16  _____
     Derek A. Newman, counsel for Defendant

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966