# EXHIBIT 1

Dockets.Justia.com