# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | Case No.: 2:06-cv-01110-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Emergency Motion for Permanent Injunction–#51) |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | |
| Defendants. | |

Before the Court is Plaintiff 1ST Technology LLC's **Emergency Motion for Permanent Injunction Against Defendants Bodog Entertainment Group, S.A., Bodog.net, and Bodog.com** (#51), filed September 20, 2007.

IT IS HEREBY ORDERED that Defendants shall file their opposition to Plaintiff's Emergency Motion for Permanent Injunction by September 27, 2007, with Plaintiff's reply due by October 2, 2007.

THE COURT HEREBY sets a combined hearing for the instant Motion as well as Defendants' Motion to Set Aside Default Judgment (#36) on October 11, 2007, at 9:00 a.m. to be held in Courtroom 6C at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, NV.

Dated: September 24, 2007

_____
**ROGER L. HUNT**
**Chief United States District Judge**

AO 72
(Rev. 8/82)