1  Mark A. Hutchison (4639)
   L. Kristopher Rath (5749)
2  Hutchison & Steffen, LLC
   Peccole Professional Park
3  10080 Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone: (702) 385-2500
   Facsimile: (702) 385-2086
5
6  Venkat Balasubramani, Esq.
   Balasubramani Law
7  8426 40th Avenue SW
   Seattle, Washington 98136
   Telephone: (206) 529-4827
8  Facsimile: (206) 260-3996
9  Attorneys for Plaintiff
   1st TECHNOLOGY LLC
10
                    UNITED STATES DISTRICT COURT
11
                        DISTRICT OF NEVADA
12
13  1ST TECHNOLOGY LLC,                 )    2:06-cv-01110-RLH-GWF
                                        )
14              Plaintiff,              )    **SUPPLEMENT TO PLAINTIFF 1ST**
                                        )    **TECHNOLOGY**
15                                      )    **LLC'S OPPOSITION TO**
        v.                              )    **DEFENDANTS BODOG**
16                                      )    **ENTERTAINMENT GROUP, S.A.,**
    RATIONAL ENTERPRISES LTDA.,         )    **BODOG.NET, AND BODOG.COM'S**
17  RATIONAL POKER SCHOOL LIMITED,      )    **MOTION TO SET ASIDE DEFAULT**
    BODOG ENTERTAINMENT GROUP           )    **JUDGMENT**
18  S.A., BODOG.NET, BODOG.COM, and     )
    FUTUREBET SYSTEMS LTD.,             )    **ORAL ARGUMENT REQUESTED**
19                                      )
                Defendants.             )
20  _____)

21      Plaintiff 1ST TECHNOLOGY LLC (hereinafter "1st Technology") by and through its counsel

22  of record, HUTCHISON & STEFFEN, LLC, hereby supplements its Opposition to the Motion and

23  Amended Motion to Set Aside Default Judgment of Defendants BODOG ENTERTAINMENT

24  GROUP S.A., BODOG.NET, and BODOG.COM (hereinafter collectively referred to as the

25  "Bodog Entities").

26      Exhibit 6 to 1st Technology's Opposition was the Declaration of Allan Hernandez Vargas.

27  Exhibit 6 to this Supplement contains the same Declaration and adds verifying papers. Exhibit 11

28  to 1st Technology's Opposition was the Declaration of Mauricio Bonilla Robert. Exhibit 11 to this

Supplement contains the same Declaration and adds verifying papers. Exhibit A to Exhibit 11 of

1st Technology's Opposition contained the Certification of Registration in Costa Rica of Bodog

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 ALTA DRIVE, SUITE 200
LAS VEGAS, NEVADA 89145

Entertainment Group, S.A.  Exhibit A to Exhibit 11 to this Supplement contains the same

Certification and adds verifying papers.  This supplement merely provides the verifications for the

statements and document indicated above.  No statements or documents have been changed.  The

verifications are submitted in this supplement because the verification process takes some time in

Costa Rica.

DATED this **26**th day of September, 2007.

HUTCHISON & STEFFEN, LLC

Mark A. Hutchison (4639)
L. Kristopher Rath (5749)
Hutchison & Steffen, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

Venkat Balasubramani, Esq.
Balasubramani Law
8426 40th Avenue SW
Seattle, Washington 98136

Attorneys for Plaintiff
1st TECHNOLOGY LLC

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 26th day of September, 2007, I caused the above and foregoing document entitled: **SUPPLEMENT TO PLAINTIFF 1ST TECHNOLOGY LLC'S OPPOSITION TO DEFENDANTS BODOG ENTERTAINMENT GROUP, S.A., BODOG.NET, AND BODOG.COM'S MOTION TO SET ASIDE DEFAULT JUDGMENT** to be served via electronically through ECF/PACER to the attorneys listed below:

**Charles McCrea, Esq.**
Lionel, Sawyer & Collins
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Counsel for Defendant Bodog Entertainment Group, S.A.*

**James D. Nguyen, Esq.**
Foley & Lardner, LLP
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
*Co-Counsel for Defendant Bodog Entertainment Group, S.A.*

**Andrew P. Gordon, Esq.**
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, Nevada 89102
*Counsel for Defendant Rational Poker School Limited*

An employee of Hutchison & Steffen, LLC

# EXHIBIT 6

## DECLARATION OF ALLAN HERNANDEZ VARGAS

I, ALLAN HERNANDEZ VARGAS, holder of the Costa Rican Identification number 1-1023-0678, do hereby declare:

1.    I am citizen of Costa Rica, am over the age of 21, and not a party or an attorney for any party in this action.

2.    On November 23, 2006, I visited the offices of Bodog Entertainment Group, S.A. in San Jose, Costa Rica and delivered a copy of the Summons and Complaint for Case No. 2:06-cv-01110-RLH-GWF, filed in the United States District Court for the District of Nevada.

3.    I personally handed a copy of the Summons and Complaint to a woman who identified herself as Victoria Mora. Ms. Mora informed me that she was in charge of the office.

4.    Ms. Mora was a Hispanic female who appeared to be about 38 years old, with a height of 5'2" and a weight of 80 kilograms.

5.    Ms. Mora did not say or do anything to lead me to believe that she was not in a position of authority within Bodog Entertainment Group, S.A. or that she was unauthorized to accept service of process. To the contrary, Ms. Mora gave me every indication that was authorized under Costa Rican law to accept service of process for Bodog Entertainment Group, S.A.

6.    I declare under penalty of perjury under the laws of the State of Nevada, and the laws of the country of Costa Rica, that the foregoing is true and correct.

DATED: _September 17, 2007_

_____
ALLAN HERNANDEZ VARGAS

Auténtica                                                                 1



**RICARDO VARGAS AGUILAR.** Notario Público de la Ciudad de San José. Carné Número Seis Mil Novecientos Setenta y Cuatro. De conformidad con los artículos setenta y seis, setenta y siete y ciento diez de la ley número siete mil setecientos sesenta y cuatro Código de Notariado, que la firma del señor Allan Hernández Vargas que consta en el documento que antecede, en el cual he sido colocado mi sello y firma, fue puesta de su puño y letra en mi presencia. Asimismo por mi conocimiento en el idioma del Inglés hago constar que el documento que antecede, en el cual he sido colocado mi sello y firma, consiste en una declaración jurada en documento privado del señor Allan Hernández Vargas. Expido la presente a solicitud del señor Allan Hernández Vargas. Hago constar que el presente documento será utilizado únicamente en los Estados Unidos de América. En la ciudad de San José, a las doce horas treinta y cinco minutos del dieciocho de setiembre de dos mil siete. Agrego y cancelo los timbres de ley.



## REPUBLICA DE COSTA RICA
## PODER JUDICIAL
## DIRECCION NACIONAL DE NOTARIADO



**DNN**

**ALICIA BOGARIN PARRA,** Directora Nacional de Notariado, del Poder Judicial de conformidad con; el segundo párrafo del artículo ciento cuarenta y uno de la Ley Orgánica del Poder Judicial y, los acuerdos de Corte Plena en sus sesiones número veintinueve-noventa y ocho, artículo IX y número veintisiete-dos mil tres, artículo X.     **HACE CONSTAR:** Que la anterior firma del (de la) notario (a) Público(a) Licenciado (a) **RICARDO ARTURO VARGAS AGUILAR** quien a la fecha de esta razón se halla en ejercicio del notariado y al día en los deberes funcionales (papel de seguridad, sello blanco, pago fondo de garantía y no se encuentra suspendido ni inhabilitado en el ejercicio). Asimismo que la presente razón no implica juicio alguno en cuanto a la forma y contenido del documento aportado por el fedatario, por lo que se hace saber que la legalidad y eficacia del contenido del mismo es responsabilidad del notario que lo avala con su firma estampada de su puño y letra, y sello blanco registrado. *******************************

**ES CONFORME,** San José, a los diecinueve días del mes de setiembre de dos mil siete. Se agregan y cancelan los timbres de ley.*****************MCA.



7 7 6 4 2 2 0 5 9 8

9261416



Sup

141

aut

Dir

del

con



EN BLANCO





**REPÚBLICA DE COSTA RICA**

**CORTE SUPREMA DE JUSTICIA**

**SECRETARÍA GENERAL**



**SILVIA NAVARRO ROMANINI**, Secretaria General de la Corte

Suprema de Justicia, en ejercicio de las facultades que le otorga el artículo

141 de la Ley Orgánica del Poder Judicial, **HACE CONSTAR**: Que es

auténtica la firma anterior de la Licenciada **ALICIA BOGARÍN PARRA**,

Directora Nacional de Notariado, quien en la actualidad se halla en ejercicio

del cargo. Esta razón no implica juicio alguno en cuanto a la forma y

contenido del documento.--------------------

                                   **ES CONFORME:** San José, diecinueve de

                    setiembre del dos mil siete.-------





**REPUBLICA DE COSTA RICA**

MINISTERIO DE RELACIONES EXTERIORES Y CULTO

La firma que antecede del señor

Silvia Navarro Ramanini

Corte Suprema

ES AUTENTICA

2 0 SET. 2007

San José, _____ de 199 ____

Esta autenticación no implica responsabilidad en cuanto al contenido del documento.

Hannia Porras Garcia

Oficial de Autenticaciones

REPUBLIC OF COSTA RICA
PROVINCE AND CITY OF SAN JOSE
EMBASSY OF THE UNITED STATES } SS
OF AMERICA

I, **Juan C Surinach** Consular Associate of the
United States of America at San Jose, duly
commissioned and qualified, do hereby certify that
**Hannia Porras Garcia**
Whose true signature and official seal are,
respectively, subscribed and affixed to the
foregoing documents, was on the **20th** day of
**September 2007**
the date thereof, **Officer of Authentication**
**Ministry of Foreign Affairs**
San Jose, Republic of Costa Rica, duly
commissioned and qualified, to whose official acts
faith and credit are due.
IN WITNESS WHEREOF I hereunto set my hand
and affixed the seal of the Embassy at San Jose,
Costa Rica.
This **21st** day of **September 2007**

Juan C Surinach
CONSULAR ASSOCIATE OF THE UNITED STATES OF AMERICA
SAN JOSE, COSTA RICA

# EXHIBIT 11

## DECLARATION OF MAURICIO BONILLA ROBERT

I, MAURICIO BONILLA ROBERT, holder of the Costa Rican Identification number 1-0903-0770, do hereby declare:

1.      I am an attorney licensed to practice in the country of Costa Rica (license number 13784) and practice with the law firm of Oller Abogados (http://www.ollerabogados.com). I have been retained to represent the interest of Plaintiff 1st Technology LLC in the country of Costa Rica in Case No. 2:06-cv-1110-RLH-GWF, filed in the United States District Court for the District of Nevada.

2.      I am over the age of 18, the age of legal majority in the State of Nevada.

3.      I have researched the corporate status of Bodog Entertainment Group, S.A., an entity chartered in Costa Rica. A true and correct copy of this company's Certification of Registration (charter documents) in Costa Rica is attached hereto (as **Exhibit A**), and is titled "Republica De Costa Rica Registro Nacional Certificacion Literal, Numero De Certificacion No. 2762231." This document lists the Board of Directors for Bodog Entertainment Group, S.A. under the subtitle: "Nombramientos Junta Directiva." This document lists Victoria Mora Flores as an officer of Bodog Entertainment Group, S.A., in the position of "Fiscal." This, in essence, designates her as the comptroller of Bodog Entertainment Group, S.A..

4.      Under Costa Rican law, service on a corporation is effective via hand-delivery to any person that appears to be older than fifteen years old who is present where the service should be effected. Service on an officer of a company is sufficient under Costa Rican law. Article 7 of the Service Law of Costa Rica sets forth part of the provisions governing service of process. A copy of this article (Article 7 of the "Ley de Notificaciones, Citaciones y otras Comunicaciones

1

Judiciales"), along with its true and correct translation into English, is attached hereto (as **Exhibit B**).

5.    I declare under penalty of perjury under the laws of the State of Nevada, and the laws of the country of Costa Rica and United States, that the foregoing is true and correct.

DATED:  _September 17th 2007._

_____
MAURICIO BONILLA ROBERT

Auténtica



**RICARDO VARGAS AGUILAR.** NOTARIO PÚBLICO DE LA CIUDAD DE SAN JOSÉ. CARNÉ NÚMERO SEIS MIL NOVECIENTOS SETENTA Y CUATRO. De conformidad con los artículos setenta y seis, setenta y siete y ciento diez de la ley número siete mil setecientos sesenta y cuatro Código de Notariado, que la firma del señor Mauricio Bonilla Robert que consta en el documento que antecede, en el cual he sido colocado mi sello y firma, fue puesta de su puño y letra en mi presencia. Asimismo por mi conocimiento en el idioma del Inglés hago constar que el documento que antecede, en el cual he sido colocado mi sello y firma, consiste en una declaración jurada en documento privado del señor Mauricio Bonilla Robert. Expido la presente a solicitud del señor Mauricio Bonilla Robert.  Hago constar que el presente documento será utilizado únicamente en los Estados Unidos de América. En la ciudad de San José, a las doce horas treinta minutos del dieciocho de setiembre de dos mil siete. Agrego y cancelo los timbres de ley.



**REPUBLICA DE COSTA RICA**
**PODER JUDICIAL**
**DIRECCION NACIONAL DE NOTARIADO**



**ALICIA BOGARIN PARRA,** Directora Nacional de Notariado, del Poder Judicial de conformidad con; el segundo párrafo del artículo ciento cuarenta y uno de la Ley Orgánica del Poder Judicial y, los acuerdos de Corte Plena en sus sesiones número veintinueve-noventa y ocho, artículo IX y número veintisiete-dos mil tres, artículo X.    **HACE CONSTAR:** Que la anterior firma del (de la) notario (a) Público(a) Licenciado (a) **RICARDO ARTURO VARGAS AGUILAR** quien a la fecha de esta razón se halla en ejercicio del notariado y al día en los deberes funcionales (papel de seguridad, sello blanco, pago fondo de garantía y no se encuentra suspendido ni inhabilitado en el ejercicio). Asimismo que la presente razón no implica juicio alguno en cuanto a la forma y contenido del documento aportado por el fedatario, por lo que se hace saber que la legalidad y eficacia del contenido del mismo es responsabilidad del notario que lo avala con su firma estampada de su puño y letra, y sello blanco registrado. **********************************

**ES CONFORME,** San José, a los diecinueve días del mes de setiembre de dos mil siete. Se agregan y cancelan los timbres de ley.****************MCA.



9 26 14 15





EN BLANCO







# REPÚBLICA DE COSTA RICA
## CORTE SUPREMA DE JUSTICIA
### SECRETARÍA GENERAL

**SILVIA NAVARRO ROMANINI**, Secretaria General de la Corte Suprema de Justicia, en ejercicio de las facultades que le otorga el artículo 141 de la Ley Orgánica del Poder Judicial, **HACE CONSTAR**: Que es auténtica la firma anterior de la Licenciada **ALICIA BOGARÍN PARRA**, Directora Nacional de Notariado, quien en la actualidad se halla en ejercicio del cargo. Esta razón no implica juicio alguno en cuanto a la forma y contenido del documento.--------------------

**ES CONFORME:** San José, diecinueve de setiembre del dos mil siete.-------





**REPUBLICA DE COSTA RICA**

MINISTERIO DE RELACIONES EXTERIORES Y CULTO

La firma que antecede del señor

Silvia Navarro Romanini

Corte Suprema

ES AUTENTICA

San José, **2 0 SET. 2007** de 199

Esta autenticación no implica responsabilidad en cuanto al contenido del documento.

*Hannia Porras García*

Oficial de Autenticaciones



**REPUBLIC OF COSTA RICA**
**PROVINCE AND CITY OF SAN JOSE**
**EMBASSY OF THE UNITED STATES** } SS
**OF AMERICA**

I,  **Juan C Surinach** Consular Associate of  the
United States of America at San Jose, duly
commissioned and qualified, do hereby certify that
**Hannia Porras Garcia**
Whose true signature and official seal are,
respectively, subscribed and affixed to the
foregoing documents, was on the **20th** day of
**September 2007**
the date thereof, **Officer of Authentication**
**Ministry of Foreign Affairs**
San Jose, Republic of Costa Rica, duly
commissioned and qualified, to whose official acts
faith and credit are due.
IN WITNESS WHEREOF I hereunto set my hand
and affixed the seal of the Embassy at San Jose,
Costa Rica.
This **21st** day of **September  2007**

**Juan C Surinach**
CONSULAR ASSOCIATE OF THE UNITED STATES OF AMERICA
SAN JOSE, COSTA RICA

# EXHIBIT A

**No.** 1239323



SERVICIOS DIGITALIZADOS

**REGISTRO NACIONAL**
**AREA DE SERVICIOS**

VALE: ₡ 317,50
CANCELADO
Trescientos diecisiete con cincuenta

## CERTIFICACION LITERAL

☐ **Bienes Inmuebles**

☐ **Catastro**

**Finca:** Provincia: _____ Matrícula: _____ Derecho: _____

**Documento:** Tomo: _____ Asiento: _____

Plano: _____

**Personas Jurídicas**

☐ Personería

☑ Literalidad

**Cédula Jurídica** 3-101-351871

**Poder:**

_____

**Afectación:**

_____

☐ Certificación

☐ Permiso de Salida

☐ Depósito de placa

☐ Retiro de placa

**Placa:** Clase: _____ Código _____ Matrícula: _____

**Documento:** Tomo: _____ Asiento _____ Sec _____

**Otro**

**Especifíque:**

_____







Nº 2762231



**REGISTRO NACIONAL**
REPUBLICA DE COSTA RICA

**REPUBLICA DE COSTA RICA**
**REGISTRO NACIONAL**
**CERTIFICACION LITERAL**
**NUMERO DE CERTIFICACION: *-*569101-2007*-***
**PERSONA JURIDICA: 3-101-351874**

### DATOS GENERALES

**RAZON SOCIAL O DENOMINACION:** BODOG ENTERTAINMENT GROUP SOCIEDAD ANONIMA
**ESTADO ACTUAL:** INSCRITA
**CITAS DEL ANTECEDENTE:** TOMO:1716 FOLIO:248' ASIENTO:00242
**DOCUMENTO ORIGEN:** TOMO: 522 ASIENTO: 14893 FECHA INSCRIPCION: 26/08/2004
**DOMICILIO:** SAN JOSE- SAN JOSE AVENIDA TRECE Y QUINCE, CALLE TREINTA Y TRES, CASA MIL TRESCIENTOS TREINTA Y DOS.
**OBJETO/FINES (SINTESIS):** SERVICIOS EXTERNO DE ADMINISTRACION CONTABLE Y FINANCIERA,COMERCIO, AGRICULTURA, GANADERIA, TURISMO, PODRA VENDER, HIPOTECAR, PIGNORAR, ADQUIRIR BIENES MUEBLES E INMUEBLES, ARRENDARLOS, GRAVARLOS, OTORGAR GARANTIAS REALES O FIDUCIARIAS.-
**PLAZO DE LA ENTIDAD JURIDICA:** INICIO: 30/07/2003 VENCIMIENTO: 30/07/2102

### CONFORMACION DEL CAPITAL O PATRIMONIO

**FECHA DE INSCRIPCION:** 26/08/2004 **TIPO DE CAPITAL:** SUSCRITO Y PAGADO **TIPO DE MONEDA:** COLONES
**CLASE DE ACCION O TITULO:** ACCIONES COMUNES Y NOMINATIVAS
**CANTIDAD TITULOS:** 100 **MONTO:** 1,000.00 **TOTAL:** 100,000.00

**NO EXISTEN MAS REGISTROS DE CAPITAL/PATRIMONIO PARA LA PERSONA JURIDICA**

### A D M I N I S T R A C I O N

**PLAZO DE DIRECTORES Y/O PRORROGAS:** JUNTA DIRECTIVA, FISCAL Y AGENTE RESIDENTE, DURARAN EN SUS CARGOS POR TODO EL PLAZO SOCIAL
**LA JUNTA DIRECTIVA NO TIENE FACULTAD PARA OTORGAR PODERES**

### R E P R E S E N T A C I O N

CORRESPONDE AL PRESIDENTE, LA REPRESENTACION JUDICIAL Y EXTRAJUDICIAL DE LA SOCIEDAD CON FACULTADES DE APODERADO GENERALISIMO CON LIMITE DE SUMA DE DOS MIL DOLARES Y TENDRA FACULTADES DE APODERADO GENERALISIMO SIN LIMITE DE SUMA CUANDO EXPRESAMENTE ASI LO AUTORICE LA ASAMBLEA GENERAL DE SOCIOS. TENDRA LAS FACULTADES DE OTORGAR PODERES SUSTITUIR SU MANDATO EN TODO EN PARTE REVOCAR SUSTITUCIONES Y HACER OTRAS DE NUEVO RESERVANDOSE O NO SU EJERCICIO DEL PODER SUSTITUIDO.

### N O M B R A M I E N T O S
#### JUNTA DIRECTIVA

**FECHA DE INSCRIPCION:** 07/08/2006 **CARGO:** PRESIDENTE
**OCUPADO POR:** GERARDO ALBERTO UMAÑA JUAREZ CEDULA DE IDENTIDAD 1-0826-0545
**REPRESENTACION:** REPRESENTACIÓN JUDICIAL Y EXTRAJUDICIAL
**VIGENCIA:** INICIO 20/01/2006 **VENCIMIENTO** 30/07/2102

**FECHA DE INSCRIPCION:** 07/08/2006 **CARGO:** SECRETARIO
**OCUPADO POR:** DAVID FERGUSON PASAPORTE JK 370972
**REPRESENTACION:** NO APLICA
**VIGENCIA:** INICIO 20/01/2006 **VENCIMIENTO** 30/07/2102

**FECHA DE INSCRIPCION:** 01/02/2007 **CARGO:** TESORERO
**OCUPADO POR:** MARIO CHAVEZ SALAS CEDULA DE IDENTIDAD 1-0227-0419
**REPRESENTACION:** NO APLICA
**VIGENCIA:** INICIO 14/11/2006 **VENCIMIENTO** 30/07/2102

**NO EXISTEN MAS NOMBRAMIENTOS EN JUNTA DIRECTIVA**

**NOMBRAMIENTOS U OTROS CARGOS DE LA PERSONA JURIDICA**

ABRIL 2007

Nº 2762232

**FECHA DE INSCRIPCION:** 01/02/2007 **CARGO:** AGENTE RESIDENTE
**OCUPADO POR:** SILVIA ALEJANDRA DIAZ SOLANO CEDULA DE IDENTIDAD 1-0822-0857
**REPRESENTACION:** NO APLICA
**VIGENCIA:** INICIO 14/11/2006 **VENCIMIENTO** 30/07/2102
**DIRECCION OFICINA:** SAN JOSE, BUFETE NIEHAUS ABOGADOS, BARRIO DENT, DE AUTOS SUBARU, DOSCIENTOS METROS AL NORTE, EDIFICIO BLANCO ESQUINERO MANO IZQUIERDA.-

**FECHA DE INSCRIPCION:** 06/12/2005 **CARGO:** FISCAL
**OCUPADO POR:** VICTORIA MORA FLORES CEDULA DE IDENTIDAD 1-1026-0250
**REPRESENTACION:** NO APLICA
**VIGENCIA:** INICIO 09/05/2005 **VENCIMIENTO** 30/07/2102

**FIN DE LOS NOMBRAMIENTOS O CARGOS DE LA PERSONA JURIDICA**

**PODERES QUE HA OTORGADO LA PERSONA JURIDICA**
**INFORMACION DETALLADA O POSIBLES MOVIMIENTOS EN LA CERTIFICACION DEL PODER CORRESPONDIENTE**
CITAS DE INSCRIPCION DEL PODER: 568-77809-1-1 **FECHA:** 19/01/2007
TIPO DE PODER: PODER GENERALISIMO **ESTADO ACTUAL DEL PODER:** INSCRITO

**NO EXISTEN MAS PODERES OTORGADOS POR LA PERSONA JURIDICA**
**NO EXISTE INFORMACION DE AFECTACIONES SOBRE LA PERSONA JURIDICA**
**NO EXISTE INFORMACION DE MOVIMIENTOS PENDIENTES SOBRE LA PERSONA JURIDICA**
**NO EXISTE INFORMACION DE OBSERVACIONES SOBRE LA PERSONA JURIDICA**

LA PRESENTE CERTIFICACION CONSTITUYE DOCUMENTO PUBLICO CONFORME LO ESTABLECE EL ARTICULO 71 DEL DECRETO EJECUTIVO NUMERO 26771-J DEL 18 DE MARZO DE 1998 Y EL ARTICULO 369 DEL CODIGO PROCESAL CIVIL.

*- DADO EN EL REGISTRO NACIONAL A LAS 13 HORAS 1 MINUTOS Y 6 SEGUNDOS, DEL 17 DE SETIEMBRE DEL 2007-*

_____

FIRMA DEL FUNCIONARIO AUTORIZADO.
SILVIA PACHECO RAMIREZ

NULA SIN LOS TIMBRES DE LEY CANCELADOS EN SOLICITUD ADJUNTA Y SELLOS CORRESPONDIENTES.





**REGISTRO NACIONAL**
REPUBLICA DE COSTA RICA

### REGISTRO NACIONAL

<u>Máster Kattia Salazar Villalobos</u>
Directora
del Área de Servicios Registrales

### Certifica:

Que la firma que antecede del funcionario(a): Silvia Pacheco Ramírez, es auténtica. Se expide la presente a los diecinueve días del mes de setiembre del 2007. San José, Costa Rica.









**REGISTRO NACIONAL**
REPUBLICA DE COSTA RICA

### DIRECCIÓN GENERAL
### REGISTRO NACIONAL

**Lic. Dagoberto Sibaja Morales**
**Director General**

Certifica que:

La firma que antecede del Lic. Enrique Rodríguez Morera,
Director de Personas Jurídicas, es auténtica.
Se extiende la presente en la ciudad de San José, Costa Rica a los
19 días del mes de Setiembre del año 2007.

**DIRECTOR GENERAL**



**REPUBLICA DE COSTA RICA**

MINISTERIO DE RELACIONES EXTERIORES Y CULTO

La firma que antecede del señor

Dagoberto Siboja Morales

Registro Nacional

ES AUTENTICA

San José, 20 SET. 2007 _____ de 199 ____

Esta autenticación no implica responsabilidad en cuanto al contenido del documento.

*Hannia Porras García*
Oficial de Autenticaciones



**REPUBLIC OF COSTA RICA**
**PROVINCE AND CITY OF SAN JOSE**
**EMBASSY OF THE UNITED STATES**
**OF AMERICA**

} SS

I, **Juan C Surinach** Consular Associate of the United States of America at San Jose, duly commissioned and qualified, do hereby certify that
**Hannia Porras Garcia**
Whose true signature and official seal are, respectively, subscribed and affixed to the foregoing documents, was on the **20th** day of
**September 2007**
the date thereof, **Officer of Authentication**
**Ministry of Foreign Affairs**
San Jose, Republic of Costa Rica, duly commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I hereunto set my hand and affixed the seal of the Embassy at San Jose, Costa Rica.

This **21st** day of **September 2007**

Juan C Surinach
CONSULAR ASSOCIATE OF THE UNITED STATES OF AMERICA
SAN JOSE, COSTA RICA