# EXHIBIT 3

Dockets.Justia.com

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00323-LDG-RJJ

1st Technology LLC v. IQ-Ludorum, PLC, et al
Assigned to: Judge Lloyd D. George
Referred to: Magistrate Judge Robert J. Johnston
Cause: 35:271 Patent Infringement

Date Filed: 03/15/2006
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**1st Technology LLC**                    represented by **Matthew G. McAndrews**
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, Il 60602
(312) 236-0733
Fax: (312) 377-3224
Email: mmcandrews@nshn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Conley**
Niro, Scavone, Haller & Niro
181 W. Madison
Chicago, IL 60602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luke Kristopher Rath**
Hutchison & Steffen
10080 W Alta Dr
Suite 200
Las Vegas, NV 89145
Email: krath@hutchlegal.com
*ATTORNEY TO BE NOTICED*

**William W. Flachsbart**

181 West Madison Street
Suite 4600
Chicago, IL 60602--451
(313) 236-0733
Fax: (312) 236-3137
Email: flachsbart@nshn.com
*TERMINATED: 03/20/2007*

V.

**Defendant**

**IQ-Ludorum PLC**                         represented by **Joanna S. Kishner**
*TERMINATED: 11/14/2006*                   DLA Piper US LLP
3960 Howard Hughes Pkwy
Suite 400
Las Vegas, NV 89169-
702-677-3900
Fax: 702-737-1612
Email: joanna.kishner@dlapiper.com

*TERMINATED: 11/14/2006*
*LEAD ATTORNEY*

**William M. Gantz**
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
312-876-2567
Fax: 312-876-7934
Email: wgantz@sonnenschein.com
*TERMINATED: 11/14/2006*
*LEAD ATTORNEY*

**Paul T. Trimmer**
DLA Piper US LLP
3960 Howard Hughes Pkwy.
Suite 400
Las Vegas, NV 89169
(702) 677-3900
Fax: (702) 737-1612
Email: paul.trimmer@dlapiper.com
*TERMINATED: 11/14/2006*

**Defendant**

**Kolyma Corporation, A.V.V.**

**Defendant**

**Playtech Cyprus LTD.**
*TERMINATED: 06/23/2006*

**Defendant**

**Tiltware LLC**                                    represented by **Charles W Jirauch**
Quarles & Brady LLP
Two North Central Avenue
Phoenix, AZ 85004
602-229-5200
Fax: 602-229-5690
Email: cjirauch@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. McCue**
Lewis & Roca, LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89109-
(702) 949-8200
Fax: (702) 949-8363
Email: mmccue@lrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Tiltware LLC**                                    represented by **Charles W Jirauch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                    **Michael J. McCue**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**V.**

**Counter Defendant**

**1st Technology LLC**                           represented by  **Matthew G. McAndrews**
                                                                     (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

                                                                      **Robert A. Conley**
                                                                    (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                  **Luke Kristopher Rath**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **William W. Flachsbart**
                                                                  (See above for address)
                                                                  *TERMINATED: 03/20/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2006 | 1 | COMPLAINT *For Patent Infringement* against all defendants (Filing fee $ 250 receipt number 147749), filed by 1st Technology LLC. Certificate of Interested Parties due by 3/25/2006. (Attachments: # 1 Complaint# 2 Local Rule 10-6)(Rath, Luke) (Entered: 03/15/2006) |
| 03/15/2006 | 2 | CERTIFICATE of Interested Parties by Plaintiff 1st Technology LLC. (GEW) (Entered: 03/16/2006) |
| 03/15/2006 |  | NOTICE of Docket Correction to 1 Complaint, : Attachment #3 to document 1 should have been filed as a separate document so the deadline would be met. Redocketed by Court. **(no image attached)**(GEW) (Entered: 03/16/2006) |
| 03/15/2006 |  | Case assigned to Judge Lloyd D. George and Robert J. Johnston. (GEW) (Entered: 03/16/2006) |
| 03/15/2006 | 4 | ERROR: Document filed twice. Modified on 3/23/2006 (GEW). (Entered: 03/23/2006) |
| 03/15/2006 |  | NOTICE of Docket Correction to 4 Certificate of Interested Parties: Document filed twice in error **(no image attached)**(GEW) (Entered: 03/23/2006) |
| 03/16/2006 | 3 | AO 120/121 Trademark & Patent Form mailed to Patent Office with copy of complaint. (GEW) (Entered: 03/17/2006) |
| 03/27/2006 | 5 | PROPOSED SUMMONS to be issued *Summons In A Civil Action*, filed by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 03/27/2006) |
| 04/04/2006 | 6 | PROPOSED SUMMONS to be issued *Summons In A Civil Action*, filed by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 04/04/2006) |
| 04/04/2006 | 7 | PROPOSED SUMMONS to be issued *Summons In A Civil Action*, filed by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 04/04/2006) |

| 04/04/2006 | 8 | PROPOSED SUMMONS to be issued *Summons In A Civil Action*, filed by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 04/04/2006) |
|---|---|---|
| 04/06/2006 | 9 | SUMMONS Issued as to Tiltware LLC. (GEW) (Entered: 04/06/2006) |
| 04/06/2006 | 10 | SUMMONS Issued as to IQ-Ludorum PLC. (GEW) (Entered: 04/06/2006) |
| 04/06/2006 | 11 | SUMMONS Issued as to Playtech Cyprus LTD.. (GEW) (Entered: 04/06/2006) |
| 04/06/2006 | 12 | SUMMONS Issued as to Kolyma Corporation, A.V.V.. (GEW) (Entered: 04/06/2006) |
| 05/19/2006 | 13 | SUMMONS Returned Executed by Plaintiff 1st Technology LLC, Defendant Tiltware LLC. Tiltware LLC served on 4/10/2006, answer due 4/30/2006. (Rath, Luke) (Entered: 05/19/2006) |
| 05/31/2006 | 14 | MOTION to Dismiss *FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR TRANSFER OF VENUE* by Defendant Tiltware LLC. Responses due by 6/18/2006. (Attachments: # 1 Exhibit A & B to Defendant Tiltware, LLC's Motion to Dismiss for Improper Venue# 2 Declaration of Ian Imrich)(McCue, Michael) (Entered: 05/31/2006) |
| 06/19/2006 | 15 | ERROR: Wrong event selected. Attorney notified to refile document by email. Modified on 6/22/2006 (GEW). (Entered: 06/19/2006) |
| 06/23/2006 | 16 | NOTICE of Voluntary Dismissal by Plaintiff 1st Technology LLC. *Rule 41(a)(1) Notice of Partial Dismissal of Complaint for Patent Infringement of Defendant Playtech (Cyprus) Limited* (Rath, Luke) (Entered: 06/23/2006) |
| 06/23/2006 | 17 | STIPULATION re 1 Complaint, ; *Stipulation and Request to Extend Time for Defendant IQ-Ludorum PLC to Answer or Otherwise Respond to Complaint* by Defendant IQ-Ludorum PLC. (Trimmer, Paul) (Entered: 06/23/2006) |
| 06/30/2006 | 18 | ORDER ON STIPULATION re 17 Stipulation. Defendant IQ-Ludorum PLC has until July 18, 2006 to answer, plead or otherwise respond to Plaintiff's complaint. Signed by Judge Lloyd D. George on 6/29/06. (VHM, ) (Entered: 07/03/2006) |
| 07/03/2006 | 19 | REPLY to Response to 14 MOTION to Dismiss *FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR TRANSFER OF VENUE*; filed by Defendant Tiltware LLC. (McCue, Michael) (Entered: 07/03/2006) |
| 07/14/2006 | 20 | STIPULATION re 18 Order on Stipulation, 17 Stipulation; *Stipulation and Request to Extend Time for Defendant IQ-Ludorum PLC to Answer or Otherwise Respond to Complaint* by Defendant IQ-Ludorum PLC. (Trimmer, Paul) (Entered: 07/14/2006) |
| 07/18/2006 | 21 | ORDER ON STIPULATION re 20 Stipulation for time to respond to complaint. Signed by Judge Lloyd D. George on 7/17/06. (AXM) (Entered: 07/18/2006) |
| 07/21/2006 | 22 | SUMMONS Returned Executed by Plaintiff 1st Technology LLC, Defendant IQ-Ludorum PLC. IQ-Ludorum PLC served on 5/24/2006, answer due 6/13/2006. (Rath, Luke) (Entered: 07/21/2006) |
| 07/25/2006 | 23 | STIPULATION re 18 Order on Stipulation, 17 Stipulation, 20 Stipulation, 21 Order on Stipulation; *Stipulation and Request to Extend Time for Defendant IQ-Ludorum PLC to Answer or Otherwise Respond to Complaint* by Defendant IQ-Ludorum PLC. (Trimmer, Paul) (Entered: 07/25/2006) |
| 08/01/2006 | 24 | ORDER ON STIPULATION re 23 Stipulation, for time to answer complaint. Signed by Judge Lloyd D. George on 7/31/06. (AXM) (Entered: 08/01/2006) |
| 08/01/2006 | 25 | MOTION to Dismiss by Defendant IQ-Ludorum PLC. Responses due by 8/19/2006. (Trimmer, Paul) (Entered: 08/01/2006) |
| 08/02/2006 | 26 | VERIFIED PETITION for Permission to Practice Pro Hac Vice submitted by attorney William M. Gantz, (Filing fee $ 175 receipt number 297902). (Trimmer, Paul) (Entered: 08/02/2006) |

| 08/02/2006 | 27 | DESIGNATION of Local Counsel by Paul T. Trimmer on behalf of Defendant IQ-Ludorum PLC. (Trimmer, Paul) (Entered: 08/02/2006) |
|---|---|---|
| 08/07/2006 | 28 | ORDER granting 26 Verified Petition for Permission to Practice Pro Hac Vice for Attorney William M. Gantz for IQ-Ludorum PLC. Signed by Judge Lloyd D. George on 8/7/06. (MAJ) (Entered: 08/10/2006) |
| 08/10/2006 | 29 | DESIGNATION of Local Counsel by Joanna S. Kishner, William M. Gantz, Paul T. Trimmer on behalf of Defendant IQ-Ludorum PLC. (MAJ) (Entered: 08/10/2006) |
| 08/15/2006 | 30 | VERIFIED PETITION for Permission to Practice Pro Hac Vice submitted by attorney William W. Flachsbart, (Filing fee $ 175 receipt number 308692). (Rath, Luke) (Entered: 08/15/2006) |
| 08/15/2006 | 31 | DESIGNATION of Local Counsel *Admitted To The Bar Of The Court And Consent Thereto* by Luke Kristopher Rath on behalf of Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 08/15/2006) |
| 08/21/2006 | 32 | RESPONSE to 25 MOTION to Dismiss; filed by Plaintiff 1st Technology LLC. Replies due by 9/4/2006. (Attachments: # 1 Exhibit A through H# 2 Exhibit I# 3 Exhibit J through L# 4 Exhibit M# 5 Exhibit N through P)(Rath, Luke) (Entered: 08/21/2006) |
| 08/22/2006 | 33 | ORDER granting 30 Verified Petition for Permission to Practice Pro Hac Vice for Attorney William W. Flachsbart for 1st Technology LLC. Signed by Judge Lloyd D. George on 8/17/06. (AXM) (Entered: 08/22/2006) |
| 08/22/2006 | 34 | DESIGNATION of Local Counsel 31 is APPROVED for Luke Rath. Signed by Lance S Wilson on 8/22/06. (AXM) (Entered: 08/22/2006) |
| 09/05/2006 | 35 | REPLY to Response to 25 MOTION to Dismiss; filed by Defendant IQ-Ludorum PLC. (Attachments: # 1 Exhibit C (Exhibits A and B attached to main document))(Trimmer, Paul) (Entered: 09/05/2006) |
| 09/19/2006 | 36 | NOTICE by Defendant IQ-Ludorum PLC *Notice of Change of Firm Name* (Trimmer, Paul) (Entered: 09/19/2006) |
| 09/27/2006 | 37 | MOTION for Leave to File *a Supplemental Memorandum in Support of its Opposition to Defendant Tiltware, LLC's Motion to Dismiss for Improper Venue or, in the alternative, for Transfer of Venue* by Plaintiff 1st Technology LLC. (Attachments: # 1 Exhibit 1# 2 Declaration William W. Flachsbart# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C)(Rath, Luke) (Entered: 09/27/2006) |
| 10/16/2006 | 38 | RESPONSE to 37 MOTION for Leave to File *a Supplemental Memorandum in Support of its Opposition to Defendant Tiltware, LLC's Motion to Dismiss for Improper Venue or, in the alternative, for Transfer of Venue*; filed by Defendant Tiltware LLC. Replies due by 10/30/2006. (McCue, Michael) (Entered: 10/16/2006) |
| 10/25/2006 | 39 | NOTICE of Hearing: Status Conference on Motion to Dismiss for Lack of Personal Jurisdiction is set for MONDAY 11/13/2006 at 02:00 PM in LV Courtroom 6B before Judge Lloyd D. George. **(no image attached)**(JJH) (Entered: 10/25/2006) |
| 10/26/2006 | 40 | ORDER granting 37 MOTION for Leave to File Supplemental Memorandum in Support of its Opposition to 14 Motion to Dismiss for Improper Venue or, in the alternative, for Transfer of Venue. Responses due by 11/3/2006. Replies due by 11/13/2006. Signed by Judge Lloyd D. George on 10/26/06. (MJZ) (Entered: 10/31/2006) |
| 11/01/2006 | 41 | RESPONSE to 14 MOTION to Dismiss *FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR TRANSFER OF VENUE*; filed by Plaintiff 1st Technology LLC. Replies due by 11/15/2006. (Attachments: # 1 Affidavit Cecilia Ventimiglia# 2 Exhibit A-H# 3 Exhibit I-Q)(Rath, Luke) (Entered: 11/01/2006) |
| 11/01/2006 | 42 | MEMORANDUM in support of Response 41 to 14 MOTION to Dismiss *FOR* |

| | | |
|---|---|---|
| | | *IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR TRANSFER OF VENUE*; filed by Plaintiff 1st Technology LLC. *Supplemental Response to Motion to Dismiss* Replies due by 11/15/2006. (Attachments: # 1 Declaration William Flachsbart# 2 Exhibit A-C) (Rath, Luke) Modified on 11/3/2006 to correct entry (GEW). (Entered: 11/01/2006) |
| 11/13/2006 | 43 | MINUTES OF PROCEEDINGS - Status Conference held on 11/13/2006 before Judge Lloyd D. George. Crtrm Administrator: *Judy Harris*; Pla Counsel: *Luke Kristopher Rath*; Def Counsel: *Chris Law and Paul T. Trimmer*; Court Reporter/FTR #: *Aaron Blazevich, ECRO*; Time of Hearing: *1:55 p.m.*. The parties represented to the Court that a settlement had been reached and presented a stipulation of dismissal of IQ-Ludorum PLC. The Court signed the stipulation and the clerk will file the document. **(no image attached)** (JJH) (Entered: 11/13/2006) |
| 11/13/2006 | 44 | REPLY to Response to 14 MOTION to Dismiss *FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, FOR TRANSFER OF VENUE*; filed by Defendant Tiltware LLC. *Reply to Plaintiff's Supplemental Opposition* (McCue, Michael) (Entered: 11/13/2006) |
| 11/14/2006 | 45 | ORDER granting Stipulation of Dismissal with prejudice as to IQ-Ludorum PLC only. Each party to bear their own fees/costs. Signed by Judge Lloyd D. George on 11/13/06. (KCR) (Entered: 11/14/2006) |
| 12/20/2006 | 46 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE 41-1. If no action is taken in this case as to Defendant Kolyman Corporation, A.V.V. within thirty (30) days, the Clerk's office will make application to the Court for dismissal for want of prosecution. LR 41-1 dismissal deadline set for 1/19/2007. **(no image attached)**(GEW) Modified on 12/20/2006 to correct entry (GEW). (Entered: 12/20/2006) |
| 01/05/2007 | 47 | RESPONSE to [46] Notice re 41-1 Dismissal, ; filed by Plaintiff 1st Technology LLC. (Attachments: # 1 Exhibit 1)(Rath, Luke) (Entered: 01/05/2007) |
| 01/11/2007 | 48 | MINUTE ORDER IN CHAMBERS of the Honorable Lloyd D. George, U.S. District Judge on 1/11/2007. By Deputy Clerk: Judy Harris. IT IS ORDERED this Court has set a Status Conference for THURSDAY, MAY 17, 2007 AT 10:00 AM in LV Courtroom 6B before Judge Lloyd D. George. (ie: Kolyma Corporation/Aruba).**(no image attached)** (JJH) (Entered: 01/11/2007) |
| 03/05/2007 | 49 | MOTION to Withdraw as Attorney by William W. Flachsbart. by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 03/05/2007) |
| 03/20/2007 | 50 | ORDER granting 49 Motion to Withdraw as Attorney. William W. Flachsbart withdrawn from the case. Signed by Judge Robert J. Johnston on 3/20/2007. (MXS ) (Entered: 03/20/2007) |
| 05/08/2007 | 51 | **MINUTE ORDER IN CHAMBERS** of the Honorable Lloyd D. George, U.S. District Judge, on 5/8/2007. By Deputy Clerk: Judy Harris. **\*\*PLEASE NOTE\*\*** The status conference currently set for Thursday May 17, 2007 at 10:00 a.m. has been **VACATED and ADVANCED to WEDNESDAY, MAY 16, 2007 at 11:30 A.M. to be held in COURTROOM 3D** before Judge Lloyd D. George.**(no image attached)** (JJH) (Entered: 05/08/2007) |
| 05/16/2007 | 52 | MINUTES OF PROCEEDINGS - Status Conference held on 5/16/2007 before Judge Lloyd D. George. Crtrm Administrator: *Judy Harris*; Pla Counsel: *Kristopher Rath and Mr. Matt McAndres on telephone to listen only*; Def Counsel: *John Krieger; Tiltware LLC*; Court Reporter/FTR #: *Denise Saavedra, ECRO*; Time of Hearing: *11:30 a.m.*. After representations are made to the Court **IT IS ORDERED** that the parties are to deliver within the next two days, copies of all filings in this matter by courtesy copy to the chamber of Lloyd D. George. **IT IS FURTHER ORDERED** that another Status Conference was set for: **THURSDAY, JUNE 14, 2007 at 10:30 a.m.** in LV courtroom 6B before Judge Lloyd d. George. (JJH) (Entered: 05/16/2007) |
| 05/29/2007 | 53 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Robert A. Conley, (Filing fee $ 175 receipt |

| | | |
|---|---|---|
| | | number 575739) by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 05/29/2007) |
| 05/29/2007 | 54 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Matthew G. McAndrews, (Filing fee $ 175 receipt number 575747) by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 05/29/2007) |
| 05/31/2007 | 55 | ORDER granting 53 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Robert A. Conley for 1st Media and approving Designation of Local Counsel. Signed by Judge Lloyd D. George on 5/30/07. (AXM) (Entered: 05/31/2007) |
| 05/31/2007 | 56 | ORDER granting 54 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Matthew G. McAndrews for 1st Media and approving Designation of Local Counsel. Signed by Judge Lloyd D. George on 5/30/07. (AXM) (Entered: 05/31/2007) |
| 06/14/2007 | 57 | MINUTES OF PROCEEDINGS - Status Conference held on 6/14/2007 before Judge Lloyd D. George. Crtrm Administrator: *Judy Harris*; Pla Counsel: *Kristopher Rath and Matt McAndrews*; Def Counsel: *Jim Berchtold*; Court Reporter/FTR #: *Denise Saavedra, ECRO*; Time of Hearing: *10:35 a.m.*. For the reasons stated **IT IS ORDERED** the Court set a continued Status Conference for **FRIDAY, AUGUST 17, 2007 11:00 AM** in LV Courtroom 6B before Judge Lloyd D. George. (JJH) (Entered: 06/14/2007) |
| 08/10/2007 | 58 | NOTICE by Defendant Tiltware LLC *Notice of Appearance of Charles W. Jirauch, Esq.* (McCue, Michael) (Entered: 08/10/2007) |
| 08/10/2007 | | Attorney update in case: Attorney Charles W Jirauch for Tiltware LLC added. (MAJ) (Entered: 08/13/2007) |
| 08/14/2007 | 59 | **\*\*PLEASE NOTE CHANGE IN TIME\*\* MINUTE ORDER IN CHAMBERS** of the Honorable Lloyd D. George, U.S. District Judge, on 8/14/2007. By Deputy Clerk: Judy Harris. **IT IS ORDERED** due to a conflict with this Court the Status Conference set for 8/17/2007 at 11:00 a.m. has been **ADVANCED to 09:30 AM 8/17/07** in LV Courtroom 6B before Judge Lloyd D. George.**(no image attached)** (Copies have been distributed pursuant to the NEF - JJH) (Entered: 08/14/2007) |
| 08/15/2007 | 60 | **\*\*\*\*PLEASE NOTE\*\*\*\*** MINUTE ORDER IN CHAMBERS of the Honorable Lloyd D. George, U.S. District Judge, on 8/15/2007. By Deputy Clerk: Judy Harris. Status Hearing currently set for Friday, August 17, 2007 at 9:30 a.m. in LV courtroom 6B before Judge Lloyd D. George has a Meet Me Line telephone number established for parties that do not appear in person to call. At the hour of **9:30 a.m. please call 702-464-5625.** The clerk shall make the connection with the Court. **(no image attached)** (Copies have been distributed pursuant to the NEF - JJH) (Entered: 08/15/2007) |
| 08/16/2007 | 61 | STATUS REPORT *of Plaintiff 1st Technology LLC In Advance of August 17, 2007 Status Conference* by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 08/16/2007) |
| 08/17/2007 | 62 | MINUTES OF PROCEEDINGS - Status Conference held on 8/17/2007 before Judge Lloyd D. George. Crtrm Administrator: *Judy Harris*; Pla Counsel: *Luke Kristopher Rath with Mr. Matthew g. McAndrews on telephone*; Def Counsel: *John Krieger with Mr. Charles W. Jirauch on the telephone*; Court Reporter/FTR #: *Denise Saavedra, ECRO*; Time of Hearing: *9:30 a.m.*. The Court grants the withdrawing 14 of the motion to transfer made by Mr. Jirauch. Parties are to file all their documents with a courtesy copy to the chambers of the Court. (Copies have been distributed pursuant to the NEF - JJH) (Entered: 08/17/2007) |
| 08/31/2007 | 63 | ANSWER to 1 Complaint with Jury Demand, COUNTERCLAIM against 1st Technology LLC by Defendant Tiltware LLC, Plaintiff 1st Technology LLC. Certificate of Interested Parties due by 9/10/2007. Discovery Plan/Scheduling Order due by 10/15/2007.(McCue, Michael) (Entered: 08/31/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2007 10:18:15 | | | |
| PACER Login: | fl0103 | Client Code: | 058312-0150 J.Torres |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00323-LDG-RJJ |
| Billable Pages: | 5 | Cost: | 0.40 |