# EXHIBIT 4

United States District Court
District of Nevada (Las Vegas)
CIVIL DOCKET FOR CASE #: 2:07-cv-00475-RCJ-LRL

1st Technology LLC v. FB Licensing Ltd.
Assigned to: Judge Robert C. Jones
Referred to: Magistrate Judge Lawrence R. Leavitt
 Case: 2:06-cv-01110-RLH-GWF
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 04/11/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**1st Technology LLC**                    represented by **Matthew G. McAndrews**
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, Il 60602
(312) 236-0733
Fax: (312) 377-3224
Email: mmcandrews@nshn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luke Kristopher Rath**
Hutchison & Steffen
10080 W Alta Dr
Suite 200
Las Vegas, NV 89145
Email: krath@hutchlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FB Licensing Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | COMPLAINT against FB Licensing Ltd. (Filing fee $ 350 receipt number 536164), filed by 1st Technology LLC. Certificate of Interested Parties due by 4/21/2007. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(Rath, Luke) (Entered: 04/11/2007) |
| 04/11/2007 |  | Case assigned to Judge Robert C. Jones and Lawrence R. Leavitt. (MJZ) (Entered: 04/11/2007) |
| 04/11/2007 | 2 | SUMMONS Issued as to FB Licensing Ltd. (MJZ) (Entered: 04/11/2007) |
| 04/19/2007 | 3 | CERTIFICATE of Interested Parties *Pursuant to Local Rule 7.1-1* by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 04/19/2007) |
| 05/29/2007 | 4 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Matthew G. McAndrews, (Filing fee $ 175 receipt number 575753) by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 05/29/2007) |
| 06/11/2007 | 5 | ORDER granting 4 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Matthew G. McAndrews for 1st Technology LLC and approving Designation of Local Counsel. Signed by Judge Robert C. Jones on 6/7/07. (AXM) (Entered: 06/11/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2007 10:18:52 | | | |
| PACER Login: | fl0103 | Client Code: | 058312-0150 J.Torres |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00475-RCJ-LRL |
| Billable Pages: | 1 | Cost: | 0.08 |