# EXHIBIT 5

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:06-cv-01650-JCM-GWF

1st Technology LLC v. Riptown.Com Media
Assigned to: Judge James C. Mahan
Referred to: Magistrate Judge George W Foley, Jr
Cause: 35:271 Patent Infringement

Date Filed: 12/28/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**1st Technology LLC**  represented by **Luke Kristopher Rath**
Hutchison & Steffen
10080 W Alta Dr
Suite 200
Las Vegas, NV 89145
Email: krath@hutchlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Riptown.Com Media**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2006 | 1 | COMPLAINT *For Patent Infringement* against Riptown.Com Media (Filing fee $ 350 receipt number 440489), filed by 1st Technology LLC. Certificate of Interested Parties due by 1/7/2007. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(Rath, Luke) (Entered: 12/28/2006) |
| 12/28/2006 |  | Case assigned to Judge James C. Mahan and George W Foley, Jr. (KCR) (Entered: 12/29/2006) |
| 12/29/2006 | 2 | AO 120 Trademark & Patent Form (KCR) (Entered: 12/29/2006) |
| 01/04/2007 | 3 | SUMMONS Issued as to Riptown.Com Media. (GEW) (Entered: 01/04/2007) |
| 01/05/2007 | 4 | CERTIFICATE of Interested Parties by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 01/05/2007) |
| 05/29/2007 | 5 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Robert A. Conley, (Filing fee $ 175 receipt number 575777) by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 05/29/2007) |
| 05/29/2007 | 6 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Matthew G. McAndrews, (Filing fee $ 175 receipt number 575784) by Plaintiff 1st Technology LLC. (Rath, Luke) (Entered: 05/29/2007) |
| 06/11/2007 | 7 | ORDER denying 5 Verified Petition for Permission to Practice Pro Hac Vice and approving Designation of Local Counsel. Signed by Judge James C. Mahan on 6/11/07. (AXM) (Entered: 06/13/2007) |
| 06/11/2007 | 8 | ORDER Denying 6 Verified Petition for Permission to Practice Pro Hac Vice and approving Designation of Local Counsel. Signed by Judge James C. Mahan on 6/11/07. (AXM) (Entered: 06/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2007 10:20:43 | | | |
| PACER Login: | fl0103 | Client Code: | 058312-0150 J.Torres |
| Description: | Docket Report | Search Criteria: | 2:06-cv-01650-JCM-GWF |
| Billable Pages: | 1 | Cost: | 0.08 |