# EXHIBIT 6

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:04-cv-01003-RLH-PAL

1st Technology LLC VS Las Vegas From Home. Com, etal
Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Peggy A. Leen
Cause: 35:271

Date Filed: 07/20/2004
Date Terminated: 02/22/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**1st Technology LLC**　　　　represented by **Luke Kristopher Rath**
Hutchison & Steffen
10080 W Alta Dr
Suite 200
Las Vegas, NV 89145
Email: krath@hutchlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Hutchison**
Hutchison & Steffen, LLC
10080 W Alta Dr
Suite 200
Las Vegas, NV 89145
702-385-2500
Fax: 702-385-2086
Email: mhutchison@hutchlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W. Flachsbart**
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602--451
(313) 236-0733
Fax: (312) 236-3137
Email: flachsbart@nshn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Las Vegas From Home.Cpm Entertainment, Inc.**　　　　represented by **Robert R. Morishita**
Morishita Law Firm, LLC
3800 Howard Hughes Pkwy
Suite 850
Las Vegas, NV 89109
702-222-2113
Fax: 702-227-0615
Email: rrm@morishitalawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Realtime Gaming**                                          represented by **Patrick A Rose**
                                                             Jone Vargas
                                                             3773 Howard Hughes Pkwy.
                                                             3rd Floor So.
                                                             Las Vegas, NV 89169-
                                                             702-862-3300
                                                             Fax: 702-737-7705
                                                             Email: par@jonesvargas.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Terra Networks, S.A.**                                     represented by **Richard J. Pocker**
                                                             Boies Schiller & Flexner, LLP
                                                             300 South Fourth Street, Suite 800
                                                             Las Vegas, NV 89101
                                                             (702) 382-7300
                                                             Fax: (702) 382-2755
                                                             Email: rpocker@bsfllp.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/20/2004 | 1 | COMPLAINT w/JD obo P (Entered: 07/21/2004) |
| 07/21/2004 | 2 | MISCELLANEOUS DOCUMENT REPORT on the filing of an actn re a patent (Entered: 07/21/2004) |
| 07/29/2004 | 3 | CERTIFICATE OF INTERESTED PARTIES by Pltf. (Entered: 07/30/2004) |
| 09/16/2004 |   | SUMMONS ISSUED to Pltf (1) (Entered: 09/16/2004) |
| 09/16/2004 |   | SUMMONS ISSUED to Pltf (2) (Entered: 09/17/2004) |
| 10/12/2004 | 4 | SUMMONS RETURNED EXECUTED to Dft Terra Networks on 9/21/04. (Entered: 10/14/2004) |
| 10/13/2004 | 5 | WAIVER OF SERVICE EXECUTED to William Flachsbart for Dft Realtime Gaming, Inc. on 9/20/04. (Entered: 10/15/2004) |
| 10/14/2004 | 6 | SUMMONS RETURNED EXECUTED to Realtime Gaming on 9/28/04. (Entered: 10/20/2004) |
| 10/20/2004 | 7 | SUMMONS RETURNED EXECUTED to Dft LasVegasFromHome.Com on 9/28/04. (Entered: 10/25/2004) |
| 10/26/2004 |   | MISCELLANEOUS DOCUMENT stip/ord for ext of time for Dfts to answer - RLH (Entered: 10/26/2004) |
| 10/27/2004 |   | MISCELLANEOUS DOCUMENT stip/ord ext time for Realtime Game to resp to cmplnt - RLH (Entered: 10/28/2004) |
| 10/27/2004 | 8 | ORDER ON STIPULATION Dft LV From Home.com Entertainmnt, Inc. has an ext to 11/10/04 to answr. (cps dist) (Entered: 10/28/2004) |
| 10/29/2004 | 9 | ORDER ON STIPULATION Dft Realtime shl have to & incldng 12/13/04 to resp to cmplnt. (cps dist) (Entered: 11/02/2004) |
| 11/09/2004 | 10 | MOTION TO DISMISS by Dft LVFH. (s) oppo (#13), reply #23 (Entered: 11/15/2004) |
| 11/12/2004 | 11 | MOTION FOR MISCELLANEOUS RELIEF by Pltf for default of Dft Terra Networks. |

| | | |
|---|---|---|
| | | (s) oppo (#18) (Entered: 11/16/2004) |
| 11/12/2004 | 12 | NOTICE (OTHER) by Pltf of filing mtn for default. (s) (Entered: 11/16/2004) |
| 11/29/2004 | 13 | RESPONSE IN OPPOSITION TO MOTION by Pltf to mtn to dism (#10). (s) (Entered: 12/01/2004) |
| 11/29/2004 | 14 | AFFIDAVIT by Pltf of L. Kristopher Rath in support of oppo to mtn to dism (#10). (s) (Entered: 12/01/2004) |
| 11/30/2004 | | MISCELLANEOUS DOCUMENT Stip and order to ext ddl to resp. (RLH) (Entered: 11/30/2004) |
| 12/01/2004 | | MISCELLANEOUS DOCUMENT VP/Desig obo P. to RLH (Entered: 12/02/2004) |
| 12/01/2004 | 15 | ORDER ON STIPULATION ORD: D Terra Networks has until 12-7-04 to rspnd to mtn for deflt #11. cps dis (Entered: 12/02/2004) |
| 12/06/2004 | 16 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE obo William Flachsbart out of state cnsl for Pltf. (cps dist) (Entered: 12/06/2004) |
| 12/06/2004 | 17 | DESIGNATION OF LOCAL COUNSEL William Flachsbart hereby desig L. Kristopher Rath as local cnsl for Pltf. (Cps dist) (Entered: 12/06/2004) |
| 12/07/2004 | 18 | RESPONSE IN OPPOSITION TO MOTION by Dft Terra Networks to mtn for default (#11). (s) (Entered: 12/09/2004) |
| 12/07/2004 | 19 | MOTION TO DISMISS (cross-mtn) by Dft Terra Networks. (s) WITHDRAWN #22 (Entered: 12/09/2004) |
| 12/10/2004 | 20 | NOTICE (OTHER) by Pltf of filing vp/desig. (s) (Entered: 12/13/2004) |
| 12/14/2004 | | MISCELLANEOUS DOCUMENT stip/ord for ext of time for Dft to resp to mtn to dism - RLH (Entered: 12/14/2004) |
| 12/14/2004 | | MISCELLANEOUS DOCUMENT stip to ext time to resp to cmplnt - RLH (Entered: 12/14/2004) |
| 12/15/2004 | | MISCELLANEOUS DOCUMENT stip to dsmss D Terra Networks. to RLH (Entered: 12/15/2004) |
| 12/15/2004 | 21 | ORDER ON STIPULATION ORD D LVFH shall have to/include 12/24/04 to answ/resp to cmplnt. cpys dist (Entered: 12/16/2004) |
| 12/15/2004 | 22 | ORDER ON STIPULATION ORD D Terra Networks, SA is DISM frm this actn w/o prej. D's mtn to dism is WITHDRAWN w/o prej in its entirety. cpys dist (Entered: 12/16/2004) |
| 12/22/2004 | | MISCELLANEOUS DOCUMENT Stip/ord of disml -- to RLH (Entered: 12/22/2004) |
| 12/22/2004 | 23 | REPLY TO RESPONSE TO MOTION Reply in supt of mtn to dsmss #10 obo D LVFH. (m) (Entered: 12/23/2004) |
| 12/23/2004 | 24 | ORDER ON STIPULATION That this action is dismissed w/prej as to Dft Realtime. (cps dist) (Entered: 12/27/2004) |
| 01/20/2005 | | MISCELLANEOUS DOCUMENT stip/ord for ext of time to file stip disc plan/sched ord - PAL (Entered: 01/21/2005) |
| 01/24/2005 | 25 | ORDER ON STIPULATION Cnsl stip to file the sched ord/disc plan nlt 2/10/05. (cps dist) (Entered: 01/25/2005) |
| 01/25/2005 | 26 | ORDER Dfts mtn to dism (#10) will be stayed pending addt'l disc. Pltfs req for o/a will be stayed pending addt'l disc. Pltfs req for limited disc is GRANTED, the parties will |

| | | |
|---|---|---|
| | | have (3) months for disc. (cps dist) (Entered: 01/26/2005) |
| 02/01/2005 | 27 | NOTICE (OTHER) by Pltf of entry of order dismissing Dft Realtime. (s) (Entered: 02/02/2005) |
| 02/01/2005 | 28 | NOTICE (OTHER) by Pltf of entry of order re mtn to dism (#10). (s) (Entered: 02/02/2005) |
| 02/02/2005 | 29 | NOTICE (OTHER) by Pltf of entry of stip (#25). (s) (Entered: 02/02/2005) |
| 02/18/2005 | | MISCELLANEOUS DOCUMENT stip to dism - RLH (Entered: 02/22/2005) |
| 02/22/2005 | 30 | ORDER ON STIPULATION That all claims/cntr-clms be dismissed w/prej. (cps dist) (Entered: 02/23/2005) |
| 03/09/2005 | 31 | NOTICE (OTHER) by Pltf of entry of order for disml. (s) (Entered: 03/11/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2007 10:19:32 | | | |
| PACER Login: | fl0103 | Client Code: | 058312-0150 J.Torres |
| Description: | Docket Report | Search Criteria: | 2:04-cv-01003-RLH-PAL |
| Billable Pages: | 2 | Cost: | 0.16 |