# EXHIBIT 7

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00788-RLH-GWF

1st Technology LLC VS Sportingbet PLC., etal  
Assigned to: Chief Judge Roger L. Hunt  
Referred to: Magistrate Judge George W Foley, Jr  
Cause: 35:271

Date Filed: 06/27/2005  
Date Terminated: 01/04/2006  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**1st Technology LLC**  represented by **Cecilia P. Ventimiglia**  
Hutchison & Steffen  
10080 W Alta Dr  
Suite 200  
Las Vegas, NV 89145  
Email: cventimiglia@hsnvlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark A. Hutchison**  
Hutchison & Steffen, LLC  
10080 W Alta Dr  
Suite 200  
Las Vegas, NV 89145  
702-385-2500  
Fax: 702-385-2086  
Email: mhutchison@hutchlegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NDS Group, PLC**  represented by **William R. Urga**  
*TERMINATED: 10/28/2005*   Jolley Urga Wirth Woodbury & Standish  
3800 Howard Hughes Parkway  
16th Floor  
Las Vegas, NV 89169  
(702) 699-7500  
Fax: (702) 699-7555  
Email: FedCt@juww.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ongame E-Solutions AB**  
*TERMINATED: 12/16/2005*

**Defendant**

**Orbis Technology**  represented by **William R. Urga**  
*TERMINATED: 10/28/2005*   (See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sportingbet, PLC**
*TERMINATED: 01/09/2006*

represented by **Joel Z. Schwarz**
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109-
702-796-5555
Fax: 702-369-2666
Email: USDCNOTICES@gordonsilver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Kistler**
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109-
702-796-5555
Fax: 702-369-2666
Email: USDCNOTICES@GORDONSILVER.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Saxton**
Law Office of David P.Baugh
-Cuttler Pickering Hale Door LLP
60 State St.
Boston, MA 02109
617-526-6000
Email: kate.saxton@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne L Stoner**
Law Office of David P.Baugh
--Cuttler Pickering Hale Door LLP
60 State St
Boston, MA 02109
617-526-6000
Email: wayne.stoner@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2005 | 1 | COMPLAINT by Pltf w/jd. (Entered: 06/29/2005) |
| 06/29/2005 | 2 | MISCELLANEOUS DOCUMENT Copy of Complaint mld to Patent Office. (Entered: 06/29/2005) |
| 06/29/2005 | 3 | CERTIFICATE OF INTERESTED PARTIES by Pltf. (Entered: 07/08/2005) |
| 08/04/2005 |   | SUMMONS ISSUED to Pltf (4) (Entered: 08/08/2005) |
| 08/15/2005 |   | MISCELLANEOUS DOCUMENT Stipulated discv plan/sched ord -- to PAL (Entered: 08/15/2005) |
| 08/23/2005 | 4 | ORDER This action is reassigned to the Honorable George W. Foley, Jr., U.S. Mag |

| | | |
|---|---|---|
| | | Judge for all further proceedings. (cps dist) (Entered: 08/24/2005) |
| 09/12/2005 | | MISCELLANEOUS DOCUMENT Stip for extn of time for Ds to resp to cmplnt -- to D (Entered: 09/12/2005) |
| 09/12/2005 | | MISCELLANEOUS DOCUMENT Stip to establish time to resp to cmplnt -- to RLH (Entered: 09/12/2005) |
| 09/13/2005 | 5 | ORDER ON STIPULATION Dfts NDS & Orbis shl be granted to & incldng 10/10/05 to answer Pltfs cmplnt. (cps dist) (Entered: 09/15/2005) |
| 09/20/2005 | 6 | ORDER ON STIPULATION Dft Sportingbet shl have up to & incldng 10/10/05 to file a resp. (cps dist) (Entered: 09/22/2005) |
| 09/23/2005 | 7 | NOTICE (OTHER) by Pltf of entry of order (#5). (s) (Entered: 09/27/2005) |
| 09/27/2005 | 8 | NOTICE OF VOLUNTARY DISMISSAL (Partial) by Plf. (Entered: 09/28/2005) |
| 09/28/2005 | 9 | SUMMONS RETURNED EXECUTED by Pltf to Dft Sportingbet on 8/22/05. (Entered: 09/29/2005) |
| 09/28/2005 | 10 | SUMMONS RETURNED EXECUTED by Pltf to Dft NDS on 8/22/05. (Entered: 09/29/2005) |
| 09/28/2005 | 11 | SUMMONS RETURNED EXECUTED by Pltf to Dft Orbis Technology on 8/22/05. (Entered: 09/29/2005) |
| 10/11/2005 | 12 | MOTION TO DISMISS by Dft Sportingbet purs to FRCP 12(b)(2). (s), oppo #14 (fld sep) (Entered: 10/13/2005) |
| 10/11/2005 | 13 | MOTION FOR MISCELLANEOUS RELIEF by Dft Sportingbet for a more definite stmnt purs to FRCP 12(e). (s) (Entered: 10/13/2005) |
| 10/25/2005 | 14 | RESPONSE IN OPPOSITION TO MOTION by Pltf to mtn to dism (#12). (s) (fld sep) (Entered: 10/26/2005) |
| 10/26/2005 | | MISCELLANEOUS DOCUMENT Stip of disml -- to RLH (Entered: 10/26/2005) |
| 10/28/2005 | 15 | ORDER ON STIPULATION That this action is dismissed as to Dfts NDS & Orbis w/prej. (cps dist) (Entered: 10/28/2005) |
| 11/07/2005 | 16 | NOTICE by Plaintiff 1st Technology LLC (AXM, ) (Entered: 11/07/2005) |
| 11/08/2005 | 17 | REPLY to 13 Motion for More Definite Statement, 12 Motion to Dismiss; filed by Defendant Sportingbet, PLC. Replies due by 11/22/2005. (AAB) (Entered: 11/09/2005) |
| 11/08/2005 | 18 | REPLY to Response to 12 Motion to Dismiss, 13 Motion for Miscellaneous Relief; filed by Defendant Sportingbet, PLC. (AXM, ) (Entered: 11/14/2005) |
| 11/15/2005 | 19 | VERIFIED PETITION for Permission to Practice Pro Hac Vice submitted by attorney Wayne Stoner and Kate Saxton, by Defendant Sportingbet, PLC. (Fee Paid) (AAB) (Entered: 11/16/2005) |
| 11/15/2005 | 20 | STIPULATION TO Extend Time received by Defendant Ongame E-Solutions AB. (KCR) (Entered: 11/19/2005) |
| 11/15/2005 | 21 | DUPLICATE DOCUMENT Modified on 11/21/2005 same as document #20(GEW). (Entered: 11/21/2005) |
| 11/21/2005 | 23 | ORDER ON STIPULATION re 20 Stipulation. Response/answer to complaint due 12/14/05 Signed by Judge Roger L. Hunt on 11/21/05. (KCR, ) (Entered: 12/01/2005) |
| 12/01/2005 | 22 | MOTION for Leave to File a sur-reply by Plaintiff 1st Technology LLC. (AXM, ) (Entered: 12/01/2005) |

| 12/06/2005 | 24 | ORDER granting 19 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Wayne L Stoner for Sportingbet, PLC, Kate Saxton for Sportingbet, PLC. Signed by Judge Roger L. Hunt on 12/6/05. (Attachments: # 1 Wayne L. Stoner VP) (AAB) (Entered: 12/12/2005) |
| --- | --- | --- |
| 12/07/2005 | 25 | STIPULATION to Stay Decision on Motion to Dismiss by Defendant Sportingbet, PLC, Plaintiff 1st Technology LLC. (AAB) (Entered: 12/12/2005) |
| 12/12/2005 | 27 | NOTICE of Voluntary dismissal of Defendant Ongame E-solutions AB by Plaintiff 1st Technology LLC. (AAB) (Entered: 12/16/2005) |
| 12/14/2005 | 26 | ORDER ON STIPULATION re 25 Stipulation staying action on Motion to Dismiss. Signed by Judge Roger L. Hunt on 12/14/05. (AAB) (Entered: 12/16/2005) |
| 01/04/2006 | 28 | STIPULATION *AND ORDER FOR DISMISSAL WITH PREJUDICE* by Defendant Sportingbet, PLC. (Kistler, Joseph) (Entered: 01/04/2006) |
| 01/09/2006 | 29 | ORDER re 28 Stipulation for Dismissal. Defendant Sportingnbet PLC is dismissed with prejudice. Signed by Judge Roger L. Hunt on 1/9/06. (AXM, ) Docket Text Modified on 1/27/2006 (MJZ). (Entered: 01/11/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/06/2007 10:19:11 | | | |
| PACER Login: | fl0103 | Client Code: | 058312-0150 J.Torres |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00788-RLH-GWF |
| Billable Pages: | 2 | Cost: | 0.16 |