# EXHIBIT 9

# LookSmart
## FIND ARTICLES | 10,000,000 Articles
Where To Look For What You Need.™

**Alert - PlasmaTV4FREE**  Adverti;
Congratulations! You have been chosen to receive a FREE* 42" Samsung® or Panasonic® HDTV! Click the "Yes" button to
[ Yes ] [ No ]
*Participation requ

**Explore Publications in:**

All   Arts   Autos   **Business**   Health   Home & Garden   News   Reference   Sports

**FIND** 1st technology scott lewis **IN** free and premium articles  ( Look )  Advanced Search

Ads by Goo

**Software**
Earn up to
Reporting
- All Confic

💾 SAVE    🖶 PRINT    ✉ EMAIL    🔗 LINK

## Chartwell Technology Inc. Enters into Technology License Agreement with 1st Technology LLC

Business Wire, Dec 20, 2005

CALGARY, Alberta -- Chartwell Technology Inc. (TSX:CWH), a leading software provider of gaming software systems to the online and remote gaming industry is pleased to announce that it has entered into a technology license agreement with Dr. Scott Lewis, a developer of Internet applications, to use his patented optimization technology for online gaming products.

**Technolo**
Get third p
the Intel®
Platform

"This technology license will enhance our ability to deliver high quality multimedia information to our customers in furtherance of our objective to deliver engaging online and remote gaming entertainment," said Darold Parken, Chartwell Technology Inc.'s President and Chief Executive Officer.

**Easy Lice Agreemer**
The Easie:
a License
Online - Fr

**Related Results: 1st technology scott lewis**
- Sportingbet PLC licenses advanced multimedia...
- Air Force Print News : science, engineering,...

More

**Video**


Who sent the 1st emoticon? :-)

More
POWERED BY blinkx

Dr. Lewis stated, "We are extremely pleased to have an important industry presence, Chartwell Technology, as a licensee, allowing us to continue to provide technology for our partners to develop superior gaming products using 1st Technology's patent portfolio."

About 1st Technology

1st Technology LLC is a leading technology licensing company with a patent portfolio of advanced Internet and multimedia innovations. 1st Technology is headed by Internet pioneer Dr. Scott Lewis who led the development of the world's first single integrated circuit chip with on-board video and audio compression, advanced adaptive digital signal processing technology at Oxford University, and introduced multiple broadband Internet and multimedia technologies. 1st Technology has a long list of industry leaders as licensees.

**Top Acco**
Compare ;
products, f
whitepape
reviews

**Informatic**
Summarie:
top source
by our res(

About Chartwell



Chartwell specializes in the development of leading-edge gaming applications and entertainment content for the Internet and wireless platforms and other remote access devices. Chartwell's Java and Flash based software products and games are designed for deployment in gaming, entertainment, advertising and promotional applications. Chartwell does not participate in the online gaming business of its clients. Chartwell's team of highly trained professionals is committed to delivering the highest quality software and maintaining its leading edge through continuous development and unparalleled customer support.

Chartwell invites to you preview our company and gaming applications at www.chartwelltechnology.com

The TSX does not accept responsibility for the adequacy or accuracy of this release.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: The statements contained herein which are not historical fact are forward-looking statements that are subject to risks and uncertainties that could cause actual results to differ materially from those expressed in the forward-looking statements, including, but not limited to, certain delays in testing and evaluation of products, regulation of the online gaming industry and other risks detailed from time to time in Chartwell's filings with the Canadian securities regulatory authorities. We assume no responsibility for the accuracy and completeness of these statements and are under no duty to update any of the forward-looking statements contained herein to conform these statements to actual results. This is not an offer to sell or a solicitation of an offer to purchase any securities.

COPYRIGHT 2005 Business Wire
COPYRIGHT 2005 Gale Group





1 - 2 - Next

**Law Firm Software**
Accounting, finance, matter mgmt, BI, for mid to large firms
www.aderant.com

**Mobilized Data Collection**
Anyware Mobile Solutions Create Mobile Apps with ReForm™
www.goanyware.com

**Free SAP Software Report**
Grow Your Midsize Company With SAP Business Software. Free Report!
SAP.com

**IT Asset Management**
Free White Paper - Comprehensive Technology Portfolio Management
www.borland.com/tempo

Ads by Google

**Find Featured Titles for: Reference**
CLICK TO VIEW

**Find Research Guides for:**
CLICK TO VIEW

© 2007 FindArticles™ - LookSmart, Ltd. · About Us · Privacy Policy · Terms of Service · Advertise with Us · Site Map · RSS Site Map