# EXHIBIT 10



# LookSmart
## FIND ARTICLES | 10,000,000 Articles
Where To Look For What You Need.

[DISCOVER — More Cash Rewards. Up to 20% Cashback Bonus when you shop online.]

**Explore Publications in:**

All | Arts | Autos | **Business** | Health | Home & Garden | News | Reference | Sports

FIND 1st Technology LLC scott IN free and premium articles  [Look]  Advanced Search

Ads by Google

Informatio
Learn the
LLCs. Stra
information

SAVE | PRINT | EMAIL | LINK

## Excapsa Subsidiary Latest Licensee for Advanced Multimedia Technology; Industry Leader Gains Access to 1st Technology Patents

Business Wire, August 19, 2005

TORONTO -- Excapsa Software Inc., through its subsidiary Game Theory Ltd, a leading developer in the global gaming industry, announced today the signing of a license agreement with 1st Technology LLC covering core multimedia patents for advanced gaming products. The patents, developed by early multimedia pioneer Dr. Scott Lewis, CEO of 1st Technology, are targeted at providing enhanced interactivity and optimized delivery of high quality multimedia information over various bandwidth networks including narrowband and broadband telephone, cable, and wireless Internet.

**Related Results: 1st Technology LLC scott lewis**

- Sportingbet PLC licenses advanced multimedia...
- Chartwell Technology Inc. Enters into Technology License...

More

**Video**



Digipede Technologies, LLC

More

POWERED BY blinkx

"This technology license will enhance our intellectual property base providing us with the ability to deliver the highest quality multimedia information to our customers," said Robert DeMarco, Game Theory's General Manager. Dr. Lewis emphasized the importance of the relationship, stating, "We are pleased to have industry leader Game Theory as a technology licensee thereby providing technology to develop superior gaming products using 1st Technology's internationally recognized premier patent portfolio." In concluding the licensing agreement, Game Theory joins an elite list of the global gaming industry leaders who have agreements with 1st Technology LLC. Dr. Lewis added, "We look forward to working with other leading companies in the gaming industry to assist in achieving both the advancement of technology compatible with 1st Technology's intellectual property and a superior level of multimedia performance and enjoyment for our licensee's customers."

Form Nev Bk
Live Anyw Own NV L about Inc.

Wireless
Learn abo solutions f

Setting u
Create LL inexpensiv guide of sp

IT Networ
Business L.A. Free Assessme

ADVERTISEMENT




About Game Theory

Game Theory is a technology licensing company focused on providing the online gaming market with leading poker gaming applications. Game Theory is a wholly owned subsidiary of Excapsa Software Inc.

About 1st Technology

1st Technology LLC is a leading technology company with a patent portfolio of advanced Internet and multimedia innovations. 1st Technology is headed by Internet pioneer Dr. Scott Lewis who led the development of the world's first single integrated circuit chip with on-board video and audio compression, advanced adaptive digital signal processing technology at Oxford University, and introduced multiple broadband Internet and multimedia technologies.

COPYRIGHT 2005 Business Wire
COPYRIGHT 2005 Gale Group

1 -  2 -  Next



**Wireless Technologies**
Learn about Avaya mobility solutions for enterprises
www.avaya.com

**Free Guide - LLC FAQ- Q&A**
Facts. Q&A. Strategies. Reliable. 15 Years Experience. Save Tax $.
www.corporateservicecenter.info

**Guide to LLC Formation**
Directory of leading LLC Formation providers. Get started today.
llc-info

**Start Smart w/Nevada LLC**
$150 with rush filing, corp kit, CD 1 day FedEx, agent and lowest fee.
www.TheNevadaCompany.com

Ads by Google

**Find Featured Titles for: Reference**
CLICK TO VIEW

**Find Research Guides for:**
CLICK TO VIEW

© 2007 FindArticles™ - LookSmart, Ltd. · About Us · Privacy Policy · Terms of Service · Advertise with Us · Site Map · RSS Site Map