EXHIBIT 11

FILED
07 AUG -3 PM 3:40
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

CHIEF JUDGE ERLICK
HONORABLE ~~DEAN S. LUM~~
NOTED FOR HEARING: August 21, 2007 (1:30 PM)

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 1st Technology LLC,<br><br>Plaintiff,<br><br>v.<br><br>BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM,<br><br>Defendants. | **CASE NO: 07-2-25305-0 SEA**<br><br>MOTION FOR WRIT OF EXECUTION RE DOMAIN NAMES<br><br>BODOG.COM;<br>BODOG.NET;<br>BODOG.CO.UK;<br>BODOGPOKER.COM;<br>BODOGCASINO.COM;<br>BODOGSPORTSBOOK.COM;<br>BODOGAFFILIATE.COM;<br>BODOGAFFILIATES.COM;<br>BODOGNATION.COM;<br>BODOGFIGHT.COM; AND<br><br>ANY OTHER DOMAIN NAMES LISTED IN EXHIBIT A |

## I. Introduction and Relief Requested

Plaintiff, 1st Technology LLC ("**1st Technology**") seeks a Writ of Execution seeking execution on the domain names registered to Defendants, including those listed in **Exhibit A** of the Declaration of Dr. Scott Lewis (the "**Domain Names**"). 1st Technology obtained a judgment – in the amount of $48,937,456 (including pre and post-judgment interest to date) – on its patent infringement claims against Defendants (jointly and severally). That judgment remains wholly unsatisfied. All of the Domain Names are registered through a registrar located



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

in Washington (eNom, Inc. or its subsidiaries or affiliates ("**eNom**")). 1st Technology may properly execute on these domain names.

## II. Statement of Facts

1st Technology filed the underlying lawsuit (in the United States District Court for the District of Nevada) alleging Defendants infringed on a patent held by 1st Technology (United States Patent 5,564,001, entitled, "Method and System for Interactively Transmitting Multimedia Information Over a Network which Requires a Reduced Bandwidth" (hereinafter the "'**001 Patent**")). Defendants are foreign companies headquartered in Costa Rica who have infringed on the '001 Patent in violation of 35 U.S.C. § 271 by, among other activities, implementing, and continuing to implement, the '001 Patent techniques by using software on Defendants' online gaming websites which is downloaded before use and periodically thereafter (usually at least once a year to incorporate software optimization updates). *See* affidavit of Scott Lewis ("**Lewis Affidavit**"), submitted herewith.

Each of the Defendants were properly served and failed to appear. Accordingly, the Nevada Court entered Default on February 26, 2007. Thereafter, 1st Technology moved for Default Judgment, and along with its application included a detailed calculation of damages, with supporting evidence, to its Application. The supporting evidence included, among other things, the approximate net worth of one of the principals who held significant interests in Defendants, traffic to the websites operated by Defendants (these websites reported 16 million customers worldwide in 2005 and 18 million customers worldwide in 2006), evidence of revenues generated by Defendants, and evidence of a license agreement entered into by 1st Technology with respect to the 001 Patent. The Nevada Court considered this evidence and



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

issued a Default Judgment against Defendants jointly and severally in the amount of $46,597,849, which along with pre and post-judgment interest equals $48,937,456.

Defendants have not appealed that Judgment, or moved to have it stayed. (See Lewis Decl.) Nor have Defendants satisfied the Judgment. (See Lewis Decl.) 1st Technology conducted searches for assets held by Defendants and came across numerous domain names registered through Washington-based registrars, eNom Inc. and its subsidiaries. (See Lewis Decl.) A partial list of these domain names is attached to the Declaration of Scott Lewis. (See Lewis Decl.)

## III. Statement of Issues

Whether the Court should enter a Writ of Execution delivering to 1st Technology the Domain Names held by eNom (or any eNom affiliated entity) and any other domain names which are registered to Defendants or any of their affiliated entities.

## IV. Evidence Relied Upon

The Motion relies on the Declaration of Scott Lewis submitted herewith.

## V. Argument and Authority

Under Washington statutes, unless the judgment debtor files a bond in twice the amount of the judgment or otherwise obtains a stay, the judgment creditor may execute on all non-exempt property of the judgment debtor. *See Generally* RCW 6.17, et seq. Indeed, section 090 provides that "[a]ll property, real and personal, of the judgment debtor that is not exempted by law is liable to execution." *See* RCW 6.17.090. Section 160, which sets forth the manner of execution of various types of property, provides:

> Other intangible personal property may be levied on by serving a copy of the writ on, or mailing it to, the judgment debtor in the manner as required



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

by RCW 6.17.130, together with a description of the property. *See* RCW 6.17.090.

Given the expansive scope of property which is subject to execution (which includes "other intangible personal property") there is no reason why the Domain Names cannot be executed on in order to satisfy the Judgment in this case. Indeed, this would be in accord with decisions holding that domain names are a species of property which can be converted like any other property. *See* Kremen v. Cohen, 337 F.3d 1024, 1030 (9th Cir. 2003). In Kremen, the Ninth Circuit held that domain names "satisfy [all of the] criterion [for property]." A domain name "is a well-defined interest. Someone who registers a domain name decides where on the Internet those who invoke that particular name – whether by typing it into their web browsers, by following a hyperlink, or by other means – are sent." Equally important, "domain names are valued, bought and sold, often for millions of dollars . . . and they are now even subject to in rem jurisdiction . . . ." Kremen v. Cohen, 337 F.3d 1024, 1030 (9th Cir. 2003).

In sum, given the expansive scope of property subject to execution, and the fact that domain names are viewed as a species of property, Washington statute allows execution of a judgment against a domain name which is registered to the judgment debtor.

## VI. Conclusion

1st Technology requests that the Court issue the attached Writ of Execution, ordering the Registrar for the Domain Names to (1) confirm whether



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

they are registered to Defendants (or any of their affiliated entities); (2) produce a list of any other domain names registered to Defendants (or any of their affiliated entities); and (3) with respect to any of the domain names which are registered any of the foregoing persons or entities, to make arrangements to transfer them to 1st Technology (and cooperate in their liquidation or other use in order to satisfy the Judgment in 1st Technology's favor).

Respectfully submitted, dated this 3rd of August, 2007.

**BALASUBRAMANI LAW**

By: ______________________________

Venkat Balasubramani, WSBA # 28269
Attorneys for Plaintiff



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

EXHIBIT A

DOMAIN NAMES



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

bodog.com
bodog.net
bodog.co.uk
bodogpoker.com
bodogcasino.com
bodogsportsbook.com
bodogaffiliate.com
bodogaffiliates.com
bodognation.com
bodogfight.com

bodog.org
bodog.info
bodog.mobi
bodog.biz
bodog.us
bodog.co.uk
bodog.tv
bodog.cc
bodog.eu
bodog.nu
bodog.ca
bodog.name
bodog.ac
bodog.me.uk
bodog.am
bodog.ms
bodog.at
bodog.net.cn
bodog.be
bodog.nl
bodog.bz
bodog.cn
bodog.org.cn
bodog.org.nz
bodog.co.nz
bodog.com.cn
bodog.org.uk
bodog.com.mx
bodog.com.tw
bodog.de
bodog.fm

bodog.tc
bodog.in
bodog.io
bodog.it
bodog.jp
bodog.vg
bodog.ws
bodog.la
bodogpoker.com
bodogpoker.net
bodogpoker.org
bodogpoker.info
bodogpoker.mobi
bodogpoker.biz
bodogpoker.us
bodogpoker.co.uk
bodogpoker.tv
bodogpoker.eu
bodogpoker.ca
bodogpoker.nl
bodogpoker.cn
bodogpoker.de
bodogpoker.ws
bodogpoker.za.com
bodogcasino.com
bodogcasino.net
bodogcasino.org
bodogcasino.mobi
bodogcasino.biz
bodogcasino.us
bodogcasino.co.uk
bodogcasino.tv
bodogcasino.cc
bodogcasino.eu
bodogcasino.cn
bodogcasino.de
bodogcasino.za.com
bodogsportsbook.com
bodogsportsbook.net
bodogsportsbook.org
bodogsportsbook.info
bodogsportsbook.mobi
bodogsportsbook.biz
bodogsportsbook.us

bodogsportsbook.eu
bodogsportsbook.cn
bodogsportsbook.co.nz
bodogfight.com
bodogfight.net
bodogfight.org
bodogfight.info
bodogfight.mobi
bodogfight.biz
bodogfight.us
bodogfight.co.uk
bodogfight.tv
bodogfight.cc
bodogfight.eu
bodogfight.ca
bodogfight.at
bodogfight.be
bodogfight.nl
bodogfight.bz
bodogfight.cn
bodogfight.com.mx
bodogfight.de
bodogfight.in
bodogfight.it
bodogfight.ws
bodogmusic.com
bodogmusic.net
bodogmusic.org
bodogmusic.info
bodogmusic.mobi
bodogmusic.biz
bodogmusic.us
bodogmusic.co.uk
bodogmusic.tv
bodogmusic.cc
bodogmusic.eu
bodogmusic.ca
bodogmusic.name
bodogmusic.at
bodogmusic.be
bodogmusic.nl
bodogmusic.cn
bodogmusic.de
bodogmusic.it

bodogmusic.jp
bodogmusic.ws
bodogmusic.la
bodognation.com
bodognation.net
bodognation.org
bodognation.info
bodognation.mobi
bodognation.biz
bodognation.us
bodognation.co.uk
bodognation.tv
bodognation.eu
bodognation.ca
bodognation.at
bodognation.be
bodognation.nl
bodognation.cn
bodognation.co.nz
bodognation.com.mx
bodognation.com.tw
bodognation.de
bodognation.in
bodognation.it
bodognation.jp
bodognation.ws
bodognation.za.com
bodogbattleofthebands.com
bodogbattleofthebands.net
bodogbattleofthebands.org
bodogbattleofthebands.info
bodogbattleofthebands.mobi
bodogbattleofthebands.biz
bodogbattleofthebands.us
bodogbattleofthebands.co.uk
bodogbattleofthebands.tv
bodogbattleofthebands.cc
bodogbattleofthebands.eu
bodogbattleofthebands.ca
bodogbattleofthebands.at
bodogbattleofthebands.net.cn
bodogbattleofthebands.be
bodogbattleofthebands.nl
bodogbattleofthebands.de

bodogbattleofthebands.it
bodogbattleofthebands.jp
bodogbattleofthebands.ws
bodogbattleofthebands.la
bodogaffiliates.com
bodogaffiliates.net
bodogaffiliates.org
bodogaffiliates.info
bodogaffiliates.mobi
bodogaffiliates.biz
bodogaffiliates.us
bodogaffiliates.co.uk
bodogaffiliates.eu
bodogaffiliates.ca
bodogaffiliates.at
bodogaffiliates.be
bodogaffiliates.co.nz
bodogaffiliates.in
bodogaffiliates.jp
bodogaffiliates.ws
bodogaffiliate.com
bodogaffiliate.net
bodogaffiliate.org
bodogaffiliate.info
bodogaffiliate.mobi
bodogaffiliate.biz
bodogaffiliate.us
bodogaffiliate.co.uk
bodogaffiliate.eu
bodogaffiliate.ca
bodogaffiliate.at
bodogaffiliate.net.cn
bodogaffiliate.be
bodogaffiliate.nl
bodogaffiliate.cn
bodogaffiliate.co.nz
bodogaffiliate.com.mx
bodogaffiliate.de
bodogaffiliate.sa.com
bodogaffiliate.de.com
bodogaffiliate.in
bodogaffiliate.it
bodogaffiliate.jp
bodogaffiliate.ws

bodogtv.com
bodogtv.net
bodogtv.org
bodogtv.info
bodogtv.mobi
bodogtv.biz
bodogtv.us
bodogtv.tv
bodogtv.cc
bodogtv.cn
bodogtv.la
bodogbeat.com
bodogbeat.net
bodogbeat.org
bodogbeat.info
bodogbeat.mobi
bodogbeat.biz
bodogbeat.us
bodogbeat.co.uk
bodogbeat.tv
bodogbeat.eu
bodogbeat.ca
bodogbeat.at
bodogbeat.be
bodogbeat.cn
bodogbeat.co.nz
bodogbeat.com.mx
bodogbeat.com.tw
bodogbeat.de
bodogbeat.in
bodogbeat.it
bodogbeat.jp
bodogbeat.ws
bodogbeat.za.com
bodoglotto.net
bodoglotto.org
calvinayre.com
calvinayre.net
calvinayre.org
calvinayre.info
calvinayre.mobi
calvinayre.biz
calvinayre.us
calvinayre.tv

calvinayre.ca
calvinfoundation.com
calvinfoundation.net
calvinfoundation.org
calvinfoundation.biz
calvinfoundation.us
calvinfoundation.tv
calvinfoundation.cc
calvinfoundation.la
calvinayrefoundation.com
calvinayrefoundation.net
calvinayrefoundation.org
calvinayrefoundation.info
calvinayrefoundation.mobi
calvinayrefoundation.biz
calvinayrefoundation.us
calvinayrefoundation.co.uk
calvinayrefoundation.tv
calvinayrefoundation.cc
calvinayrefoundation.eu
calvinayrefoundation.nu
calvinayrefoundation.ca
calvinayrefoundation.name
calvinayrefoundation.at
calvinayrefoundation.net.cn
calvinayrefoundation.be
calvinayrefoundation.nl
calvinayrefoundation.bz
calvinayrefoundation.cn
calvinayrefoundation.com.mx
calvinayrefoundation.de
calvinayrefoundation.in
calvinayrefoundation.io
calvinayrefoundation.it
calvinayrefoundation.jp
calvinayrefoundation.vg
calvinayrefoundation.ws
calvinayrefoundation.la

---

bodogsports.com
bodogsports.net
bodogsports.org
bodogsports.info
bodogsports.mobi
bodogsports.biz

bodogsports.tv
bodogsports.eu
bodogsports.ca
bodogsports.net.nz
bodogsports.cn
bodog-tv.com
bodog-tv.net
bodogbackgammon.com
bodogbackgammon.net
bodogbingo.com
bodogbingo.net
bodogbingo.org
bodogbingo.info
bodogbingo.mobi
bodogbingo.biz
bodogbattle.com
bodogbattle.net
bodogbattle.org
bodogbattle.info
bodogbattle.mobi
bodogbattle.biz
bodogbattle.us
bodogbattle.co.uk
bodogbattle.tv
bodogbattle.cc
bodogbattle.eu
bodogbattle.ca
bodogbattle.at
bodogbattle.be
bodogbattle.net.nz
bodogbattle.nl
bodogbattle.co.nz
bodogbattle.de
bodogbattle.in
bodogbattle.it
bodogbattle.jp
bodogbattle.la
bodoggames.com
bodoggames.net
bodoggames.info
bodoggames.mobi
bodoggames.co.uk
bodoggame.com
bodoggame.net

bodoggame.info
bodoggame.mobi
bodoggame.co.uk
betbodog.com
betbodog.net

## CERTIFICATE OF SERVICE

I certify that I caused to be mailed a copy of the foregoing (1) **Plaintiff's Motion for Writ of Execution**; (2) **Declaration of Scott Lewis**; and (3) **Proposed Order** to Defendants at:

Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017
(via DHL)

And to eNom at:

eNom, Incorporated
15801 NE 24TH STREET
Bellevue, WA 98008
(via hand delivery)

on August 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3rd, 2007, at Seattle, Washington.

Venkat Balasubramani (WSBA # 28269)
Attorney for Plaintiff



BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966