EXHIBIT 12

chiefcivil

FILED
07 AUG 21 PM 2:55
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 1st Technology LLC,<br><br>Plaintiff,<br><br>v.<br><br>BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM,<br><br>Defendants. | CASE NO: 07-2-25305-0 SEA<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WRIT OF EXECUTION RE DOMAIN NAMES<br><br>BODOG.COM;<br>BODOG.NET;<br>BODOG.CO.UK;<br>BODOGPOKER.COM;<br>BODOGCASINO.COM;<br>BODOGSPORTSBOOK.COM;<br>BODOGAFFILIATE.COM;<br>BODOGAFFILIATES.COM;<br>BODOGNATION.COM;<br>BODOGFIGHT.COM; AND<br><br>ANY OTHER DOMAIN NAMES LISTED IN EXHIBIT A |

TO:   the eNom Inc., and any other registrar(s) of the domain names listed on **Exhibit A**, attached hereto (the "**Registrar**"):

(1)   The Registrar is DIRECTED to confirm registration of the foregoing domain names and to produce a list of any other domain names registered to Defendants or any of Defendants' affiliated entities ("**Defendants**"), including those registered through an entity affiliated with Registrar;

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 1

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

  (2) With respect to the domain names that are registered to Defendants (the "**Domain Names**"), the Registrar is hereby ORDERED to transfer control over all of the Domain Names to Plaintiff;

  (3) The Registrar is hereby ORDERED to cooperate with Plaintiff with respect to the selling, liquidation (via the Registrar's auction mechanism or another mechanism of Plaintiff's choosing), or other use of all of the Domain Names.

  (4) In the event Plaintiff desires to auction any of the Domain Names, Plaintiff shall set reserve pricing at 10% of the amount determined via an appraisal for the Domain Names either through the Registrar or through any other reputable third party (the "**Appraisal**"). Plaintiff shall then transmit the Appraisal to the Court as part of the official record of the auction procedure (i.e., at the conclusion of the auction; prior notice is not required) (with a copy to Defendants at their last known address, as listed on the Application of Transfer for Foreign Judgment). Provided Plaintiff complies with the procedure set forth herein, Plaintiff shall not be held liable for breach or violation of any duties with respect to the auction of the Domain Names. Nothing herein shall preclude Plaintiff, or any third parties affiliated with it from bidding on and registering (and subsequently exploiting or using) any of the Domain Names.

  (5) The Court makes clear that the intent of this Order is to allow Plaintiff to liquidate <u>or otherwise monetize</u> the Domain Names without incurring any expense. Plaintiff may decide not to auction the Domain Names, and instead may operate the Domain Names in any manner it sees fit, including exploiting any traffic to the sites accessible via the Domain Names. In the event Plaintiff wishes to transfer the Domain Names to itself, it may obtain an appraisal either through the Registrar or through any other reputable third party (the "**Appraisal**"). Plaintiff shall transmit the Appraisal to the Court as part of the

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 2

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1  official record of the transfer (with a copy to Defendants at their last known
2  address, as listed on the Application of Transfer for Foreign Judgment).

3  (6)  Plaintiff shall have the right to use Defendant's trademarks (and shall
4  be granted a license to such trademarks, as necessary) if required to effect this
5  Order and Plaintiff shall not otherwise be interfered with by Defendants,
6  Defendants' agents, the Registrar or ICCAN (Internet Corporation for Assigned
7  Names and Numbers), in effecting this Order. The Registrar and ICCAN are to
8  comply with this Order.

9  (7)  Defendants and any third parties are forever ENJOINED from using
10 in any way the Domain Names and are prohibited from attempting to re-register
11 the Domain Names (either directly or through an agent) with any entity
12 whatsoever.

13 (8)  The Registrar is hereby ORDERED to reject any request to change
14 registrars or otherwise move, transfer, or cancel the Domain names unless
15 directed otherwise in writing by the Plaintiff.

17 Herein fail not, and have you then and there this Writ.

_____
Hon. Superior Court Judge
this 21st day of August, 2007.

(9) Plaintiff shall provide statutory notice to defendants of entry of this order granting motion for writ of execution.

(10) In the event of sale or transfer of the above-mentioned assets upon which plaintiff has executed, any surplus funds shall be deposited into the Registry of the Court.

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 3

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

**EXHIBIT A**

DOMAIN NAMES

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 4

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

bodog.com
bodog.net
bodog.co.uk
bodogpoker.com
bodogcasino.com
bodogsportsbook.com
bodogaffiliate.com
bodogaffiliates.com
bodognation.com
bodogfight.com


bodog.org
bodog.info
bodog.mobi
bodog.biz
bodog.us
bodog.co.uk
bodog.tv
bodog.cc
bodog.eu
bodog.nu
bodog.ca
bodog.name
bodog.ac
bodog.me.uk
bodog.am
bodog.ms
bodog.at
bodog.net.cn
bodog.be
bodog.nl
bodog.bz
bodog.cn
bodog.org.cn
bodog.org.nz
bodog.co.nz
bodog.com.cn
bodog.org.uk
bodog.com.mx
bodog.com.tw
bodog.de
bodog.fm

bodog.tc
bodog.in
bodog.io
bodog.it
bodog.jp
bodog.vg
bodog.ws
bodog.la
bodogpoker.com
bodogpoker.net
bodogpoker.org
bodogpoker.info
bodogpoker.mobi
bodogpoker.biz
bodogpoker.us
bodogpoker.co.uk
bodogpoker.tv
bodogpoker.eu
bodogpoker.ca
bodogpoker.nl
bodogpoker.cn
bodogpoker.de
bodogpoker.ws
bodogpoker.za.com
bodogcasino.com
bodogcasino.net
bodogcasino.org
bodogcasino.mobi
bodogcasino.biz
bodogcasino.us
bodogcasino.co.uk
bodogcasino.tv
bodogcasino.cc
bodogcasino.eu
bodogcasino.cn
bodogcasino.de
bodogcasino.za.com
bodogsportsbook.com
bodogsportsbook.net
bodogsportsbook.org
bodogsportsbook.info
bodogsportsbook.mobi
bodogsportsbook.biz
bodogsportsbook.us

bodogsportsbook.eu
bodogsportsbook.cn
bodogsportsbook.co.nz
bodogfight.com
bodogfight.net
bodogfight.org
bodogfight.info
bodogfight.mobi
bodogfight.biz
bodogfight.us
bodogfight.co.uk
bodogfight.tv
bodogfight.cc
bodogfight.eu
bodogfight.ca
bodogfight.at
bodogfight.be
bodogfight.nl
bodogfight.bz
bodogfight.cn
bodogfight.com.mx
bodogfight.de
bodogfight.in
bodogfight.it
bodogfight.ws
bodogmusic.com
bodogmusic.net
bodogmusic.org
bodogmusic.info
bodogmusic.mobi
bodogmusic.biz
bodogmusic.us
bodogmusic.co.uk
bodogmusic.tv
bodogmusic.cc
bodogmusic.eu
bodogmusic.ca
bodogmusic.name
bodogmusic.at
bodogmusic.be
bodogmusic.nl
bodogmusic.cn
bodogmusic.de
bodogmusic.it

bodogmusic.jp
bodogmusic.ws
bodogmusic.la
bodognation.com
bodognation.net
bodognation.org
bodognation.info
bodognation.mobi
bodognation.biz
bodognation.us
bodognation.co.uk
bodognation.tv
bodognation.eu
bodognation.ca
bodognation.at
bodognation.be
bodognation.nl
bodognation.cn
bodognation.co.nz
bodognation.com.mx
bodognation.com.tw
bodognation.de
bodognation.in
bodognation.it
bodognation.jp
bodognation.ws
bodognation.za.com
bodogbattleofthebands.com
bodogbattleofthebands.net
bodogbattleofthebands.org
bodogbattleofthebands.info
bodogbattleofthebands.mobi
bodogbattleofthebands.biz
bodogbattleofthebands.us
bodogbattleofthebands.co.uk
bodogbattleofthebands.tv
bodogbattleofthebands.cc
bodogbattleofthebands.eu
bodogbattleofthebands.ca
bodogbattleofthebands.at
bodogbattleofthebands.net.cn
bodogbattleofthebands.be
bodogbattleofthebands.nl
bodogbattleofthebands.de

bodogbattleofthebands.it
bodogbattleofthebands.jp
bodogbattleofthebands.ws
bodogbattleofthebands.la
bodogaffiliates.com
bodogaffiliates.net
bodogaffiliates.org
bodogaffiliates.info
bodogaffiliates.mobi
bodogaffiliates.biz
bodogaffiliates.us
bodogaffiliates.co.uk
bodogaffiliates.eu
bodogaffiliates.ca
bodogaffiliates.at
bodogaffiliates.be
bodogaffiliates.co.nz
bodogaffiliates.in
bodogaffiliates.jp
bodogaffiliates.ws
bodogaffiliate.com
bodogaffiliate.net
bodogaffiliate.org
bodogaffiliate.info
bodogaffiliate.mobi
bodogaffiliate.biz
bodogaffiliate.us
bodogaffiliate.co.uk
bodogaffiliate.eu
bodogaffiliate.ca
bodogaffiliate.at
bodogaffiliate.net.cn
bodogaffiliate.be
bodogaffiliate.nl
bodogaffiliate.cn
bodogaffiliate.co.nz
bodogaffiliate.com.mx
bodogaffiliate.de
bodogaffiliate.sa.com
bodogaffiliate.de.com
bodogaffiliate.in
bodogaffiliate.it
bodogaffiliate.jp
bodogaffiliate.ws

bodogtv.com
bodogtv.net
bodogtv.org
bodogtv.info
bodogtv.mobi
bodogtv.biz
bodogtv.us
bodogtv.tv
bodogtv.cc
bodogtv.cn
bodogtv.la
bodogbeat.com
bodogbeat.net
bodogbeat.org
bodogbeat.info
bodogbeat.mobi
bodogbeat.biz
bodogbeat.us
bodogbeat.co.uk
bodogbeat.tv
bodogbeat.eu
bodogbeat.ca
bodogbeat.at
bodogbeat.be
bodogbeat.cn
bodogbeat.co.nz
bodogbeat.com.mx
bodogbeat.com.tw
bodogbeat.de
bodogbeat.in
bodogbeat.it
bodogbeat.jp
bodogbeat.ws
bodogbeat.za.com
bodoglotto.net
bodoglotto.org
calvinayre.com
calvinayre.net
calvinayre.org
calvinayre.info
calvinayre.mobi
calvinayre.biz
calvinayre.us
calvinayre.tv

calvinayre.ca
calvinfoundation.com
calvinfoundation.net
calvinfoundation.org
calvinfoundation.biz
calvinfoundation.us
calvinfoundation.tv
calvinfoundation.cc
calvinfoundation.la
calvinayrefoundation.com
calvinayrefoundation.net
calvinayrefoundation.org
calvinayrefoundation.info
calvinayrefoundation.mobi
calvinayrefoundation.biz
calvinayrefoundation.us
calvinayrefoundation.co.uk
calvinayrefoundation.tv
calvinayrefoundation.cc
calvinayrefoundation.eu
calvinayrefoundation.nu
calvinayrefoundation.ca
calvinayrefoundation.name
calvinayrefoundation.at
calvinayrefoundation.net.cn
calvinayrefoundation.be
calvinayrefoundation.nl
calvinayrefoundation.bz
calvinayrefoundation.cn
calvinayrefoundation.com.mx
calvinayrefoundation.de
calvinayrefoundation.in
calvinayrefoundation.io
calvinayrefoundation.it
calvinayrefoundation.jp
calvinayrefoundation.vg
calvinayrefoundation.ws
calvinayrefoundation.la
bodogsports.com
bodogsports.net
bodogsports.org
bodogsports.info
bodogsports.mobi
bodogsports.biz

bodogsports.tv
bodogsports.eu
bodogsports.ca
bodogsports.net.nz
bodogsports.cn
bodog-tv.com
bodog-tv.net
bodogbackgammon.com
bodogbackgammon.net
bodogbingo.com
bodogbingo.net
bodogbingo.org
bodogbingo.info
bodogbingo.mobi
bodogbingo.biz
bodogbattle.com
bodogbattle.net
bodogbattle.org
bodogbattle.info
bodogbattle.mobi
bodogbattle.biz
bodogbattle.us
bodogbattle.co.uk
bodogbattle.tv
bodogbattle.cc
bodogbattle.eu
bodogbattle.ca
bodogbattle.at
bodogbattle.be
bodogbattle.net.nz
bodogbattle.nl
bodogbattle.co.nz
bodogbattle.de
bodogbattle.in
bodogbattle.it
bodogbattle.jp
bodogbattle.la
bodoggames.com
bodoggames.net
bodoggames.info
bodoggames.mobi
bodoggames.co.uk
bodoggame.com
bodoggame.net

bodoggame.info
bodoggame.mobi
bodoggame.co.uk
betbodog.com
betbodog.net

1 | Presented by:
2 |
3 | _____
4 | Balasubramani Law (Venkat Balasubramani)
  | Attorneys for Plaintiff
5 | Bar No. 28269
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

[PROPOSED] ORDER GRANTING MOTION FOR WRIT
OF EXECUTION RE DOMAIN NAMES - 5

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966