EXHIBIT 16

1

**HONORABLE JOHN ERLICK**
**NOTED FOR HEARING: SEPTEMBER 12, 2007**

2

3

4

5

6

7

8

9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

10   1st Technology LLC,

|                                                              |                                                                                                                              |
| ------------------------------------------------------------ | ---------------------------------------------------------------------------------------------------------------------------- |
| 11   Plaintiff,                                              | Case No. 07-2-25305-0 SEA                                                                                                    |
| 12   v.                                                      | 1ST TECHNOLOGY LLC'S OPPOSITION TO BODOG'S MOTION FOR RELIEF FROM ENFORCEMENT OF WRIT OF EXECUTION |
| 13   BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM, |                                                                                                                              |
| 14   Defendants.                                             |                                                                                                                              |

15

16                              **Introduction**

17       Bodog Entertainment Group S.A. ("***Bodog***") moves for relief from an Order

18   issued by this Court Ordering numerous domain names registered to Bodog to

19   be transferred to 1st Technology LLC ("***1st Technology***"). Bodog is an "off-shore"

20

21   entity which runs gambling sites which violate Washington and United States

22   law. For this reason alone, Bodog is a flight risk. Additionally, Bodog admittedly

23   has in place a web of corporate entities through which it runs its operations, and

24
     has an express policy of frustrating creditors using these corporate entities. While
25

26   the Order allowed 1st Technology to liquidate the Domain Names, 1st

27

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 1

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1   Technology agrees to not sell or dispose of the Domain Names pending

2   resolution of the underlying Motion to Vacate – which was filed by Bodog in the

3   District of Nevada (the "**Nevada Motion**"). Thus, there is no likelihood of

4
5   irreparable harm to Bodog.

6   Bodog was provided actual notice both in the underlying Nevada action

7   and of 1st Technology's Motion. Consistent with Bodog's policy of ignoring

8   United States laws and legal proceedings, Bodog did nothing. Now, Bodog

9
10  seeks reversal of the Order (the "**Washington Order**") based on its allegations

11  under the Motion to Vacate. This is untenable, particularly given that (1) Bodog

12  is not willing to post bond to cover the judgment; (2) Bodog is a flight risk; and

13  (3) by transferring the Domain Names back to Bodog, the Court will enable

14  Bodog to continue its illicit operations and drain the domain names of value.

15
16                                  **Discussion**

17  **A.    Rule 62 Provides the Appropriate Standard**

18  Bodog cites to Rule 60 in arguing that there was some mistake or

19  irregularity in obtaining the Washington Order and that therefore it is entitled to

20
21  relief from it. With respect to the Washington Order, 1st Technology properly

22  registered the Nevada Judgment, provided Bodog notice as required, and

23  obtained an order requiring a third party to turn over property held by "Bodog

24  Entertainment Group S.A." or its affiliates. Bodog does not – nor could it – allege

25  that there was any mistake or irregularity with respect to the Washington Order.

26
27  Indeed, Bodog seeks relief from the Washington Order based on its collateral

1ST TECHNOLOGY LCC'S OPPOSITION TO                    **BALASUBRAMANI LAW**
BODOG'S MOTION FOR RELIEF FROM                        8426 40TH AVE SW
WRIT OF EXECUTION / PAGE - 2                          SEATTLE, WASHINGTON 98136
                                                      telephone (206) 529-4827
                                                      fax (206) 260-3966

1   attack on the Nevada Judgment, which is currently before the court in Nevada.

2   As such, Rule 62 provides the appropriate standard.

3   Rule 62 provides that the Court may stay execution of enforcement

4
5   proceedings "in its discretion and on such conditions for the security of the

6   adverse party as are proper." While there are not many Washington court

7   decisions interpreting Rule 62, the text of the Rule speaks to "security" of the

8   adverse party (i.e., 1st Technology). The comments to the Rule indicate that it
9
10  parallels Federal Rule 62. As interpreted by the federal courts, "Rule 62 . . .

11  indicates a policy against any unsecured stay of execution after the expiration

12  of the time for filing a motion for new trial." Marcelletti & Son Constr. Co. v.

13  Millcreek Township Sewer Authority, 313 F. Supp. 920, 928 (D. Pa. 1970). Rule 62

14  thus counsels against granting Bodog relief from execution, unless Bodog posts
15
16  security.

17  **B.    Bodog Was Properly Served**

18  1st Technology submits that Bodog's service-related arguments are better

19  addressed in Nevada where Bodog's current Motion is pending and where
20
21  evidence (if necessary) will be taken. Given that 1st Technology has agreed to

22  not sell or dispose of the Domain Names pending resolution of the Nevada

23  Motion, there is no prejudice to Bodog from this. However, in the event the

24  Court feels it necessary to address the service issue, 1st Technology briefly
25
    addresses it.
26

27

1    Bodog argues that a federal court plaintiff "must serve a corporate

2   defendant by delivering a copy of the summons and complaint to an officer,

3
    managing or general agent, or to any other agent authorized . . . by law to
4
5   receive service of process." This is incorrect. (It is easy to see how a company

6   such as Bodog could use this rule to frustrate service.) Rule 4(h) of the Federal

7   Rules provides that a foreign corporation may be served in the same manner as

8   an individual in a foreign country. Rule (f)(2)(A) – dealing with service upon
9
10   foreign individuals – provides that individuals may be served "in the manner

11   prescribed by the law of the foreign country for service in that country." Thus,

12   Rule 4(h)(1) does not provide the exclusive means of service upon Bodog, and

13   Bodog may be served in accordance with Costa Rican law.

14
    Bodog does not argue or put forth any evidence that service on Bodog
15
16   was contrary to Costa Rican law, or contrary to the Federal Rules (which permit

17   service in accordance with Costa Rican law). As such, Bodog's contentions

18   regarding service are not persuasive. Indeed, Bodog was served at the address

19   which (1) it maintains on its website, (2) it provided to eNom, and (3) it provided
20
21   to the Patent and Trademark Office.

22   **C.    Bodog Has Unclean Hands**

23    As acknowledged by Bodog, it seeks equitable relief. It is a long-standing

24   maxim of equity that a court sitting in equity will not aid a wrongdoer.

25
    1st Technology argued in its Motion for a Writ of Execution Regarding
26
27   Additional Domain Names that Bodog engages in an illegal gambling

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 4

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1  operation. After this Motion was filed, on Friday (September 7) Bodog filed an

2  Amended Motion in which it claimed that "Bodog Entertainment Group SA does

3  not itself provide online entertainment services." Bodog makes this contention

4
5  without citation to any factual authority whatsoever. Moreover, this contention

6  is belied by the evidence. "Bodog Entertainment Group SA" filed and obtained

7  a United States trademark registration for, among other things, "providing sports

8  wagering, event wagering, casino tournaments, in the nature of online gaming

9
10  competitions, and games of chance via the Internet and television."

11  (Balasubramani Decl., **Ex. C.**) Similarly, Bodog's own website,

12  BodogConference.com, identifies Bodog Entertainment Group S.A. as,

13      Bodog Entertainment Group S.A. located at Oficentro Ejecutive Sabana
14      Sur Edificio 7 5 Piso, San Jose, Costa Rica, takes pride in being federally
       licensed by the Costa Rican government, and confidently holds 100% of
15      all deposits plus winnings for all players in a segregated reserve account
       with Europe's largest Private Bank in Zurich, Switzerland.

16  (Balasubramani Decl., **Ex. E.**)

17      Additional facts that make Bodog Entertainment Group's position
18
19  untenable are that Bodog Entertainment Group S.A. was itself the registrant of

20  the Bodog online gambling domain names, before they were transferred to 1st

21  Technology pursuant to the Court's Order. (Balasubramani Decl., **Ex. B.**)

22  Defendant's Bodog domain names including Bodog.com and Bodog.net
23
24  pointed to the same name servers (UDNS1.ULTRADNS.NET) as the

25  newbodog.com, through which Bodog currently runs its operations.

26  (Balasubramani Decl., **Ex. B.**) Bodog established NewBodog.com in order to

27

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 5

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1  evade the intent of the Washington Order and continue its illegal business

2  unhindered by U.S. law; aptly put in the words of Bodog's CEO Calvin Ayre:

3
4       "So, I present you with newbodog.com. You won't notice very many
         changes: same website, same brand, same product, and same service.
         Just a new domain name.... I sincerely apologize if you were affected by
5        our interruption and assure you that I will update you soon. Regards,
         Calvin Ayre."

6
7  (Balasubramani Decl., **Ex. C**; Lewis Decl., **Ex. C**.)  Bodog Entertainment Group SA

8  has a sufficient connection to the operations of "Bodog" that it is part of the

9  illicit Bodog operation.  Bodog's attempts to distance itself only make clear that

10  Bodog has in place a complex web of entities likely designed to evade U.S. law

11  legal and/or to frustrate creditors.

12
13  **D.    Bodog Poses a Flight Risk**

14       Due to reasons of illegality or otherwise, it's apparent that Bodog operates

15  behind a web of off-shore corporate entities and has no corporate "presence"

16  anywhere in the United States.  While it conducts ample business in the United

17  States, including in the State of Washington, it does not conduct any such

18
19  business through entities formed pursuant to Washington state law or the laws of

20  any other states.  This itself is evidence that Bodog constitutes a flight risk.  But

21  Bodog has gone further, and made public statements (including through the

22  media) that it is beyond the reach of United States law, and that it has an

23
24  explicit policy of frustrating United States litigants by stretching out the litigation

25  and leaving the plaintiff to find at the end that Bodog has no United States

26  assets.  (Balasubramani Decl., **Ex. D**.)

27

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 6

Bodog's statements in this litigation should not engender confidence that Bodog is not a flight risk. First, despite the fact that "Bodog Entertainment Group SA" filed a trademark application in the United States, and was listed on various Bodog Entertainment Group S.A. registered webpages relating to the "Bodog" business and specifically linking Bodog Entertainment Groups S.A. to online gambling and online entertainment, Bodog claims that it "does not itself provide online entertainment services." Second, the initial Bodog.com name was registered in the name of "Bodog Entertainment Group S.A." Bodog registered a replacement domain name, directed its users to migrate to and start using "newbodog.com." Inexplicably, this new domain name is registered in the name of "Lyon Finance Ltd," with an address in Malta. As mentioned above, the new website points to the same place as did the old site. (Balasubramani Decl., **Ex. B.**)

**E.    Bodog Should Post Security**

Bodog acknowledges that some security is required in the event the court in Nevada refuses to vacate the underlying Judgment. Bodog argues that the registrar (eNom Incorporated) can place a lock on the domain names and this constitutes sufficient security. This is unconvincing for two reasons.

First, eNom is a party not before the Court. Neither 1st Technology nor the Court have any assurances what a registrar lock will achieve. Given the uncertainty as to whether the Nevada court will grant the relief sought by Bodog, as between transferring the names back to Bodog and leaving them

1  where they presently are (i.e., registered to 1st Technology), equity counsels

2  leaving the domain names where they are. In a post-judgment setting this

3  balance tips in favor of the judgment creditor. Second, Bodog seeks control of

4
5  the names during the pendency of the Nevada Motion. Control grants Bodog

6  power to exploit the Domain Names, which are admittedly assets containing

7  value. If Bodog is given control of the Domain Names during the pendency of

8  the Nevada Motion, Bodog may change its name altogether and issue a notice

9
10  through bodog.com, directing its users to migrate to a third, "non-Bodog"

11  named website. This will essentially frustrate 1st Technology's collection efforts

12  altogether. In the event the Nevada Court refuses to set aside the Judgment

13  amounting to $49M, 1st Technology will be left to collect against domain names

14  which have been sapped of their value.

15
16  ## CONCLUSION

17  Bodog operates websites that violate Washington and United States laws.

18  The Court should not aid Bodog's illicit efforts by transferring any domain names

19  back to Bodog so that it can continue to operate its illegal websites.

20
21  Additionally, Bodog constitutes a flight risk. Bodog does not have any

22  Washington or United States entities, and operates its business through foreign

23  entities, including entities based in Costa Rica and (now) Malta. This coupled

24  with Bodog's public statements that it would work to frustrate creditors is

25  sufficient to warrant denial of Bodog's Motion. In any event, Bodog should be

26
27  required to post a bond equal to the amount of the judgment for execution

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 8

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1   ($49M) to obtain the relief it seeks. Absent posting of a bond, it is inappropriate

2   to transfer these back to Bodog pending resolution of the Nevada Motion. This is

3   particularly so, where 1st Technology is willing to agree to not dispose of the

4
    domain names pending resolution of the Nevada Motion.

5
6       Respectfully submitted, this 10th day of September, 2007.

7
8

9                           Venkat Balasubramani
                            Counsel for 1st Technology LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1ST TECHNOLOGY LCC'S OPPOSITION TO                          **BALASUBRAMANI LAW**
BODOG'S MOTION FOR RELIEF FROM                                 8426 40TH AVE SW
WRIT OF EXECUTION / PAGE - 9                              SEATTLE, WASHINGTON 98136
                                                         telephone (206) 529-4827
                                                            fax (206) 260-3966

1 **CERTIFICATE OF SERVICE**

2   I, Venkat Balasubramani, hereby certify and declare, that I caused the

3   foregoing 1st Technology LLC's Opposition to Bodog's Motion for Relief from Writ
    of Execution, to be filed in King County Superior Court, and transmitted to

4   opposing counsel:

5       Derek A. Newman/Randall Moeller

6       505 Fifth Ave S., Suite 610
        Seattle, WA 98104

7       (206) 274 2800

8   I declare under penalty of perjury that the foregoing is true and correct.

9   Dated this 10th day of September, 2007.

10

11                                  Venkat Balasubramani

12                                  Counsel for 1st Technology LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1ST TECHNOLOGY LCC'S OPPOSITION TO
BODOG'S MOTION FOR RELIEF FROM
WRIT OF EXECUTION / PAGE - 10

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1

2    **Honorable John Erlick**
Noted for Hearina: Seotember 12. 2007

3

4

5

6

7

8          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

9
1st Technology LLC,

10                                              Case No. 07-2-25305-0 SEA
Plaintiff,

11                                              DECLARATION OF VENKAT
v.                                         BALASUBRAMANI IN

12                                              OPPOSITION TO BODOG'S
BODOG ENTERTAINMENT GROUP S.A.,            REQUEST FOR RELIEF FROM

13   BODOG.NET, AND BODOG.COM,                  ORDER GRANTING WRIT OF
EXECUTION

14          Defendants.

15
I, Venkat Balasubramani, declare as follows:

16
1.   I am over eighteen years of age. I am competent to testify to the matters

17

18   stated in this declaration. I am counsel to Plaintiff, 1st Technology LLC ("1st

19   Technology") in this matter.

20   2.   1st Technology provided Bodog Entertainment Group S.A. ("Bodog")

21
notice of the underlying lawsuit and of this proceeding. Attached as

22
**Exhibit A** are proofs or service/mailing for both.

23

24   3.   Attached as **Exhibit B** are the publicly available WHOIS information for

25   certain of the Bodog names.

26

27

DECLARATION OF VENKAT BALASUBRAMANI IN              **BALASUBRAMANI LAW**
OPPOSITION TO BODOG'S REQUEST FOR RELIEF                8426 40ᵗʰ AVE SW
FROM ORDER OF EXECUTION / PAGE - 1               SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

4.     Attached as **Exhibit C** is the trademark registration for the "Bodog" mark –
the registration is in the name of "Bodog Entertainment Group S.A." The
address listed on the registration is the same address at which Bodog was
served by 1st Technology.

5.     Attached as **Exhibit D** are newspaper articles in which Bodog (through its
principals or counsel) make statements to the effect that they will take
action to frustrate creditors and are beyond the reach of United States
courts.

6.     Attached as **Exhibit E** is a description of Bodog Entertainment Group S.A.
and its address from a Bodog website.


Executed this 10th day of September, 2007, at Seattle, Washington.

Venkat Balasubramani

DECLARATION OF VENKAT BALASUBRAMANI IN
OPPOSITION TO BODOG'S REQUEST FOR RELIEF
FROM ORDER OF EXECUTION / PAGE - 2

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1                               **EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF VENKAT BALASUBRAMANI IN
OPPOSITION TO BODOG'S REQUEST FOR RELIEF
FROM ORDER OF EXECUTION / PAGE - 3

**BALASUBRAMANI LAW**
8426 40ᵗʰ AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

## AFFIDAVIT

**COURT:**    UNITED STATES DISTRICT COURT
             DISTRICT OF NEVADA

**CASE:**    1ST TECHNOLOGY LLC, Plaintiff
             v.
             RATIONAL ENTERPRISES LTDA., et al., Defendants

**CASE NO.:**    2:06 cv 1110-RLH-GWF

COSTA RICA                )
                          )  ss.
City of _San Jose_        )

I declare that I, _Allan Hernandez Vargas_, am a citizen of Costa Rica, over the age of twenty-one, not a party nor an attorney for any party in this action, received the following documents on _November 14_, 2006, and performed the following service:

Service upon **BODOG Entertainment Group S.A.**, was accomplished by delivering the Summons and Complaint for Patent Infringement, personally and in person to **BODOG Entertainment Group S.A.:**

By Leaving with (Name and Title): _Victoria Kors (in charge)_

At the address of: _Oficentro Ejecutivo La Sabana Su Edificio 7, piso 5, San Jose Costa Rica_

On the _23_ day of _November_, 2006 at _12:30_ a.m./p.m.

**Description of person served:**

Race _W_ Hair color _Brown_ Height: _5.2_ Weight _80_ Sex _F_ Age _38_

Signature of Server _[signature]_

SUBSCRIBED AND SWORN to before me this _9th_ day of _February_, 2006/7

Consulate of Costa Rica
Province & City of San Jose
Embassy of the United States of America

_Juan C. Surinach_–Consular Associate

Notary

AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

1ST TECHNOLOGY LLC,

  Plaintiff,

v.

RATIONAL ENTERPRISES LTDA., RATIONAL POKER
SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP
S.A., BODOG.NET, BODOG.COM, and FUTUREBET
SYSTEMS LTD.,

  Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-cv-1110-RLH-GWF

TO: (Name and Address of Defendant)

BODOG ENTERTAINMENT GROUP S.A.
Oficentro Ejecutive Sabana Sur, Edificio 7
5 Piso San Jose
San Jose, Costa Rica 01017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's
attorney (name and address)

L. Kristopher Rath, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons
upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.

Lance S. Wilson                                          September 8, 2006

Clerk                                                    Date

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

          _____
          Signature of Server

          _____
          Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EB 634833565 US

**UNITED STATES POSTAL SERVICE®**

**Post Office to Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month  Day  Year | $ |
| Mo.  Day  Year | Scheduled Time of Delivery | COD Fee  Insurance Fee |
| Time Accepted | ☐ Noon  ☐ 3 PM | $      $ |
| ☐ AM | Military | Total Postage & Fees |
| ☐ PM | ☐ 2nd Day  ☐ 3rd Day | $ |
| Flat Rate ☐ or Weight | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs.    ozs. | | |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt | Time | ☐ AM   Employee Signature |
| Mo.  Day | | ☐ PM |
| Delivery Attempt | Time | ☐ AM   Employee Signature |
| Mo.  Day | | ☐ PM |
| Delivery Date | Time | ☐ AM   Employee Signature |
| Mo.  Day | | ☐ PM |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE

☐ NO DELIVERY  ☐ Weekend  ☐ Holiday

**FROM: (PLEASE PRINT)**   PHONE (    )

**TO: (PLEASE PRINT)**   PHONE (    )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call 1-800-222-1811

---

Registered No.  RB966139177US

Date Stamp

| | | |
|---|---|---|
| Reg. Fee $ | | |
| | $10.15 | |
| Handling $ | Return $ | 0013 |
| Charge $0.00 | Receipt $2.15 | 03 |
| Postage $ | Restricted $ | |
| | Delivery $0.00 | 08/10/07 |
| $8.65 | | |
| Received by ⟨signature⟩ | | |

To Be Completed By Post Office

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM:
BALASUBRAMANILAM
VENKAT BALASUBRAMANI
0426 40ᵗʰ AV SW
SEATTLE, WA 98136

TO:
BODOG ENTERTAINMENT GROUP SA
BODOG.NET & BODOG.COM
OFICINAS EJECUTIVE SABANA SUR
EDIFICIO 7
5 PISO SAN JOSE
SAN JOSE, COSTARICA 01017

PS Form **3806**, June 2002
**Receipt for Registered Mail**
(See Information on Reverse)

Copy 1 - Customer

For delivery information, visit our website at *www.usps.com* ®

1

**EXHIBIT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

Bodog Registrar Enom Inc Bellvue Washington

**eNom, Inc.**
15801 NE 24th St.
Bellevue, WA 98008 USA
**eNom, Inc.:**
425.274.4500
**Support Fax:**
425.974.4791

http://www.enom.com/aboutus.asp

Bodog.com :

Our WhoIs (Who Is?) page lets the public see information about the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of this information is maintained by eNom (the "registrar") and some is maintained by the "registry". Only names that are registered by eNom (the "registrar") appear here. Names that are maintained by other registrars will not show up in our WhoIs, even though they are already registered (i.e. taken). You can see if a name is already taken here

Access to eNom's Whois information is for informational purposes only. eNom makes this information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of eNom's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of eNom By accessing and using our Whois information, you agree to these terms.

## Contact Type Registrant

Bodog Entertainment Group SA

Null

NULL

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

CR

00000

CR

+1.8882630000

dnsadmin@gkworldlink.com

## Contact Type Administrative

Bodog Entertainment Group

DNS

Administrator

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

no zip code

CR

+1.8882630000

**dnsadmin@gkworldlink.com**

## Contact Type Billing

Bodog Entertainment Group

DNS

Administrator

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

no zip code

CR

+1.8882630000

dnsadmin@bodog.com

## Contact Type Technical

Bodog Entertainment Group

DNS

Administrator

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

no zip code

CR

+1.8882630000

**dnsadmin@gkworldlink.com**

## Other Information

UDNS1.ULTRADNS.NET
UDNS2.ULTRADNS.NET

2007-02-17 01:41:07.000

2000-02-21 16:01:21.000

2015-02-21 16:01:20.000

registrar-lock
clientDeleteProhibited

bodog.com

Bodog.net :

Our WhoIs (Who Is?) page lets the public see information about the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of this information is maintained by eNom (the "registrar") and some is maintained by the "registry". Only names that are registered by eNom (the "registrar") appear here. Names that are maintained by other registrars will not show up in our WhoIs, even though they are already registered (i.e. taken). You can see if a name is already taken here

Access to eNom's Whois information is for informational purposes only. eNom makes this information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of eNom's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of eNom By accessing and using our Whois information, you agree to these terms.

**Contact Type Registrant**

Bodog Entertainment Group SA

Null

NULL

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

CR

00000

CR

+1.8882630000

dnsadmin@gkworldlink.com

**Contact Type Administrative**

Bodog Entertainment Group SA

Null

NULL

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

CR

00000

CR

+1.8882630000

dnsadmin@gkworldlink.com

## Contact Type Billing

Bodog Entertainment Group SA

Null

NULL

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

CR

00000

CR

+1.8882630000

dnsadmin@gkworldlink.com

## Contact Type Technical

Bodog Entertainment Group SA

Null

NULL

Oficentro Ejecutivo Sabana Sur, Edificio 7, 5 Piso

San Jose

CR

00000

CR

+1.8882630000

dnsadmin@gkworldlink.com

## Other Information

UDNS1.ULTRADNS.NET
UDNS2.ULTRADNS.NET

2007-02-17 01:41:07.000

2000-02-21 16:02:25.000

2015-02-21 16:02:25.000

registrar-lock
clientDeleteProhibited

bodog.net

NetworkSolutions

Login

Customer Service
Call us toll free

Your cart is empty





# WHOIS Search Results

## WHOIS Record For


IMAGE NOT
AVAILABLE

**newbodog.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.

Learn how
securing your
Web site
helps your business.

≥| **Download our FREE SSL
Certificates whitepaper!**

**Choose Your Domain Name
Provider Wisely** and **Transfer
Domains for $9.99/yr**

**Learn the do's and don'ts of
search engine optimization.
Download** our *Guide to Getting
Found Online* now.

This whois service shows the information for .COM and .NET domains
only if they are registered thru DotRegistrar.com. For ORG, .BIZ, .US .INFO and
.NAME domains, the information is displayed regardless of the sponsoring
registrar for said domains.

The fact that your query returns "NOT FOUND" does not necessarily mean that
the domain may be available for registration. To search all domains, please
go to the shared registry whois located at:
http://www.internic.net/whois.html

Registrant:
  Domin Ad Min (NEWBODOG-COM-DOM)
  Lyon Finance Ltd
  Giusseppe Cali Street
  Ta Xbiex, MT 14
  MT
  +1888 2630000
  bodogmedia@gmail.com

Domain Name: NEWBODOG.COM
Status: PROTECTED

Administrative Contact:
  Ad Min Domin bodogmedia@gmail.com
  Giusseppe Cali Street
  Ta Xbiex, MT 14
  MT
  +1888 2630000

Technical Contact, Zone Contact:
  Domin Ad Min bodogmedia@gmail.com
  Giusseppe Cali Street
  Ta Xbiex, MT 14
  MT
  +1888 2630000

Record last updated on 07-Sep-2007.
Record expires on 27-Aug-2008.
Record created on 27-Aug-2007.

Domain servers in listed order:

Name Server: pdns1.ultradns.net


Learn the Secrets
of **Search Engine
Optimization**

Attend our
**SEO Seminar**

Learn More ≥

Search Engines

TOP SECRET


think local.com

Help your customers find
you. Take advantage of a
free **ThinkLocal listing** today!

**Join Now!**

It's smart to
ThinkLocal™

Name Server: pdns2.ultradns.net
Name Server: pdns3.ultradns.org

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | DSTR ACQUISITION VII, LLC |
| **IP Address:** | 66.212.245.170 (ARIN & RIPE IP search) |
| **IP Location:** | CR(COSTA RICA) |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **YI Directory:** | see listings |
| **Data as of:** | 14-Jun-2005 |

Search ⯈

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Network Solutions. You agree not to
use high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME**

| newbodog | ☑ .cc |
|---|---|
| newbodog | ☑ .bz |
| newbodog | ☑ .vg |
| newbodog | ☑ .gs |
| newbodog | ☑ .tc |
| newbodog | ☑ .ms |

Continue ⯈

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
◉ Domain Name
◯ NIC Handle
◯ IP Address

Search ⯈

 **PerformanceClicks™ from
Network Solutions**
Create and manage your pay
per click advertising from as
low as **$125/month plus $99
one time set-up fee**

 **Need to get your business
online?**
Our professional designers
can build a custom Web site
for your business.
$11.95/month, plus a $499.00
design fee

   "An outstanding customer
service experience"
J.D. Power and Associates

© Copyright 2007 Network Solutions. All rights reserved.

1     **EXHIBIT C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF VENKAT BALASUBRAMANI IN
OPPOSITION TO BODOG'S REQUEST FOR RELIEF
FROM ORDER OF EXECUTION / PAGE - 5

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,930,682
Registered Mar. 8, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## BODOG

BODOG ENTERTAINMENT GROUP S.A. (COSTA RICA CORPORATION)
OFICENTRO EJECUTIVO SABANA
SUR EDIFICIO 7, 5 PISO
SAN JOSE, COSTA RICA

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING SPORTS WAGERING, EVENT WAGERING, CASINO TOURNAMENTS, IN THE NATURE OF ONLINE GAMING COMPETITIONS, AND GAMES OF CHANCE VIA THE INTERNET AND TELEVISION, SUCH GAMES OF CHANCE INCLUDING BUT NOT LIMITED TO CARD GAMES, INCLUDING BLACKJACK, POKER, ROULETTE, BINGO, LET IT RIDE, WAR, RED DOG, BACCAR-AT/MINI BACCARAT, SPANISH 21, BIG SIX, BIG 2, CRAPS, KENO, PAI GOW TILES, PAI GOW POKER, SIC BO, SLOT MACHINES, VIDEO POKER, LOTTERY, BLACKJACK SWITCH, CASINO HOLD 'EM, SCRATCH AND WIN, SOLITAIRE, FREE CELL, HEARTS, SPADES, HANGMAN, MINE SWEEPER, 9 BALL POOL, 8 BALL POOL AND LOTTERIES , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-15-2001; IN COMMERCE 3-15-2001.

SER. NO. 78-315,417, FILED 10-17-2003.

GENE MACIOL, EXAMINING ATTORNEY

1          **EXHIBIT D**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF VENKAT BALASUBRAMANI IN
OPPOSITION TO BODOG'S REQUEST FOR RELIEF
FROM ORDER OF EXECUTION / PAGE - 6

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966



The World's Billionaires
# Catch Me If You Can
Matthew Miller 03.27.06

### Calvin Ayre has gotten very rich by taking illegal bets over the Internet.

On a warm, bright morning just outside San José, Costa Rica, Calvin Ayre, slightly hungover, was lounging in his bathrobe at a poolside office in his new $3.5 million, 10,000-square-foot compound. Sipping coffee poured by one of his five servants, the entrepreneur declared, paraphrasing Sun Tzu's *The Art of War*, "I'm going to win this war without fighting battles. I've put a lot of energy into finding ways not to fight my enemies."

From this tropical oasis, Ayre has dodged and taunted those enemies, the main one being the U.S. Department of Justice. His Bodog Entertainment Group is in the not very kosher business of Web gambling. It takes bets from 16 million customers, most of them in the U.S. And that appears to violate the law--Title 18, Section 1084 of the U.S. Code--which forbids using telephones or other communication devices "in interstate or foreign commerce" in order to take bets. "Online gambling, whether it is located offshore or not, is illegal when it comes to the United States and its citizens," says a Justice Department official who works on Internet gambling crimes.

But Bodog has no physical presence in the U.S., Ayre is not an American citizen, and the extraterritorial reach of U.S. law is not clear. Ayre, at any rate, has no assets in the U.S. for the G-men to seize.

Last year the privately held Bodog handled $7.3 billion in online wagers, triple the volume of 2004. Ayre says all this betting gave him sales of $210 million, and that he took 26% of the revenue to the bottom line. What's his business worth? Two similar ventures that are publicly traded (in Europe) go for well over 18 times trailing earnings. At that multiple, Bodog, along with other assets, gives Ayre a net worth of at least $1 billion.

Ayre presumably has not just the vice squad but the tax collectors in a huff. While 95% of his sales come from the U.S., the 44-year-old doesn't pay a nickel in corporate or personal income tax here. Is that legit? Foreigners are supposed to pay federal tax on income derived from U.S. business activities. The suckers are stateside, the electronic roulette wheels and digitized sports pools in Costa Rica. Where's the action? It remains to be seen whether irs agents could make Ayre pay, assuming they could get their mitts on either him or his money.

His taunting analysis of the law: "We run a business that can't actually be described as gambling in each country we operate in. But when you add it all together, it's Internet gambling."

There are 2,400 Internet gaming sites, estimates tracker Casino City, a few hundred of them operating in Costa Rica's tax and regulatory haven. According to research company Christiansen Capital Advisors, they pulled in revenue (vigorish, that is) of $12 billion last year, double the volume on the Las Vegas Strip. Ayre gets his share with a smorgasbord of offerings (sports, poker and casino games), a heavy dose of marketing and a lot of repeat business. Bodog.com claims 145,000 regulars who bet at least once a week. Their average wager: $60 for sports, $13 for casino games.

Bodog is spending $80 million this year to nudge beyond gaming into a kind of MySpace for adults. Most of it is pretty cheesy entertainment, like his recent hosting of the Lingerie Bowl, a raunchy pay-per-view cable alternative to the Super Bowl halftime show. Ayre is also supporting the careers of a dozen lesser-known rock and hip-hop acts (Bif Naked and Syndicated Villain among them) and producing a poker show on cable TV with a slew of C-list celebrities like Rob Mariano (a contestant on CBS' *Survivor*) and card shark David Williams. Hardly any of these ventures makes money, though Ayre insists they will one day. But it probably lures customers to try their luck on Bodog.com. Its 1.5 million unique visitors per month, according to Internet tracker Hitwise, rivals that of Sportsbook.com, which is owned by London Stock Exchange-traded Sportingbet Group, the world's largest sports betting company.

Ayre likes to be seen--especially with attractive women. He is unmarried and has no steady girlfriend ("It would be unfair to the girl," he says). He has himself driven around in a black Hummer by a chauffeur who was trained as a sniper in the Canadian military and practiced in Somalia, Bosnia, Afghanistan and Iraq. Why the heavy metal? Ayre says he and three friends were robbed at gunpoint on the streets of San José a few years ago. His rivals say there's about as much need for a bodyguard in Costa Rica as in Boca Raton.

Raised in Lloydminster, Sask., Calvin Edward Ayre (pronounced "air") is the son of grain and pig farmers. He placed his first bet during his teens, playing blackjack for pennies with his mates on long hockey trips across the Canadian tundra. By the time he attended the University of Waterloo, Ayre was betting on sports (for beers, he says), and developing a taste for business. Over the summer he bought a five-ton truck, loaded it with cherries and peaches he'd picked and sold the fruit to motorists on the side of the road. He also organized trips to Florida and Cuba for his party-going classmates.

It didn't take him long to land in trouble. With an M.B.A. from City University in Seattle, Ayre took a job in June 1990 as president of Bicer Medical Systems, a Vancouver, B.C. heart-valve maker. The company was underfinanced, he says. According to British Columbia Securities Commission documents, Ayre sold 300,000 Bicer shares without releasing a prospectus. He also moved millions of shares between several accounts, including his own, without filing insider trading reports. "I knew that I wasn't following all the rules," he says. "But I also knew I had to do it to keep the budget alive." Though he was never charged, Ayre settled in 1996 for a $10,000 fine and a 20-year prohibition from running a company listed on the Vancouver Exchange.

Meantime Ayre borrowed Cisco training manuals and taught himself network design, then tried launching several Web-based ventures, including a voice-over-IP company. All of them flopped. Then he read a newspaper story about Ronald (the Cigar) Sacco, a U.S. bookie who had set up an offshore phone-in betting operation in the Dominican Republic to elude felony charges in the States. "There was a loud bang in my head and the whole universe came together," Ayre recalls. (Sacco pleaded guilty in 1994 to money-laundering charges and went to prison a year later. His operation later moved to Costa Rica.) Ayre invested $10,000 to build a Web-based system for betting online, providing software to offshore bookmakers.

By 1996 he was in Costa Rica, helping to launch some of the first online casinos, like WinSports and GrandPrix, for other bookmakers. Internet gambling was basically unheard-of, and there was a strong disconnect between the kid and the old coots taking the bets. Ayre not only wanted to encourage smaller bets to generate more predictable revenue and profits, he also wanted to settle accounts with online checks, instead of suitcases of cash. "I was pioneering a new industry," he says. That's half true. Sportsbook.com was championing a similar model, taking bets from customers using credit cards issued by European banks.

Ayre launched his own site in April 2000, starting with sports betting. There were options to pay with credit cards and online checks (wired from U.S. accounts to Bodog's London accounts), a $5,000 maximum and plenty of pictures of pretty girls. Later he added online poker and casino games. In the event that you are a winner, you collect via wire transfer. Presumably, you declare your winnings on your 1040, but Ayre does not file reports with the IRS.

To create some attention, Ayre begat the fictitious "Cole Turner" as the public face of Bodog. He convinced Christopher Costigan, owner of Gambling911, an online tabloid promoting Web gambling, to post stories of Turner, an Indiana Jones-like character. In 2003, for example, Ayre turned his vacation to Thailand into a Cole Turner Internet adventure. Using a digital camera, a machete, fake blood and a cast of taxi drivers and massage-parlor girls, Ayre spun the tale of Turner leading an expedition into Cambodia to fight a cell of Buddhist terrorists. Along the way Turner was captured by the Cambodian army, double-crossed by opium warlords in a lost ancient city and wounded in a knife duel while escaping the country. Ayre wrote the eight-story series on the plane back to Costa Rica. It was released during the college bowl season.

The series got noticed. Disgusted bookies at rival companies posted notes on Internet forums saying Turner was a terrible businessman because he was off on an adventure rather than at his desk during one of the busiest betting times of the year. One gambler called Bodog and said he wouldn't place another bet until he knew if Turner was alive.

But the joke got old. After being quoted in a 2004 *Cigar Aficionado* magazine story as Cole Turner, Ayre got tired of explaining to reporters that Turner was just a marketing trick. Still Ayre hasn't lost his crude touch: He sometimes hands out thong underwear as business cards. For an April Fool's gag last year he released a statement apologizing to customers for losing Bodog to Virgin's Richard Branson in a drunken poker match.

Bodog is based in Costa Rica, where 150 bookmakers and customer service reps guide the action. The government doesn't charge businesses on money earned from other countries, and since Ayre doesn't take bets from Costa Ricans, all Bodog revenues come from foreign lands. He pays no personal income taxes in Costa Rica since all his assets--cash, cars, houses and other properties--are in Bodog's name, not Ayre's. He says he has $25 million invested in Costa Rican and Canadian real estate and $40 million in Swiss banks.

In Vancouver, 200 graphic designers and computer programmers work at Riptown Media, whose only client is Bodog. But producing advertising copy is not a crime and Bodog itself doesn't keep an office in Canada, which has legal restrictions against online gambling similar to those in the U.S. Ayre says his citizenship isn't a reason for not setting up operations in Canada, though he still carries that insider trading settlement on his record and admits he doesn't want to "tempt fate."

The U.S. Justice Department hasn't had much luck prosecuting online gambling operators. Jay Cohen, an American who co-owned World Sports Exchange in Antigua, is the only known proprietor ever put on trial. Found guilty of accepting bets from America over the Internet in August 2000, he was sentenced to 21 months. But some American offshore operators haven't been touched, even though they sometimes return to the States. Among them: Ruth Parasol and J. Russell DeLeon, a married couple who, along with Indian partner Anurag Dikshit, got very rich when they took PartyGaming, a Gibraltar company, public in London last June. Dikshit is worth $3.3 billion, Parasol and DeLeon $1.8 billion each.

Uncle Sam has found ways to make those who help Web casinos sweat. In 2003 Ebay's PayPal operation paid the U.S. $10 million to settle charges of enabling online betting with money

transfers. In January the tabloid *Sporting News* surrendered $7.2 million to the government, money it earned advertising gambling sites. Ayre has a clever work-around. Most broadcasters in the U.S. don't want to pay fines for running Bodog.com ads but happily take money for advertising Bodog.net, a free "educational" site that looks almost identical to the Bodog.com money machine.

There is some risk that Congress will give the DOJ more weapons with which to attack offshore gamers. Senator Jon Kyl (R--Ariz.) has introduced a handful of bills to stop online gambling. One made it to the floor and was voted down in November 1999; Kyl's handler blames "shadowy forces." Rep. James Leach (R--Iowa) introduced similar legislation last November. "Internet gambling has dangerous implications for families and society," Leach says. "It's also a front for money laundering and terrorism," though he has only anecdotal evidence.

Ayre, paradoxically, might also be in trouble if Congress went the other way and legalized online gambling. That, he says, would encourage the likes of Google, Microsoft and Ebay to open sites. But other powers disagree. "Do you think the Internet or gambling is going to disappear in the next ten years?" asks Nigel Payne, Sportingbet's chief, who spends much of his time lobbying for regulation. (His largest stockholders include Fidelity Investments and Merrill Lynch.) "The U.S. needs to regulate it, license it and tax it." Payne says the U.S. government could have reaped $900 million from online gambling taxes last year. He has a strong ally in Terri Lanni, chief executive of MGM Mirage, which owns the Bellagio and MGM Grand in Las Vegas. Washington is "making a major mistake by not legalizing this type of gambling, considering that almost all wagers going to offshore sites come from the United States," he says.

Whatever happens, Ayre will try to make sport of it. "One of the things that drives me is the excitement that I could fail," he says. "What better buzz can you get?"

http://pokerbiz411.com

# Thursday, June 01, 2006

## LEGAL AND REGULATORY:Bodog Conceal Assets as FSN Lawyers Sidestep the Press



## BODOG/FOX SPORTS NET LEGAL UPDATE
*Bodog Unveils Strategy to Appeal and Conceal Assets as FSN Lawyers Sidestep the Press*

As PokerBiz411 reported previously, Bodog initially sent mixed signals regarding its strategy for the expanding lawsuit involving its poker reality series on Fox Sports Net (FSN). All the while FSN and the plaintiff, Bluemoon Entertainment, were keeping a very low profile.

But it appears that the case is shifting to a new phase as Bodog recently laid its cards on the table, while the folks at Bluemoon have begun to feel a bit less media shy.

According to a recent story in *Interactive Gaming News*, Bodog's lawyers (led by James Nguyen of Foley & Lardner) told Bluemoon reps (led by David Beitchman of Beitchman & Zekian) that if Bluemoon wins a judgement, they will "appeal, appeal, and keep appealing," and in the end, make sure Bodog has no assets in the U.S. to collect. In addition, it was reported that Bluemoon Principal Babette Pepaj was told directly during an April 27 meeting that if she did not withdraw all claims within 24 hours, Bodog would file a countersuit. As of May 15, PokerBiz411 has been unable to confirm if a countersuit was filed. These threats were made during a "settlement" meeting that reportedly lasted just eight minutes.

Pepaj told IGN it was clear that the purpose of the meeting was to intimidate and threaten Bluemoon. She also said that Bluemoon is prepared to vigorously pursue the case against Bodog and Fox Sports Net.

FSN appears to have nothing to say regarding Bodog's "appeal and conceal" strategy or the network's increasing involvement in the lawsuit (the complaint was amended on April 25 to include FSN as a defendant). Attempts to contact Fox Sports Net's lawyer, Julie Shepard of Hogan & Hartson, as well as FSN PR reps Justin Simon and Emily Corliss, were unanswered. (See Kings & Jokers story for related coverage)

To understand what's happening behind the scenes, PokerBiz411 recently discussed the case with two legal experts specializing in intellectual property and entertainment litigation.

With respect to Bodog's threatened counterclaim, Robert N. Klieger, a partner at the Los Angeles office of Irell & Manella LLP, says that while many defendants do not have a genuine basis for a counterclaim, the mere threat can help level the playing field for settlement discussions. He adds, however, "asserting a counterclaim without a good faith legal basis for doing so can expose the defendant to significant sanctions."

Klieger also explained that Bluemoon could invoke "unclean hands" as a defense for any counterclaim asserted by Bodog, by arguing that Bodog's business model is based on U.S. citizens engaging in illegal gaming activities, and that Bodog therefore should not be entitled to equitable relief, regardless of the nature of the counterclaim.

Washington D.C. attorney Joy Butler, who authored the forthcoming book *The Permission Seeker's Guide Through the Legal Jungle*, agrees that the threat of filing a countersuit is often used as a negotiation tactic after being sued. "Unfortunately, people do sometimes use litigation as a bargaining chip," she said.

As for Bodog's ability to conceal assets and deflect culpability to FSN, Butler said "If the court finds all the defendants jointly and severally liable, Bluemoon can choose to collect the entire judgment from just one of the defendants." In such a scenario, the defendant who paid the judgment, whether it be Bodog or FSN, would then look to its co-defendant for reimbursement.

No doubt it will be interesting to see if Bodog, led by the man who has publicly challenged U.S. authorities to "catch me if you can," will be equally smug in a U.S. courtroom.

**Editor's Note (7/5/06):** There's a fantastic article about the Bodog/Bluemoon lawsuit we found at **Haley's Poker Blog** that references PokerBiz411.com and deserves mentioning.  Definitely worth the read -

*Recent PokerBiz411.com articles*:

**CALVIN AYRE'S WILD RIDE**

**SEVEN TOP PROS FILE LAWSUIT AGAINST WPTE**

**CARRUTHERS DETENTION**

**BODOG LEGAL UPDATE**

**WPTE INVITES LIU, ROUSSO, GALAJIAN & SCHOENBERG TO LADIES NIGHT IV**

**PARTYPOKER AMENDS TERMS AND CONDITIONS**

**HOUSE PASSES LEGISLATION TO BAN ONLINE GAMING**

**BODOG BACKLASH:** *Efforts to Turn Frontman Calvin Ayre into a Celebrity Begin to Backfire*

**AIRLINE CANCELS BODOG AD DEAL:** *Allegiant Air Cites Concerns Over the Bodog Brand*

**KINGS & JOKERS:** *WPTE - Fox Sports Net and Bodog - Bluff Magazine - Bet Fair and Ladbrokes - Mansion - PartyPoker*

**WPTE SHARES JUMP 15%**

**PARTYPOKER SIGNS WITH HARRAH'S TO SPONSOR WSOP**

**NEW DATABASE PROBLEM GAMBLERS FROM OPENING ONLINE ACCOUNTS**

**ESPN EXTENDES CONTRACT WITH HARRAHS**

**MANSION LIFTS AIRCRAFT BRANDING OUT OF THE DOGHOUSE:**

**GAMEBOOKERS.COM LAUNCHES POKERROOM:**

**RETURN TO HOME PAGE**

1    **EXHIBIT E**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF VENKAT BALASUBRAMANI IN
OPPOSITION TO BODOG'S REQUEST FOR RELIEF
FROM ORDER OF EXECUTION / PAGE - 7

**BALASUBRAMANI LAW**
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

# SPORTS · CASINO · POKER

## About Bodog Sportsbook Casino & Poker

Headquartered in San Jose, Costa Rica, **Bodog** is a fully licensed
wagering and entertainment company providing the very best in
sports betting, casino wagering and online poker to thousands of
people daily. Founded in 1995, Bodog is now the global leader in
safe and secure online wagering. A trusted source of sports
betting information by such organizations as ESPN and CBS,
Bodog Sportsbook Casino and Poker is the most respected brand
in the business.

Bodog Entertainment Group S.A. located at Oficentro Ejecutivo
Sabana Sur Edificio 7 5 Piso, San Jose, Costa Rica, takes pride in
being federally licensed by the Costa Rican government, and
confidently holds 100% of all deposits plus winnings for all
players in a segregated reserve account with Europe's largest
Private Bank in Zurich, Switzerland.

Whatever sport is your passion, Bodog will take you front and
center. Get the entire fast-paced and high-octane sports world
right at your fingertips, from NFL football to the Madness of
NCAA basketball and everything in between. Plus you can dive
into a full Las Vegas style casino experience with over 50 games,
easily downloadable at the click of a button, and you can play in
Bodog's exciting and growing multi-player online poker
community featuring Texas HoldEm, Omaha, and Omaha High
Low, 7 Card Stud, 7 Card Stud High Low, 5 Card Stud.