EXHIBIT 23

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 1st Technology LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, AND BODOG.COM,<br><br>　　　　Defendants. | Case No. 07-2-25305-0 SEA<br><br>[PROPOSED] ORDER REGARDING CROSS MOTIONS REGARDING WRIT OF EXECUTION |

WHEREAS, the Court has considered the cross-motions of the parties regarding Writs of Execution (and declarations and supporting documents thereto). Based on the arguments of counsel and the submissions the Court rules as follows:

1. 1st Technology LLC shall not transfer or dispose of the domain names (transferred to it pursuant to the Court's August 21, 2007 Order) pending resolution of Bodog's Motion to Set Aside Default (currently pending in the United States District Court for the District in Nevada). These names shall remain in 1st Technology's name, but shall be locked at the registrar

[PROPOSED] ORDER RE CROSS-MOTIONS
REGARDING WRITS OF EXECUTION / PAGE - 1

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1. ENOM, INCORPORATED until further order of this Court or an order from the United States District Court for the District of Nevada.

2. Any domain name registered to the defendant via a domain name registrar subject to the personal jurisdiction of this Court, including DSTR Acquisition PA I, LLC, DOTREGISTRAR, LLC, and ENOM, INCORORATED, shall not be transferred or disposed of pending resolution of Bodog's Motion to Set Aside Default (currently pending in the United States District Court for the District in Nevada). These domain names (including newbodog.com, newbodog.net, newbodogentertainment.com, newbodogmusic.com, newbodogtv.com, newbodogbattle.com, newbodogfight.com, bodogfantasysports.net, and newcalvinayrefoundation.com) shall remain in the current registrant's name, but shall be locked at the applicable registrar until further order of this Court or an order from the United States District Court for the District of Nevada.

3. Both parties shall submit briefs (on September 19, 2007, with responses on September 21, 2007) about whether it this Court has jurisdiction, and whether it is in violation of the First Amendment to the United States Constitution, to order that:

> Bodog shall not (and shall not cause any third party to) redirect traffic from web sites propagated via the domain names referenced

[PROPOSED] ORDER RE CROSS-MOTIONS
REGARDING WRITS OF EXECUTION / PAGE - 2

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966

1. in this order to new or other domain names pending resolution of the Nevada Motion.

4. ENOM, INCORPORATED, DSTR Acquisition PA I, LLC, AND DOTREGISTRAR, LLC are Ordered to comply with any applicable terms herein.

5. *Plaintiff does not have the right to use any of the defendants' trademarks without further Order of this Court.* (gre)

DATED THIS 12th DAY OF SEPTEMBER, 2007.

_____
~~HON~~ J ERLICK

_____
Venkat Balasubramani, counsel for Plaintiff

_____
Derek A. Newman, counsel for Defendant

[~~PROPOSED~~] ORDER RE CROSS-MOTIONS
REGARDING WRITS OF EXECUTION / PAGE - 3

BALASUBRAMANI LAW
8426 40TH AVE SW
SEATTLE, WASHINGTON 98136
telephone (206) 529-4827
fax (206) 260-3966