# EXHIBIT 25

# REDACTED

>>> On 9/24/2007 at 5:07 PM, in message
<B1A6236A1A2BE8448BCC3D56872D65F902AD984A@mkey03.kc.kingcounty.lcl>, "Court, Erlick"
<Erlick.Court@METROKC.GOV> wrote:

Counsel

The judge will decide whether to grant oral argument after reviewing the supplemental briefing.

Thank you,
**Marci Parducci**
*Bailiff to the Honorable John P. Erlick*
King County Superior Court
Department 51, W1060
516 Third Avenue
Seattle, WA 98104
erlick.court@kingcounty.gov
(206)296-9345
(206)296-0937 fax
http://www.metrokc.gov/kcsc/judges/erlick.htm

---

**From:** Venkat Balasubramani [mailto:venkat@balasubramani.com]
**Sent:** Monday, September 24, 2007 3:16 PM
**To:** Court, Erlick