# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Nevada

Case Number: 2:06-CV-1110-RLH-GWF

**PLAINTIFF:**
**1ST TECHNOLOGY LLC,**

vs.

**DEFENDANT:**
**RATIONAL ENTERPRISES, LTDA, et al.,**

For:
L. Christopher Rath
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive
#200
Las Vegas, NV 89145

Received by LEGAL PROCESS SERVICE on the 7th day of September, 2007 at 11:00 am to be served on **ION MEDIA NETWORKS, 601 CLEARWATER PARK ROAD, WEST PALM BEACH, FL 33401**.

I, Teresa R. Leonard, being duly sworn, depose and say that on the **7th day of September, 2007** at **3:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me, to: **ADAM WEINSTEIN** as **SENIOR VICE PRESIDENT** for **ION MEDIA NETWORKS**, at the address of: **601 CLEARWATER PARK ROAD, WEST PALM BEACH, FL 33401**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the 15th Judicial Circuit in and for Palm Beach County, Florida.

Vickie J. Myers
MY COMMISSION # DD222859 EXPIRES
October 15, 2007
BONDED THRU TROY FAIN INSURANCE, INC.

9/17/07

SUBSCRIBED AND SWORN TO BEFORE ME ON the 13th day of September, 2007 BY THE AFFIANT WHO IS PERSONALLY KNOWN TO ME.

NOTARY PUBLIC

Teresa R. Leonard
PBC 266

**LEGAL PROCESS SERVICE**
626 S. Eighth Street
Las Vegas, NV 89101
(702) 471-7255

Our Job Serial Number: 2007000866
Ref: 0709119

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

1ST TECHNOLOGY LLC

V.

RATIONAL ENTERPRISES, LTDA., et al

**SUBPOENA IN A CIVIL CASE**

Case Number: 2:06-cv-1110-RLH-GWF

TO: ION MEDIA NETWORKS
601 Clearwater Park Road
West Palm Beach, Florida 33401

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please see attachment for list of documents and objects.

| PLACE | DATE AND TIME |
|---|---|
| Hutchison & Steffen, LLC located at Peccole Professional Park, 10080 W. Alta Drive, Suite 200, in Las Vegas, Nevada 89145 | 10/8/2007 9:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
L. Kristopher Rath, Esq., 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada, 89145; Tel: (702) 385-2500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

¹ If action is pending in district other than district of issuance, state district under case number.