| | | | |
|---|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | DISTRICT OF NEVADA | STATE OF NEVADA |
| 2 | CASE NO.: | DEPT NO.: | DOCKET NO.: |

3    Hutchison & Steffen, LLC     ATTORNEYS FOR: Defendant

4    L. Kristopher Rath     STATE BAR NO.: 5749

5    10080 W. Alta Drive, Suite 200

6    Las Vegas,, NV 89145-8651

| | | | |
|---|---|---|---|
| 7 | Southern 1st Technology LLC | Plaintiff | Date: October 8, 2007 |
| 8 | vs | | Time: 9:00 am |
| 9 | Rational Enterprises Ltda, et al | Defendant | AFFIDAVIT OF SERVICE |

11    ROBIN RAMSON, being duly sworn deposes and says: That at all times herein affiant was

12    and is a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to or interested

13    in the proceeding in which this affidavit is made. The affiant received the

14    Subpoena in a Civil Case

15    Witness Fee Check $29.

19    on the 12th day of SEPTEMBER 2007 and served the same on the 12th day of SEPTEMBER 2007

20    at 12:15 PM by:

21    delivering a copy to the witness: **Fuse TV**

22    **at address:** 11 PENN PLAZA, NEW YORK, NEW YORK 10001

23    ( X ) by personal service

24    ( X ) by leaving copies with: MILLIE SMITH (Secretary), Authorized to Accept Service

32    SUBSCRIBED AND SWORN to before me on this

33    12th day of SEPTEMBER 2007

34-36

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

Notary Public

ROBIN RAMSON 956-346
Affiant

**Legal Process Service**
626 S. Eighth Street
Las Vegas, Nevada 89101
WorkOrderNo **0709246**

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

**Southern** DISTRICT OF **NEW YORK**

1ST TECHNOLOGY LLC

V.

RATIONAL ENTERPRISES LTDA., et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] (District of Nevada)

TO: FUSE TV
Fuse Networks
11 Penn Plaza, 17th Floor
New York, NY 10001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attachment for list of documents and objects

| PLACE  HUTCHISON & STEFFEN, LLC located at Peccole Professional Park, 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada 89145 | DATE AND TIME  10/8/2007 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

Deputy for Clerk
U.S. District Court
So. Dist., N.Y.

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE
J. MICHAEL McMAHON

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
L. Kristopher Rath, Esq., 10080 W. Alta Drive, Suite 200, Las Vegas, Nevada, 89145; Tel. (702) 385-2500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.