# EXHIBIT 4

L. Kristopher Rath (5749)
Kevin M. Sutehall (9437)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff*
*1st Technology LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, | 2:06-cv-01110-RLH-GWF |
| Plaintiff, | |
| vs. | **EX-PARTE APPLICATION FOR ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR** |
| RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG NET, BODOG.COM, and FUTUREBET SYSTEMS LTD., | |
| Defendants. | |

Plaintiff 1ST TECHNOLOGY LLC respectfully moves this Court for an order requiring Calvin Ayre, owner and CEO of defendants BODOG ENTERTAINMENT GROUP S.A.,; BODOG.NET; and BODOG.COM ("judgment debtors") to appear and answer questions upon oath regarding judgment debtors property.

\\\\

\\\\

\\\\

## POINTS AND AUTHORITIES

FRCP 69 (a) states that:

> The procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held, existing at the time the remedy is sought. . . . In aid of the judgment or execution, the judgment creditor or a successor in interest when that interest appears of record, may obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in which the district court is held.

FRCP 69(a). NRS 21.270 provides in pertinent part that:

> 1. A judgment creditor, at any time after the judgment is entered, is entitled to an order from the judge of the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his property, before:
>
> (a) The judge or a master appointed by him; or
>
> (b) <u>An attorney representing the judgment creditor</u>.
>
> At a time and place specified in the order...

Because a judgment has been entered against defendants, a copy of which is attached hereto and labeled Exhibit "1," plaintiff is entitled to an order requiring CALVIN AYRE, owner and CEO of the judgment debtors, to appear at the law offices of HUTCHISON & STEFFEN, LLC, Peccole Professional Park, 10080 West Alta Drive, Suite 200, Las Vegas, NV 89145, on October 4, 2007 at 10:00 a.m. to answer questions under oath regarding judgment debtors' property.

DATED this 31st day of August, 2007.

HUTCHISON & STEFFEN, LLC

L. Kristopher Rath (5749)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086

*Attorneys for Plaintiff*
*1st Technology LLC*

- 3 -

This motion is based on FRCP 69, NRS 21.270, the following points and authorities, and the pleadings, papers and documents previously filed with the Court.

DATED this 31st day of August, 2007.

HUTCHISON & STEFFEN, LLC

L. Kristopher Rath (5749)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff*
*1st Technology LLC*

- 2 -