1  Charles McCrea (NV State Bar No. 104)
   **LIONEL SAWYER & COLLINS**
2  1700 Bank of America Plaza
   300 South Fourth Street
3  Las Vegas, Nevada 89101
   Tel 702.383.8981
4  Fax 702.383.8845
   cmccrea@lionelsawyer.com
5
   James D. Nguyen (CA State Bar No. 179370)
6  Uleses C. Henderson, Jr. (CA State Bar No. 225246)
   *Pro Hac Vice Applications To Be Submitted*
7  **FOLEY & LARDNER LLP**
   2029 Century Park East, 35th Floor
8  Los Angeles, California 90067-3021
   Tel: 310-277-2223; Fax: 310-557-8475
9  jnguyen@foley.com
   uhenderson@foley.com
10
   Attorneys for Specially Appearing Defendants
11 **BODOG ENTERTAINMENT GROUP S.A.**, and
   erroneously named Specially Appearing Defendants
12 **BODOG.NET** and **BODOG.COM**

13

14                    UNITED STATES DISTRICT COURT

15                         DISTRICT OF NEVADA

16 
   | 1ST TECHNOLOGY LLC,                              | Case No: 2:06-cv-1110-RLH-GWF        |
   |--------------------------------------------------|--------------------------------------|
   |           Plaintiff,                             | **DECLARATION OF ANA VICTORIA MORA FLORES** |
   |           vs.                                    |                                      |
   | **RATIONAL ENTERPRISES LTDA.,**                  |                                      |
   | **RATIONAL POKER SCHOOL LIMITED, BODOG**         |                                      |
   | **ENTERTAINMENT GROUP S.A.,**                    | Date: October 11, 2007               |
   | **BODOG.NET, BODOG.COM, AND**                    | Time: 9:00 a.m.                      |
   | **FUTUREBET SYSTEMS LTD.,**                      | Courtroom: 6C                        |
   |           Defendants.                            |                                      |

1  I, Ana Victoria Mora Flores, declare as follows:

2  1.  I am an administrative assistant for Manejo Satelital de vos y datos Mansat S.A. ("Mansat"), in its San Jose, Costa Rica office. I make this declaration in support of Specially Appearing Defendant Bodog Entertainment Group S.A. ("Bodog Entertainment") and erroneously named Specially Appearing Defendants Bodog.net and Bodog.com's Amended Motion to Set Aside Default Judgment. The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could testify competently to those matters.

3  2.  Prior to joining Mansat, I was employed by Bodog Entertainment Group S.A., in its San Jose, Costa Rica office, where I held the title of administrative assistant. I was not an owner, officer or director of the company. As far as I know, Bodog Entertainment ceased its operations in Costa Rica in or about October 2006.

4  3.  During my employment with Bodog Entertainment, the company policy was that administrative staff was not allowed to accept any packages or documents on behalf of the Bodog Entertainment without the prior approval of an office manager. I do not recall being served with any complaint filed in the United States or with the summons and complaint to this action; I have received other packages on behalf of Bodog Entertainment and I would have remembered if I was served with the complaint in this action because I would have been required to obtain management approval before accepting service.

5  4.  I am a 28-year-old Hispanic female that stands 5 feet, 4 inches tall. In or about November 2006, my hair color was red and I weighed 68 kilograms (approximately 150 lbs). A true and correct copy of my Costa Rican identification card is attached hereto as Exhibit A.

1
MORA DECLARATION
2:06-cv-11105-RLH-GWF

LACA_876693.1

1     I declare under the penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct. Executed on October 1, 2007, at
3 San Jose, Costa Rica.

                                             Ana Victoria Mora Flores