1  Charles McCrea (NV State Bar No. 104)
   **LIONEL SAWYER & COLLINS**
2  1700 Bank of America Plaza
   300 South Fourth Street
3  Las Vegas, Nevada 89101
   Tel 702.383.8981
4  Fax 702.383.8845
   cmccrea@lionelsawyer.com
5
   James D. Nguyen (CA State Bar No. 179370)
6  Victor de Gyarfas (CA State Bar No. 171950)
   Uleses C. Henderson, Jr. (CA State Bar No. 225246)
7  *Pro Hac Vice Applications To Be Submitted*
   **FOLEY & LARDNER LLP**
8  2029 Century Park East, 35th Floor
   Los Angeles, California 90067-3021
9  Tel: 310-277-2223; Fax: 310-557-8475
   jnguyen@foley.com
10 uhenderson@foley.com

11 Attorneys for Specially Appearing
   Defendants **BODOG ENTERTAINMENT**
12 **GROUP S.A.,** and erroneously named
   Specially Appearing Defendants
13 **BODOG.NET** and **BODOG.COM**

14
                    UNITED STATES DISTRICT COURT
15
                         DISTRICT OF NEVADA
16

17 | 1ST TECHNOLOGY LLC, | Case No: 2:06-cv-1110-RLH-GWF |
18 | Plaintiff, | **DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 4(d), STATE OF WASHINGTON GAMBLING COMMISSION'S PRESS RELEASE** |
19 | vs. | |
20 | RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., | **Date: October 11, 2007**<br>**Time: 9:00 a.m.**<br>**Courtroom: 6C** |
21 | | |
22 | Defendants. | |

LACA_876612.1

Specially appearing defendants, Bodog Entertainment Group S.A. (Costa Rica), Bodog.net, and Bodog.com ("Defendants") (who challenge jurisdiction), hereby submit the following objections to Exhibit 4(D), State of Washington Gambling Commission's Press Release, submitted in support of 1st Technology LLC's Response to Motion to Set Aside Default Judgment.

Defendant objects to the admissibility of Exhibit 4(D), a copy of an article entitled "*Media Release*, Internet Gambling." The article is inadmissible because (1) it is irrelevant, (2) is inadmissible hearsay, and (3) its probative value is substantially outweighed by the risk of unfair prejudice, confusion of the issues, undue delay, and waste of time.

1. Exhibit 4(d) is irrelevant because it provides no information that is relevant to the underlying cause of action for patent infringement or the jurisdictional issues raised in Defendant's motion to set aside. The article lacks any logical connection to the central matter in this case: the elements of patent infringement contained in 18 U.S.C. § 271 ("Infringement of Patent"). Likewise, there is no information in the article that suggests one way or the other whether the Defendant was properly served process—the subject of the underlying Motion to Set Aside.

2. Exhibit 4(d) is inadmissible hearsay because it is based on out of court assertions by the State of Washington Gambling Commission (FRE 801). Plaintiff is presumably offering these statements to prove the truth of the matters asserted in the article. Thus, Exhibit 4(d) should be excluded under FRE 802.

3. Exhibit 4(d) is inadmissible under FRE 403 because its probative value—if there is any—is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and considerations of undue delay and waste of time. The article creates a substantial risk of unfair prejudice because suggests the Defendant is engaged in illegal activity (albeit in a different jurisdiction than this case is being litigated in). For this reason, the article risks

undue delay and waste of time because the information it contains bears no relationship at all to the legal issues presented in this case.

Dated: October 1, 2007							By:	  /s/ Charles McCrea
									Charles McCrea
									**LIONEL SAWYER & COLLINS**
									Attorneys for Specially Appearing Defendants
									**BODOG ENTERTAINMENT GROUP S.A.,** and erroneously named Specially Appearing Defendants **BODOG.NET** and **BODOG.COM**

2