Charles McCrea (NV State Bar No. 104)
**LIONEL SAWYER & COLLINS**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Victor de Gyarfas (CA State Bar No. 171950)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
*Pro Hac Vice Applications To Be Submitted*
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing
Defendants **BODOG ENTERTAINMENT GROUP S.A.,** and erroneously named
Specially Appearing Defendants
**BODOG.NET** and **BODOG.COM**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., <br><br>　　　　Defendants. | Case No: 2:06-cv-1110-RLH-GWF <br><br>**DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 1, SCOTT LEWIS TABLE PURPORTING TO SHOW ROYALTIES** <br><br>**Date: October 11, 2007** <br>**Time: 9:00 a.m.** <br>**Courtroom: 6C** |

LACA_876478.1

Specially appearing defendants, Bodog Entertainment Group S.A. (Costa Rica), Bodog.net, and Bodog.com ("Defendants") (who challenge jurisdiction), hereby submit the following objections to Exhibit 1, submitted in support of 1st Technology LLC's Response to Motion to Set Aside Default Judgment.

Defendants preserve all previous objections with regards to the Declaration of Scott Thomas that were raised in Defendant's Opposition to Plaintiff 1st Technology LLC's "Emergency Motion for Permanent Injunction." Additionally, Defendant objects to the admissibility of the Table purporting to establish an evidentiary basis for determining a reasonable royalty rate:

1. Plaintiff's "TABLE 1, Bodog Damages" should be excluded because it does not satisfy the requirements imposed upon testifying experts under FRE 702 ("Testimony by Experts") (codifying Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993). FRE 702 requires that one testifying to "specialized knowledge" must base their opinions on sufficient facts and data that is the product of reliable principles and methods. Federal courts have identified a "comprehensive list of evidentiary facts" as the source of reliable principles and methods necessary to the determination of reasonable royalty rates. Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970). The basis of Scott Lewis's table—that "one simply needs to multiply the royalty rates as set forth in the IGT/MGM Agreement by the number of user downloads"—lacks the sophistication required by federal law in determining reasonable royalty rates. Lewis's table includes only one of the 15 factors required by courts as a basis for determining a reasonable royalty rate. Among the missing facts are whether Defendant used other patents "comparable to the patent in suit," an explanation of Plaintiff's "marketing program to maintain [its] patent monopoly," a description of "the commercial relationship between licensor and licensee," and the "commercial success" and "current popularity" of the patent. Id. The deficiencies in Mr Lewis's principles and methods are fatal under both FRE 702 and Georgia Pacific v. United States Plywood Corp.

1

2. Additionally, Defendant objects to the "TABLE 1, Bodog Damages" that is contained in Exhibit 1. The table is the product of hearsay because it is based on out-of-court statements by Forbes Magazine and Alexa.com (FRE 801). Plaintiff is offering these statements to prove the truth of the matter asserted: the number of Bodog downloads and the percentage of these downloads that occurred in the United States, Bodog's transaction revenue, after-tax profits, and estimated 2006 valuation. Thus, the table contained in Plaintiff's Exhibit 1, Table 1, should be excluded under FRE 802.

Dated: October 1, 2007                    By:      /s/ Charles McCrea
                                                   Charles McCrea
                                                   **LIONEL SAWYER & COLLINS**
                                                   Attorneys for Specially Appearing Defendants
                                                   **BODOG ENTERTAINMENT GROUP S.A.,** and
                                                   erroneously named Specially Appearing Defendants
                                                   **BODOG.NET** and **BODOG.COM**