Charles McCrea (NV State Bar No. 104)
**LIONEL SAWYER & COLLINS**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Victor de Gyarfas (CA State Bar No. 171950)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
*Pro Hac Vice Applications To Be Submitted*
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
vdegyarfas@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing Defendants
**BODOG ENTERTAINMENT GROUP S.A.**
and erroneously named Specially Appearing
Defendants **BODOG.NET** and **BODOG.COM**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, <br>         Plaintiff, <br> vs. <br> RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., <br>         Defendants. | Case No: 2:06-cv-1110-RLH-GWF <br><br> **CERTIFICATE OF SERVICE OF DEFENDANTS' REPLY TO RESPONSE TO BODOG'S MOTION TO DISMISS DEFAULT JUDGMENT** |

LACA_876855.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I caused the following document(s):

1. SPECIALLY APPEARING DEFENDANTS BODOG ENTERTAINMENT GROUP S.A. AND ERRONEOUSLY NAMED SPECIALLY APPEARING DEFENDANTS BODOG.NET AND BODOG.COM'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. DEFENDANT'S EVIDENTIARY OBJECTIONS TO AFFIDAVITS OF MR. McANDREWS AND MR. WALLIN;

3. DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 1, SCOTT LEWIS TABLE PURPORTING TO SHOW ROYALTIES;

4. DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 2, FORBES.COM ARTICLE ENTITLED "CATCH ME IF YOU CAN";

5. DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 3, FINDARTICLES.COM ARTICLE ENTITLED "UPDATE: BODOG USES OFFSHORE STATUS TO EVADE U.S. LAWSUIT, ACCORDING TO BLUEMOON ENTERTAINMENT";

6. DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 4(d), STATE OF WASHINGTON GAMBLING COMMISSION'S PRESS RELEASE;

7. DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBIT 4(d), COPY OF UNITED STATES v. BETONSPORTS PLC;

8. DECLARATION OF ANA VICTORIA MORA FLORES; and

9. DECLARATION OF JAMES D. NGUYEN IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT

to be e-mailed to the following non-ECF participant(s):

1

LACA_876855.1

| | |
|---|---|
| 1 | Venkat Balasubramani |
| 2 | Venkat@balasubramani.com<br>BALASUBRAMANI LAW |
| 3 | 8426 40th Avenue SW<br>Seattle, WA 98136 |
| 4 | |
| 5 |  _____ |

2

LACA_876855.1