# EXHIBIT 1

Dockets.Justia.com

**From:** Darcy Enyeart [mailto:denyeart@dotster.com]
**Sent:** Thursday, September 13, 2007 10:26 AM
**To:** venkat
**Subject:** 1st Technology LLC v. BoDog Entertainment et al.

Dear Mr. Balasubramani,


Thank you for your letter (dated August 23, 2007, but which we received on September 12, 2007) regarding the court order issued in this matter on September 12, 2007. We operate the domain registrar, DotRegistrar, LLC. Pursuant to the Order Regarding Cross Motions Regarding Write of Execution, we have placed a registrar lock on the following domains:


    newbodog.com

    newbodog.net

    newbodogentertainment.com

    newbodogmusic.com

    newbodogtv.com

    newbodogbattle.com

    newbodogfight.com

    bodogfantasysports.net

    newcalvinayrefoundation.com


Please keep us informed as to any further action required on our part in this case. If you have any questions, please do not hesitate to call me.


Darcy

**Darcy Enyeart, CLA**
Corporate Services Department
Dotster, Inc.
8100 NE Parkway Drive, Suite 300
Vancouver , WA 98662
USA
P: +1.360.449.5952
F: +1.360.397.2699
legal@dotster.com

# EXHIBIT 2

**NewBodog Whois From dotRegistrar**

http://whois.dotregistrar.com/cgi-bin/wwwhois.pl?domain=newbodog&tld=.COM&Check=Check

This whois service shows the information for .COM and .NET domains only if they are registered thru DotRegistrar.com. For ORG, .BIZ, .US .INFO and .NAME domains, the information is displayed regardless of the sponsoring registrar for said domains.

The fact that your query returns "NOT FOUND" does not necessarily mean that the domain may be available for registration. To search all domains, please go to the shared registry whois located at:
http://www.internic.net/whois.html

Registrant:
Domin Ad Min (NEWBODOG-COM-DOM)
Lyon Finance Ltd
Giusseppe Cali Street
Ta Xbiex, MT 14
MT
+1888 2630000
bodogmedia@gmail.com

Domain Name: NEWBODOG.COM
Status: PROTECTED

Administrative Contact:
Ad Min Domin bodogmedia@gmail.com
Giusseppe Cali Street
Ta Xbiex, MT 14
MT
+1888 2630000

Technical Contact, Zone Contact:
Domin Ad Min bodogmedia@gmail.com
Giusseppe Cali Street
Ta Xbiex, MT 14
MT
+1888 2630000

Record last updated on 13-Sep-2007.
Record expires on 27-Aug-2008.
Record created on 27-Aug-2007.

Domain servers in listed order:

Name Server: pdns1.ultradns.net
Name Server: pdns2.ultradns.net
Name Server: pdns3.ultradns.org

# EXHIBIT 3

- bodog.com
- bodogbeat
- bodognation
- bodogmusic
- bodogtv
- bodogfight
- calvinfoundation
- calvinblog

## logo - ayre waves

Bodog Founder Calvin Ayre delves into everything from
the world of Bodog Entertainment to the latest industry news…
to the work being done through the Calvin Ayre Foundation

CALVIN'S BIO ASK CALVIN

## 1st Tech Patent Trolls Seek Permanent Injunction Against Bodog

posted on 01 Oct 2007 by Calvin Ayre.



**Bodog Catches 1st Tech Patent Trolls Chasing Their Own Tail**

First it was Bodog.com…now the Patent Trolls over at 1st Tech have filed an "emergency" motion for a permanent injunction. They want full control over Newbodog.com. That's actually pretty funny because we vacated that domain days ago and have since taken up new, permanent digs at Bodoglife.com.

**We will be publishing all of the legal documents on our side from these proceedings on my blog. So if you're interested in getting the details of what we think is happening on the legal side—stay tuned.**

Confused? Here's the update: the Patent Troll lawyer dudes are headed to court on Oct. 11th to try to get a permanent injunction against us sending traffic from Newbodog.com (which is registered in the U.S.) to bodoglife.com (which is registered outside the U.S.). The thinking here (we think) is that they want to black hole Newbodog.com much like they did with Bodog.com. Only, we're turning off the redirects from Newbodog.com a day before they go to court.

**Newbodog.com was just a domain. Bodoglife.com is our permanent domain. But the Bodog Brand has not changed.**

Newbodog.com was a domain we invented we only had up for one week with zero redirects…as Bodog.com was stolen from us on shabby legal grounds in the U.S. by lawyers trying to extort money from us using a U.S. patent law. It was always only intended as a temporary doorway for our loyal customers world wide…it was not to be used as a traffic generator in an of itself. An invented domain— that is not a keyword itself that is up for a week and had no redirects to it—has essentially zero value.

**So the burning question on everyone's mind has to be: Are we sticking with Bodoglife.com?**

Bodoglife.com is working like a charm. We've resumed top positioning for all of our branded search keywords. (That's got to be a bitter pill for Patent Troll Raymond Niro to swallow.) The domain dudes over at 1st Tech ought to ease up on the downers; they're about as quick to react as a dead snail stuck to the bottom of some old rubber boot. Seems they thought they were being pretty clever in trying to convince some judge to give them Newbodog.com in what appears to be yet another (yawn!) bold attempt to extort money…from a company that closed its doors back in Sept. 2006. (It did have some domains that we intend to retrieve, though).

**Change is good. Don't forget to change your bookmark to our permanent domain/URL: Bodoglife.com**

Could this mean they're finally getting a grasp on this whole "Internets" thing? Or are they still trying to figure out how it is that our online operations can continue to thrive despite having lost our original domain?

It's a little like watching a mad dog chasing its own tail.

Newbodog.com was never meant to be our permanent home. As soon as we learned the Patent Trolls had seized control of Bodog.com we were quick to move everything over to Newbodog.com – temporarily – and then in as much time as it takes to say, "Scott Lewis is a 1st Tech turbo-patsy", we had set up redirects from Newbodog.com to Bodoglife.com and a whole new world of fun opened up for us. In no time Bodog branded search keywords were back on top. In fact, if you click on this link you will see that even with zero redirects, the buzz surrounding the domain change actually increased traffic to the Bodog sites. Now that's what I'd call great brand strength…surfing a nice media curl!

**Thanks to the Patent Trolls we've stumbled onto a new, very cheap marketing strategy: Keep changing domains until we're the biggest site on the Net.**

Ah…but now the real fun begins. The day before these guys are in court on Oct. 11th we are going to take Newbodog.com and direct it away from Bodoglife.com permanently (click here to see the announcement page on the move away from Newbodog.com).

We're doing this mainly for the entertainment value as it's going to be real funny having these Patent Troll lawyer dudes working over the next several days…knowing well in advance (surely they must get Google alerts on my blog postings?) that what they are working so diligently on will cease to exist the day before they are even in court.

Then, to compound the mirth, we might even send our lawyers in to argue about something that does not exist…so that it's a Twilight Zone type thing where everyone in the room but the judge knows that they

are debating in another dimension. These guys have zero understanding of how little value an arbitrarily made up domain has if you only run it for one week; shutting it is moot and always has been since the day we cut to Bodoglife.com…Which seems like a lifetime ago.

Anyway, we are going to play with these clowns for a bit longer to see what value we can get out of this as the story unfolds. The media play from this is priceless. The company they have in court is an empty shell that shut down a year ago and is not part of our group. If they so choose to see the silver lining in all of this (even if they are wasting thousands of dollars on legal time), they are at long last learning about the Net. (Better late than never, lads!)

## Can You Rebuild Your Brand with a Generic Name?

posted on 01 Oct 2007 by Calvin Ayre.



In response to what Elliot J. Silver had to say in his blog post, "Branding vs. Generic Brand Names"...

Elliot brings up some very good points. With regards to our current situation involving the Patent Trolls over at 1st Tech, Elliot writes: "When the brand was threatened recently, Bodog changed their domain name from Bodog.com to NewBodog.com and then finally to BodogLife.com. Although the domain name changed, the brand and messaging remained constant".

That is true…our brand has not changed; the Bodog brand stands true and tall. However, I don't agree with his thinking that a brand cannot rebuild itself when its domain name is generic.

The Bodog brand was enhanced by this Patent Troll attack on our domains; it was not harmed in any way. Traffic has jumped since the attack on our domains and our extremely fast and decisive victory—combined with our style in doing it—are in fact brand building and message distributing at the same time. The Bodog brand is now stronger than it was before! There is no doubt in anyone's mind what Bodog stands for!

Can we do more for our customers and achieve greater success with a more generic domain name? No. With everything that Bodog has been doing these days our domain would have to be 10 words long to accommodate all of our services. The Bodog name stands up to everything that we do.

We have proven before that we are able to take an arbitrarily named domain like Bodog and rank it

number one for tons of keywords, and since we have the same team working on this for Bodoglife.com as we did for "Bodog Classic", there is no reason why we will not regain our position in all relevant keywords over the next few months. In fact, when we do get our original domain name back we will likely use it as a redirect. Bodoglife.com works just fine, thank you very much.

## Bodog Brand Remains the Same

posted on 28 Sep 2007 by Calvin Ayre.



**Bodog will always be bodog. We are not rebranding.**

Based on what I've been reading there seems to be some amount of confusion over the Bodog brand. We have not rebranded. Bodog was Bodog before and it's still Bodog and we have always been a lifestyle brand so nothing has changed.

Go to our home page and look to the top left hand corner....what you see is the Bodog logo. It's the same as what we had with the other domain. Go to Google and search for "Bodog" and click on the top link…and once again you're taken to Bodog's home page. It's really quite simple.

**bodog.com and newbodog.com and bodoglife.com are simply domain names**

A domain is just a doorway to your business. As long as our domain has Bodog in it we are still Bodog. This was a forced domain change only. Once we get Bodog.com back from Raymond Niro and the 1st Tech Patent Trolls we will just use it as a redirect since there will be no reason to change back again and by then the new site will be too well positioned in the search engines again to make it worth the effort to change.

Any questions? Drop me a line. I'll be glad to explain it all to you again.

## You're a Good Man, Frank Shilling

posted on 28 Sep 2007 by Calvin Ayre.



**Frank Shilling standing in knee-deep water at Seven Mile Beach** (Brian Smith photo courtesy Seven Mile)

It's good to see that Frank Shilling—whose "Seven Mile" blog deals almost exclusively on the subject of domains—has such a great sense of humor.

I read his blog ("Nodog…Calvin Ayre") again and I dig the fact that he did not lose his cool after I criticized his first blog post on Bodog's domain change. I was trying to get him going (as I can see he's figured out). Obviously the man knows his shit when it comes to domains, but I personally feel there's room for opinion and I'd hope to see lots of opinions out there…as nobody has a monopoly on the "Truth".

Good job Frank. ;)

PS. You say that photo was taken 200 feet from your office? Nice. But you should check out the beaches in Antigua!

## My Fabulous Life - According to VH1

posted on 28 Sep 2007 by Calvin Ayre.



Katie and Kim (the now famous Bodog Ring Girls) just recently accompanied me on a flight in my private jet to enjoy a five star vacation in Bali. VH1 came along for the ride to shoot footage of me for an episode of their show The Fabulous Life of…

You can watch more from the episode of The Fabulous Life of.. here.

## LOGIN TO CalvinAyreLife.com

Username:


Password:




- › Forgot your password?
- › Register an account

### About this Blog

Already a world authority on branding in digital entertainment, Calvin Ayre was featured on the cover of Forbes magazine's best-selling "Billionaires" issue in 2006 and named one of People magazine's "Hottest Bachelors". With CalvinAyreLife.com, Calvin shares his thoughts and opinions on practically everything… for all to know.

search    [ search ]

RSS Feed

### CALVIN AYRE SITES

- › Calvin Ayre Foundation
- › Calvin Ayre on MySpace

### THE MOTHER SHIP

- › Bodog
- › Bodog Poker Room
- › Bodog Casino
- › Bodog Sportsbook
- › Bodog Racebook
- › Bodog Beat
- › Bodog Nation
- › Bodog Girls

- Media Inquiries: pr@bodoglife.com

### ARCHIVES

- › Videos
- › October 2007
- › September 2007
- › August 2007
- › July 2007
- › June 2007
- › May 2007

### Bodog Beat Posts

›
MMA News: Joe Rogan at Playboy Mansion Strikeforce Event
›
MMA News: Frank Shamrock at the Playboy Mansion

›
Curlin Takes Lawyer Ron in the Gold Cup
›
Britney Spears Loses Custody of Kids
›
Team Bodog To Play At U.S. Poker Championship Beginning Tomorrow

PREVIOUS

Home | Calvin Ayre Biography | RSS Feed

All contents copyright © 2007, Calvin Ayre. All rights reserved.