# EXHIBIT 4

Dockets.Justia.com

CalvinAyreLife.com - The Calvin Ayre Blog

- bodog.com
- bodogbeat
- bodognation
- bodogmusic
- bodogtv
- bodogfight
- calvinfoundation
- calvinblog

# logo - ayre waves

Bodog Founder Calvin Ayre delves into everything from
the world of Bodog Entertainment to the latest industry news…
to the work being done through the Calvin Ayre Foundation

CALVIN'S BIO  ASK CALVIN

## Bodog and 1st Tech Set to Take Domain Dispute to Court

posted on 24 Sep 2007 by Calvin Ayre.





Click to play "Dueling Banjos"

**The Patent Trolls over at 1st Tech have put together a case that has more holes than a golf course
and smells worse than 100 pounds of raw meat left to rot in a back alley dumpster during a 2-
month-old garbage strike.**

CalvinAyreLife.com - The Calvin Ayre Blog                                          Page 2 of 7

On October 11th, 2007 Bodog and 1st Technology LLC will meet in Nevada court to argue the default judgment handed down to the gaming company by judge for the Superior Court of Kings County in Seattle, Washington. 1st Technology is saying the $48 million judgment is fair and good because Bodog was infringing upon its patent (United States Patent No. 5,564,001 entitled "Method and System for Interactively Transmitting Multimedia Information Over a Network which Requires a Reduced Bandwidth") while operating out of the United States.

Prior to issuing those claims, 1st Tech should have done a more thorough job with their research. Here are the facts:

1. Bodog Entertainment SA the CR company is an international company and it does not have a presence in the United States and is not part of the Bodog Group of Companies and has no assets. Domains are not assets and the domains it held were on behalf of other companies.
2. United States patent disputes are not possible against an international company that does not operate within the United States, particularly one that does not have any operations that could even use a patented process.
3. Nobody involved with the company that was sued or anyone with BodogLife has any knowledge of anyone getting served and this is the basis of the appeal of the judgment on Oct 11th. You cannot have a valid default judgment without having valid service as far as we know.

We believe this ridiculous decision will be overturned and all the domains will be freed. However they will not be returned to their previous roll of prominence in Bodog's operating entities as this roll will be taken by the new BodogLife.com structure from here forward. My guess is that no matter what the outcome of this legal process, Raymond Niro and the 1st Tech Patent Trolls will never see anything but ridicule coming from Bodog as we have been clear since first finding out what these guys were doing when they grabbed the domains....the company they are in court with is not part of the Bodog group anymore, has zero operations and zero assets...and the BodogLife Gaming Group of Companies does not operate in the United States. They will spend a lot of money and we will generate a lot of press but they will figure this out eventually. **Oh ya...did I mention they never served us?**

## Patent Troll Dance Contest - Hillbilly Highlights

posted on 24 Sep 2007 by Calvin Ayre.

CalvinAyreLife.com - The Calvin Ayre Blog



Here's a little sampling of some of the video entries for my Patent Troll Hillbilly Dance contest. Stay tuned because I'll be posting some more from the contest on Wednesday…hilarious stuff.

## Patent Troll Protesters Get Naked for Bodog

posted on 22 Sep 2007 by Calvin Ayre.



**What's with the earmuffs? And why am I not seeing a frontal photo of these girls??**

There were naked girls on the streets with nothing but a "Save Bodog.com" sign wrapped around them…and no one called me??

Our ongoing dispute with the Patent Trolls is opening a lot of eyes and creating huge waves of awareness, support and applause for our dogged determination to stand up to those bastards over at 1st Tech. We're a big company with talented staff in every department and we've got a strong team of lawyers so we can afford to play this thing out, but the smaller companies out there aren't as equipped nor as confident. Not against these pricks.

CalvinAyreLife.com - The Calvin Ayre Blog

Enter Save Bodog.com, a non-profit sector of CAPT (The Coalition Against Patent Trolls) whose mission is to…well, distract the Patent Trolls with hot naked girls so that they'll get all hot and horny and forget about their patent infringement lawsuits, apparently. Now there's a strategy I can approve. :)



**Taking it all off for a good cause: this girl heads out to join the throngs of other nude protesters. You go, girl!**

Save Bodog.com is collecting names for their petition to put an end to the Patent Trolls and domain thievery. Thanks for your support, guys and gals. I especially want to thank the hot Save Bodog.com babe who sent me this nude photo (with an attached note that read, "Here's what I look like without the Bodog sign"). In the future, all nude photos should be accompanied by phone numbers. ;)

## Big Bang Radio Comes Back With A Vengeance

posted on 21 Sep 2007 by Calvin Ayre.



A couple of weeks ago Bodog Battle of the Bands crowned Fall From Grace as the winner of the million

CalvinAyreLife.com - The Calvin Ayre Blog

dollar recording contract with BodogMusic. The first season of the show made history when one of the final bands, Big Bang Radio, a frontrunner for the grand prize, walked away from the competition when they decided to change their lead singer, which immediately disqualified them. I have to admit, I was initially shocked when the band made the decision, however, in retrospect I think it shows real character and integrity…these guys made the music and the solidarity of the band their priority, picking themselves up and prevailing in the end. They recently wrote me a letter, which I'll post below..

"Dear Calvin,
Congrats on a successful first year with Bodog Battle of the Bands. Don't know if you know the entire scoop for the reasons we did what we did but it was a great decision and the right decision. We have no regrets about our decision. Things continue.to soar for us and the feedback we have received with the new material and singer has been nothing but positive. Some new songs are up on the site now and the album will be done soon. Besides Fall From Grace, even with the singer change, we have been receiving more hits on myspace than any other band that was on the show, so we are very grateful for the exposure as it has been nothing but positive for us. We have received great buzz in the industry and actually are showcasing for a number of major record labels in October that have expressed interest in the band and are flying out to Miami to come see us and we would love to extend the invite to Bodog. We would love to continue a working relationship with Bodog as you have been an integral part of our opportunity to be discovered. We hold your label in the highest regard and prefer to move forward with you over anyone else.
Sincerely,Big Bang Radio"

I am happy to be able to have provided a platform for all the great indie bands on the show. Big Band Radio is an awesome band and I wish them continued success as they garner more awareness from the exposure they got on the show.

## Bienvenue Dans Mon Monde

posted on 20 Sep 2007 by Calvin Ayre.



I had a few days off, so I flew in two friends from Amsterdam to join me in Paris for some wine and conversation. The last time I partied with these two, I ended up dropping over 30,000 Euros..on tequila alone.

CalvinAyreLife.com - The Calvin Ayre Blog

# LOGIN TO CalvinAyreLife.com

Username:

Password:

LOGIN

- › Forgot your password?
- › Register an account

## About this Blog

Already a world authority on branding in digital entertainment, Calvin Ayre was featured on the cover of Forbes magazine's best-selling "Billionaires" issue in 2006 and named one of People magazine's "Hottest Bachelors". With CalvinAyreLife.com, Calvin shares his thoughts and opinions on practically everything… for all to know.

search      search

RSS Feed

## CALVIN AYRE SITES

- › Calvin Ayre Foundation
- › Calvin Ayre on MySpace

## THE MOTHER SHIP

- › Bodog
- › Bodog Poker Room
- › Bodog Casino
- › Bodog Sportsbook
- › Bodog Racebook
- › Bodog Beat
- › Bodog Nation
- › Bodog Girls
- Media Inquiries: pr@bodoglife.com

## ARCHIVES

- › Videos
- › October 2007

CalvinAyreLife.com - The Calvin Ayre Blog

- › September 2007
- › August 2007
- › July 2007
- › June 2007
- › May 2007

## Bodog Beat Posts

›
MMA News: Strikeforce at the Playboy Mansion Review

›
Radiohead Sells Album Donation Style

›
MMA News: Julie Kedzie Wins at Hook N Shoot

›
Ben Affleck Blames Jennifer Lopez for Shitty Career

›
Biggest Names in Poker Expected For 2007 Aruba Poker Classic

PREVIOUS
NEXT

Home | Calvin Ayre Biography | RSS Feed

All contents copyright © 2007, Calvin Ayre. All rights reserved.

# EXHIBIT 5

**SUPPLEMENTAL DECLARATION OF ALLAN HERNANDEZ VARGAS**

I, ALLAN HERNANDEZ VARGAS, do hereby declare:

1.     I am a citizen of Costa Rica, over the age of 21, and not a party or an attorney for any party in this action.

2.     As set forth in my previous Declaration, on November 23, 2006, I visited the offices of Bodog Entertainment Group, S.A. ("Bodog") in San Jose, Costa Rica and delivered a copy of the Summons and Complaint for Case No. 2:06-cv-01110-RLH-GWF, filed in the United States District Court for the District of Nevada.

3.     Inside what it seemed to be Bodog's offices, as asked and confirmed by the guards outside their corresponding building, I asked to see the person in charge and was directed to Ms. Mora.  I handed the Summons and Complaint to Ms. Mora, and asked Ms. Mora to sign, acknowledging receipt of service, which she refused to provide.  Accordingly, I wrote the word "in charge" next to Ms. Mora's name in the Affidavits of Service I filed in this case.

4.     No rule in Costa Rican law requires the process server to record the "reasons" why the person who is served with the Summons and Complaint refuses to sign.  All that is required is that the process server "records" the situation, which I did in this case.

5. The person who I served identified herself as Ms. Mora. Had Ms. Mora not identified herself, I would not have had any way of knowing that I was dealing with Ms. Mora

6. I have attached the photograph of Ms. Mora, obtained this same date from Datum.net site, a creditors data base, which I have access to. According to this picture, I recognize it as being the picture of the same person who I served, this is Ms Victoria Mora. Ms. Mora is bearer

1

of the Costa Rican identification number 1-1026-250.

7. I declare under penalty of perjury under the laws of the State of Nevada, and the laws of the country of Costa Rica, that the foregoing is true and correct.

DATED: October 2, 2007.

ALLAN HERNANDEZ VARGAS

2

Personas

### Fotografía y datos de Filiación

| Cédula de identidad: | 110260250 |
|---|---|

MORA FLORES ANA VICTORIA

| | |
|---|---|
| Lugar de nacimiento: | HOSPITAL CENTRAL SAN JOSE |
| Fecha de nacimiento:(mes/día/año) | 02/01/1979 |
| Sexo: | FEMENINO |
| Conocido como: | |
| Ubicación electoral: | |
| Provincia: | SAN JOSE |
| Cantón: | ESCAZU |
| Distrito Electoral: | CIUDAD DE ESCAZU |
| Edad: | 28 años y 243 días. |

**Sala Constitucional**

Resolución 02563-99 de las diez horas con veinticuatro minutos del 9 de abril de 1999:

'...no estima esta Sala que la recurrente haya sido objeto de una invasión ilegítima a su intimidad, ni que se le haya discriminado o violado algún otro derecho fundamental, como el de la imagen por tenerse una foto suya, pues ello es para su correcta identificación.'

| www.datum.net © 1998-2007 | Usuario: Allan Vargas Hernánd | 4:10:46 PM | 10/2/2007 |
|---|---|---|