# EXHIBIT 6

Dockets.Justia.com

## DECLARATION OF MAURICIO BONILLA ROBERT

I, MAURICIO BONILLA ROBERT, holder of the Costa Rican Identification number 1-0903-0770, do hereby declare:

1. I am an attorney licensed to practice in the country of Costa Rica (license number 13784) and practice with the law firm of Oller Abogados (http://www.ollerabogados.com). I have been retained to represent the interest of Plaintiff 1st Technology LLC in the country of Costa Rica in Case No. 2:06-cv-1110-RLH-GWF, filed in the United States District Court for the District of Nevada.

2. I am over the age of 18, the age of legal majority in the State of Nevada.

3. I have researched the date Bodog Entertainment Group, S.A. ("Bodog"), allegedly closed its operations in Costa Rica. According to newspaper articles that came out in December 09th, 2007, Bodog announced that its "Bets Division" was going to be transferred. As reported in the newspaper article that came out on the Costa Rican Newspaper "La Nación" titled ("Gigante de las apuestas se marcha del país") (http://www.nacion.com/ln_ee/2006/diciembre/09/sucesos923594.html) attached hereto (as **Exhibit A**) Bodog relocated *some* of its operations outside of Costa Rica. As the article (a true and correct English translation of which is also attached as **Exhibit B**) indicates, some of Bodog's operations remained in Costa Rica. In any event, as the article notes, Bodog's partial relocation occurred in December, 2006, well after the date of Service of the Summons and Complaint performed by Mr. Allan Hernandez Vargas, which occurred on November 23, 2006.

4. I declare under penalty of perjury under the laws of the State of Nevada, and the laws of the country of Costa Rica and United States, that the foregoing is true and correct.

DATED: October 2nd, 2007.

MAURICIO BONILLA ROBERT

# EXHIBIT A

La Nación, December 09th, 2007 ("Gigante de las apuestas se marcha del país")
(http://www.nacion.com/ln_ee/2006/diciembre/09/sucesos923594.html)

Nacion.com, San José, Costa Rica [Sucesos]                                          Page 1 of 2





Sábado 09 de diciembre, 2006
San José, Costa Rica.                  Hora actual en CR: 12:49:12 PM

Noticias Sucesos:   Otras noticias en esta sección

Trasladará operaciones a Antigua

## Gigante de las apuestas se marcha del país

Otto Vargas M.
ovargas@nacion.com



Calvin Ayre mantendrá en el país una fundación benéfica que lleva su nombre.
Archivo

El gigante de las apuestas en línea, *Bodog.com*, anunció ayer el traslado de sus operaciones de apuestas de Costa Rica a la Isla de Antigua, en el Caribe.

La compañía, propiedad del magnate canadiense Calvin Ayre –uno de los 800 más hombres más ricos del planeta, según la revista *Forbes*–, dio a conocer que retirará del mercado estadounidense la publicidad pautada en periódicos, revistas, televisoras y estaciones radiofónicas.

"*Bodog.com* mantendrá sus oficinas en Costa Rica por algún tiempo (...)", explicó Ayre en un comunicado. Con respecto al traslado, Ayre comentó: "Esto otorga a nuestra división de apuestas un permiso en un ambiente seguro y en una jurisdicción bien regulada.

"Antigua es la correcta jurisdicción desde donde correremos nuestra expansión europea".

**Legislación.** El anuncio de Ayre se produjo apenas meses después de que las autoridades estadounidenses detuvieran a los cabecillas de tres empresas que recibían apuestas en Costa Rica.

El blanco fueron las compañías *Playwithal (La Sabana)*, *BetOnSports (Mall San Pedro)* y *Sportingbet (Santa Ana)*.

Ayre, a quien el Ministerio Público abrió una investigación por una presunta infracción a la Ley de juegos –organizó en el país un torneo de póquer– confirmó que la entrada en vigencia de una nueva legislación en Estados Unidos lo llevó trasladar sus operaciones.

El pasado 13 de octubre, el presidente de ese país, George W. Bush, firmó una ley que prohíbe a los estadounidenses las apuestas a través de Internet.

La compañía *Bodog* adquirió a mediados de noviembre la empresa *Betcorp*, esto como parte del plan para el traslado de las oficinas.

Isabel Mora, vocera de Ayre, indicó que en el país no habrá despidos. "Aquí quedará un *call center (centro de llamadas)*. Lo que hay es una reestructuración", dijo.



Nacion.com, San José, Costa Rica [Sucesos]                                                                                                     Page 2 of 2

- Ver edición más actual de nacion.com
  - Equipo de nacion.com
  - Emails de Redacción
  - Trabaje en Grupo Nación

© 2006, GRUPO NACIÓN GN, S. A. Derechos Reservados. Cualquier modalidad de utilización de los contenidos de nacion.com como reproducción, difusión, enlaces informáticos en Internet, total o parcialmente, sólo podrá hacerse con la autorización previa y por escrita del GRUPO NACIÓN GN, S. A.
Si usted necesita mayor información o brindar recomendaciones, escriba a webmaster@nacion.com
Apartado postal: 10138-1000 San José, Costa Rica. Central telefónica: (506) 247-4747. Servicio al cliente: (506) 247-4343 Suscripciones: suscripciones@nacion.com Fax: (506) 247-5022.
CONTÁCTENOS



http://www.nacion.com/ln_ee/2006/diciembre/09/sucesos923594.html                                                          02/10/2007

# EXHIBIT 7

bodog.com    bodogbeat    bodognation    bodogmusic    bodogfight    calvinayrefoundation    bodogconference

# BODOG.COM
## MARKETING CONFERENCE

HOME PAGE | BODOG PARTY | PHOTO GALLERY

**PRESS RELEASES**

REGISTER NOW

**MIKE DITKA AND REGGIE JACKSON TO SPEAK AT BODOG.COM POKER & SPORTS MARKETING CONFERENCE**

JUNE 01, 2005

Bodog.com is extremely excited to announce that sports legends Mike Ditka and Reggie Jackson have been confirmed as special guests at the 2005 Bodog.com Poker & Sports Marketing Conference set for July 6 and 7, 2005 at the Mandalay Bay Convention Center in Las Vegas, Nevada.

"This opportunity to learn from and mingle with the most engaging personalities in professional sports should undoubtedly be a thrill for all attendees," said Bodog.com Founder Calvin Ayre. "An entire day will be dedicated to sports marketing, during which time Ditka and Jackson will be sharing old war stories from on and off the field as well as imparting their tips on achieving success in life."

Coming off of the overwhelming success of the 2004 Bodog.com Conference, Bodog.com is once again leading the industry in bringing together the industry's top minds and influencers for the 2005 Bodog.com Poker & Sports Marketing Conference. Other speakers include World Series of Poker Tournament Director Matt Savage, PokerRoyalty.com's Brian Balsbaugh, Playbook Magazine publisher Marc Lawrence, online gambling legal expert Allyn Jaffrey Shulman, SportsDatabases President Scott Neil, and Founder and President of Sports911.com/Gambling911.com Christopher 'Sting' Costigan. More great speakers are being added and will be announced soon.

"Joe Montana was the highlight of the conference last year, and in continuing with our tradition of providing attendees with a once-in-a-lifetime chance to meet great sports legends, Bodog.com is proud to have Mike Ditka and Reggie Jackson on hand at this year's conference. Talk about a sports fan's dream come true!" said Calvin Ayre, Founder of Bodog.com. Adding, "It would not be a Bodog.com sponsored event without a fantastic party, beautiful women, and tons of entertainment to make for a wild time in Las Vegas."

Once again Bodog.com is leading the charge, not only to educate the industry, but also to have the most valuable event available for advertisers, affiliates, investors, suppliers and the media. "We are all very excited to bring this event back to Las Vegas, and know that this will be the single event everyone involved in the online gambling industry should attend," said Calvin Ayre. "We have a number of big surprises planned for this year, but you will have to be there to experience it all."

Bodog.com Sports Casino Poker located in San Jose, Costa Rica, is federally licensed by the Costa Rican and UK governments. One of the pioneers in the field, Bodog.com is the top ranked US facing online gambling brand, with highest site traffic amongst US gaming web sites according to Hitwise. Bodog.com is valued at over US $1 billion and ranked in the Power 25 online companies by eGaming Review. Bodog.com Poker & Sports Marketing Conference, www.bodogconference.com, will take place in Las Vegas July 6 & 7, 2005, attracting the leaders of the online gambling industry. For more information, contact Media Relations at 1-866-892-3371, or pr@bodog.com

Go back to the press releases

REGISTRATION & RATES | MEDIA | PRESS RELEASES | CONTACT | SITE MAP | AFFILIATE PROGRAM

COPYRIGHT 2006. BODOG.COM | PRIVACY POLICY
BODOG is a registered trademark of Bodog Entertainment Group S.A.
Bodog Sportsbook & Casino & Online Poker™ All Rights Reserved.



# EXHIBIT 8

Case 2:06-cv-01110-RLH-GWF   Document 71-4   Filed 10/02/2007   Page 8 of 15



Home | Search Engine Promotion | Get Free Publicity | Write a Press Release | Order Now!

Powered by PRWeb DIRECT

## Online Gambling Giant Bodog.com Marketing Conference Postponed

*Online Gaming leader Bodog CEO Calvin Ayre announced that the Bodog.com Marketing Conference will be postponed. Poker and sports betting at Bodog.com.*

(PRWEB) July 21, 2006 -- Bodog.com's Founder and CEO Calvin Ayre announced today that the Bodog.com Marketing Conference would be postponed to a later date, in light of concerns raised by delegates who were expected to attend the industry's biggest event of the year.

"Bodog was receiving lots of calls from would-be conference attendees who are expressing a high level of concern over the uncertainty surrounding the U.S. government's recent actions against a company in our industry," Ayre said. "It is in light of these concerns that we have decided to postpone the Bodog.com Marketing Conference to a later date and at an international location. This decision also ensures that the focus of the conference will not be lost."

The annual Bodog.com Marketing Conference has presented opportunities for good discussion about marketing, customer service and about the growth of the online gambling industry.

In a letter sent to conference delegates, Ayre stated: "The actions taken by the authorities have nothing to do with our organization; we are simply acting prudently for all concerned. We will continue to lead the way in digital entertainment."

More details about the upcoming Bodog.com Marketing Conference will be released in the coming weeks.

Among its many offerings, Bodog.com also includes a sportsbook, a poker room, a racebook and a casino. Bodog.com has an international record label (Bodog Music), an international television division that produces television content around the world, and a publishing division that produces both Bodog Nation and Bodog Beat (a blog).

Bodog.com, located in San Jose, Costa Rica, is federally licensed by the Costa Rican and UK governments. www.bodog.com Founder and CEO Calvin Ayre, who is recognized as the true pioneer of online gambling and a world authority on branding in the digital entertainment industry, was featured on the cover of Forbes magazine's best-selling "Billionaires" issue in March 2006. Bodog.com is the top-ranked US facing online gambling brand, with highest site traffic amongst multi-product US gaming web sites, according to Hitwise. Bodog.com, valued at over US $1 billion and ranked in the Power 10 online companies by eGaming Review, processed $7 billion in wagers in 2005. The international Bodog.com Marketing Conference (www.bodogconference.com), which was held in Las Vegas for the past two years, attracts the leaders of the online gambling industry for educational and

### CONTACT INFO

**Kal Suurkask**
Riptown.com Media
Visit Our Site
1-866-591-0217
E-mail us Here

### ATTACHED FILES

No files were found for this release.

### DISCLAIMER

If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb. We will be unable to assist you with your inquiry. PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

networking opportunities each year. Bodog Entertainment Group also includes a music label, Bodog Music, an online magazine, Bodog Nation, a television production unit and further properties coming soon. For more information, contact Media Relations at 1-866-892-3371. BODOG is a registered trademark of Bodog Entertainment Group S.A.

# # #

C

- Sports Betting Site Bodog.com Posts Odds on World Cup for Team USA 2006-06-21
- Bodog Music Recording Artist Nazanin to be Honored at the United Nations in New York for Her Outstanding Humanitarian Efforts 2006-08-26
- Jamie Gold Wins BodogFight PPV Celebrity Poker Tournament in Vancouver 2006-12-08
- Music and TV Lead the Charge as Bodog.com Entertainment Channels Expand into Europe and Asia 2006-10-21
- Sports Betting Giant Bodog Posts Odds on World Cup Quarterfinals 2006-07-01
- Online Betting Giant Bodog Gets Ready for World Cup Round of 16 2006-06-29
- Online Gambling Leader Bodog.com Lands on McCarran Billboard 2006-07-06
- Online Sports Betting Giant Bodog Posts Odds on World Cup Final 2006-07-12
- Bodog Poker Pro David Williams Wins World Series of Poker Bracelet 2006-07-12
- Online Sports Betting Site Bodog.com Posts Odds on All Star Game 2006-07-15
- Online Betting Giant Bodog Interview with Hells Kitchen Contestant 2006-07-15
- Online Betting Giant Bodog.com Posts Odds on 2006 British Open 2006-07-20
- Bodog.com Named Best Online Sportsbook by Casino Player Magazine 2006-07-20
- Online Poker Giant Bodog Player Jamie Gold Chip Leader in WSOP 2006-08-11
- Online Poker Leader Bodog.com Announces WSOP Celebrity Players 2006-08-10
- Online Poker Giant Bodog.com Celebrity Party at Tao Huge Success 2006-08-10
- Team Bodog's Jamie Gold Wins 2006 World Series of Poker 2006-08-12
- Bodog.TV Charges into Mixed Martial Arts 2006-08-19
- Bodog Proves It's a Poker Powerhouse, Conquers the Warped Tour 2006-08-22
- Bodog Signs On As Promotional Partner for Sierra Entertainment's 'Scarface: The World Is Yours Video Game' 2006-08-29
- Bodog.TV Wraps Filming of 'BodogFight' Reality Show 2006-08-31
- Bodog Makes Change to Launch Date of 'BodogFight' Reality Show 2006-09-08
- 'BodogFight' Reality Series Ready to Knockout Competition 2006-09-20
- BodogFight a Knockout with Reality TV Fans 2006-09-27
- BodogFight Fans Ready for Ladies' Night 2006-10-04
- Bodog Music Artist Nazanin to Speak at Amnesty

- International Event and Debate at Cambridge University 2006-10-04
- Bodog.com Sponsors a Rodeo Deep in the Heart of Texas 2006-10-06
- BodogFight Pits Gladiators Head-to-Head As Two Physical Specimens Prepare for Battle 2006-10-11
- BodogFight and Strikeforce Fans Eagerly Await Saturday Night's "Tank vs. Buentello" Clash 2006-10-11
- Bodog Music Artists to Thrill Horror Fans at the Fuse Fangoria Chainsaw Awards 2006-10-13
- Bodog, an In Game Promotional Partner for Sierra Entertainment's Scarface: The World Is Yours Video Game out This Week 2006-10-13
- Senate Election Betting at Bodog.com: A New Form of Polling 2006-10-18
- Purdue's Two-Time Big Ten Wrestling Champion Battles "The Goat" 2006-10-18
- Bodog.com Crowns Winner of the Easiest Contest Ever 2006-10-20
- Battle of the Heavy Weights: BodogFight's Biggest Competitors Ready to Rumble 2006-10-25
- Team Bodog Sends 11 Online Players to the WPT North American Poker Championship 2006-10-25
- Bodog Music Makes its College Music Journal Premier in New York City 2006-10-26
- From Rags to Riches: Bodog.com Casino Pays Out $1.3 Million on $5 Wager 2006-10-31
- BodogFight Treats MMA Fans to Colossal Halloween Night Duel 2006-11-01
- BodogFight Pay-Per-View Series Finale Storms into Vancouver, Canada 2006-11-07
- Team Bodog Sends 11 Online Players to the WPT World Poker Finals at Foxwoods 2006-11-08
- Senate Election Betting Pays Off Big for Bodog.com Players 2006-11-10
- Get Ready to Rumble in a Ryder as BodogFight Comes to a Red Light Near You 2006-11-17
- Bodog.com Launches Bond Voyage Contest 2006-11-23
- BodogFight's Second Season Brings the Fight to St. Petersburg, Russia 2006-12-01
- BodogFight Awards Bonus Prize to MMA Fighter at Inaugural Pay-Per-View Event 2006-12-06
- More International Expansion in the Cards as Bodog.com Pulls Advertising from the U.S. Market and Relocates Global Headquarters to Antigua 2006-12-07
- USA Beats Russia; BodogFight Makes Its Pay-Per-View Debut a Riveting Success 2006-12-07
- Bodog Battle of the Bands Judges To Include Johnny Rotten 2007-02-10
- 2006 Proves a Breakthrough Year for Bodog Music's $1M Battle of the Bands 2006-12-24
- Music Artist and Runner-Up for Miss World - Nazanin - Presents Riveting Documentary Outlining Heroic Efforts to Save Life of Iranian Woman Who Shares Her Name 2007-01-07
- Get Ready to Rumble as BodogFight Hits the Strip 2007-01-10
- BodogFight's PPV Clash of the Nations: Russia's Fedor Emelianenko vs. USA's Matt Lindland 2007-02-15
- Teenage Girl Spared from Death Penalty after Former Miss World Canada Nazanin Helps Save Her Life 2007-01-26
- Bodog Music Battle of the Bands Hits the Road to Find the Best Band in America 2007-01-26
- The Good, The Bad and The Ugly: Bodog.com Posts Odds on Oscars, Razzies 2007-01-26
- Bodog Entertainment, ION Media Networks Strike Alliance to Broadcast BodogTV Reality Programming 2007-02-10

- BodogFight: St. Petersburg Roster Promises MMA Fans Phenomenal Battles Inside the Ropes 2007-02-10
- BodogFight Secures Knockout Roster For Upcoming Seasons 2007-02-10
- BodogFight Airs Inaugural PPV USA vs. Russia Event Free to MMA Fans Worldwide 2007-02-15
- Bodog Poker – Upload a Video for a Chance to Win $2 Million 2007-03-02
- BodogFight Joins Warner Bros. Pictures in Co-Promotion for the Epic Action Adventure Movie "300" 2007-03-05
- Bodog Entertainment Teams with MySpace.com to Create 'The Fifth Song' 2007-03-20
- BodogFight - Emelianenko Brothers Make MMA History 2007-03-27
- Author Steve Davidowitz Brings a Wealth of Horse Racing Knowledge to Bodog 2007-04-03
- 'The Colonel' Joins BodogFight Commentary Team 2007-04-04
- Russians Rule Bodog Fight: Clash of the Nations MMA Pay Per View 2007-04-16
- Introducing Bodog Fight: Costa Rica Combat 2007-04-16
- Jiu Jitsu Legend Royce Gracie Joins Bodog Fight: Costa Rica Combat 2007-04-18
- Bodog.com Offers Its Partners a Site of Their Own 2007-04-27
- How Can Hip-Hop Be Dead if Wu-Tang is Forever? 2007-05-02
- Calvin Ayre Wild Card Poker to Air in U.S. on ION Television 2007-05-24
- New Jersey Event Marks Bodog Fight's American Debut 2007-05-31
- Bodog Entertainment Founder Calvin Ayre Launches Executive Blog 2007-06-20
- 'Bodog Music Battle of the Bands' Premieres on fuse July 11 at 10pm Et 2007-06-28
- Calling All Poker Players in Las Vegas: Audition for a Shot at Reality TV's Largest Prize Ever 2007-06-30
- Bodog.com Gives Away 15 iPhones with Let 'Em Ride Poker Contest 2007-07-01
- Bodog Returns to Warped Tour for another Punk Rock Poker Tournament 2007-08-04
- Bodog Entertainment Enters the World of Fantasy Football 2007-08-10
- Bodog Music Battle of the Bands Season Finale: $1-Million Winner to be Announced 2007-08-18

About PRWeb Direct™   |   Search Engine Promotion of Your News   |   Get Free Publicity   |   How to Write a Press Release   |   Contact Information

© Copyright 1997-2005, PR Web™. All Rights Reserved

# EXHIBIT 9



HOME   ABOUT ROSS   NEWS   FAQ   CONTACT US   SEARCH

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Business Entity Search | Fee Schedule (Data Reports) | Login (Data Reports)

# BODOG MUSIC, LTD.

[PRINT]

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked on 9/1/2007 | File Date: | 8/30/2002 |
| Type: | Domestic Corporation | Corp Number: | C21702-2002 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2006 |
| Managed By: | | Expiration Date: | |

### Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | INCORP SERVICES, INC. | Address 1: | 3155 EAST PATRICK LANE STE 1 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89120-3481 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

View all business entities under this resident agent

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 25,000.00 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers                                         ☑ Include Inactive Officers

**President - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 3155 E PATRICK LN STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89120 | Country: | |
| Status: | Active | Email: | |

**Secretary - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 3155 E PATRICK LN STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89120 | Country: | |
| Status: | Active | Email: | |

**Treasurer - CALVIN E AYRE**

Corporation Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| Address 1: | 3155 E PATRICK LN STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89120 | Country: | |
| Status: | Active | Email: | |

**President - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 6075 S EASTERN AVE STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 891193146 | Country: | |
| Status: | Historical | Email: | |

**Secretary - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 6075 S EASTERN AVE STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 891193146 | Country: | |
| Status: | Historical | Email: | |

**Treasurer - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 6075 S EASTERN AVE STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 891193146 | Country: | |
| Status: | Historical | Email: | |

**Director - CALVIN E AYRE**

| | | | |
|---|---|---|---|
| Address 1: | 3155 E PATRICK LN STE 1 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89120 | Country: | |
| Status: | Active | Email: | |

Actions\Amendments
Click here to view 7 actions\amendments associated with this company

[New Search]
[Printer Friendly]

You are currently not logged in

Nevada Secretary of State, Ross Miller. Copyright 2007. All rights reserved.