# EXHIBIT 10

Dockets.Justia.com

[Pokerlisting.com Home Page Links to Bodog Download and Bodog WSOP Sponsor Promotion]

# http://www.pokerlistings.com/

## Top 10 Online Poker Rooms - June, 2007

| Rank | Poker Room | | Download | Read Review |
|------|-----------|---|----------|-------------|
| 1. | Titan Poker | | Download | Read Review |
| 2. | Party Poker | | Download | Read Review |
| 3. | Inter Poker | | Download | Read Review |
| 4. | Sportsbook Poker | local | Download | Read Review |
| 5. | Bodog Poker | local | Download | Read Review |
| 6. | Pacific Poker | | Download | Read Review |
| 7. | Mansion Poker | | Download | Read Review |
| 8. | Poker Stars | local | Download | Read Review |
| 9. | Full Tilt Poker | local | Download | Read Review |
| 10. | Everest Poker | | Download | Read Review |

1. **Bodog.com - $40,000 WSOP freeroll!**
   Open for ALL PokerListings.com players, the freeroll will run June 10 at 1 p.m. (EDT). Three $12,000 WSOP Main Event packages will be available plus $4,000 in cash prizes. Earn at least 600 player points between March 1 and May 31 to qualify.

   Winners will receive one of three WSOP packages worth $12,000 or part of the $4,000 runners-up cash prizes. This event is exclusive to PL players. On top of this, PokerListings.com players are eligible for exclusive cash freerolls and the world's best sign-up bonus (automatic when signing up through



   PokerListings.com).

=================================================================

[Pokerlisting.com Review Page Links to Bodog Review and Download]

http://www.pokerlistings.com/bodog-poker

# FULL REVIEW - Bodog Poker (7.56)

Bodog Poker is a sportsbook and casino operating since 1995, with the Bodog Poker poker room opening in 2004. The poker site is one of the hottest rooms today and is growing very rapidly, thanks to great promotions and massive advertising. The player base is recruited through the sportsbook and casino, making a large portion of the players beginners and relatively easy to beat.

The software offers nice graphics and functionality, is fast and has great playability. The functionality is good and offers some innovative functions, such as a three-in-one mode where three tables can be viewed and played in the same window.

The games offered are all variations of Texas Hold'em, Omaha, Omaha Hi-Lo, Seven-Card Stud, Seven-Card Stud Hi-Lo, and Five-Card Stud. The games vary between No-Limit, Pot-Limit, and Fixed-Limit. Full-table games, short-handed, and heads-up tables are all available. The games are concentrated on No-Limit Hold'em, especially at the small and middle limits.

Bodog Poker also offers plenty of tournaments and freerolls with great value. The traffic volume overall is in the higher segment of the industry. Real-money player statistics as of June 2007 show 3,900 ring-game players at peak hours, and 18,000 tournament players at peak hours.

Overall Bodog Poker offers relatively loose games and great software that plays well and is fast. The software is updated frequently to ensure safety and stability, with little downtime as a result.

- Visit Bodog Poker
- Direct Download

# EXHIBIT 11

**Bodog WSOP Las Vegas Sponsorships**

**http://www.wsoppromos.com/bodog-2007wsop.html**

**World Series of Poker**

**Get Ready for Next Year - WSOP 2007**

The 2006 WSOP saw record numbers in entries and prize money (an unprecedented $82.5 million), and Team Bodog didn't disappoint. Represented by a community of over 500 **Bodog** players, our team walked away with a combined $15 million in winnings.

**Team Bodog** professionals **Josh Arieh** and **Evelyn Ng** performed especially well, but it was David Williams and the newest **Team Bodog** member Jamie Gold that stole the headlines. Williams won the 7-Card Stud event taking home over $160,000 while Jamie Gold was crowned a World Champion by taking the coveted main event and walking away with $12 million.

Want a piece of next year's action? Prepare your game throughout the year by checking out the **Bodog tournament schedule**.

Bodog is offering 9 daily satellites for you to get a WSOP 2007 Satellite entry. With Buy-ins as low as $1 or get directly into the semifinal for $250.

If you qualify for the 2007 WSOP through Bodog Poker, you'll be given exclusive access to Bodog Poker parties, cool Bodog Poker swag and VIP treatment in the Team Bodog Poker Lounge! Don't miss out on your chance to play at the 2007 World Series of Poker with **Team Bodog**!

# EXHIBIT 12

BodogLife Report on Bodog Players at 2007 WSOP

http://www.bodoglife.com/poker/tournaments/world-series-of-poker.jsp

**Spotlight on the World Series 2007**

Check out Team Bodog in action in Vegas.




**News and Events**

Team Bodog made a great run at the 2007 World Series of Poker Main Event with nine players cashing for a total of $524,142 and the last player, Maria Ho, making 38th place. This brings Team Bodog's WSOP winnings up to $1,645,985 and winnings in Las Vegas poker tournaments this summer, including the Bellagio Cup III, Binion's Poker Classic and Venetian Deep Stack Extravaganza, up to $1,910,502.

**Team Bodog 2007**

Check out these Team Bodog members who survived Day 3 of the World Series Main Event and made the money:

Chris Hamman
Frank Welch
Dan Melan
Jerry Randak
Greg Hobson
Jose Severino
Shirley Williams

Going into Day 4:
Chris Hamman, Frank Welch and Dan Melan

Going into Day 5:
Kelly Jo McGlothlin and Maria Ho

# EXHIBIT 13

PR: Online Poker Leader Bodog.com Announces WSOP Celebrity Players



Home  |  Search Engine Promotion  |  Get Free Publicity  |  Write a Press Release  | Order Now!

Powered by **PRWeb** DIRECT

## Online Poker Leader Bodog.com Announces WSOP Celebrity Players

*Online gambling giant Bodog.com announces 2006 WSOP Team Bodog celebrity players. Poker pros Evelyn Ng, Josh Arieh and David Williams all play for Bodog.com*

(PRWEB) August 10, 2006 -- What's the dream of any celebrity poker player? A seat at the World Series of Poker's Main Event for a chance to win $10 million and the title of 2006 World Series champion. Bodog.com, the most recognizable brand in online gambling and entertainment, is sponsoring several celebrity poker aficionados who will seek to add "poker champion" to their already impressive resumes.

Team Bodog's celebs, including comedian Brad Garrett, celeb DJ DJ AM, actors Mekhi Phifer ("ER", "8 Mile"), Matthew Lillard ("Scooby Doo"), Roger Cross ("24"), Paul Johansson ("One Tree Hill"), Dax Shepard (starring in the upcoming film "Idiocracy" with Luke Wilson), Victoria Pratt (ABC's upcoming series "Day Break") and Bodog Music artist Bishop Brigante, will add sufficient star power to Team Bodog, a diverse group of online players who each won one of the 700 seats Bodog was giving away to the WSOP. The team is led by Bodog-sponsored poker pros David Williams, Josh Arieh and Evelyn Ng.

"As popular as poker is now, even celebrity players dream of winning the World Series of Poker," said Calvin Ayre, founder and CEO of Bodog.com. "With over 400 WSOP Main Event seats, including celebs and pros, Team Bodog will be a force that's sure to dominate the tables."

The WSOP Main Event begins Friday and culminates on Aug. 10.

Bodog.com, located in San Jose, Costa Rica, is federally licensed by the Costa Rican and UK governments. Bodog.com founder and CEO Calvin Ayre, who is recognized as the true pioneer of online gambling and a world authority on branding in the digital entertainment industry, was featured on the cover of Forbes magazine's best-selling "Billionaires" issue in March 2006. Bodog.com is the top-ranked US facing online gambling brand, with highest site traffic amongst multi-product US gaming web sites, according to Hitwise. Bodog.com, valued at over US $1 billion and ranked in the Power 10 online companies by eGaming Review, processed $7 billion in wagers in 2005. The international Bodog.com Marketing Conference (www.bodogconference.com), which was held in Las Vegas for the past two years, attracts the leaders of the online gambling industry for educational and networking opportunities each year. Bodog Entertainment Group also includes a music label, Bodog Music, an online magazine, Bodog Nation, a television production unit and further properties coming soon. For more information, contact Media Relations at 1-

**CONTACT INFO**

**Bodog Media Relations**
Riptown.com Media
Visit Our Site
1-866-892-3371
E-mail us Here

**ATTACHED FILES**

No files were found for this release.

**DISCLAIMER**

If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb. We will be unable to assist you with your inquiry. PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

PR: Online Poker Leader Bodog.com Announces WSOP Celebrity Players

866-892-3371. BODOG is a registered trademark of Bodog
Entertainment Group S.A.

###

c

- Sports Betting Site Bodog.com Posts Odds on World Cup
  for Team USA 2006-06-21
- Bodog Music Recording Artist Nazanin to be Honored at the
  United Nations in New York for Her Outstanding
  Humanitarian Efforts 2006-08-26
- Jamie Gold Wins BodogFight PPV Celebrity Poker
  Tournament in Vancouver 2006-12-08
- Music and TV Lead the Charge as Bodog.com
  Entertainment Channels Expand into Europe and Asia
  2006-10-21
- Sports Betting Giant Bodog Posts Odds on World Cup
  Quarterfinals 2006-07-01
- Online Betting Giant Bodog Gets Ready for World Cup
  Round of 16 2006-06-29
- Online Gambling Leader Bodog.com Lands on McCarran
  Billboard 2006-07-06
- Online Sports Betting Giant Bodog Posts Odds on World
  Cup Final 2006-07-12
- Bodog Poker Pro David Williams Wins World Series of Poker
  Bracelet 2006-07-12
- Online Sports Betting Site Bodog.com Posts Odds on All
  Star Game 2006-07-15
- Online Betting Giant Bodog Interview with Hells Kitchen
  Contestant 2006-07-15
- Online Betting Giant Bodog.com Posts Odds on 2006 British
  Open 2006-07-20
- Bodog.com Named Best Online Sportsbook by Casino
  Player Magazine 2006-07-20
- Online Gambling Giant Bodog.com Marketing Conference
  Postponed 2006-07-21
- Online Poker Giant Bodog Player Jamie Gold Chip Leader in
  WSOP 2006-08-11
- Online Poker Giant Bodog.com Celebrity Party at Tao Huge
  Success 2006-08-10
- Team Bodog's Jamie Gold Wins 2006 World Series of Poker
  2006-08-12
- Bodog.TV Charges into Mixed Martial Arts 2006-08-19
- Bodog Proves It's a Poker Powerhouse, Conquers the
  Warped Tour 2006-08-22
- Bodog Signs On As Promotional Partner for Sierra
  Entertainment's 'Scarface: The World Is Yours Video Game'
  2006-08-29
- Bodog.TV Wraps Filming of 'BodogFight' Reality Show
  2006-08-31
- Bodog Makes Change to Launch Date of 'BodogFight'
  Reality Show 2006-09-08
- 'BodogFight' Reality Series Ready to Knockout Competition
  2006-09-20
- BodogFight a Knockout with Reality TV Fans 2006-09-27
- BodogFight Fans Ready for Ladies' Night 2006-10-04
- Bodog Music Artist Nazanin to Speak at Amnesty
  International Event and Debate at Cambridge University
  2006-10-04
- Bodog.com Sponsors a Rodeo Deep in the Heart of Texas
  2006-10-06

- BodogFight Pits Gladiators Head-to-Head As Two Physical Specimens Prepare for Battle 2006-10-11
- BodogFight and Strikeforce Fans Eagerly Await Saturday Night's "Tank vs. Buentello" Clash 2006-10-11
- Bodog Music Artists to Thrill Horror Fans at the Fuse Fangoria Chainsaw Awards 2006-10-13
- Bodog, an In Game Promotional Partner for Sierra Entertainment's Scarface: The World Is Yours Video Game out This Week 2006-10-13
- Senate Election Betting at Bodog.com: A New Form of Polling 2006-10-18
- Purdue's Two-Time Big Ten Wrestling Champion Battles "The Goat" 2006-10-18
- Bodog.com Crowns Winner of the Easiest Contest Ever 2006-10-20
- Battle of the Heavy Weights: BodogFight's Biggest Competitors Ready to Rumble 2006-10-25
- Team Bodog Sends 11 Online Players to the WPT North American Poker Championship 2006-10-25
- Bodog Music Makes its College Music Journal Premier in New York City 2006-10-26
- From Rags to Riches: Bodog.com Casino Pays Out $1.3 Million on $5 Wager 2006-10-31
- BodogFight Treats MMA Fans to Colossal Halloween Night Duel 2006-11-01
- BodogFight Pay-Per-View Series Finale Storms into Vancouver, Canada 2006-11-07
- Team Bodog Sends 11 Online Players to the WPT World Poker Finals at Foxwoods 2006-11-08
- Senate Election Betting Pays Off Big for Bodog.com Players 2006-11-10
- Get Ready to Rumble in a Ryder as BodogFight Comes to a Red Light Near You 2006-11-17
- Bodog.com Launches Bond Voyage Contest 2006-11-23
- BodogFight's Second Season Brings the Fight to St. Petersburg, Russia 2006-12-01
- BodogFight Awards Bonus Prize to MMA Fighter at Inaugural Pay-Per-View Event 2006-12-06
- More International Expansion in the Cards as Bodog.com Pulls Advertising from the U.S. Market and Relocates Global Headquarters to Antigua 2006-12-07
- USA Beats Russia; BodogFight Makes Its Pay-Per-View Debut a Riveting Success 2006-12-07
- Bodog Battle of the Bands Judges To Include Johnny Rotten 2007-02-10
- 2006 Proves a Breakthrough Year for Bodog Music's $1M Battle of the Bands 2006-12-24
- Music Artist and Runner-Up for Miss World - Nazanin - Presents Riveting Documentary Outlining Heroic Efforts to Save Life of Iranian Woman Who Shares Her Name 2007-01-07
- Get Ready to Rumble as BodogFight Hits the Strip 2007-01-10
- BodogFight's PPV Clash of the Nations: Russia's Fedor Emelianenko vs. USA's Matt Lindland 2007-02-15
- Teenage Girl Spared from Death Penalty after Former Miss World Canada Nazanin Helps Save Her Life 2007-01-26
- Bodog Music Battle of the Bands Hits the Road to Find the Best Band in America 2007-01-26
- The Good, The Bad and The Ugly: Bodog.com Posts Odds on Oscars, Razzies 2007-01-26
- Bodog Entertainment, ION Media Networks Strike Alliance to Broadcast BodogTV Reality Programming 2007-02-10
- BodogFight: St. Petersburg Roster Promises MMA Fans Phenomenal Battles Inside the Ropes 2007-02-10
- BodogFight Secures Knockout Roster For Upcoming Seasons 2007-02-10

PR: Online Poker Leader Bodog.com Announces WSOP Celebrity Players                    Page 4 of 4

- BodogFight Airs Inaugural PPV USA vs. Russia Event Free to MMA Fans Worldwide 2007-02-15
- Bodog Poker – Upload a Video for a Chance to Win $2 Million 2007-03-02
- BodogFight Joins Warner Bros. Pictures in Co-Promotion for the Epic Action Adventure Movie "300" 2007-03-05
- Bodog Entertainment Teams with MySpace.com to Create 'The Fifth Song' 2007-03-20
- BodogFight - Emelianenko Brothers Make MMA History 2007-03-27
- Author Steve Davidowitz Brings a Wealth of Horse Racing Knowledge to Bodog 2007-04-03
- 'The Colonel' Joins BodogFight Commentary Team 2007-04-04
- Russians Rule Bodog Fight: Clash of the Nations MMA Pay Per View 2007-04-16
- Introducing Bodog Fight: Costa Rica Combat 2007-04-16
- Jiu Jitsu Legend Royce Gracie Joins Bodog Fight: Costa Rica Combat 2007-04-18
- Bodog.com Offers Its Partners a Site of Their Own 2007-04-27
- How Can Hip-Hop Be Dead if Wu-Tang is Forever? 2007-05-02
- Calvin Ayre Wild Card Poker to Air in U.S. on ION Television 2007-05-24
- New Jersey Event Marks Bodog Fight's American Debut 2007-05-31
- Bodog Entertainment Founder Calvin Ayre Launches Executive Blog 2007-06-20
- 'Bodog Music Battle of the Bands' Premieres on fuse July 11 at 10pm Et 2007-06-28
- Calling All Poker Players in Las Vegas: Audition for a Shot at Reality TV's Largest Prize Ever 2007-06-30
- Bodog.com Gives Away 15 iPhones with Let 'Em Ride Poker Contest 2007-07-01
- Bodog Returns to Warped Tour for another Punk Rock Poker Tournament 2007-08-04
- Bodog Entertainment Enters the World of Fantasy Football 2007-08-10
- Bodog Music Battle of the Bands Season Finale: $1-Million Winner to be Announced 2007-08-18

About PRWeb Direct™   |  Search Engine Promotion of Your News  |  Get Free Publicity   |  How to Write a Press Release   | Contact Information

© Copyright 1997-2005, PR Web™. All Rights Reserved

# EXHIBIT 14

Bodog Poker Player Kido Pham Wins the Championship - Bodog Nation

bodog    bodogbeat    bodognation    bodogmusic    bodogtv    bodogfight    calvinfoundation    calvinblog

### Good Morning, Kido Pham!

*Texas-based poker pro from Vietnam stuns field at Bally's tourney with Bodog at his side*

December 7, 2005

By Angi Cividino
BodogNation Contributing Writer

The final table for the WSOP Circuit Championship at Bally's Paris Las Vegas Casino on Nov. 22 was set. It featured two World Series Champions – reigning titleholder Joe Hachem and 1998 champion Scotty Nguyen. But no one could have predicted that Team Bodog player Thang "Kido" Pham would go on to win the event – and with it $453,456 in prize money and a gold-and-diamond championship ring.

That is, no one but Kido Pham.

"I've made it to the final table before, so to win this tournament I knew I would have to gamble and draw other people out," Pham said. "I was determined to win."

Originally from Vietnam, Pham moved to the United States with his family when he was eight and now lives in Dallas with his wife and two children. Once his plan of becoming a successful business owner fell into place, he pursued his poker career – much to the dismay of his family.

"Poker is something that I feel I have in me," said Pham, who owns several dental offices in the Dallas area. "Although my family is against my gambling, I feel it's something that God gave me – it's a talent I feel I'm blessed with."

> "Kido Pham didn't read any books. Kido Pham had raw talent and honed his skills playing in private games in Dallas . . . he was very tricky."
>
> *Poker pro Daniel Negreanu*

Pham joined Team Bodog for this event at the prompting of his friend David Williams, a fellow Dallas-based and Bodog-sponsored pro. Pham, who has played poker for more than 12 years, came into the WSOP Circuit Championship at Bally's with less than two years' experience in major tournaments. That inexperience made him feel he had a thing or two to prove.

"Now people recognize that I'm one of the top players out there," Pham said. "At least I hope they do."

Pham had made it to the final table on four previous occasions, including the championship event at the Doyle Brunson North American Poker Championship held in October, 2004, at the Bellagio. For finishing second, Pham collected $496,000. He also advanced to the final table at the World Poker Tour Mirage Poker Showdown at the Bellagio in May, 2005, placing fourth and picking up a cool $182,964.



Kido Pham went all into poker once he found success as a small businessman (Photos courtesy of Card Player Magazine).

But the favorite to win the Bally's event was 2005 WSOP Champion Hachem, who entered the final day with the chip lead and an impressive title to boot.

"I had my eyes on Hachem because it was my first time playing with him, but he didn't play many hands," Pham said. "I played almost 90 percent of the hands and he played only 10 percent. He didn't intimidate me at all."

Did anyone?

Bodog Poker Player Kido Pham Wins the Championship - Bodog Nation

Pham took out Doug Lee, John Smith, Nguyen and Lee Watkinson. Hachem needed more than a pair of eights to stay in the game but was eliminated and awarded fifth place. That left Pham and Tran to play for the big win.

**Coming Up Aces**

"I've never had a losing year," Pham said. "It's true – I don't read poker books, I play based on what I have – with the skills that I have."

On the final hand of the tournament and holding a 2-to-1 chip lead over Tran, Pham was dealt A-8. Tran was holding K-8. The flop delivered A-K-6; Pham bet with a pair of aces and Tran was quick to call with a pair of kings. Agreeing to show their cards, Pham went all-in when the turn produced a queen. It took Tran a little longer to call this time – his face nearly falling when he saw Pham's pocket ace. When a Jack fell on the river, the victory went to Pham. Tran received $251,920 for second place.

"I shift my gears sometimes and people don't know where I'm at," Pham said. "Hopefully, now more people know that I'm willing to take risks and they won't want to gamble with me."

> "We are thrilled that Kido won, as he faced off against some of the greatest in the game today, and we are proud he represented Bodog.com so well. Kido represents the high-quality players we have on Bodog.com."
>
> *Calvin Ayre, Bodog Founder*

When asked what Pham was going to do with the prize money that he picked up from this tournament, he said he was going to give some of it to charity, and the rest will be used to build up his bankroll – in the hopes of going head-to-head against some of the game's best and most respected, players like Phil Ivey.

"Although I've never had a chance to play with him, the player that I respect the most would have to be Phil Ivey," Pham said. "You have to give the man all the credit in the world. It's not easy to be a poker player and he's accomplished so much over the last six years. I feel I can do it, too. Hopefully, sooner rather than later."

What's next for Pham?

"My goal is to win the big one," Pham said. "I'd like to win the World Series of Poker."

# EXHIBIT 15

# BODOG ENTERTAINMENT AFFILIATE AGREEMENT

http://www.bodogaffiliate.com/home/terms-and-conditions.html

## Bodog Affiliate Program Terms & Conditions

This agreement contains all of the terms and conditions between Bodog.com Entertainment Group ("Bodog" and "Bodog.com") and the individual or organization (the "Affiliate") participating in the Bodog.com Affiliate Program (the "Program"). "Customer" is defined as a person or entity that follows a link to Bodog.com from an Affiliate's marketing collateral, such as a website, and opens a new Bodog account.

1. **Enrollment in the Program**

   To begin the enrollment process, a potential Affiliate will submit a complete Program application via the Bodog.com website. Bodog will evaluate the application in good faith and will notify the potential affiliate of their acceptance or rejection to the program. Bodog may reject any application if we determine, at our sole discretion, that the submitted website is unsuitable for the Program.

   Unsuitable sites include, but are not limited to, those that:

   o Infringe trademark rights of ours or any third parties or otherwise violates the rights of any third party
   o Contain sexually explicit materials
   o Contain hate/violent/offensive content
   o Promote discrimination based on race, sex, religion, nationality, disability, sexual orientation, or age
   o Promote illegal activities or otherwise violate any applicable laws, including those targeting spyware, adware or SPAM
   o Violate any intellectual property rights, including, without limitation, scraping text or images from Bodog's Websites
   o Otherwise are considered offensive or inappropriate at Bodog's sole discretion

   If Bodog rejects your application, you are welcome to re-apply to the Program at any time. You should also note that if Bodog accepts your application and your site is thereafter determined, at our sole discretion, to be unsuitable for the Program, we may terminate this Agreement.

2. **Bodog's Rights and Obligations**

   1. Promotion of the Affiliate relationship - Bodog will make a variety of graphic and textual links available to Affiliate for placement on your website(s). Subject to the terms and conditions hereof, you may display the links as often and in as many areas of your website(s) as you desire.
   2. Register your Customers - Bodog will register your customers and will track their play. By opening an account with Bodog, the Customer agrees that all Bodog client rules, policies and operating procedures will apply to them. Bodog reserves the right to refuse Customers or close their accounts if necessary to comply with any requirements we may periodically establish.
   3. Track Customers' Play - Bodog will track Customers' play and will supply reports summarizing customer activity to the Affiliate. The form, content and frequency of the reports may vary from time to time at our sole discretion. The activity report will be delivered via email and consists of a spreadsheet that tracks customer accounts generated by Affiliate's marketing efforts and any commissions earned.
   4. Pay Commission Fees - Bodog will pay Affiliate commission fees as set out in Section 5.
   5. Modification - Bodog may modify any of the terms and conditions contained in this Agreement, at any time and at our sole discretion, by notifying the Affiliate via email, or by posting a notice or a new agreement on our website. Modifications may include, for example, changes in the scope of available commission fees, fee schedules, payment procedures, and referral program rules. If any modification is unacceptable to the Affiliate, your only recourse is to terminate this agreement. Your continued participation in the program following our posting of a change notice or new agreement on our website will constitute binding acceptance of the change.

### 3. Affiliate Code of Conduct

0.      Affiliate shall use best commercially reasonable efforts to actively and effectively advertise, market and promote Bodog as widely and aggressively as possible in order to maximize the financial benefit to both Affiliate and Bodog. Affiliate shall only engage in advertising, marketing and promotional efforts which do not violate any law and which reflect positively upon the business reputation of Bodog.

1. It is the responsibility of the Affiliate to ensure that the correct tracking is utilized on their website. Bodog will not change the Affiliate tracking ID for referrals resulting from incorrect or incomplete tracking. Bodog is not responsible for commission fees generated from referrals with incorrect or incomplete referral information.
2. Affiliate is restricted from purchasing any domains that include "Bodog", or bidding on any keywords or keyword phrases that include, but are not limited to, Bodog, Bodog.com, Calvin Ayre, Bodog Sportsbook, Bodog Casino, Bodog Racebook, Bodog Poker or Bodog Sportsbook, Casino and Poker Room in any pay per click (PPC) search engine. This includes, but is not limited to, the following search engines: Overture, Google, Kanoodle, FindWhat, ePilot and Ah-ha.
3. Affiliate is restricted from utilizing derivatives of Bodog.com and Calvin Ayre in URLs and directory names for the intention of search engine optimization.
4. Affiliate is restricted from setting up any site redirects from any page on their website or network of websites so that the page goes directly to Bodog.com.
5. Affiliate is restricted from optimizing any page of their website(s) for keyword or keyword phrases that include, but are not limited to, Bodog, Bodog.com, Calvin Ayre, Bodog Sportsbook, Bodog Casino, Bodog Racebook, Bodog Poker or Bodog Sportsbook, Casino and Poker Room in any format. This includes, but is not limited to, meta tags, headers and body content.
6. Affiliate is restricted from purchasing or building off-site text links with anchor text for Bodog branded keyword phrases, including, but not limited to: Bodog, Bodog.com, Calvin Ayre, Bodog Sportsbook, Bodog Casino, Bodog Racebook, Bodog Poker or Bodog Sportsbook, Casino and Poker Room in any format.
7. Banners and links may not be placed within unsolicited email, unauthorized newsgroup postings, chat rooms or through the use of "bots". Traffic generated illegally will not be commissionable.
8. Affiliate shall bear all costs and expenses incurred in connection with the advertising, marketing and promotion of Bodog to their customers.
9. Affiliate shall not create, publish, distribute, or permit any written material that makes reference to Bodog without first submitting such material to Bodog and receiving our prior written consent, which shall not be unreasonably withheld.
10. Affiliate agrees to cooperate fully with Bodog in utilizing and maintaining links and other promotional tools as supplied by Bodog.com. Furthermore, the Affiliate agrees to:
    a. Utilize the entire code for the banners, links and other promotional tools (including the tracking codes therein) and shall not in any way alter or remove any part of the code;
    b. Display on your website(s) only those graphical or textual images that are provided by Bodog;
    c. Update such images with new images provided by Bodog from time to time throughout the term of this Agreement; and
    d. Display such graphic and/or textual images prominently in relevant sections of your website(s).

### 4. Post Mail Marketing

0.      It is not Bodog's policy to promote gambling through the US Postal Service.

### 5. Spam - Bodog does not condone Spam

0.      Bodog.com employs strict eDM (email direct marketing) guidelines and policies for affiliates, media and other third parties.

1. The eDM guidelines and policies serves to protect Bodog's family of brands, and email reputation with customers, Internet Service Providers (Google, AOL, Yahoo, Hotmail, etc.) and spam services (including Spam Cop, Spam Assassin, Goodmail, Bonded Sender and others. Unauthorized eDM communications advertising any of Bodog.com Entertainment Group's brands, is subject to Bodog.com placing their account under review and withholding all funds otherwise due pending investigation.
2. Classification of eDM communications that would be subject to review includes unsolicited email (spam), spamvertising and spoofing.
3. By registering as a Bodog Affiliate, you agree:

     a.   That our subscribers and customers are liable to incur expenses in dealing with Spam generated mail.
     b.   That the Bodog.com Entertainment Group is liable to incur legal expenses and penalties as a result of unauthorized third party email communications.
     c.   To abide to CAN-SPAM and FCC regulations and employ best practices in all marketing email communications

4. Expenses will be deducted from Affiliate's account should our Customer seek recourse.
5. In this instance the amount determined by the relative Customer will be fair and deemed final and acceptable based on good faith and such amount will be collectable by law and deemed to have been accepted by Affiliate in accordance with this agreement.
6. Should these expenses not be covered by funds in Affiliate's account Bodog reserves the right to investigate other alternative means for obtaining payment. For example: should your account have generated purchasing accounts we will hold payment of commission for these accounts until such a time as the account for damages has been cleared. Should your account not be active and be generating profit through commission payments we reserve the right to demand payment from the account holder.
7. As an affiliate of Bodog.com, you agree to employ Bodog.com Entertainment Group's eDM guidelines and policies. An eDM check list is provided to submit to Bodog should you employ email campaigns promoting Bodog.com and the family of Bodog.com Entertainment Group brands.

**6.  Social Networks**

Affiliate is restricted from establishing any MySpace or other social network domains, blog domain, profile name or display name containing "Bodog" or any variation of Bodog, including, but not limited to: BodogSportsbook, BodogCasino, BodogRacebook, BodogPoker, BodogSports, BodogSportsbetting.

**7.  Commission Fees**

0.     Commission Fee Calculation - Bodog will pay Affiliate on a monthly basis according to the commission plan selected by the Affiliate during the registration process. Once the Affiliate selects one of the two available commission fee options, the plan will not be changed.**

     a.   Per depositing referral model - Bodog will pay the Affiliate one hundred dollars ($100.00 USD) for each new player that opens a Bodog account and deposits a minimum of twenty dollars ($20.00 USD) into their eCash account during the same calendar month.
     b.   Revenue share model- Bodog will pay the Affiliate a percentage of the combined month Net Revenue for Sportsbook, Racebook, Poker, and Casino play generated as a result of a direct referral by the Affiliate:

| Net Revenue | Percentage (%) |
|---|---|
| $1.00 - $9,999.99 | 25% |
| $10,000 - $49,999.99 | 30% |
| $50,000+ | 40% |

     c.   Net Revenue is defined as:
- On Sportsbook activities: all gross monies from bets made by customers less; monies paid out to Customers as winnings, fraud, charge-backs, bonuses, and other incentives offered to the Customer.
- On Casino activities: total wagers made by customers less; payouts, progressive contributions (on network progressive games only), charge-backs, bonuses, fraud, and other incentives offered to the Customer.
- On Poker activity: the gross rake less; licensing fees, bonuses, charge-backs, fraud, and other incentives offered to the Customer.
- On Racebook activities: all gross monies from bets made by customers less; monies paid out to Customers as winnings, licensing fees, fraud, charge-backs, bonuses, and other incentives offered to the Customer.

Note: For instances where net revenue is a negative value (less than $0.00), commissions will be calculated at 25%.

**Note: New CPA accounts are subject to a 90 day probationary period. Within the first 90 days, Bodog.com has the right to shift the affiliate to our standard Revenue Share commission structure if the referred traffic does not meet nominal play levels. If an affiliate's business model relies on giveaways or product fulfillment, any alternative arrangements must be explicitly negotiated with a program account manager.

1.    Commission Fee Payouts
    a.    Bodog shall pay Affiliates monthly, in accordance with this contract for the preceding calendar month. Payment for the preceding month shall be processed by the 15th day of each month. If Affiliate commissions earned do not exceed five hundred dollars ($500.00 USD) in any given month, then payment will be carried over to the following month until they exceed $500.00 USD.
    b.    Payments will be made through the following methods: NETeller (non-US only); Moneybookers (non-US only); Bank Wire (non-US only, $25 transfer fee); Check by Mail (US only) or a Bodog betting account. It is the responsibility of the Affiliate to select the method of payment and to pay transaction fees associated with their selected payment. Unless otherwise stipulated, payment will be withheld.
    c.    Negative earnings are carried forward to the next month. Should the Affiliate close the month with a positive balance, payment will be issued if it meets the minimum requirements and commissions will be paid on the positive balance. Should the Affiliate close the month with a negative balance, this balance will be carried forward to the next month.
    d.    Referral fees and commissions are based upon our good faith calculation based on our statistics and tracking methods.
2.    Duplicate Accounts and Self-Referral - Affiliate shall not open more than one Affiliate account without prior written consent from Bodog, nor will Affiliate earn commissions on their own or related persons Bodog account. Please note that you are not permitted to wager with your affiliate account. If you would like to play on Bodog.com, please set up a separate player account. If an Affiliate would like to test the system, Bodog will provide the Affiliate with a demo account. In the event a violation, Bodog has the right to void all current and future play as well as eliminate any earned commissions applicable from such play.
3.    Affiliate will earn commissions for the life of the Customer, on all transactions the Customer undertakes at Bodog.com, for as long as the Affiliate remains an active member of the Program. An active member is defined as an Affiliate who remains in good standing and promotes Bodog to the best of their ability (as stated in section 3, paragraph 1) and who refers a minimum of 10 depositing players per calendar year.
4.    If a Customer registered through an Affiliate is banned from play for any reason, and Bodog has to return any deposited money to the Customer, Bodog will not pay Affiliate for the revenues generated by a banned Customer. If a Customer registered through Affiliate is being investigated for credit card, bank information or address verification, Bodog will withhold payments of profits generated from that Customer until the investigation is completed.

## 8.    Terms & Termination

0.    The term of this Agreement will begin upon Bodog's written confirmation of your acceptance into the Affiliate program. Either Bodog or Affiliate may terminate this Agreement at any time, with or without cause, by giving the other party at least 30 days written notice of termination by email to affiliates@bodog.com or fax to 604-639-3401 (Attention: Affiliate Manager). Affiliate performance will be reviewed annually, based on the date of acceptance of your Program application. This agreement can be terminated at any time without prior notice if the Affiliate is not an active member of the Program. Bodog has the right to terminate the agreement without prior notice if Affiliate breaches any terms or conditions of this agreement.
    1.    Upon termination:
- All rights and licenses granted to Affiliate shall terminate immediately.
- Affiliate must remove all Bodog banners from their site and disable any links to Bodog.com from their site.
- Affiliate will be entitled to unpaid commission fees, if any, earned by on or prior to the date of termination. Affiliate will not be entitled to referral fees occurring after the date of termination.
- If Affiliate has failed to fulfill their obligations and responsibilities, Bodog will not pay any referral fees otherwise owed on termination.
- Bodog may withhold final payment for a reasonable time to ensure that the correct amount is paid to Affiliate.

- If Bodog continues to permit activity (generation of revenue) from Affiliate's customers after termination, this does not constitute a continuation or renewal of this Agreement or a waiver of termination.
- Affiliate will return to Bodog any confidential information, and all copies of information in your possession, custody and control. Affiliate will cease all uses of any trade names, trademarks, service marks, logos and other designations of Bodog.
- Affiliate and Bodog will be released from all obligations and liabilities to each other occurring or arising after the date of such termination, except with respect to those obligations that by their nature are designed to survive termination, as set out in this Agreement. Termination will not relieve Affiliate from any liability arising from any breach of this Agreement, which occurred prior to termination.
- Bodog may terminate this Agreement at our sole discretion if we determine that your site is unsuitable. Unsuitable include those that are aimed at children; promote sexually explicit materials; promote violence; promote discrimination based on race, sex, religion, nationality, sexual orientation or age; promote illegal activities; or violate intellectual property rights.

Please note: Should an affiliated website be sold, that website's existing sheet of players will not necessarily become property of the new ownership. Please contact your account manager prior to change of ownership to ensure all parties are in agreement on terms and responsibilities.

## 9. Policies & Confidentiality

During the term of this Agreement, Affiliate may be entrusted with Confidential Information relating to the business, operations, or underlying technology of our Customers and/or the Affiliate Program (including, for example, commission fees earned under the Program). Affiliate agrees to avoid disclosure or unauthorized use of the Confidential Information to third persons or outside parties unless you have prior written consent by Bodog and that you will use the Confidential Information only for purposes necessary to further the purposes of the Agreement. Affiliate's obligations with respect to Confidential Information shall survive the termination of this Agreement.

## 10. No Representation or Guarantee Regarding Profits or Income:

Affiliate agrees, understands and acknowledges that Bodog, it's parent company, it's sub entities, it's agents, it's officers, it's directors, it's shareholders, it's employees, and/or accountants have made no representation of any nature whatsoever to Affiliates and/or "Affiliate's agents, servants and/or employees regarding profits, income, or money which Affiliate may obtain or generate from the Service and/or from entering into this "Agreement" and/or from marketing and/or promoting any version of this Service, and/or form any other matter relating to this "Agreement" and/or to the subject matter of this "Agreement". Any expression by Bodog in this regard is an expression of opinion only and the Affiliate agrees, understands and acknowledges that they have not been induced to, and/or persuaded thereby to, enter into this "Agreement" and that the Affiliate has entered in to the Agreement of their own free will and choice, without any force or duress, and only after thorough, complete, full, and thoughtful investigation and after obtaining independent advice and counsel from their accountant, their attorney, and their financial advisors.

## 11. Relationship of Parties

Bodog and Affiliate are independent contractors, and no terms in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the parties. Affiliate will have no authority to make or accept any offers or representations on behalf of Bodog. You will not make any statement, whether on your site or otherwise, that construes you have the right to represent Bodog.

## 12. Indemnity

Affiliate shall defend, indemnify, and hold our Clients, their directors, officers, employees, and representatives harmless from and against any and all liabilities, losses, damages, and costs, including reasonable attorney's fees, resulting from, arising out of, or in any way connected with (a) any breach of warranty, representation, or agreement contained in this Agreement, (b) the performance of your duties and obligations under this Agreement, (c) your negligence or (d) any injury caused directly or indirectly by your negligent or intentional acts or omissions, or the unauthorized use of our banners and link or this Affiliate Program.

**13. Disclaimers**

Bodog makes no express or implied warranties or representations with respect to the Affiliate Program, or referral fees and commission payment arrangements (including, without limitation, their functionality, warranties of fitness, merchantability, legality, non-infringement, or any implied warranties arising out of a course of performance, dealing, or trade usage). In addition, we make no representation that the operation of our site or our Clients' sites will be uninterrupted or error-free and will not be liable for the consequences of any interruptions or errors.

**14. Limitation of Liability**

Bodog will not be liable for indirect, special, or consequential damages (or any loss of revenue, profits, or data) arising in connection with this Agreement or the commission program, even if we have been advised of the possibility of such damages. Further, our aggregate liability arising with respect to this Agreement and the Program will not exceed the total commission fees paid or payable to Affiliates under this Agreement. Nothing in this Agreement shall be construed to provide any rights, remedies or benefits to any person or entity not a party to this Agreement. Our obligations under this Agreement do not constitute personal obligations of our directors, officers, employees or shareholders. Any liability arising under this Agreement shall be satisfied solely from the commission fees generated and is limited to direct damages.

**15. Independent Investigation**

Affiliate acknowledges that you have read this agreement and agree to all its terms and conditions. You understand that Bodog may at any time directly or indirectly solicit customer referrals on terms that may differ from this contained in this agreement or operate web sites that are similar to or compete with your website. You have independently evaluated the desirability of participating in this referral program and are not relying on any representation, guarantee or statement other than set forth in this agreement.

**16. Governing Law**

This Agreement will be governed by the laws of Costa Rica, without reference to rules governing choice of laws. Any action relating to this Agreement must be brought in Costa Rica and you irrevocably consent to the jurisdiction of its courts.

**17. Assignability and Inurement**

Affiliate may not assign this Agreement, by operation of law or otherwise, without prior written consent of Bodog. Subject to that restriction, this Agreement will be binding on, inure to the benefit of, and enforceable against Affiliate and Bodog and our respective successors and assigns.

**18. Non-Waiver**

Our failure to enforce your strict performance of any provision of this Agreement will not constitute a waiver of our right to subsequently enforce such provision or any other provision of this Agreement. NO MODIFICATIONS, ADDITIONS, DELETIONS OR INTERLINEATIONS OF THIS AGREEMENT ARE PERMITTED OR WILL BE RECOGNIZED BY US. None of our employees, officers or agents may verbally alter, modify or waive any provision of this Agreement.

**19. Remedies**

Our rights and remedies hereunder shall not be mutually exclusive, i.e., the exercise of one or more of the provisions of this Agreement shall not preclude the exercise of any other provision. You acknowledge, confirm, and agree that damages may be inadequate for a breach or a threatened breach of this Agreement and, in the event of a breach or threatened breach of any provision of this Agreement, the respective rights and obligations of the parties may be enforceable by specific performance, injunction, or other equitable remedy. Nothing contained in this Agreement shall limit or affect any of our rights at law, or otherwise, for a breach or threatened breach of any provision of this Agreement, it being the intent of this provision to make clear that our respective rights and obligations shall be enforceable in equity as well as at law or otherwise.

**20.** **Severability/Waiver**

Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law but, if any provision of this Agreement is held to be invalid, illegal or unenforceable in any respect, such provision will be ineffective only to the extent of such invalidity, or unenforceability, without invalidating the remainder of this Agreement or any provision hereof. No waiver will be implied from conduct or failure to enforce any rights and must be in writing to be effective.

**21.** **Headings**

The headings used in connection with the paragraphs and subparagraphs of this Agreement are inserted only for purposes of reference. Such heading shall be not deemed to govern, limit, modify or in any other manner affect the scope, meaning or intent of the provisions of this Agreement, not shall such headings otherwise be given any legal effect.

IN WITNESS WHEREOF, Affiliate expressly agrees to the terms and conditions of this Agreement by clicking the "Submit" button on the Affiliate Registration Form page.

<u>Start earning today! Join the Bodog Affiliate Program</u>.

If you have any questions, contact <u>affiliates@bodog.com</u>