# EXHIBIT C

## Henderson Jr., Uleses C.

**From:** Nguyen, James D.
**Sent:** Tuesday, October 02, 2007 6:05 PM
**To:** Murillo, Robert
**Cc:** Zand, Marc; Weinstein, Adam; de Gyarfas, Victor; Henderson Jr., Uleses C.
**Subject:** RE: Subpoena re Bodog Document Production/U.S. District Court of Nevada

Hi Robert -- we had asked 1st Technology's lawyers over a week ago to withdraw or postpone the subopena but did not hear back. One of my colleagues was able to speak with 1st Technology's lawyer today

1st Technology's lawyer said he wanted to hear from ION first (confirming that it has no agreements with the named defendants in the lawsuit -- Bodog Entertainment Group, S.A., "Bodog.com" and "Bodog.net") before they will decide what to do with the subpoena. (We've told 1st Technology's lawyer that, but apparently he wants to hear it from ION).

Can you provide a short letter or email to that effect? If so, my colleagues Victor de Gyarfas and Uleses Henderson can provide you the contact information to send a letter or email directly to 1st Technology's lawyer with that confirmation.

We're hoping that if 1st Technology receives that confirmation from ION, that it will withdraw or postpone the subpoena without the need for us to file a motion to quash the subpoena.

I'm in Shanghai on a business trip, so please copy my colleagues Victor de Gyarfas and Uleses Henderson (copied here) as well.

Thanks.