# EXHIBIT E

## Henderson Jr., Uleses C.

**From:** Murillo, Robert [RobertMurillo@ionmedia.tv]
**Sent:** Wednesday, October 03, 2007 2:57 PM
**To:** L. Kristopher Rath
**Cc:** Zand, Marc; Weinstein, Adam; Henderson Jr., Uleses C.; Nguyen, James D.
**Subject:** RE: RE: U.S. District Court of Nevada Subpoena re Bodog Document Production

Kristopher:

Following our conference call, please note that we have been informed that the above referenced subpoena is invalid and the defendants in this action plan to file a motion to quash the subpoena.

Depending on the outcome of that motion and in the event that a valid subpoena is served, we would expect that our response would include a copy of the Distribution and Marketing Agreement dated as of January 30, 2007 between Modern Remedies, S.A. on behalf of its clients (including Bodog Fight Club International S.A.) and ION ("Agreement").

As we discussed, ION requests that the terms and conditions of the Agreement be kept confidential and if required to be produced in any proceeding, that the financial terms be redacted or filed under seal. Please let us know if the foregoing is acceptable to you and your client.

Thank you,

R.J. Murillo
Director of Business & Legal Affairs
ION Media Networks
601 Clearwater Park Road
West Palm Beach, FL 33401
Phone: 561-682-4211
Fax:     561-659-4754
E-mail: rjmurillo@ionmedia.tv



10/4/2007