Charles McCrea (NV State Bar No. 104)
**LIONEL SAWYER & COLLINS**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Victor de Gyarfas (CA State Bar No. 171950)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
*Pro Hac Vice Applications To Be Submitted*
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
vdegyarfas@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing Defendants
**BODOG ENTERTAINMENT GROUP S.A.**
and erroneously named Specially Appearing
Defendants **BODOG.NET** and **BODOG.COM**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., <br><br> Defendants. | Case No: 2:06-cv-1110-RLH-GWF <br><br> **CERTIFICATE OF SERVICE OF SPECIALLY APPEARING DEFENDANTS BODOG ENTERTAINMENT GROUP S.A. AND ERRONEOUSLY NAMED SPECIALLY APPEARING DEFENDANTS BODOG.NET AND BODOG.COM'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND DECLARATION OF U. HENDERSON** |

LACA_877736.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I caused the following document(s): SPECIALLY APPEARING DEFENDANTS BODOG ENTERTAINMENT GROUP S.A. AND ERRONEOUSLY NAMED SPECIALLY APPEARING DEFENDANTS BODOG.NET AND BODOG.COM'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND DECLARATION OF U. HENDERSON to be e-mailed to the following non-ECF participant(s):

Venkat Balasubramani
Venkat@balasubramani.com
BALASUBRAMANI LAW
8426 40th Avenue SW
Seattle, WA 98136



_____

LACA_877736.1

1