

**ORIGINAL**

2007 OCT -9 A 9:09

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 1ST TECHNOLOGY LLC ) | Case # 2:06-CV-1110-RLH-GWF |
| Plaintiff, ) | |
| vs. ) | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| RATIONAL ENTERPRISE, ET AL. ) | |
| Defendant(s). ) | EFFECTIVE JUNE 1, 2004 |
| ) | FILING FEE IS $175.00 |

_____VICTOR DE GYARFAS_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at ___MANHATTAN BEACH___
   (city)

___LOS ANGELES___, ___CALIFORNIA___
   (county)                (state)

2. That Petitioner is an attorney at law and a member of the law firm of

___FOLEY & LARDNER LLP___ with offices at

___2029 CENTURY PARK EAST, 35TH FLOOR___,
               (street address)
___LOS ANGELES___, ___90067___, ___(310) 277-2223___
   (city)        (zip code)     (area code + telephone number)

___vdegyarfas@foley.com___
     *(Email address)*

3.   That Petitioner has been retained personally or as a member of the law firm by BODOG ENTERTAINMENT GROUP S.A. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4.   That since 12/2/1994 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of CALIFORNIA (state) where Petitioner regularly practices law.

5.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US DISTRICT CT, CENTRAL DIST OF CA | 12/12/1994 | |
| US CT OF APPEALS, 9TH CIR. | 4/18/1995 | |
| US DISTRICT CT, SOUTHERN DIST OF CA | 12/8/1997 | |
| US DISTRICT CT, NORTHERN DIST OF CA | 11/15/1999 | |
| US SUPREME COURT | 1/16/2001 | |

6.   That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

NO

8. That Petitioner is a member of good standing in the following Bar Associations:

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/13/2005 | Case No. A506930 | Dist. Ct., Clark Cty, NV | Granted |
| 4/3/2007 | Case No. 06-A-533418-C | Dist. Ct., Clark Cty, NV | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF   CALIFORNIA   )
                       )
COUNTY OF   LOS ANGELES   )

  VICTOR DE GYARFAS  , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
2nd day of October, 2007.

_____
Notary public or Clerk of Court

REGINA M. BROUSE
Commission # 1468218
Notary Public - California
Los Angeles County
My Comm. Expires Mar 2, 2008

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   CHARLES McCREA  , Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

LIONEL SAWYER & COLLINS, 1700 BANK OF AMERICA PLAZA, 300 SOUTH FOURTH STREET, LAS VEGAS, NV 89101.  TEL:  702-383-8981

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints  CHARLES MCCREA/LIONEL SAWYER & COLLINS  as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  #104
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06