UNITED STATES
U.S. District Court
District of Nevada
Southern Division

# 00102802 - OC
October 9, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| VERIFIED | 06-1110vs | 3 @ | 175.00 |
| | | | 525.00 CK |

TOTAL→        525.00

FROM: LIONEL SAWYER & COLLINS
      300 S FOURTH ST 1700
      LAS VEGAS, NV 89101
      FOR 3 VERIFIED PETITIONS

# ORIGINAL

ᄆᄆ OCT -9  A  ᄋᄋᄋ

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8  1ST TECHNOLOGY LLC                    )    Case # 2:06-CV-1110-RLH-GWF

9          Plaintiff,                    )
                                         )    **VERIFIED PETITION FOR**
10     vs.                               )    **PERMISSION TO PRACTICE**
                                         )    **IN THIS CASE ONLY BY**
11                                       )    **ATTORNEY NOT ADMITTED**
                                         )    **TO THE BAR OF THIS COURT**
12  RATIONAL ENTERPRISE, ET AL.          )    **AND DESIGNATION OF**
                                         )    **LOCAL COUNSEL**
13                                       )
          Defendant(s).                  )    EFFECTIVE JUNE 1, 2004
14  ─────────────────────────────────────)    FILING FEE IS $175.00

15

16     ULESES C. HENDERSON, JR.     , Petitioner, respectfully represents to the Court:

17

18     1.     That Petitioner resides at   LOS ANGELES
                                                       (city)

19   LOS ANGELES                    ,                  CALIFORNIA
          (county)                                        (state)

20

21

22     2.     That Petitioner is an attorney at law and a member of the law firm of

23   FOLEY & LARDNER LLP                                         with offices at

24   2029 CENTURY PARK EAST, 35TH FL.
                  (street address)

25   LOS ANGELES               ,    90067     ,    (310) 277-2223
          (city)                    (zip code)     (area code + telephone number)

26

27   uhenderson@foley.com
          *(Email address)*

28

3.    That Petitioner has been retained personally or as a member of the law firm by

BODOG ENTERTAINMENT GROUP S.A. _____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4.    That since  6/4/2003 _____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____ CALIFORNIA
(state)
where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. DIST CT-CENTRAL DIST. OF CA | 6/4/03 | |
| U.S. DIST CT-SOUTHERN DIST. OF CA | 8/15/03 | |
| U.S. DIST CT-NORTHERN DIST. OF CA | 10/5/04 | |
| U.S. CT OF APPEAL-FED. CIRCUIT | 2/24/05 | |
| | | |
| | | |
| | | |
| | | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE

2

7.    Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

NO

8.    That Petitioner is a member of good standing in the following Bar Associations:

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/13/2005 | Case No.A506930 | Dist.Ct., Clark County, NV | Granted |
| 4/3/2007 | Case No.06-A-533418-C | Dist.Ct., Clark County, NV | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____

5                                    Petitioner's Signature

6    STATE OF ___CALIFORNIA_____ )
                                      )
7    COUNTY OF ___LOS ANGELES____ )

8

9    ___ULESES C. HENDERSON, JR.___, Petitioner, being first duly sworn, deposes and says:

10   That the foregoing statements are true.

11   _____
                                    Petitioner's Signature

12   Subscribed and sworn to before me this

13   _2ND_ day of _October_, _2007_.

14   _____
        Notary public or Clerk of Court

15

16

17

18              **DESIGNATION OF RESIDENT ATTORNEY**
19              **ADMITTED TO THE BAR OF THIS COURT**
                **AND CONSENT THERETO.**
20

21       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

22   believes it to be in the best interests of the client(s) to designate CHARLES McCREA _____,

23   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

24   above-entitled Court as associate residence counsel in this action.  The address of said designated

25   Nevada counsel is:

     LIONEL, SAWYER & COLLINS, 1700 BANK OF AMERICA PLAZA, 300 SOUTH FOURTH STREET,
26   LAS VEGAS, NV 89101.  TEL:  702-383-8981.

27                  (Street, City, State, Zip Code and Telephone No.)

28

                                    4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints CHARLES McCREA/LIONEL SAWYER & COLLINS as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____        # 104
Designated Resident Nevada Counsel's Signature       Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06