Charles McCrea (NV State Bar No. 104)
**LIONEL SAWYER & COLLINS**
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel 702.383.8981
Fax 702.383.8845
cmccrea@lionelsawyer.com

James D. Nguyen (CA State Bar No. 179370)
Victor de Gyarfas (CA State Bar No. 171950)
Uleses C. Henderson, Jr. (CA State Bar No. 225246)
*Pro Hac Vice Applications To Be Submitted*
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Tel: 310-277-2223; Fax: 310-557-8475
jnguyen@foley.com
uhenderson@foley.com

Attorneys for Specially Appearing Defendants **BODOG ENTERTAINMENT GROUP S.A.,** and erroneously named Specially Appearing Defendants **BODOG.NET** and **BODOG.COM**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST TECHNOLOGY LLC, <br> Plaintiff, <br> vs. <br> RATIONAL ENTERPRISES LTDA., RATIONAL POKER SCHOOL LIMITED, BODOG ENTERTAINMENT GROUP S.A., BODOG.NET, BODOG.COM, AND FUTUREBET SYSTEMS LTD., <br> Defendants. | Case No: 2:06-cv-1110-RLH-GWF <br><br> **NOTICE OF FILING OF "DECLARATION OF MARIO JORGE CHAVES SALAS IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT"** <br><br> **Date:** October 11, 2007 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 6C |

LACA_878619.1

1  TO: THIS HONORABLE COURT AND COUNSEL FOR PLAINTIFF:

2  PLEASE TAKE NOTICE THAT filed herewith is the "DECLARATION OF MARIO JORGE CHAVES SALAS IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT." This declaration supports specially appearing Defendants' position that: Bodog Entertainment Group, S.A. does not operate the Bodog.com, NewBodog.com, or BodogLife.com websites; since September 2006 Bodog Entertainment Group, S.A. was no longer operating and therefore has no contacts with Nevada; this Court does not have jurisdiction over Defendants; Victoria Mora could not have been authorized to accept service upon the alleged service date.

Dated: October 10, 2007                    Respectfully submitted,

                                           By:    /s/ Charles McCrea
                                           Charles McCrea
                                           **LIONEL SAWYER & COLLINS**

                                           Attorneys for Specially Appearing Defendants
                                           **BODOG ENTERTAINMENT GROUP S.A.,** and
                                           erroneously named Specially Appearing Defendants
                                           **BODOG.NET** and **BODOG.COM**

1
NOTICE OF FILING OF "DECLARATION OF MARIO JORGE CHAVES SALAS
IN SUPPORT OF DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT"
2:06-cv-11105-RLH-GWF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1