1  Mark A. Hutchison (4639)
   L. Kristopher Rath (5749)
2  Hutchison & Steffen, LLC
   Peccole Professional Park
3  10080 Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone:  (702) 385-2500
   Facsimile:   (702) 385-2086
5
   Attorneys for Plaintiff
6  1st TECHNOLOGY LLC

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  1ST TECHNOLOGY LLC,              )    2:06-cv-01110-RLH-GWF
                                    )
10         Plaintiff,                )
                                    )
11     v.                            )    **NOTICE RESETTING JUDGMENT**
                                    )    **DEBTOR EXAMINATION**
12                                   )
   RATIONAL ENTERPRISES LTDA.,      )
13 RATIONAL POKER SCHOOL LIMITED,   )
   BODOG ENTERTAINMENT GROUP        )
14 S.A., BODOG.NET, BODOG.COM, and  )
   FUTUREBET SYSTEMS LTD.,          )
15                                   )
           Defendants.               )
16 _____  )

17         PLEASE TAKE NOTICE that pursuant to the September 4, 2007 Order for Examination

18 of Debtor signed by Magistrate Judge George Foley Jr., and pursuant to Judge Roger Hunt's denial

19 of defendants/judgment debtors Bodog Entertainment Group S.A., Bodog.net, and Bodog.com's

20 ("judgment debtors") motion to set aside default judgment and Judge Hunt's lift of the pending

21 stay, the examination of judgment debtors is hereby reset to November 2, 2007 at 9:00AM.

22 Judgment debtor's CEO and owner Calvin Ayre shall appear at the law offices of

23

24 \\\

25

26 \\\

27

28 \\\

1  HUTCHISON & STEFFEN, LLC, Peccole Professional Park, 10080 West Alta Drive, Suite 200,
2  Las Vegas, Nevada 89145 at the aforementioned time and date for the examination.
3      DATED this 11th day of October, 2007

                            HUTCHISON & STEFFEN, LLC

                            /s/ L. Kristopher Rath
                            Mark A. Hutchison (4639)
                            L. Kristopher Rath (5749)
                            Peccole Professional Park
                            10080 W. Alta Drive, Suite 200
                            Las Vegas, Nevada 89145

                            Attorneys for Plaintiff
                            1st TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 11th day of October, 2007, I caused the above and foregoing document entitled: **NOTICE RESETTING JUDGMENT DEBTOR EXAMINATION** to be served via electronically through ECF/PACER to the attorneys listed below:

**Charles McCrea, Esq.**
Lionel, Sawyer & Collins
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Counsel for Defendant Bodog Entertainment Group, S.A.*

**James D. Nguyen, Esq.**
**Victor De Gyarfas, Esq.**
**Uleses C. Henderson, Jr., Esq.**
Foley & Lardner, LLP
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
*Co-Counsel for Defendant Bodog Entertainment Group, S.A.*

**Andrew P. Gordon, Esq.**
McDonald Carano Wilson
2300 W Sahara Avenue
Suite 1000-10
Las Vegas, Nevada 89102
*Counsel for Defendant Rational Poker School Limited*

/s/ Denette Young
An employee of Hutchison & Steffen, LLC

1633-007
G:\L\Lewis, Scott\Rational Enterprises\Pleadings\Notice resetting JDE.wpd

- 3 -