# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 1ST TECHNOLOGY, LLC, | Case No.: 2:06-cv-01110-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | |
| RATIONAL ENTERPRISES LTDA., *et al.*, | |
| Defendants. | |

Before this Court is the Order and Findings and Recommendation of United States Magistrate Judge (#170), filed July 29, 2008, entered by the Honorable George W. Foley regarding Plaintiff's motion for sanctions and for an order to show cause to hold defendants in contempt and renewed request for sanction against counsel for Defendants (#149). Defendants filed a motion for magistrate judge to reconsider (#177), and an Objection (#179) in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, both on August 14, 2008. Plaintiff filed its responses to the motion for reconsideration (#180) and the Objection (#181) on August 29, 2008. Judge Foley granted in part Defendants' motion for reconsideration on October 21, 2008, and modified the Order and Findings and Recommendation by striking that part of the recommendation that Defendants be required to show cause why they

1

should not be held in criminal contempt.  (*See* Dkt. #186.)  Defendants have filed no new objection to the Amended Order and Findings and Recommendation.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the amended Order and Findings and Recommendation of United States Magistrate Judge should be accepted and adopted.

IT IS THEREFORE ORDERED that the Order and Findings and Recommendation of United States Magistrate Judge  (#170, as amended by #186) is AFFIRMED and ADOPTED.

Dated:   November 21, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**